Atkinson-Baker Court Reporters
www.depo.com

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2                 COUNTY OF LOS ANGELES, SOUTH DISTRICT
 3
 4    ANDREW TAYLOR, individually and   )
      as successor-in-interest to Donta )     ORIGINAL
 5    Taylor; SHERRON OLIVER; CARL      )
      TODD, JR., a Minor; CARMEN TODD,  )
 6    a Minor; and CAMREN TODD, a Minor,)
      by and through their Guardian Ad  )
 7    Litem SHERRON OLIVER,             )
                                        )
 8              Plaintiff,              )
                                        )
 9        vs.                           )   Case No.: TC028803
                                        )
10    COUNTY OF LOS ANGELES; LOS        )
      ANGELES COUNTY SHERIFF'S          )
11    DEPARTMENT; and DOES 1 through    )
      50, Inclusive,                    )
12                                      )
                Defendants.             )
13    _____)
14
15
                          VIDEO DEPOSITION OF
16
                             SAMUEL ALDAMA
17
                        BEVERLY HILLS, CALIFORNIA
18
                             MAY 16, 2018
19
20
21    ATKINSON-BAKER, INC.
      COURT REPORTERS
22    (800) 288-3376
      www.depo.com
23
24    REPORTED BY:  Lois Sarkisian, CSR No. 13707, RPR
25    FILE NO:  AC052F6
```

1

Atkinson-Baker Court Reporters
www.depo.com

```
 1              SUPERIOR COURT OF THE STATE OF CALIFORNIA

 2
                COUNTY OF LOS ANGELES, SOUTH DISTRICT
 3

 4   ANDREW TAYLOR, individually and    )
     as successor-in-interest to Donta  )
 5   Taylor; SHERRON OLIVER; CARL       )
     TODD, JR., a Minor; CARMEN TODD,   )
 6   a Minor; and CAMREN TODD, a Minor, )
     by and through their Guardian Ad   )
 7   Litem SHERRON OLIVER,              )
                                        )
 8                  Plaintiff,          )
                                        )
 9        vs.                           )   Case No.: TC028803
                                        )
10   COUNTY OF LOS ANGELES; LOS         )
     ANGELES COUNTY SHERIFF'S           )
11   DEPARTMENT; and DOES 1 through     )
     50, Inclusive,                     )
12                                      )
                    Defendants.         )
13   _____)

14

15

16        Video deposition of Samuel Aldama taken on behalf

17   of Plaintiffs, at 315 South Beverly Drive, Suite 305,

18   Beverly Hills, California, commencing at 10:02 AM,

19   Wednesday, May 16, 2018, before Lois Sarkisian,

20   CSR No. 13707, RPR.

21

22

23

24

25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    A P P E A R A N C E S
 2
 3    FOR PLAINTIFFS:
 4    THE SWEENEY FIRM
      BY:  JOHN E. SWEENEY, ESQ.
 5    315 South Beverly Drive
      Suite 305
 6    Beverly Hills, California   90212
      (310) 277-9595
 7    jes@thesweeneyfirm.com
 8
      FOR PLAINTIFFS:
 9
      GLICKMAN & GLICKMAN
10    BY:  NICOLE E. HOIKKA, ESQ.
      9460 Wilshire Boulevard
11    Suite 330
      Beverly Hills, California   90212
12    (310) 273-4040
      neh@glickman-law.com
13
14
      FOR DEFENDANTS:
15
      HAROLD G. BECKS & ASSOCIATES
16    BY:  DOUGLAS L. DAY, ESQ.
      3250 Wilshire Boulevard
17    Suite 708
      Los Angeles, California   90010
18    (213) 385-9852
      Dougday@beckslaw.com
19
20
      Also Present:
21
          Albert Salaz, Videographer
22
23
24
25
```

Atkinson-Baker Court Reporters
www.depo.com

