Exhibit "2"

