**RICKEY IVIE (#76864)**
rivie@imwlaw.com
**JACK F. ALTURA (#297314)**
jaltura@imwlaw.com
**IVIE, McNEILL & WYATT**
444 S. Flower Street, 18th Floor
Los Angeles, CA  90017-2919
(213) 489-0028; Fax (213) 489-0552

Attorneys for Defendant,
**COUNTY OF LOS ANGELES**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT<br><br>*Plaintiff*<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; a law enforcement agency; former SHERIFF JIM MCDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive,<br><br>*Defendants.* | CASE NO.: 2:18-cv-5838-PJW<br><br>**DECLARATION OF JACK F. ALTURA IN SUPPORT OF DEFENDANT COUNTY OF LOS ANGELES' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |

### **DECLARATION OF JACK F. ALTURA**

I, Jack F. Altura, declare as follows:

1. I am an attorney licensed to practice law in the State of California and before this Court.  I am an attorney at the law firm of Ivie, McNeill & Wyatt, counsel of record for Defendant County of Los Angeles.

2. I make the following declaration based upon my personal knowledge and if asked to testify I could and would testify to the following facts.

-1-

3. This Court ordered Deputy Benzor's entire deposition transcript sealed. ECF #114.

4. Deputy Benzor is not a defendant in this case, and his privacy interests are significant compared to the public's right to know private information about him before trial. Federal courts recognize a constitutionally-based right of privacy and the official information privilege. *Soto v. City of Concord*, 162 F.R.D. 603, 616, 620–21 (N.D. Cal. 1995). The official information privilege protects certain information about public officials. *See id.* COLA contends that the official information privilege protects private information about Deputy Benzor from being made public before trial.

5. COLA intends to use portions of Deputy Benzor's deposition transcript in its Motion for Summary Judgment.

6. Therefore, COLA respectfully requests leave to file Deputy Benzor's deposition under seal so that COLA may comply with the Court's sealing order.

7. Neither Plaintiff nor co-Defendants will be opposing this Application.

I execute this declaration under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 29, 2020 at Los Angeles, California

/s/ Jack F. Altura
Jack F. Altura