1                    UNITED STATES DISTRICT COURT

2             FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    SHELDON LOCKETT; MICHELLE        )  CASE NO.
     DAVIS; AND CLYDE DAVIS,          )  2:18-CV-5838-PJW
5                                     )
                        PLAINTIFFS,   )
6                                     )
                   VS.                )
7                                     )
                                      )
8    COUNTY OF LOS ANGELES, A         )
     PUBLIC ENTITY; LOS ANGELES       )
9    COUNTY SHERIFF'S                 )
     DEPARTMENT, A LAW ENFORCEMENT    )
10   AGENCY; SHERIFF JIM              )
     MCDONNELL; MIZRAIN ORREGO, A     )
11   DEPUTY LOS ANGELES COUNTY SHERIFF; )
     SAMUEL ALDAMA, A DEPUTY LOS      )
12   ANGELES COUNTY SHERIFF; AND DOES 1 )
     THROUGH 100, INCLUSIVE,          )
13                                    )
                        DEFENDANTS.   )
14   _____)

15

16             *** TRANSCRIPT SEALED PER COURT ORDER ***

17          VIDEOTAPED DEPOSITION OF DEPUTY ROGELIO BENZOR

18                    LOS ANGELES, CALIFORNIA

19                    MONDAY, MARCH 2, 2020

20

21   JOB NO. 3983123-1

22   REPORTED STENOGRAPHICALLY BY:

23   ELIZABETH SCHMIDT

24   CSR NO. 13598

25   PAGES 1 - 125

                                              Page 1

```
 1                      UNITED STATES DISTRICT COURT

 2                 FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4    SHELDON LOCKETT; MICHELLE        )   CASE NO.
      DAVIS; AND CLYDE DAVIS,          )   18-CV-5838-PJW
 5                                     )
                          PLAINTIFFS,  )
 6                                     )
                     VS.               )
 7                                     )
                                       )
 8    COUNTY OF LOS ANGELES, A         )
      PUBLIC ENTITY; LOS ANGELES       )
 9    COUNTY SHERIFF'S                 )
      DEPARTMENT, A LAW ENFORCEMENT    )
10    AGENCY; SHERIFF JIM              )
      MCDONNELL; MIZRAIN ORREGO, A     )
11    DEPUTY LOS ANGELES COUNTY SHERIFF; )
      SAMUEL ALDAMA, A DEPUTY LOS      )
12    ANGELES COUNTY SHERIFF; AND DOES 1 )
      THROUGH 100, INCLUSIVE,          )
13                                     )
                          DEFENDANTS.  )
14    _____)

15

16

17

18

19          VIDEOTAPED DEPOSITION OF DEPUTY ROGELIO

20    BENZOR, TAKEN ON BEHALF OF PLAINTIFF, AT 444 SOUTH

21    FLOWER STREET, SUITE 1800, LOS ANGELES, CALIFORNIA,

22    BEGINNING AT 10:20 A.M. AND ENDING AT 3:33 P.M., ON

23    MARCH 2, 2020, BEFORE ELIZABETH SCHMIDT, CERTIFIED

24    SHORTHAND REPORTER NO. 13598.

25
```

Page 2



```
 1        Q    You've never seen it since that day?

 2        A    No.  I -- I've seen the design, but I've

 3   never seen the tattoo.

 4   █    ████   ██████████████████████

 5        A    ████████████████████                    11:30

 6   █    ████   ███████   ████████████████

 7   █    ████████████

 8   █    ███████████████████

 9   █    █████   █████████████████

10   █    ███████████████████                          11:30

11   █    ██████████████████████████

12   2██

13   █    ████████████

14   █    ██████

15        Q    How many persons have that tattoo at the   11:30

16   Compton Station?

17             MR. ALTURA:  I'll just object to the

18   extent that the answer to the question calls for the

19   disclosure of attorney-client information.

20   BY MR. SWEENEY:                                   11:31

21        Q    How many persons that you know of have

22   that tatoo at Compton Station?

23             MR. ALTURA:  I'll just object again on the

24   grounds that that answer may call for the disclosure

25   of attorney-client privileged information.         11:31
```

                                                    Page 56

1              THE WITNESS:  I can't say confidently.  I

2       don't know, sir.

