1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
   E-Mail: jes@thesweeneyfirm.com
4

5  Steven C. Glickman, Esq. (State Bar No. 105436)
   **GLICKMAN & GLICKMAN,**
6  **A LAW CORPORATION**
   9460 Wilshire Boulevard, Suite 330
7  Beverly Hills, CA 90212
   Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
8  E-Mail: scg@glickman-law.com

9  Attorneys for Plaintiff SHELDON LOCKETT

10

11                  **UNITED STATES DISTRICT COURT**

12              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| SHELDON LOCKETT, | Case No.: 2:18-cv-5838-PJW |
| Plaintiffs, | **PLAINTIFF'S NOTICE OF ERATTA – INCORRECT DOCUMENT SUBMITTED AS DOC 191** |
| v. | **Hon. Patrick J. Walsh** |
| COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1

PLAINTIFF'S NOTICE OF ERATTA – INCORRECT DOCUMENT SUBMITTED AS DOC 191

1  **TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATOTRNEYS**
2  **OF RECORD:**

3      **PLEASE TAKE NOTICE** that Plaintiff SHELDON LOCKETT had
4  inadvertently uploaded the incorrect version of PLAINTIFF'S SUPPLEMENTAL
5  OPPOSITION TO DEFENDANT COUNTY OF LOS ANGELES' MOTION FOR
6  SUMMARY JUDGMENT document as DOC 191. The document was correctly
7  identified but the redactions had been "marked for redaction" but not "applied" in
8  the version that was uploaded.

9      Plaintiff will be submitting the version with the redactions applied to replace
10 the incorrectly uploaded document.

11     .

12 DATED: August 14, 2020          THE SWEENEY FIRM

13                          and

15                          GLICKMAN & GLICKMAN,
                         A LAW CORPORATION

17                          By____/s/ Steven C. Glickman_____
                              John E. Sweeney
18                               Steven C. Glickman
19                               Attorneys for Plaintiff SHELDON LOCKETT