```
 1                    I N D E X

 2

 3   WITNESS:   Samuel Aldama

 4   EXAMINATION:                                    PAGE

 5        By Mr. Sweeney                             6,133

 6        BY Mr. Day                                 128

 7

 8

 9
                     E X H I B I T S
10

11   FOR PLAINTIFFS

12   NUMBER              DESCRIPTION                 PAGE

13     1     Copy of Document No. 016-10848-2811-013,  87
            Interview of Deputy Samuel Aldama,
14          Dated August 30, 2016, Bates stamped
            DEF 0052 through DEF 0054, 3 pages
15
     FOR DEFENDANTS:
16
       1     Copy of Bates stamped document DEF 0158  128
17           which includes a map, 1 page

18

19

20

21

22

23

24

25
```

4

Samuel Aldama
May 16, 2018

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Beverly Hills, California, Wednesday, May 16, 2018, 10:02 AM | |
| 2 | --oOo-- | 10:02:36 |
| 3 | THE VIDEOGRAPHER: Good morning. I am Albert Salaz, | 10:02:36 |
| 4 | your videographer. I represent Atkinson Baker in Glendale | 10:02:47 |
| 5 | California. I'm a notary public. I'm not financially | 10:02:52 |
| 6 | interested in this action nor a relative or employee of any | 10:02:55 |
| 7 | attorney or any of the parties. | 10:02:58 |
| 8 | The date is May 16, 2018, and we are on the record | 10:03:00 |
| 9 | at 10:03 AM. This deposition is taking place at 315 South | 10:03:04 |
| 10 | Beverly Drive, Suite 305, Beverly Hills, California, 90212; | 10:03:11 |
| 11 | case number TC 028803, case entitled Andrew Taylor et al., | 10:03:16 |
| 12 | versus County of Los Angeles. The deponent is deputy Samuel | 10:03:24 |
| 13 | Aldama. This deposition is taking place -- or this | 10:03:30 |
| 14 | deposition is taken on behalf of the plaintiff. Your court | 10:03:34 |
| 15 | reporter today is Lois Sarkisian from Atkinson Baker. | 10:03:38 |
| 16 | Will counsel from both parties identify themselves. | 10:03:46 |
| 17 | MR. SWEENEY: John Sweeney for the plaintiffs. | 10:03:51 |
| 18 | MS. HOIKKA: Nicole Hoikka for the plaintiffs. | 10:03:54 |
| 19 | MR. DAY: Douglas Day on behalf of the Defendants. | 10:03:56 |
| 20 | THE VIDEOGRAPHER: Thank you. Will the court reporter | 10:03:58 |
| 21 | please administer the oath. | 10:04:00 |
| 22 | Samuel Aldama, | 10:04:00 |
| 23 | having first been duly sworn, was | 10:04:00 |
| 24 | examined and testified as follows: | 10:04:00 |
| 25 | THE VIDEOGRAPHER: Please begin. | |

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | Q   Who felt that you earned it? | 11:26:23 |
| 2 | A   Our peers at the station. | 11:26:27 |
| 3 | Q   What peers?  Your peers?  You don't know the name, | 11:26:35 |
| 4 | correct? | 11:26:41 |
| 5 | A   Well, the deputies who work at the station. | 11:26:42 |
| 6 | Q   Okay.  So there is some type of voting then, | 11:26:45 |
| 7 | correct? | 11:26:49 |
| 8 | MR. DAY:  Objection; no foundation. | 11:26:49 |
| 9 | THE WITNESS:  No. | 11:26:53 |
| 10 | BY MR. SWEENEY: | 11:26:54 |
| 11 | Q   Well, if your peers recommend it, they have to | 11:26:54 |
| 12 | recommend it to somebody, and somebody makes a decision, | 11:26:58 |
| 13 | correct? | 11:27:02 |
| 14 | A   It's not recommended, sir. | 11:27:10 |
| 15 | Q   But your peers -- you just testified that your | 11:27:13 |
| 16 | peers recommend you, correct? | 11:27:16 |
| 17 | A   Our peers think something of hard work and | 11:27:31 |
| 18 | dedication, sir, to the station. | 11:27:39 |
| 19 | Q   And they tell somebody that and that person sends | 11:27:43 |
| 20 | this tattoo artist over to you? | 11:27:47 |
| 21 | A   They don't tell nobody.  They just recommend me. | 11:27:57 |
| 22 | Q   Who do they recommend you to? | 11:28:02 |
| 23 | A   Not recommend me.  They just give me the -- a | 11:28:06 |
| 24 | contact information of the guy. | 11:28:11 |
| 25 | Q   Who gives you the contact information, your peers? | |

50

Samuel Aldama
May 16, 2018

| | | | |
|---|---|---|---|