3       BY MR. SWEENEY:

4            Q    Give me your best estimate.

5            A    I don't have a estimate.                    11:31

6       ▪    ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

7       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

8       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

9       ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

10           A    ▬▬▬▬▬                                       11:31

11           Q    I'm going to ask you again.

12              MR. IVIE:  So Counsel, let me just

13       clarify.  How you instructed the witness I think is

14       inappropriate.  The judge did not make any

15       particular ruling on any particular question that    11:32

16       may be put to this witness.  He did not rule one way

17       or another on the question that you just asked,

18       which the witness I thought appropriately answered.

19              So I think your statement is an effort to

20       mislead and somewhat intimidate the witness.  The    11:32

21       witness answered the question.  So that's my

22       objection.

23              MR. SWEENEY:  Okay.  Thank you.  All

24       right.

25       ///                                                  11:32

                                                    Page 57

```
 1      BY MR. SWEENEY:

 2           Q    Do you know of any other deputy who has

 3      this tattoo?

 4           A    I know --

 5                MR. IVIE:  Other than what you may have          11:32

 6      learned from counsel.  Do you have any knowledge

 7      independent of anything that you may have been told

 8      by counsel.

 9                THE WITNESS:  No.

10      BY MR. SWEENEY:                                            11:32

11           Q    Isn't it true that the name of the group

12      of deputies who had that tattoo that's sitting

13      before you in Exhibit 51 is the Executioners?

14                MR. IVIE:  Object to the question as

15      lacking foundation that there is a group, that that       11:33

16      group has a name.

17                THE WITNESS:  So I've never heard the term

18      "Executioner."

19      BY MR. SWEENEY:

20           Q    You've never heard of the term                  11:33

21      "Executioners" in referring to a group of deputies

22      who have that tattoo?

23                MR. IVIE:  Objection.  No foundation that

24      there is a group, and there's no foundation that

25      there's a group specifically that is gathered around      11:33
```

Page 58

1    this particular tattoo.

2              But if you know the answer to the

3    question, you can answer it.

4              THE WITNESS:  No.  I've never heard that

5    term, sir.                                          11:33

6    BY MR. SWEENEY:

7         Q    What is the name of the term -- strike

8    that.

9    ████████████████████████████████████████

10   ████████████████████████████                        11:33

11             MR. IVIE:  Objection.  That assumes a fact

12   that has not been established.

13   ████████████████  ████████████████████

14   ████████

15   BY MR. SWEENEY:                                      11:34

16        Q    No term for the group?

17             MR. IVIE:  Again, objection.  There's no

18   foundation that there's any group.

19   BY MR. SWEENEY:

20        Q    Now, are you familiar -- you need some    11:34

21   more water?

22        A    I got this one, sir.  Thank you.

23        Q    Are you familiar with the term sheriff --

24   Los Angeles County sheriff cliques?

25        A    I've read about it, yes.                   11:34

Page 59

```
 1          Q    What did you read about them?

 2          A    The news articles.

 3          Q    Okay.  In what paper?

 4          A    Several.  Whichever one pops up, sir.

 5          Q    Okay.  And you realize there have been          11:34

 6     several cliques that have existed within the Los

 7     Angeles County Sheriff's Department since the 1970s;

 8     correct?

 9               MR. IVIE:  Object to the question as -- as

10     lacking foundation and assumes a fact that has not       11:35

11     been established.

12               THE WITNESS:  Can you repeat the question.

13     BY MR. SWEENEY:

14          Q    Yes.  You've learned in reading the

15     articles that you mentioned that there have been         11:35

16     several cliques in the Los Angeles County Sheriff's

17     Department for many years going back to the '70s;

18     correct?

19               MR. IVIE:  So object to the question.  It

20     seeks to have the witness verify the truth of            11:35

21     articles that he may have read.  That lacks

22     foundation.

23     BY MR. SWEENEY:

24          Q    You can answer.

25          A    I vaguely remember reading articles           11:35
```