| 1 | A | Peers who have gotten tattoos by him. | 11:28:20 |
| 2 | Q | Who have what? | 11:28:25 |
| 3 | A | Peers who have gotten tattoos. | 11:28:26 |
| 4 | Q | Who have those same tattoos from Compton? | 11:28:28 |
| 5 | A | Not the same tattoos; other tattoos. | 11:28:32 |
| 6 | Q | What other tattoos? | 11:28:35 |
| 7 | A | Other random tattoos, sir. | 11:28:41 |
| 8 | Q | How many tattoos have you seen like yours? | 11:28:44 |
| 9 | A | A few. | 11:28:53 |
| 10 | Q | How many is a few? Is it more than 10? | 11:28:57 |
| 11 | A | Yes. | 11:29:08 |
| 12 | Q | More than 20? | 11:29:10 |
| 13 | A | No. | 11:29:15 |
| 14 | Q | Pretty exclusive club then, correct? | 11:29:18 |
| 15 | | MR. DAY: Objection; argumentative. | 11:29:20 |
| 16 | | THE WITNESS: No. | 11:29:25 |
| 17 | BY MR. SWEENEY: | | 11:29:26 |
| 18 | Q | What do the flames symbolize on your tattoo? | 11:29:27 |
| 19 | A | It's just a design around the skull. | 11:29:35 |
| 20 | Q | It's what? | 11:29:41 |
| 21 | A | A design. | 11:29:41 |
| 22 | Q | Around the skull? | 11:29:42 |
| 23 | A | Yes, sir. | 11:29:43 |
| 24 | Q | What color are the flames? | 11:29:44 |
| 25 | A | There's no color in the flames. | |

Samuel Aldama
May 16, 2018

| | | |
|---|---|---|
| 1 | that's why you were chasing him? | 11:58:02 |
| 2 | A   Possibly, sir. | 11:58:04 |
| 3 | Q   Did you see him with a gun that day? | 11:58:07 |
| 4 | A   I don't recall, sir. | 11:58:19 |
| 5 | Q   So if I have the police report, it's going to say | 11:58:26 |
| 6 | in there -- it's not going to make any mention in there that | 11:58:31 |
| 7 | Sheldon Lockett possessed a gun that day, correct? | 11:58:37 |
| 8 | MR. DAY:   Objection; argumentative, no foundation. | 11:58:42 |
| 9 | THE WITNESS:   I'm not sure what the report is going to | 11:58:46 |
| 10 | say, sir. | 11:58:48 |
| 11 | BY MR. SWEENEY: | 11:58:51 |
| 12 | Q   Let's put this report aside for a second and talk | 11:58:52 |
| 13 | about your recollection of the event today. Did Sheldon | 11:58:56 |
| 14 | Lockett have a gun that day? Did you see him with a gun | 11:59:01 |
| 15 | before the chase? | 11:59:08 |
| 16 | A   I don't remember, sir. | 11:59:18 |
| 17 | Q   Then why were you chasing him? | 11:59:27 |
| 18 | A   I don't recall the incident, sir. | 11:59:47 |
| 19 | Q   Okay. | 12:00:01 |
| 20 | Do you harbor any racial animus toward African | 12:00:04 |
| 21 | Americans? | 12:00:32 |
| 22 | A   Could you rephrase that question, sir? | 12:00:32 |
| 23 | Q   Do you know what animus means? Do you have any ill | 12:00:34 |
| 24 | feelings toward African Americans in general? | 12:00:41 |
| 25 | A   Ill feelings? I'm not -- | |

Samuel Aldama
May 16, 2018

| | | |
|---|---|---|
| 1 | Q I'm sorry? | 12:01:00 |
| 2 | A Could you repeat that question one more time, sir. | 12:01:01 |
| 3 | Q Do you have any ill feelings in general against | 12:01:03 |
| 4 | African Americans? | 12:01:06 |
| 5 | A I have feelings for African Americans, sir. | 12:01:43 |
| 6 | Q What are your feelings? | 12:01:56 |
| 7 | A They are just human beings, sir. | 12:01:58 |
| 8 | Q Did you hear my question, sir? Do you have any ill | 12:02:01 |
| 9 | feelings toward African Americans? | 12:02:09 |
| 10 | A I do, sir. | 12:02:24 |
| 11 | Q Okay. Tell me about your feelings. | 12:02:31 |
| 12 | A I grew up in the city of Compton, sir, mostly | 12:02:34 |
| 13 | Hispanics, African Americans so I, you know, pretty much | 12:02:46 |
| 14 | grew up with everyone around. I'm not -- | 12:02:50 |
| 15 | Q So what is the source of your ill feelings? | 12:02:54 |
| 16 | MR. DAY: Counsel, I don't think the witness was done | 12:02:57 |
| 17 | with his answer. | 12:02:59 |
| 18 | MR. SWEENEY: I'm sorry? | 12:03:00 |
| 19 | MR. DAY: I don't think the witness was done with his | 12:03:01 |
| 20 | answer. | 12:03:03 |
| 21 | BY MR. SWEENEY: | 12:03:04 |
| 22 | Q I'm just trying to -- I'll withdraw the question. | 12:03:04 |