Page 60

```
 1        talking about sheriff department cliques.

 2            Q    Talking about what?

 3            A    Sheriff department cliques.

 4            Q    You've heard the names like Vikings;

 5        correct?                                              11:36

 6            A    I've heard that term.

 7            Q    Little Devils; correct?

 8            A    I've never heard that term.

 9            Q    Cavemen?

10            A    I've heard that term.                        11:36

11            Q    Jump Out Boys?

12            A    I've heard that term.

13            Q    Vikings?  I think you mentioned Vikings;

14        right?

15            A    Yes.  I've heard of most of those terms,     11:36

16        but I don't know anything about them.

17            Q    Sure.  I'm asking questions.  You've heard

18        of the one in your area where you grew up termed as

19        the Banditos?

20            A    I've recently heard about them.              11:36

21        █        ████████████████████████████████

22        ████████████████████████████████

23            MR. IVIE:  Object.  Counsel, there's been

24        no foundation that there is a group to which a name

25        could be attached.  That question has been asked and  11:37
```

Page 61

```
 1    answered previously.

 2    BY MR. SWEENEY:

 3        █    ████████████████████████████████

 4        █    ████████████████████████

 5        █    ██████  ██████████████████████████  ██████      11:37

 6    ██████████████?

 7        █    ████████████████████████████████████

 8    ██████████████████████████

 9        Q    I'm going to represent to you -- strike

10    that.

11             Do you know Samuel Aldama?

12        A    Yes.

13        Q    When did you first meet Samuel Aldama?

14        A    At Compton Station.

15        Q    What year?                                     11:37

16        A    2015.

17        Q    2015?

18        A    Yeah.

19        Q    And I'm sure you know he testified there

20    are 10 to 20 deputies at the Compton Station that       11:37

21    had that tattoo.

22             MR. IVIE:   Object to the question as

23    lacking foundation, asserts a fact that has not been

24    established regarding what the witness's knowledge

25    is or where he may have obtained it.  So -- and I       11:38
```

Page 62

```
 1        would further object on the grounds that the

 2        question may seek attorney-client -- may seek to

 3        intrude to attorney-client communications.

 4                If you answer that question, please do not

 5        reference any information you may have obtained from        11:38

 6        communications with your counsel.  Do you understand

 7        that?

 8                    THE WITNESS:  Yes.

 9                    Can you repeat the question.

10                    MR. IVIE:  Can we have it read back,           11:38

11        please.

12                    (Record read as follows:

13                        "Question:  And I'm sure you know

14                    he testified there are 10 to 20

15                    deputies at the Compton Station that

16                    had that tattoo.")

17        BY MR. SWEENEY:

18            Q    Did you know that?

19            A    I read that in the article.

20            Q    Do you agree with that?                           11:39

21            A    No.

22            Q    Why don't you agree with that?

23            A    Because there's no -- while I was there,

24        there's no evidence to -- to prove that.

25            Q    Did you do a search?                              11:39
```

                                                          Page 63



Personal Court Reporters, A Veritext Company
818-988-1900



```
 1                                       .
 2
 3
 4
 5                                                      11:41
 6
 7        Q
 8
 9
10                                                      11:41
11
12
13
14
15                                                      11:41
16
17
18
19            But as far as to answer your question,
20    sir --                                           11:42
21        Q   By the way, I'm going to object as being
22    nonresponsive.  Please answer my question.  Thank
23    you.
24        A   Okay.
25            MR. IVIE:  Well, let's have the           11:42
```