| 23 | What is the source of your ill feelings toward | 12:03:07 |
| 24 | African Americans? | 12:03:09 |
| 25 | A Like I said, sir, I grew up in the city of Compton, | |

| | | |
|---|---|---|
| 1 | and I have no problems or anything with -- | 12:03:25 |
| 2 | Q   You said you had ill feelings toward African | 12:03:28 |
| 3 | Americans.  What is the source?  Have they done something to | 12:03:31 |
| 4 | you? | 12:03:34 |
| 5 | A   No, I don't have any ill feelings. | 12:03:34 |
| 6 | Q   Didn't he just say he had ill feelings? | 12:03:37 |
| 7 | A   I misunderstood the question then, sir. | 12:03:42 |
| 8 | Q   Okay.  Is there some racial animosity between | 12:03:45 |
| 9 | blacks and Hispanics in Compton? | 12:03:51 |
| 10 | A   No, sir. | 12:03:53 |
| 11 | Q   Let's take a break. | 12:03:58 |
| 12 | THE VIDEOGRAPHER:  We are going off the record.  The | 12:04:00 |
| 13 | time is 12:04 PM. | 12:04:04 |
| 14 | (A break was taken in the proceedings.) | 12:04:09 |
| 15 | THE VIDEOGRAPHER:  We're back on the record.  The time | 12:21:28 |
| 16 | is 12:21 PM. | 12:21:40 |
| 17 | MR. DAY:  Counsel, before you go back to your | 12:21:42 |
| 18 | questioning, Deputy Aldama wanted to make a comment about | 12:21:46 |
| 19 | your last -- the last couple of questions and his response. | 12:21:52 |
| 20 | MR. SWEENEY:  Okay.  Let me just put on the record that | 12:21:54 |
| 21 | Deputy Aldama has consulted with counsel, and after about a | 12:22:00 |
| 22 | 15-minute break you have something new to say.  Say it. | 12:22:07 |
| 23 | MR. DAY:  Well, the 15-minute break had nothing to do | 12:22:11 |
| 24 | with conference, the length of conference with counsel, | 12:22:14 |
| 25 | since I was also conferencing with you, Mr. Sweeney, but go | |

71

Samuel Aldama
May 16, 2018

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | ahead, Deputy. | 12:22:21 |
| 2 | THE WITNESS: I just want to say I misunderstood the | 12:22:22 |
| 3 | question. I'm not -- I don't have any ill feelings. | 12:22:24 |
| 4 | BY MR. SWEENEY: | 12:22:29 |
| 5 | Q   Okay. | 12:22:30 |
| 6 | Growing up, did you have any physical altercations | 12:22:35 |
| 7 | with African Americans in Compton? | 12:22:39 |
| 8 | A   No, sir. | 12:22:41 |
| 9 | Q   Do you know the name of an arrestee by the name of | 12:22:43 |
| 10 | Jeremiah Wilkerson? Does that ring a bell? | 12:23:07 |
| 11 | A   No, sir. Jeremiah Wilkerson, no. | 12:23:17 |
| 12 | Q   Do you know about an incident between Orrego and | 12:23:22 |
| 13 | Jeremiah Wilkerson where Mr. Wilkerson alleged that Deputy | 12:23:25 |
| 14 | Orrego used excessive force? | 12:23:30 |
| 15 | MR. DAY: Objection; calls for speculation. | 12:23:37 |
| 16 | THE WITNESS: No, sir. | 12:23:39 |
| 17 | MR. SWEENEY: This is a good place to take a break. I'm | 12:23:39 |
| 18 | ready to go into the Donta Taylor incident. | 12:23:42 |
| 19 | MR. DAY: Okay. | 12:23:46 |
| 20 | MR. SWEENEY: Off the record. | 12:23:47 |
| 21 | THE VIDEOGRAPHER: We're going off the record. The time | 12:23:48 |
| 22 | is 12:23 PM. | 12:23:50 |
| 23 | (A lunch break was taken at 12:23 PM | 12:23:50 |
| 24 | until 1:35 PM.) | 13:31:46 |
| 25 | THE VIDEOGRAPHER: We are back on the record. The time | |

72

Samuel Aldama
May 16, 2018

Atkinson-Baker Court Reporters
www.depo.com

| | | |
|---|---|---|
| 1 | two weeks of -- | 15:14:17 |
| 2 | MR. DAY:  Our receipt? | 15:14:21 |
| 3 | MR. SWEENEY:  Of your receipt.  And then what did I say? | 15:14:22 |
| 4 | MR. DAY:  You said 14 days after. | 15:14:28 |
| 5 | MR. SWEENEY:  Fourteen more days to notify us of any | 15:14:30 |
| 6 | changes. | 15:14:33 |
| 7 | MR. DAY:  So stipulated. | 15:14:33 |
| 8 | MR. SWEENEY:  Thank you, Deputy, for coming. | 15:14:35 |
| 9 | THE VIDEOGRAPHER:  This is the end of the video | 15:14:39 |
| 10 | deposition of Deputy Samuel Aldama.  We are going off the | 15:14:41 |
| 11 | record.  The time is 3:14 PM. | 15:14:46 |
| 12 | (The deposition was concluded at 3:14 PM.) | 15:14:46 |