Page 65

```
 1    question -- do you remember the question?

 2              THE WITNESS:  Can I have it repeated back

 3    to me?

 4              MR. IVIE:  Let's have the question read

 5    back, please.                                       11:42

 6              MR. SWEENEY:  I'll rephrase it.

 7    BY MR. SWEENEY:

 8

 9

10                                                        11:42

11        Q

12

13        Q

14

15                                                        11:42

16

17

18        Q

19

20                                                        11:43

21

22

23

24

25                                                        11:43
```



Page 66



```
 1          Q    And what did that -- strike that.

 2               And your testimony is you've never seen

 3     that sticker before?

 4               MR. ALTURA:  Objection.  Vague as to time.

 5     BY MR. SWEENEY:                                          11:44

 6          Q    Before you saw the one on the outside of

 7     the locker room?

 8               MR. ALTURA:  Objection.  Vague as to time.

 9               THE WITNESS:  I'm unclear, sir.  Can you

10     rephrase.                                                11:44

11     BY MR. SWEENEY:

12          Q    Sure.  Had you ever seen that sticker --

13     strike that.

14               How many times have you seen that sticker

15     on a locker at Compton Station?                          11:45

16          A    One sticker.

17          Q    And you go in that locker room every day

18     when you were at Compton?

19          A    Not every day.

20          Q    How many days a week?                          11:45

21          A    Two times a week, three times a week.

22          Q    For five years; correct?

23          A    Yes.

24          Q    And you saw that sticker one time;

25     correct?                                                 11:45
```

Page 68

```
 1          A    No.   There is one sticker.  And it has

 2    been there.

 3          Q    Okay.  When did you first notice that

 4    sticker?

 5          A    Early 2015.                                    11:45

 6          Q    Did you ask anybody about that sticker

 7    once you saw it?

 8          A    No.

 9          ▮    ██████████████████████████████████

10    ██████████████████████████                              11:46

11          MR. ALTURA:  Objection.  Assumes facts.

12              █████████   ████████████████████

13    ██████████████████████   ███████████████

14    ████████

15    BY MR. SWEENEY:                                          11:46

16          ▮    ████████████████████████

17          ▮    █████████████████████████████

18          Q    █████████████████

19          ▮    ████████████████████   ██████████████

20    ██████   ████████████████   ████████████████        11:46

21    ██████████   ████████████████████████████████

22    ██████████   ████████████████████

23          ▮    ███████████████████████████████████

24    ███████████████████████████████   █

25    █████████████                                           11:47
```

Page 69



```
 1
 2
 3
 4
 5    Q                                        11:47
 6
 7
 8
 9    A
10    Q                                        11:47
11
12
13
14
15    A                                        11:48
16
17
18
19
20                                             11:48
```

21      Q    Do you know if this is a group that is

22   known by captains, let's say, at the Compton

23   Station?  If you know.  If you know.

24           MR. IVIE:  Objection.  Assumes a fact not

25   established, and that is that there is some group.      11:49

                                                    Page 70

1    The witness certainly hasn't testified that there

2    was a group.

3              MR. SWEENEY:  I don't know how much more I

4    can establish.  We have sworn testimony that there

5    are 10 to 15 -- 10 to 20 people in this group with              11:49

6    the same tattoo.

7              MR. IVIE:  So this witness hasn't

8    confirmed that testimony as being part of his

9    knowledge.

10             MR. SWEENEY:  You said that it was not              11:49

11   established.

12             MR. IVIE:  It's not established.

13             MR. SWEENEY:  Not by him, but by Aldama.

14             MR. IVIE:  Well, there can be argument

15   about that.  I'm not going to argue what you think              11:49

16   you may or may not have established with Aldama.

17   But with this witness and in your examination of

18   this witness, that fact has not been established

19   that there is a group, that there is a group that --

20             MR. SWEENEY:  He hasn't admitted to a              11:50

21   group, Mr. Ivie, but it has been established there

22   is a group.