```
1    STATE OF    _____)
2    COUNTY OF   _____)
3
4
5
6
7              I, the undersigned, declare under penalty
8    of perjury that I have read the foregoing transcript,
9    and I have made any corrections, additions or
10   deletions that I was desirous of making; that the
11   foregoing is a true and correct transcript of
12   my testimony contained therein.
13           EXECUTED this _____ day of _____,
14   _____, at _____, _____.
                       (City)              (State)
15
16
17
18           _____
                    SAMUEL ALDAMA
19
20
21
22
23
24
25
```

```
 1                REPORTERS CERTIFICATE
 2
 3
 4        I, LOIS SARKISIAN, CSR No. 13707, RPR, Certified
 5   Shorthand Reporter, certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place therein set forth, at which time
 8   the witness was put under oath by me;
 9        That the testimony of the witness, the questions
10   propounded, and all objections and statements made at the
11   time of the examination were recorded stenographically by me
12   and were thereafter transcribed;
13        That the foregoing is a true and correct transcript
14   of my shorthand notes so taken.
15        I further certify that I am not a relative or
16   employee of any attorney of the parties, nor financially
17   interested in the action.
18        I declare under penalty of perjury under the laws
19   of California that the foregoing is true and correct.
20        Dated this 20th day of May, 2018.
21
22
23        _____Lois Sarkisian_____
24        Lois Sarkisian, CSR No. 13707, RPR
25
```