23             MR. IVIE:  I disagree with you.  But I'm

24   not going to go outside of the scope of this

25   testimony.  With this witness you have not              11:50

                                                    Page 71



1    established that fact.  You have to establish a fact

2    that --

3              MR. SWEENEY:  Those are my words, "a

4    group."  I don't care what he calls it.  Those are

5    my words.                                          11:50

6              MR. IVIE:  Okay.  So he does not have to

7    accept that in responding to your questions as being

8    a fact.

9              MR. SWEENEY:  I'm not asking --

10             MR. IVIE:  But you're asking that question  11:50

11   as though it were a fact.

12             MR. SWEENEY:  All right.  Let's move on.

13   Let's move on, Mr. Ivie.

14   BY MR. SWEENEY:

15                                                       11:50

16

17

18

19         Q

20                                                       11:51

21

22

23

24

25                                                       11:51

Page 72

```
 1      sure, that's all I know.

 2           Q    You refreshed your recollection, you said,

 3      yesterday with your report?

 4           A    Correct.

 5           Q    Okay.  Let me show you -- next in order is        02:25

 6      55.

 7                THE COURT REPORTER:  54.

 8                MR. SWEENEY:  54.

 9           (Exhibit 54 was marked for identification.)

10      BY MR. SWEENEY:                                             02:26

11           Q    Let me show you Exhibit 54.  And before I

12      get to this document, let me ask you something.

13           A    Yes.
```



```
20           A                                                     02:27
```

```
25                                                                 02:28
```

Page 86



```
1

2

3

4

5                                                                    02:28

6        Q    Captain Thatcher was your captain for a

7    while at Compton; correct?

8        A    Yes.

9

10                                                                   02:28

11

12       Q    You never told him?

13       A    No.

14

15                                                                   02:28

16

17

18            MR. SWEENEY:   What's that?

19            MR. IVIE:   Objection.  Lacks foundation,

20   vague and ambiguous.  You said have you ever told      02:29

21   him that --

22            MR. SWEENEY:   You made your objection.

23

24                                ?

25                                                           02:29
```

Page 87



```
 1   ████████████████████████████████████
 2   d████████t.
 3            ███████████   ████████████
 4   ████████████████
 5   BY MR. SWEENEY:                              02:29
 6        Q  ████████████████████████████
 7        █    ███
 8        █    ██████████████  ████████████████
 9   ████████████████████████
10        A  █████████████████████           02:29
11        █    ████
12        █    ███████████████████
13   █████████████████████████████
14   ████████  ██████████████████████████
15   █████████████████████████████████████       02:30
16   ████████████████████  █████████████
17   ██████████████████████████████
18   █████████████████████████████████.
19            ████████████████████████████████
20   ████  ██████████████████████████████.       02:30
21   ████████████████████████████  ███████
22   ████████████████████████████████
23   ██████████  ███████████████████████  ██████
24   ████████████████████████████████████
25   ████████████████████████████████████        02:30
```

                                        Page 88



```
 1   ██████████████████████████████████
 2   ████████████████████████.
 3        Q    █████████████████████████
 4   ████████████████████
 5      █   ██████   █████████████████████           02:31
 6   ██████████████████████████████
 7   ██████████████   ██████████████████████
 8   ███████
 9        Q    ██████   ████████████████████████
10   ███████████████████████████████████?           02:31
11           MR. IVIE:   ███████████████████████
12   ██████████████████████.   Object to that.
13   It's lacking foundation.   ██████████████████
14   █████████████████████.
15   BY MR. SWEENEY:                                 02:31
16        Q    ████████████████   ████████████████
17   t██t   ████████████████████
18        A    ██████████████████████████████████
19   ██████████████   ██████████████████████████
20   ████████████████████████                        02:32
21        Q    How do you feel about African-Americans in
22   general?
23        A    The same as I feel about
24   Hispanic-Americans and Caucasians.
25        Q    How many African-American friends do you   02:32
```

                                              Page 89

```
 1         A    To the best of my recollection, sir.

 2         Q    Okay.  All right.  So how far was it from

 3    MLK out to the shooting scene -- out to the scene

 4    where the identification was to take place?

 5         A    As far as distance?                         02:48

 6         Q    Yes.

 7         A    Three miles.

 8         Q    I'm sorry.  What?

 9         A    Three miles.

10         Q    Okay.  What did you talk about?             02:48

11              MR. IVIE:  Objection.  You assume that

12    there was a conversation, Counsel.

13              MR. SWEENEY:  I'm asking him.

14              THE WITNESS:  What did I talk about with

15    who?                                                  02:48

16    BY MR. SWEENEY:

17         Q    With -- you were the only person in the

18    car with Immunique; right?

19              MR. IVIE:  He has a radio.  But again,

20    you're assuming that there was a conversation.        02:48

21    BY MR. SWEENEY:

22         Q    What did you talk to about with Immunique

23    Ross in that conversation from King Hospital out to

24    the scene where she was to identify someone?

25         A    Okay.  I understand now.  Nothing.          02:48
```

Page 102

1       Q     No small talk?

2       A     We had a conversation in the emergency

3   room.   She agreed to come with us.   We got in the

4   car and I drove.   It's a short drive.

5       Q     Did you ask her any preliminary questions          02:49

6   about what the guy had on, what he looked like?

7       A     No.  I know the field pos-ID procedures

8   are real touchy, and I just didn't, you know, want

9   to participate other than transport.

10      Q     Your report goes on to say:                         02:49

11              "During the field showup, victim

12              Ross positively identified suspect

13              Lockett as the person who shot at

14              victim Cole and herself."

15          You wrote that?                                       02:49

16      A     Yes.

17      Q     And then it goes on to say:

18              "Victim Ross stated 'Hell yeah,

19              that's him.  I put that on everything

20              that's him.'"                                     02:49

21          She said that?

22      A     Yes.

23      Q     Tell me her demeanor.  Was she angry that

24   she was shot at?

25      A     Her demeanor at the emergency room?               02:50

Page 103

```
 1     BY MR. SWEENEY:

 2         Q    But you were trained on how to document

 3     and what you needed to document in the academy;

 4     correct?

 5         A    Yes.                                        03:32

 6         Q    Do you feel that you lived up to your

 7     teachings -- strike that.

 8              Do you feel that you followed your

 9     teachings that you learned in the academy on that

10     day?                                                03:32

11         A    Yes.  Absolutely.

12         Q    Thank you.  I have nothing further.

13              MR. IVIE:  I have nothing further.  Same

14     stipulation?

15              MR. SWEENEY:  Same stip.  Okay.            03:32

16              THE COURT REPORTER:  So we'll handle the

17     transcript per the Federal Rules of Procedure.  And

18     copy for the County?

19              MR. IVIE:  Yes.

20              MR. ALTURA:  Yes, please.                  03:32

21              THE VIDEOGRAPHER:  This completes today's

22     deposition.  We're going off the record.  The time

23     is 3:33 p.m.

24

25              (The deposition concluded at 3:33 p.m.)
```

Page 123

1        I declare under penalty of perjury that the

2   foregoing is true and correct.  Subscribed at

3   _____, California, this_____day of

4   _____, 2020.

5

6

7

8

9        _____

10       DEPUTY ROGELIO BENZOR

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 124

```
 1              Certification of Court Reporter
 2                      Federal Jurat
 3
 4        I, the undersigned, Certified Shorthand Reporter
 5   of the State of California, do hereby certify:
 6        That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using machine
11   shorthand which was thereafter transcribed under my
12   direction; further, that the foregoing is an accurate
13   transcription thereof.
14        That before completion of the deposition, a
15   review of the transcript [ ] was [ ] was not requested.
16        I further certify that I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney of any of the parties.
19        IN WITNESS WHEREOF I have hereunto subscribed my
20   name on March 16, 2020.
21
22
23
                    Elizabeth Schmidt
24                  CSR No. 13598
25
```

Page 125