```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   SHELDON LOCKETT; MICHELLE         ) Case No.
     DAVIS; and CLYDE DAVIS,           ) 18-CV-5838-PJW
 5                                     )
           Plaintiffs,                 )
 6                                     )
               vs.                     )
 7                                     )
     COUNTY OF LOS ANGELES, a public   )
 8   entity; LOS ANGELES COUNTY        )
     SHERIFF'S DEPARTMENT, a law       )
 9   enforcement agency; SHERIFF JIM   )
     McDONNELL; MIZRAIN ORREGO, a      )
10   Deputy Los Angeles County         )
     Sheriff; SAMUEL ALDAMA, a         )
11   Deputy Los Angeles County         )
     Sheriff; and DOES 1 through       )
12   100, inclusive,                   )
                                       )
13         Defendants.                 )
     _____ )
14
15
16    VIDEOTAPED DEPOSITION OF DEPUTY AUSTREBERTO GONZALEZ
17                       Volume I
18                    Via Videoconference
19                Tuesday, August 11, 2020
20
21
22                                  *Exhibit 27 -- redacted*
                                    *Because of size limitations,*
23   Reported by:                   *submitted in two parts.  This*
     Gideon Choi                    *is part 2 of 2*
24   CSR No. 13258
25

                                                       Page 1
```

### Page 78

1  A  Yes.                                              12:28:38
2     MR. IVIE: Objection; leading.                    12:28:39
3     Excuse me, Mr. ▓▓▓▓▓▓. I'm making an             12:28:40
4  objection. Can you wait until I'm finished?          12:28:43
5     THE WITNESS: Yes, sir.                           12:28:45
6     MR. IVIE: Objection; it's leading; suggestive; and 12:28:46
7  no foundation for the witness's testimony; calls for a 12:28:49
8  conclusion.                                          12:28:51
9     MR. ROMERO: This is counsel for the deponent. I'm 12:28:52
10 going to interpose my own objection. We seem to be 12:28:56
11 getting from Mr. Ivie the same objection for every 12:28:58
12 single question. It's resulting in a disruption to the 12:28:59
13 testimony, I believe.                                12:29:02
14    I'm going to ask the deponent, are these         12:29:04
15 objections disrupting your testimony, sir?           12:29:07
16    THE WITNESS: They are.                           12:29:10
17    MR. ALTURA: So I'd ask that we get a standing    12:29:11
18 objection since 99 percent of the objections have been 12:29:13
19 the same. I don't mean to be disrespectful. Perhaps 12:29:16
20 after lunch, we can reconvene with the standing     12:29:19
21 objection because it's very hard even for me to follow. 12:29:21
22 Thank you.                                           12:29:24
23    MR. IVIE: Okay. So I'm not going to agree to that, 12:29:24
24 but you've made your record.                         12:29:26
25 ///                                                  12:29:26

### Page 79

1  BY MR. SWEENEY:                                     12:29:26
2  Q  Okay. So is that true, Deputy, what I just       12:29:29
3  read?                                                12:29:34
4     MR. IVIE: Again, it calls for a conclusion.      12:29:34
5     MR. SWEENEY: You got your objection in.          12:29:37
6     MR. IVIE: Well, then why are you repeating the   12:29:39
7  question?                                            12:29:43
8     MR. SWEENEY: Because he doesn't recall it.       12:29:44
9     MR. IVIE: Okay. If you're going to repeat the    12:29:45
10 question, I'm going to restate my objection.         12:29:47
11    MR. SWEENEY: But, Mr. Ivie --                    12:29:49
12    MR. IVIE: The process is you ask the question, I 12:29:51
13 object.                                              12:29:56
14 BY MR. SWEENEY:                                     12:29:56
15 Q  Do you recall the question?                      12:29:59
16 A  Yes, I do.                                       12:30:01
17 Q  Okay. Is that true?                              12:30:01
18 A  Yes.                                             12:30:03
19    MR. IVIE: Again, objection; it calls for a       12:30:04
20 conclusion on the part of this witness; and there's no 12:30:07
21 foundation.                                          12:30:09
22    MR. SWEENEY: You've objected, Mr. Ivie. Thank    12:30:10
23 you.                                                 12:30:13
24    Did you get the answer Madame Court Reporter -- I'm 12:30:15
25 sorry -- Mr. Court Reporter? I'm sorry.              12:30:22

### Page 80

1     THE COURT REPORTER: The answer was yes.          12:30:25
2     MR. SWEENEY: Thank you.                          12:30:28
3  BY MR. SWEENEY:                                     12:30:29
4  Q  The last sentence in that paragraph on Page 1 of 12:30:36
5  10: "The gang members communicate exclusively through 12:30:42
6  WhatsApp, an encrypted messaging app on their phones." 12:30:48
7  Is that true?                                       12:30:50
8     MR. IVIE: Again, objection; leading; suggestive; no 12:30:51
9  foundation; calls for a conclusion on the part of this 12:30:54
10 witness.                                            12:30:57
11 BY MR. SWEENEY:                                     12:30:58
12 Q  Is that true, sir?                               12:30:59
13 A  Yes.                                             12:30:59
14 Q  All right. And how do you know that?             12:31:00
15 A  There was an incident where a phone was left     12:31:03
16 behind in dispatch to be charged, to charge the phone, 12:31:09
17 and the watch deputy came and told a few of us that 12:31:14
18 that's how the inked communicated. Because they left 12:31:23
19 the WhatsApp app open or the phone unlocked and then 12:31:27
20 messages started popping up regarding -- well,      12:31:31
21 communication with other inked members of this group 12:31:35
22 through WhatsApp.                                    12:31:40
23 Q  Okay. Does that indicate to you that it's a      12:31:43
24 secretive society?                                   12:31:48
25    MR. IVIE: Objection; leading; suggestive; no     12:31:50

### Page 81

1  foundation; calls for speculation on the part of this 12:31:52
2  witness.                                             12:31:55
3     THE WITNESS: Yes.                                12:31:57
4     MR. SWEENEY: Okay. Let's take our break. It's   12:31:57
5  12:30, and we'll be back at what? Mr. Ivie said 1:15? 12:32:02
6     MR. IVIE: Yes.                                   12:32:08
7     MR. ROMERO: Before we go off the record, I'd just 12:32:09
8  like to state that these continued objections by    12:32:11
9  Mr. Ivie are making this deposition completely      12:32:13
10 impossible by the deponent, and they're disruptive, they 12:32:16
11 are disorienting, and I have a headache just trying to 12:32:20
12 get through them. I'm not trying to be disruptive. I 12:32:24
13 want to make sure the deponent gets the best testimony 12:32:26
14 on the record for all sides.                         12:32:29
15    MR. SWEENEY: I concur. And welcome to the world of 12:32:30
16 Mr. Rickey Ivie. That's been his style.             12:32:33
17    MR. IVIE: Welcome to the world of making appropriate 12:32:36
18 objections at a deposition.                          12:32:39
19    MR. SWEENEY: Thank you, Mr. Ivie.                12:32:40
20    MR. IVIE: It's leading; suggestive; and lacks    12:32:42
21 foundation.                                          12:32:44
22    MR. SWEENEY: Thank you, Mr. Ivie.                12:32:44
23    MR. IVIE: You're welcome.                        12:32:46
24    MR. SWEENEY: Have a good lunch.                  12:32:47
25    MR. IVIE: All right. You too.                    12:32:49

**Page 82**

```
 1    THE VIDEOGRAPHER: This marks the end of         12:32:50
 2  Media Unit No. 4. The time is 12:32, and we are off the   12:32:53
 3  record.                                          12:32:55
 4    (Recess taken from 12:32 p.m. to 1:32 p.m.)   13:32:50
 5    THE VIDEOGRAPHER: This marks the beginning of  13:32:50
 6  Media No. 5. The time is 1:32 p.m., and we are on the   13:32:54
 7  record.                                          13:32:56
 8  BY MR. SWEENEY:                                  13:32:57
 9  Q  Good afternoon, Deputy.                       13:32:59
10  A  Good afternoon, sir.                          13:33:01
11  Q  What I'm going to do now is, to make this go  13:33:02
12  quicker, we're going to put up the Exhibit 105 and we're  13:33:07
13  just going to go line by line, and I'm going to ask you   13:33:12
14  questions about it.                              13:33:20
15    All right. At the top, can you see it, Deputy?  13:33:21
16  A  Yes.                                          13:33:23
17  Q  Okay. At the top, it says: "The Executioners,  13:33:24
18  led by inked shot caller Deputy J_____, have    13:33:29
19  paralyzed Compton through their use of violence against  13:33:35
20  deputies and threats of illegal work slowdowns, by which  13:33:39
21  Executioners members and associates at Compton will  13:33:45
22  purposefully cease some or all of their law enforcement  13:33:49
23  duties while continuing to be paid in order to impose  13:33:54
24  their will upon Compton by force."               13:33:59
25    Let me ask you a question about this. You     13:34:04
```

**Page 83**

```
 1  already said or you already made a comment about this.  13:34:08
 2  You already said that Deputy _____ is the shot  13:34:11
 3  caller of the gang; correct?                     13:34:15
 4  A  Yes.                                          13:34:17
 5  Q  Okay. Is it true, after that, you see         13:34:17
 6  Deputy ____, his name and there's a comment. Is that  13:34:22
 7  true, all that I read to the end of that sentence?  13:34:27
 8  A  Yes.                                          13:34:30
 9    MR. SWEENEY: Okay. What happened? Oh, okay. All  13:34:31
10  right. Thank you.                                13:34:35
11  BY MR. SWEENEY:                                  13:34:57
12  Q  Okay. Next sentence: "One such work slowdown  13:34:57
13  occurred in 2019, when shot caller _____ a Deputy,  13:35:01
14  confronted Acting Captain _____."               13:35:06
15    Was there a confrontation between the two?    13:35:11
16  A  Yes. Yes, there was.                          13:35:18
17  Q  A verbal confrontation; is that correct?      13:35:20
18  A  Just an altercation, verbal.                  13:35:24
19  Q  Okay. And did the following happen: "_____  13:35:26
20  informed Waldie that he, and by extension        13:35:30
21  The Executioners gang that he presided over, was  13:35:33
22  demanding that the Training and Scheduling Deputy,  13:35:38
23  _____, be replaced with an inked member of      13:35:44
24  The Executioners." Is that true?                 13:35:47
25  A  Yes.                                          13:35:50
```

**Page 84**

```
 1  Q  It goes on to say: "Deputy A_____" --        13:35:50
 2  I'm sorry -- "an inked member of the Executioners,  13:36:01
 3  Deputy _____." Is that true?                    13:36:07
 4  A  Yes.                                          13:36:10
 5  Q  Okay. Sorry about that.                       13:36:11
 6    What effect did that have on the policy and   13:36:19
 7  runnings of the -- strike that -- on the inner workings  13:36:26
 8  of the Compton station?                          13:36:30
 9  A  Well, I mean, the Scheduling and Training Deputy  13:36:32
10  position is huge. _____ had this position for a  13:36:36
11  number of years where it allowed him to -- where it  13:36:43
12  allowed him to give overtime spots, variances of, you  13:36:52
13  know, days off and move around deputies as he pleased  13:36:57
14  because, you know, he was the Scheduling Deputy. I  13:37:04
15  mean, he made the schedules. He controlled the   13:37:09
16  schedules. And, you know, the sergeant who was in  13:37:13
17  charge of him gave him free will, you know. So, you  13:37:17
18  know, he had the experience. He knew what that position  13:37:23
19  was all about and, you know, it's a position of control  13:37:25
20  at the station.                                  13:37:30
21  Q  Let me ask you this. Is it common knowledge at  13:37:31
22  the station that the sergeants are frightened of  13:37:33
23  The Executioners?                                13:37:41
24  A  The sergeants allow it. It's common knowledge  13:37:42
25  that sergeants allow, you know, this group to basically  13:37:46
```

**Page 85**

```
 1  do whatever they want.                           13:37:49
 2  Q  Would you say that this group is -- do you know  13:37:52
 3  the term "de facto" -- in reality, in control of the  13:38:00
 4  station, this group?                             13:38:04
 5  A  Yes. Yes, absolutely.                         13:38:06
 6  Q  Okay. It goes on to say: "The Training and    13:38:08
 7  Scheduling Deputy position was enormously desirable to  13:38:17
 8  the gang as that position would be able to dole out  13:38:20
 9  preferred shifts and inked" -- I'm sorry -- "to inked  13:38:24
10  gang members, as well as provide them with any days off  13:38:30
11  that they would desire." Is that true?           13:38:34
12  A  Yes.                                          13:38:36
13  Q  And it goes on to say: "All to the extreme    13:38:37
14  prejudice of non-gang members, who would be disparately  13:38:48
15  and negatively impacted by the most desirable scheduling  13:38:54
16  being funneled exclusively to the gang." Is that true?  13:38:58
17  A  Yes.                                          13:39:02
18  Q  It goes on to say: "Lieutenant _____         13:39:03
19  immediately put his foot down and advised _____ that he  13:39:08
20  would not be intimidated into carrying out his duties  13:39:13
21  based upon the desires of The Executioners." Is that  13:39:17
22  true?                                            13:39:21
23  A  Yes.                                          13:39:21
24  Q  How did you find that out?                    13:39:21
25  A  Every -- the whole station knew about it.     13:39:23
```

```
 1  Everybody knew about it. In fact, I, you know, had a    13:39:26
 2  little -- I ran into Acting Captain, Lieutenant       ,   13:39:30
 3  and, you know, I asked him, "Is this true?  The line is   13:39:35
 4  talking about this.  Is this true?"  And he confirmed    13:39:40
 5  it.                                                      13:39:43
 6     Q   Okay.  "In retaliation,        ,                  13:39:45
 7  The Executioners, and their associates at Compton        13:39:55
 8  implemented the threatened work slowdown wreaking havoc  13:39:59
 9  in Compton and resulting in enormous losses to County    13:40:06
10  taxpayers, and these individuals who participated in the 13:40:09
11  slowdown received their full public salaries for doing   13:40:13
12  little or no work."  Is that true?                       13:40:17
13     A   Yes.                                              13:40:19
14     Q   You know that because --                          13:40:20
15     A   There was nobody being arrested.  Very minimal    13:40:25
16  arrests were being done at that time.  We have a booking 13:40:29
17  line.  We would hardly ever see a unit in the booking    13:40:32
18  line with, you know -- you know, with suspects in their  13:40:37
19  back seats.  It was so obvious that, you know, we all    13:40:41
20  noticed that.                                            13:40:45
21     Q   Would you say that the public was in danger       13:40:46
22  because of the actions of these Executioners with the    13:40:51
23  work slowdowns?                                          13:40:55
24     A   Well, there's no -- you know, if there's no       13:40:57
25  police presence out in the street and they're parked     13:41:01
                                                              Page 86

 1  somewhere, then I would say yes.                         13:41:07
 2     Q   You go on to say or it goes on to say in your     13:41:10
 3  claim here, Exhibit 105:  "Lieutenant         after      13:41:17
 4  notifying his superior, Captain Michael Thatcher,        13:41:23
 5  instigated a punitive transfer of gang leader       to   13:41:27
 6  Industry station, but Lieutenant        was later        13:41:34
 7  overruled and Juarez was allowed to return to his gang   13:41:38
 8  home base in Compton."  Is that true?                    13:41:42
 9     A   Yes.                                              13:41:45
10     Q   So do you know who allowed -- strike that.        13:41:45
11         Do you know who approved the transfer back of     13:41:56
12         to the Compton station?                           13:41:59
13     A   Well, sir, I know it wasn't the                   13:42:02
14  Acting Captain, Lieutenant       .  The person above him 13:42:05
15  is -- was Commander Thatcher, and then Michael Thatcher  13:42:11
16  -- and then above him, the division chief, who was       13:42:18
17        .  So, you know, I'm not there, I'm not up         13:42:23
18  there, but there's a chain of command in our department, 13:42:25
19  so -- I know our acting captain didn't want       back   13:42:27
20  and nobody at the station wanted       back.  It was --  13:42:35
21  you know, we felt relieved when he wasn't at the         13:42:39
22  station.                                                 13:42:42
23     Q   By the way, do you know if Captain Thatcher knew  13:42:42
24  of the existence of The Executioners?                    13:42:47
25     A   Yes.                                              13:42:52
                                                              Page 87

 1     Q   He did know?                                      13:42:52
 2     A   Oh, yes, he was aware of them.  He knew about     13:42:54
 3  them.                                                    13:42:56
 4     Q   How do you know that?                             13:42:56
 5     A   Shortly after Aldama's deposition regarding the   13:42:57
 6  -- I believe it was the        case, Commander -- well,  13:43:02
 7  Captain Thatcher then sent out an e-mail basically       13:43:09
 8  saying that if you could not explain your way out of a   13:43:12
 9  tattoo -- or maybe you should learn how to articulate    13:43:15
10  why you got a tattoo.                                    13:43:20
11     Q   How did you take that when you received that      13:43:24
12  e-mail?  When I say "take that", what was going through  13:43:28
13  your mind?                                               13:43:31
14     MR. IVIE:  Counsel, the witness didn't finish his     13:43:32
15  answer to your question.                                 13:43:35
16     MR. SWEENEY:  I'm sorry.                              13:43:36
17     MR. IVIE:  Can you let the witness finish the answer? 13:43:37
18     MR. SWEENEY:  I'm sorry, Mr. Ivie.                    13:43:39
19  BY MR. SWEENEY:                                          13:43:41
20     Q   Were you finished?                                13:43:41
21     A   Yes.  It was, you know, that there was an e-mail  13:43:42
22  that Captain Thatcher at the time sent out to the        13:43:46
23  station.                                                 13:43:51
24     Q   Did Captain Thatcher work -- prior to the e-mail  13:43:51
25  coming out, did Captain Thatcher work closely with those 13:44:02
                                                              Page 88

 1  who were in charge of The Executioners, like the shot    13:44:06
 2  callers and the higher-ups?                              13:44:10
 3     A   Well, he was our Captain, and                     13:44:12
 4  Deputy           was our Scheduling Deputy so, you       13:44:19
 5  know, there is somewhat of a close supervisory, you      13:44:21
 6  know, relationship.                                      13:44:28
 7     Q   Okay.  In your mind, is there any way in your     13:44:33
 8  mind -- you know the inner workings of the Compton       13:44:41
 9  station -- that Captain Thatcher could not have been     13:44:44
10  knowledgeable about this gang before 2018 when it was    13:44:46
11  revealed, this tattoo?                                   13:44:49
12     A   Let me see if I understand your question          13:44:53
13  correctly.  So you're saying -- basically, you're asking 13:44:56
14  if Captain Thatcher had any knowledge of this group of   13:44:58
15  deputies prior to Aldama's deposition?                   13:45:03
16     Q   In your mind because you know the inner workings  13:45:07
17  and what was going on with the work slowdowns, what's    13:45:12
18  your answer to that?                                     13:45:15
19     A   Yes, he had knowledge.                            13:45:15
20     Q   Okay.  I noticed that -- strike that.             13:45:18
21         Did you ever you take any pictures of any of the  13:45:31
22  tattoos depictions?                                      13:45:34
23     A   Yes.                                              13:45:38
24     Q   And what was that?                                13:45:38
25     A   It was a picture of, you know, the tattoo, but    13:45:41
                                                              Page 89
```

```
 1  it was on a mouse pad and, like, a pencil holder, along,   13:45:45
 2  I think, with a mouse, you know, with the tattoo's        13:45:52
 3  logo.                                                      13:45:57
 4      MR. SWEENEY: Okay. We're going to up pull up          13:45:58
 5  another exhibit. I think we're up to 108; is that         13:46:00
 6  correct?                                                   13:46:04
 7      MR. GLICKMAN: This would be 109.                       13:46:04
 8      MR. SWEENEY: I'm sorry. 109. Can you see --            13:46:06
 9  Mr. Glickman, can you blow it up a little bit?             13:46:10
10      MR. GLICKMAN: Just give me one second. It should be   13:46:13
11  on the screen now.                                         13:46:36
12  BY MR. SWEENEY:                                            13:46:37
13  Q  Okay. Is that a picture you took, sir?                  13:46:38
14  A  Yes, sir.                                               13:46:41
15  Q  And whose desk is that; do you know?                    13:46:42
16  A  That was Deputy ▮▮▮▮▮▮                                  13:46:47
17  Q  And how long, if you know -- strike that.               13:46:51
18     Approximately what date did you first see that          13:46:57
19  mouse pad and pencil holder?                               13:47:01
20  A  I saw it after -- I want to say it was around           13:47:04
21  the month of May of the present year.                      13:47:09
22  Q  Okay. Do you know where he got it made?                 13:47:12
23  A  Where he got it made? No, I don't know. One             13:47:17
24  day, I just came to pick up files, and I noticed -- you    13:47:20
25  know, I noticed the mouse pad and the mouse, and then     13:47:24
                                                          Page 90
```

```
 1  like a week later, I noticed it in two other deputies'    13:47:32
 2  desk.                                                      13:47:36
 3  Q  Okay. And who were the two other deputies?              13:47:37
 4  A  Deputy ▮▮▮ and Deputy ▮▮▮▮▮▮.                          13:47:40
 5  Q  Okay. Do you know if now Commander Thatcher is          13:47:45
 6  a member of one of these clique gangs in the               13:47:57
 7  Sheriff's Department?                                      13:48:03
 8  A  No.                                                     13:48:03
 9  Q  You do not know?                                        13:48:04
10  A  I don't know.                                           13:48:05
11  Q  Had you heard -- strike that.                           13:48:07
12     Have you heard of The Regulators?                       13:48:12
13  A  I've heard of them, yes.                                13:48:14
14  Q  Have you heard of The Vikings?                          13:48:16
15  A  Yes, sir.                                               13:48:19
16  Q  Did you ever ask Captain Thatcher why he was            13:48:20
17  sympathetic to The Executioners?                           13:48:33
18  A  No, sir.                                                13:48:37
19  Q  Did you ever wonder?                                    13:48:37
20  A  At first I did, but then after certain events           13:48:39
21  happened, I understood why there was -- he was             13:48:48
22  sympathetic to the group.                                  13:48:51
23  Q  And why was that?                                       13:48:53
24  A  Because they boosted his stats at the station.          13:48:55
25  Q  Okay. And at some point was he under any kind           13:48:59
                                                          Page 91
```

```
 1  of pressure to do so?                                      13:49:08
 2  A  Yes. Where it was, it was a division meeting            13:49:09
 3  where captains from each station attend, and the word     13:49:14
 4  was, because this was said in briefing by one of the      13:49:21
 5  sergeants, that our captain, Captain Thatcher, had been   13:49:24
 6  chewed out because Compton station's stats were very      13:49:29
 7  low.                                                       13:49:33
 8  Q  And so you said he was chewed out. That's what         13:49:39
 9  you heard?                                                 13:49:42
10  A  Yeah. And I can't remember the sergeant, but in        13:49:42
11  a briefing, they said that the captain had his ass        13:49:45
12  chewed out. That's what they said.                        13:49:48
13  Q  And now that we're on that -- let's go ahead and       13:49:50
14  (inaudible) but now that we're on that, what was done as  13:49:57
15  a result of him being chewed out, if you know?            13:50:00
16  A  Well, captain came back to the station and, you        13:50:04
17  know, lieutenants and the scheduling sergeant, they       13:50:11
18  started asking for stats, asking to arrest people. If     13:50:21
19  you're not arresting people, you know, you're going to    13:50:26
20  be put in traffic cars and front counter positions, you   13:50:29
21  know, less desirable positions.                           13:50:35
22  Q  Okay. Let's skip to Page 3, the fourth                 13:50:37
23  paragraph down, because that's where you talk about       13:50:45
24  that. Let me ask you if this is true.                     13:50:48
25     "In August or September of 2017, there was a           13:50:52
                                                          Page 92
```

```
 1  meeting with various captains at the division level, and  13:50:54
 2  Thatcher was reprimanded for the arrest statistics being  13:50:59
 3  low at Compton." You just testified to that; correct?     13:51:04
 4  A  Yes, sir.                                               13:51:07
 5  Q  Okay. How many stations are in a division?             13:51:07
 6  A  I believe five.                                         13:51:13
 7  Q  And they are?                                           13:51:14
 8  A  Compton Station, Century Station,                       13:51:16
 9  Marina Del Rey, Eastlake Station, and I believe           13:51:22
10  South Lake Station.                                        13:51:27
11  Q  Okay. You go on to say or the claim goes on to         13:51:27
12  say: "Thatcher reacted by implementing an illegal         13:51:33
13  arrest quota framework at Compton, in violation of        13:51:38
14  California law, Vehicle Code Section 41602."              13:51:40
15     Now, at some point did you find out prior to you       13:51:47
16  submitting this claim that it was, in fact, illegal to    13:51:54
17  set arrest quotas?                                         13:51:58
18  A  Yes.                                                    13:52:00
19  Q  And it goes on to say: "Thatcher sought the            13:52:00
20  assistance of ▮▮▮▮▮ and the gang resulting in Compton     13:52:12
21  arrest statistics increasing by an approximate            13:52:15
22  300 percent within a month." Is that what happened?       13:52:21
23  A  Yes, they more than doubled/ I don't remember          13:52:23
24  the exact numbers. But we know it was a very dramatic     13:52:26
25  increase. There was a graph shown in the briefing room.   13:52:31
                                                          Page 93
```

## Page 94

```
1   And it shows all the arrests made for a year to the      13:52:39
2   present date, then for the year before and the present   13:52:46
3   year, and you could see -- I mean, you could see how     13:52:50
4   much larger that graph for the present year was.  It     13:52:55
5   more than doubled.                                       13:53:01
6   Q   And that was shown at a meeting at the Compton       13:53:02
7   station?                                                 13:53:05
8   A   Well, it was just posted in the briefing room.       13:53:05
9   Q   And you said that Thatcher sought the assistance     13:53:09
10  of ▓▓▓▓ and the gang.  How do you know that?             13:53:15
11  A   I -- well, I was partnered with Deputy ▓▓▓▓,         13:53:17
12  who is or was -- was and probably still is ▓▓▓▓          13:53:27
13  girlfriend.  While partnered, we conducted a traffic     13:53:33
14  stop.  Another unit pulled up behind us, and normally    13:53:41
15  for the infraction that the driver had committed, we     13:53:49
16  wouldn't have arrested the driver.  We would have        13:53:55
17  probably just, you know, more than likely just warned    13:53:59
18  and advised.                                             13:54:03
19      She started filling out a citation to cite and       13:54:04
20  release the arrest in the field, and I did ask           13:54:12
21  Deputy ▓▓▓▓ what she was doing because, you know, this   13:54:16
22  was very unusual.  And she said, "A stats a stat and,    13:54:19
23  you know, you better start -- you better start padding   13:54:23
24  your stats or getting your stats."                       13:54:30
25  Q   Did she say -- did she appear to be doing the        13:54:33
```

## Page 95

```
1   bidding of her boyfriend, the shot caller?               13:54:36
2   A   Well, she had been given -- word was that she        13:54:39
3   had been given the heads-up a couple of weeks before so  13:54:45
4   she could pad her stats, and when the punishment came    13:54:48
5   because you're not arresting people to put you in        13:54:54
6   traffic, she would be able to show that, you know, she   13:54:57
7   had been arresting people for the last two to three      13:54:59
8   weeks.                                                   13:54:59
9   Q   How did you feel about that as far as ethics are     13:55:03
10  concerned, about arresting people who had not done       13:55:07
11  anything just to get stats up?  How did you feel about   13:55:11
12  that?                                                    13:55:14
13  A   Well, it's not so much for people not doing          13:55:14
14  anything, but, you know, my opinion was, you know,       13:55:20
15  there's letter of the law and spirit of the law, and     13:55:22
16  during that period there was no spirit of the law        13:55:26
17  whatsoever.                                              13:55:28
18  Q   Now, you say down further in that paragraph:         13:55:29
19  "During that time period, ▓▓▓▓ would begin to make       13:55:43
20  very unusual misdemeanor arrests, usually arresting      13:55:46
21  individuals and then immediately releasing them in the   13:55:52
22  field for no other purpose but to juke the arrest        13:55:54
23  statistics as a favor from the gang to Thatcher."  Is    13:55:58
24  that correct?                                            13:56:02
25  A   Yes, sir.                                            13:56:02
```

## Page 96

```
1   Q   It sounds like that you are saying in your claim     13:56:04
2   that Thatcher was being controlled by this gang; is that 13:56:08
3   true?                                                    13:56:13
4   A   Well, that and, you know, word is that, you          13:56:13
5   know, we all believed that Captain Thatcher got his star 13:56:20
6   because of the gang.  He was able to get promoted        13:56:24
7   because -- you know, because the gang was enforcing      13:56:27
8   these, you know, arrest quotas and stats which           13:56:32
9   ultimately, when Thatcher went back to another meeting,  13:56:34
10  you know, it shows that he had -- you know, that he was  13:56:39
11  able to bring up his stats and, you know, then after get 13:56:43
12  his star as commander.                                   13:56:49
13  Q   So you think he became -- strike that.               13:56:50
14      Do you believe that this gang had that much          13:56:56
15  influence over the Sheriff's Department, that they can   13:56:59
16  control a captain's actions and policy within the        13:57:04
17  station and then get rewarded by being promoted to the   13:57:09
18  commander level; is that what you're saying?             13:57:14
19  A   I think they have a pretty far reach within the      13:57:15
20  department.                                              13:57:18
21  Q   I'm sorry.  What's that?                             13:57:18
22  A   I think they have a pretty far reach within the      13:57:20
23  department, yes.                                         13:57:22
24  Q   That is, the gang.                                   13:57:23
25      Okay.  And I want to read this paragraph really      13:57:28
```

## Page 97

```
1   quickly.  "Back in 2016, Claimant attempted to get       13:57:44
2   scheduled to have certain days off so he can provide     13:57:49
3   medical care to his daughter, ▓▓▓▓, on those days.       13:57:52
4   At this time ▓▓▓▓ was a Training and Scheduling Deputy   13:57:55
5   who operated the station scheduling in a manner to       13:58:01
6   benefit his gang.  Claimant, a non-member of the gang,   13:58:04
7   was refused these days off by ▓▓▓▓.  Claimant had no     13:58:07
8   other option at this point but to go out on CFRA/FMLA    13:58:12
9   leave, as his superiors, with whom he discussed his      13:58:19
10  situation with, refused to or otherwise lacked the       13:58:24
11  ability to confront ▓▓▓▓ as he was a leader of the       13:58:27
12  station gang and rarely subjected to meaningful          13:58:32
13  supervision or control by his supervisors due to his     13:58:35
14  gang ties."  Is that true?                               13:58:40
15  A   Yes, sir.                                            13:58:41
16  Q   And that happened to you; correct?                   13:58:42
17  A   Yes, sir.                                            13:58:46
18  Q   All right.  Final paragraph on this page:  "At       13:58:47
19  this time gang shot caller, ▓▓▓▓, as the Training and    13:58:55
20  Scheduling Deputy, changed Claimant's schedule to the    13:58:59
21  early morning shift to accommodate an Executioner        13:59:02
22  member, all of whom received preferential scheduling     13:59:07
23  consideration over non-gang members or associate s."  Is 13:59:12
24  that true?                                               13:59:16
25  A   Yes, sir.  The deputies that he accommodated for     13:59:16
```

```
 1  continue seeing my daughter, otherwise, I was falling on   14:05:20
 2  the opposite end of the week and would be working on the   14:05:23
 3  days that I would have my daughter.                        14:05:26
 4     Q  Okay.  All right.  So the last sentence in that     14:05:28
 5  paragraph, the last paragraph on Page 2, it says:          14:05:35
 6  "Claimant protested to his supervisor, Sergeant ▓▓▓▓,     14:05:38
 7  then the Scheduling and Training Sergeant at Compton,     14:05:43
 8  but ▓▓▓▓ refused to consider the basis for Claimant's     14:05:46
 9  objection and informed him that he would support           14:05:50
10  ▓▓▓▓ erroneous decision."  Is that true, first of         14:05:53
11  all?                                                       14:05:58
12     A  Yes.                                                 14:05:58
13     Q  And why do you figure that ▓▓▓▓ was supporting       14:05:59
14  ▓▓▓▓ decision?  Don't speculate.  If you know.             14:06:07
15     A  I don't know why he would -- I don't know why he    14:06:11
16  was worried.  And what he told me is, "Did you talk to    14:06:16
17  ▓▓▓▓ already?"  I said, "Yes, sir, I did."  And then      14:06:19
18  he said, "Well, whatever he says, I'm going to support    14:06:23
19  it."                                                      14:06:26
20     Q  Did it appear that ▓▓▓▓ was running the             14:06:26
21  station?                                                  14:06:31
22     A  Yes.                                                14:06:33
23     Q  Okay.  Going down to the second paragraph on        14:06:34
24  Page 3, it says:  "The Executioners also had a pattern    14:06:49
25  and practice of showing preference to prospective         14:06:53
                                                       Page 102

 1  members as soon as they were assigned to Compton."  Is    14:06:56
 2  that true?                                                14:06:59
 3     A  Yes.                                                14:06:59
 4     Q  "Once identified as prospects to become inked       14:07:00
 5  members, newly assigned Compton deputies were allowed to  14:07:06
 6  partner up with inked members right away while all other  14:07:10
 7  newly minted patrol deputies were required to work by     14:07:16
 8  themselves for long periods of time."  Is that true?      14:07:21
 9     A  Yes.                                                14:07:23
10     Q  Why do you believe -- strike that.                  14:07:24
11        Why do you say that?  Why are prospects allowed     14:07:25
12  to work with inked members; why do you feel that?         14:07:30
13     A  Well, it was a combination of allowing, like,       14:07:35
14  for example, two prospects to jump in one car and work,   14:07:40
15  as well as they got off training and they were, you       14:07:46
16  know, able to go and work with inked members.  You know,  14:07:50
17  I was -- I wasn't assigned a partner when I got off       14:07:56
18  training, and a lot of non-inked members were not         14:08:00
19  allowed -- or not not allowed but weren't given that      14:08:04
20  same opportunity.                                         14:08:09
21     Q  Let me ask you this.  How are prospects             14:08:10
22  identified?  How are they identified?                     14:08:14
23     A  Well, I mean, when they are in training, you can    14:08:19
24  see their demeanor on how they are with the               14:08:27
25  station, with, you know, inked members, very easy going,  14:08:33
                                                       Page 103

 1  very comfortable with them, no discipline, no bearing,    14:08:39
 2  you know, things of that nature.  So you start seeing     14:08:47
 3  and, you know, common start, you know, to go around       14:08:50
 4  saying, "Oh, he's definitely going to be a prospect when  14:08:53
 5  he gets off training.  Oh, I guarantee he will            14:08:57
 6  definitely get off training."                             14:09:00
 7     Q  Do you believe that they are -- that the            14:09:02
 8  Executioner gang is grooming these prospects to become    14:09:06
 9  Executioners?                                             14:09:12
10     A  Yes.                                                14:09:12
11     Q  And do you believe they're training them in         14:09:14
12  their illegal ways that you just spoke of?                14:09:20
13     A  Yes.  I mean, we lead by example, they say.         14:09:22
14     Q  Yeah.  It goes on to say:  "Further prospects       14:09:29
15  are allowed to skip assignments or have their             14:09:33
16  assignments shortened to the non-preferred traffic or     14:09:37
17  Compton Town Center Mall substation detail.  Claimant,    14:09:41
18  as an example, was assigned to traffic duty for a period  14:09:45
19  of 12 to 14 months as he was not interested in becoming   14:09:48
20  a gang prospect."  Is that true?                          14:09:52
21     A  Yes.                                                14:09:56
22     Q  Do you feel that you got a lousy assignment or a    14:09:56
23  non-preferential assignment because you showed no         14:10:04
24  interest in being a gang member?                          14:10:07
25     A  Yes.                                                14:10:09
                                                       Page 104

 1     Q  Did they ever try to recruit you and say come on    14:10:10
 2  to the program?                                           14:10:14
 3     A  No.                                                 14:10:15
 4     Q  They just knew that you were strait-laced and --    14:10:15
 5  strike that.  That calls for speculation.                 14:10:19
 6        Did you let everyone know at the station that       14:10:22
 7  you played by the book?                                   14:10:25
 8     A  Well, I did my job.  I did it -- I mean, I          14:10:27
 9  believe maybe they didn't ask me because I didn't come    14:10:31
10  from Custody.  I came from Court Services.  But, again,   14:10:35
11  that's my reason.  I don't know why they never asked me.  14:10:39
12  Maybe it's because the incident that happened between     14:10:42
13  ▓▓▓▓ and I where I kept asking for the days off that I    14:10:45
14  needed and, you know, maybe he just didn't like me for    14:10:51
15  that.  Honestly, I don't know why they never asked me,    14:10:56
16  but I was never approached.                               14:10:59
17     Q  Okay.  So have you heard of the 3,000 Unit on       14:11:00
18  Bauchet Street?                                           14:11:09
19     A  Say that one more time?                             14:11:09
20     Q  Have you heard of the 3000-level Unit in            14:11:11
21  Men's Central at Bauchet Street?                          14:11:15
22     A  Yes, sir.                                           14:11:17
23     Q  Have you heard of the 2000 Unit at                  14:11:18
24  Men's Central Jail at Bauchet Street?                     14:11:24
25     A  Yes, sir.                                           14:11:28
                                                       Page 105
```

27 (Pages 102 - 105)

```
 1   Q  Do you know whether or not, if you know, the    14:11:28
 2  2000 or 3000 Unit deputies are sent to the Compton  14:11:31
 3  station, if you know?                               14:11:41
 4   A  Well, I know that they're not sent there. They  14:11:43
 5  -- you know, the department allows you to pick a number  14:11:46
 6  of stations, and based on your departmental seniority is  14:11:51
 7  when you get to go to whatever pick you have depending  14:11:55
 8  on the needs of the department. I know that a lot of  14:11:59
 9  2000 and 3000 floor deputies desired to come to the  14:12:04
10  Compton station.                                    14:12:10
11   Q  Okay. All right. Then it goes on to say in     14:12:11
12  Paragraph 3: "█████ eventually returned to Compton  14:12:20
13  from his IDT transfer." What is "IDT"?              14:12:23
14   A  Industry. That's the three-letter abbreviation  14:12:27
15  for City of Industry.                               14:12:31
16   Q  Okay. "This is believed to be an act of        14:12:32
17  gratitude shown by Captain Thatcher to █████ for    14:12:38
18  assistance █████ had previously directed his gang and  14:12:43
19  gang associates to provide to Thatcher."            14:12:46
20      Now, how do you know this? I want to know why  14:12:49
21  this isn't just speculation. How do you know this?  14:12:53
22   A  Well, I did ask Lieutenant █████, you know. I  14:12:55
23  heard -- and, you know, the word goes out quick. This  14:12:59
24  is worse in high school. Word goes out quick. "Hey,  14:13:03
25  there's word that Juarez is coming back to Industry." I  14:13:06
                                                      Page 106
```

```
 1  hear from one or two deputies, and then I ran into  14:13:09
 2  Lieutenant █████ in the parking lot, and I asked him,  14:13:14
 3  "Hey, sir, we're hearing that █████ is coming back."  14:13:17
 4  And all he said was, "Not my call."                 14:13:20
 5   Q  All right. Then we talked about the reference  14:13:22
 6  in the office in August of 2017. We'll skip over it and  14:13:32
 7  go quickly.                                         14:13:35
 8      "Several weeks later, Lieutenant █████ held    14:13:35
 9  a briefing and informed all deputies that their stats  14:13:38
10  were low compared to other stations in the          14:13:42
11  division. Claimant was present when █████ told all the  14:13:45
12  deputies present in the briefing that it was their job  14:13:47
13  to arrest people, 'so go do your job.' After this   14:13:52
14  meeting deputies with low arrest numbers were retaliated  14:13:55
15  against and punished by having to work undesirable  14:13:58
16  details such as working the front desk, traffic detail,  14:14:02
17  or Compton Town Center Mall substation." Is that true?  14:14:05
18   A  Yes, sir.                                      14:14:11
19   Q  That happened?                                 14:14:11
20   A  Yes, sir.                                      14:14:12
21   Q  Moving on -- what I'm trying to do, Deputy, is  14:14:13
22  go over things that are not relevant to what I want to  14:14:36
23  talk about.                                        14:14:41
24   A  Yes, sir.                                      14:14:42
25      MR. GLICKMAN: Do you want to do this last paragraph  14:14:49
                                                      Page 107
```

```
 1  here about the quota system, John?                  14:14:51
 2      MR. SWEENEY: Yeah.                             14:14:56
 3  BY MR. SWEENEY:                                     14:14:56
 4   Q  Yeah, let's talk about that real quickly. It   14:14:57
 5  says: "Days after the █████ briefing where the deputies  14:15:00
 6  were illegally ordered to meet arrest quotas or face  14:15:03
 7  punish, Claimant, along with Deputies █████         14:15:09
 8  and █████, complained about the illegality of      14:15:13
 9  the quota order to the Acting Watch Commander,      14:15:18
10  Sergeant █████, as an unlawful idea to punish       14:15:24
11  deputies with low arrest stats originated from █████  14:15:29
12  and █████." Is that true?                           14:15:36
13   A  Yes, sir.                                      14:15:38
14   Q  You saw that happen?                           14:15:38
15   A  Yes, sir. I was there, yes.                    14:15:41
16   Q  "When confronted by the deputies and asked if  14:15:43
17  undesirable assignments were being improperly used as  14:15:48
18  punishment for not meeting illegal quotas, █████   14:15:51
19  admitted, 'Yes, you should have known that by      14:15:55
20  now.'" Did you hear him say that?                   14:15:59
21   A  Yes.                                           14:16:00
22   Q  "█████ further stated that if someone had a    14:16:01
23  problem with the new quota program, that they were  14:16:05
24  welcome to come to his office so that █████ could show  14:16:09
25  them their low stats." Did he say that?             14:16:12
                                                      Page 108
```

```
 1   A  Yes.                                           14:16:16
 2   Q  You heard him?                                 14:16:16
 3   A  Yes, sir.                                      14:16:18
 4   Q  It goes on to say: "█████ raised his voice to  14:16:18
 5  Claimant and Deputies █████ and █████ and told them to  14:16:23
 6  'do your job, I'm trying to save your career.'" How did  14:16:27
 7  you take that, sir?                                 14:16:31
 8   A  Well, I mean, go get arrests, you know, go get  14:16:31
 9  your stats or else. I mean, it's a little vague, you  14:16:40
10  know, when he says to save your career but, to me, that  14:16:47
11  sounds like if I don't get arrest quotas, then -- I  14:16:52
12  don't know -- I may not get promoted, I may not go to a  14:16:59
13  good assignment, I may not ever get out of traffic.  14:17:02
14   Q  Okay. Let me finish this paragraph and we'll   14:17:06
15  take a five-minute break.                           14:17:12
16      "As a result of this interaction" -- I'm       14:17:14
17  sorry. It goes on to say: "Alcala protested and said  14:17:16
18  he was doing his job, to service calls for assistance  14:17:22
19  from the public. As a result of this interaction,  14:17:27
20  Claimant, █████, and █████ were all reprimanded as  14:17:29
21  punishment for protesting the illegal quota program and  14:17:34
22  were demoted and immediately put on a rotation to   14:17:38
23  traffic duty." Is that true?                        14:17:41
24   A  Yes. It's not demoted. They were punished --   14:17:42
25  we were punished in a way where we weren't able to work  14:17:48
                                                      Page 109
```

**Page 110**

```
 1  a crime car and we were put in traffic in a traffic car.      14:17:52
 2     Q   Okay.  It goes on to say: "▇▇▇ had been              14:17:56
 3  slated to promote to Special Assignments Office at           14:18:01
 4  Compton, but after he protested to ▇▇▇ informed              14:18:04
 5  the sergeant, commanding SAO, to refuse the transfer to      14:18:08
 6  ▇▇▇."  Is that true?                                          14:18:13
 7     A   Yes, sir.                                             14:18:14
 8     MR. SWEENEY:  All right.  Why don't we take a             14:18:15
 9  five-minute break and pick up here?  Is that okay with       14:18:17
10  everybody?                                                   14:18:20
11     MR. IVIE:  Yeah.                                          14:18:22
12     MR. SWEENEY:  Okay.                                       14:18:23
13     THE VIDEOGRAPHER:  This marks the end of                  14:18:24
14  Media No. 5.  The time is 2:18 p.m., and we are off the      14:18:27
15  record.                                                      14:18:29
16     (Recess taken from 2:18 p.m. to 2:29 p.m.)                14:29:24
17     THE VIDEOGRAPHER:  This starts the beginning of           14:29:24
18  Media No. 6.  The time is 2:29 p.m., and we are on the       14:29:27
19  record.                                                      14:29:30
20  BY MR. SWEENEY:                                              14:29:30
21     Q   Okay.  The next paragraph says in your                14:29:32
22  Exhibit 105: "Due to this illegal arrest quota               14:29:39
23  regime, average arrests per deputy immediately went from    14:29:48
24  approximately 2.5 arrests per month to approximately         14:29:52
25  7 arrests per month."  Is that true?                         14:29:57
```

**Page 111**

```
 1     A   Approximately, yes.                                   14:30:01
 2     Q   How do you know that?                                 14:30:03
 3     A   They posted those graph bars at the station           14:30:04
 4  showing, you know, the arrests from, you know, the           14:30:12
 5  beginning of the year to the present time then, and it       14:30:16
 6  showed what it was the prior month which was about,          14:30:21
 7  like, three, and then it more than doubled the following     14:30:26
 8  month.  We all laughed because we thought, wow, you          14:30:30
 9  know, they're getting their stats.                           14:30:34
10     Q   Okay.  And it goes on to say: "This resulted in       14:30:37
11  the violation of the civil rights of hundreds of             14:30:42
12  residents of the Compton patrol area for no other reason     14:30:45
13  but to insulate Thatcher from criticism from his             14:30:50
14  division."  Is that what you -- is that true?                14:30:54
15     A   Yes.  It was to bring our stats up to show the        14:30:59
16  division.                                                    14:31:03
17     Q   And did you complain to anyone that, look,            14:31:05
18  you've got citizens, these are citizens and they're          14:31:08
19  being arrested, they may be disenfranchised, they may        14:31:11
20  not be able to get jobs, they're young men or young          14:31:16
21  women; did you complain to them that this is wrong?          14:31:20
22     A   I mean, I complained to my peers.  I knew that        14:31:22
23  after speaking with Sergeant ▇▇▇ and after                    14:31:26
24  Lieutenant ▇▇▇ and Lieutenant ▇▇▇ told us to do              14:31:31
25  our jobs and go out there and do our jobs, I knew that       14:31:35
```

**Page 112**

```
 1  complaining was not going to get us anywhere.  In fact,      14:31:40
 2  Lieutenant ▇▇▇ came to one of our briefings and said         14:31:51
 3  to stop complaining to the union and to do our F'ing         14:31:55
 4  jobs, so there was nowhere to go and complain.               14:32:08
 5     Q   Okay.  It goes on to say on October 25th --           14:32:11
 6     MR. GLICKMAN:  You skipped a line.                        14:32:25
 7  BY MR. SWEENEY:                                              14:32:27
 8     Q   I'm sorry.  "Finally, Thatcher called a meeting       14:32:27
 9  with patrol deputies and told them he was pleased with       14:32:31
10  the results and new artificially inflated arrest             14:32:34
11  figures."  Did you hear him say that?                        14:32:38
12     A   He went to a briefing and -- he went to a             14:32:40
13  briefing, and then a sergeant told us that he was            14:32:49
14  pleased, that he was, you know, happy, that he went back    14:32:52
15  to a division meeting and that it was good news.             14:32:54
16     Q   Okay.  And so this good news was brought about        14:33:00
17  by Thatcher to elicit the help of these gangsters; is        14:33:07
18  that true?                                                   14:33:12
19     A   Yes.                                                  14:33:13
20     Q   It goes on to say: "On October 25th, 2019,            14:33:13
21  Claimant was recognized for his long and diligent            14:33:19
22  service by being promoted to Field Training                  14:33:22
23  Officer.  Claimant received a 5 percent FTO pay              14:33:26
24  increase."  Is that true?                                    14:33:29
25     A   Yes, sir.                                             14:33:30
```

**Page 113**

```
 1     Q   "Claimant's first trainee was                         14:33:31
 2  Deputy ▇▇▇."  Is that true?                                   14:33:34
 3     A   Yes, sir.                                             14:33:35
 4     Q   "Master Field Training Officer ▇▇▇                     14:33:36
 5  commended Claimant for doing a good job of timely            14:33:41
 6  turning in his training daily observation reports."  Is     14:33:44
 7  that true?                                                   14:33:48
 8     A   Yes.                                                  14:33:48
 9     Q   "On February 13, 2020, a month after Claimant         14:33:49
10  completed his training of ▇▇▇ MFTO ▇▇▇ told                  14:33:53
11  Claimant to report to ▇▇▇" -- I'm sorry -- "to              14:33:59
12  report to the LASD patrol school so that Claimant could     14:34:03
13  have the first opportunity to pick his next trainee."       14:34:09
14  Is that true?                                                14:34:11
15     A   Yes, sir.                                             14:34:12
16     Q   "▇▇▇ was an ideal patrol candidate and had             14:34:12
17  excelled in and completed all but his final training        14:34:17
18  phase."  Is that true?                                       14:34:22
19     A   Yes, sir.                                             14:34:23
20     Q   It goes on to say: "At this time he was failed        14:34:23
21  out of training by inked Executioner member                  14:34:26
22  Deputy ▇▇▇."  Is that true?                                  14:34:31
23     A   Yes, sir.                                             14:34:34
24     Q   Why do you believe that ▇▇▇ was retaliated            14:34:35
25  against?                                                     14:34:44
```

**Page 114**

1  A  Because he came from day shift, he came from --   14:34:44
2  you know, he came from me as his training officer. And   14:34:47
3  it was a known belief that day shift was lazy, that we   14:34:51
4  didn't do anything, that we were lazy and -- well, to be   14:34:58
5  quite honest, because I'm not an inked member.   14:35:05
6       And I saw this coming. I even told [redacted] to   14:35:06
7  make sure that he was working hard and doing everything   14:35:12
8  he was told so he could complete his training and not   14:35:14
9  give anybody the excuse to roll him up and fail him in   14:35:21
10 patrol training.   14:35:24
11 Q  It goes on to say: "Thereafter, gang member   14:35:25
12 Deputy [redacted] had returned to Compton after a   14:35:36
13 temporary assignment to the Internal Affairs Bureau.   14:35:40
14 Upon his return, he began extremely aggressive bullying   14:35:43
15 behavior towards other deputies with the intent of   14:35:46
16 raising his standing within the gang. [redacted] is   14:35:49
17 presently on the list to promote to sergeant at   14:35:53
18 Compton."   14:35:56
19      Now, are you telling me -- you already said that   14:35:58
20 [redacted] was an inked Executioner; is that correct?   14:36:02
21 A  Well, he does not have a tattoo, but he is a   14:36:06
22 member of the group.   14:36:09
23 Q  Well, how do you know he doesn't have a tattoo?   14:36:10
24 A  Because -- well, I mean, I had never seen one on   14:36:14
25 him.   14:36:18

**Page 115**

1  Q  Oh.   14:36:19
2  A  But, again, it's common knowledge within the   14:36:20
3  station, and to my surprise, it was that he is a member   14:36:24
4  of the group.   14:36:28
5  Q  Okay. So if he is a member of the group, what   14:36:29
6  you're saying is in this claim is that he went all the   14:36:34
7  way up to the IAB, the Internal Affairs Bureau; correct?   14:36:38
8  A  He went on loan to the Internal Affairs Bureau.   14:36:43
9  And I'm not sure if it was Internal Affairs Bureau or   14:36:46
10 Internal Criminal Affairs Bureau. And he went there on   14:36:52
11 loan for I believe it was 12 months as a -- like part of   14:36:53
12 the surveillance team.   14:37:01
13 Q  So this possibly inked gang member is active or   14:37:02
14 was active in IAB, correct, even though temporarily?   14:37:09
15 A  That is correct.   14:37:13
16 Q  It goes on to say: "[redacted] is presently on   14:37:14
17 the list to promote to sergeant." Is that true?   14:37:20
18 A  He tested for sergeant. I know he placed -- I   14:37:23
19 don't know exactly where he placed, but he was on the   14:37:29
20 list or is on a list to promote to sergeant.   14:37:31
21 Q  Wow. It goes on to say: "In February 200,   14:37:35
22 [redacted], now an FTO, Field Training Officer,   14:37:40
23 threatened fellow Field Training Officer   14:37:46
24 Deputy [redacted] with violence. This led to an   14:37:49
25 altercation in which [redacted] assaulted [redacted] on   14:37:54

**Page 116**

1  duty. This assault was intended to further the   14:37:59
2  reputation of the gang in Compton." Is that true?   14:38:03
3  A  Yes.   14:38:05
4  Q  You already told us about this assault early on   14:38:05
5  a couple of hours ago; correct?   14:38:08
6  A  Yes, sir.   14:38:09
7  Q  It goes on to say: "On February 8, 2020,   14:38:09
8  [redacted] texted Claimant" -- that's you -- "who was   14:38:12
9  another fellow Field Training Officer and informed him   14:38:18
10 of [redacted] violent conduct. Claimant was familiar   14:38:22
11 with the aggressive behavior of [redacted], who Claimant   14:38:25
12 knew to be inked."   14:38:30
13      So you knew he was inked. Did you know or --   14:38:32
14 but you just didn't see it?   14:38:37
15 A  I couldn't hear it. Repeat that question one   14:38:41
16 more time?   14:38:44
17 Q  I'm just reading. It says: "Claimant was   14:38:45
18 familiar with the aggressive behavior of [redacted], who   14:38:48
19 Claimant knew to be inked."   14:38:51
20 A  I knew he was inked. He was inked prior to the   14:38:54
21 incident with [redacted].   14:39:00
22 Q  Okay. "A few days later, Claimant fulfilled his   14:39:01
23 obligation to report this violent incident anonymously   14:39:08
24 to IAB."   14:39:11
25      Is that your duty as an officer or as a deputy,   14:39:13

**Page 117**

1  when you see wrong, say so?   14:39:19
2  A  Well, I think that it's every Deputy Sheriff's   14:39:21
3  duty, to report incidents like this. Me being a field   14:39:27
4  training officer, you know, I'm a supervisor and I have   14:39:32
5  to report this behavior.   14:39:37
6  Q  As a matter of fact, if certain behavior had   14:39:40
7  been reported in Minneapolis, maybe George Floyd would   14:39:47
8  be alive; correct? I'll withdraw that question.   14:39:50
9  Anyway.   14:39:50
10     "A few days later, Claimant fulfilled his   14:39:54
11 obligation to report this violent incident anonymously   14:40:02
12 to IAB." Is that what you did?   14:40:07
13 A  Yes, sir.   14:40:10
14 Q  Then it says: "As Claimant would later learn,   14:40:10
15 there was nothing confidential about this report as the   14:40:15
16 Executioner gang had infiltrated IAB and would later   14:40:19
17 obtain a recording of his voice making the anonymous   14:40:24
18 phone call to IAB." How do you know that?   14:40:28
19 A  I believe it was on the day that I went to   14:40:31
20 monitor my new trainee that I was going to get in   14:40:39
21 February. I was at the Star Center in Whittier   14:40:43
22 monitoring the trainees that were coming. That same   14:40:52
23 day, Deputy [redacted] and among other deputies from the   14:40:55
24 station were at a class, some training class at the same   14:41:01
25 facility.   14:41:05

```
 1     Deputy ▆ had told me that he was approached    14:41:10
 2  by Deputy ▆, and Deputy ▆ told     Deputy       14:41:13
 3  ▆, "What's up with your boy ▆        We know he's  14:41:17
 4  the one who called IA, and we can't get to get our hands  14:41:20
 5  on the voice print."                              14:41:26
 6     Q   We can't get our hands on the what?        14:41:28
 7     A   "We can't wait to get our hands on the voice  14:41:28
 8  print."                                           14:41:32
 9     Q   Okay.                                      14:41:33
10     A   Deputy ▆ called me and he told me to be    14:41:34
11  careful as Deputy ▆ was the only person who knew  14:41:39
12  that I had called Internal Affairs to report this  14:41:44
13  assault.  Deputy ▆ told me, "Be very careful.  They  14:41:47
14  know it was you."  I asked him, "How do they know," and  14:41:51
15  he said he didn't know and again repeated that they  14:41:55
16  couldn't wait to get their hands on the voice print.  14:41:57
17  That really scared me.  When I heard that, it was -- you  14:42:00
18  know, it got very real for me.                    14:42:03
19     Q   Did you fear for your life at that point?  14:42:06
20     A   Absolutely, I feared for my safety.  I mean,  14:42:10
21  just right away, I just couldn't stop thinking about the  14:42:14
22  whole thing, and I just didn't know what to do.   14:42:18
23     Q   Did you feel -- at that point did you feel that  14:42:22
24  this Executioners gang was capable of murder?     14:42:28
25     A   Maybe not them directly, but maybe through a  14:42:33
                                                    Page 118
```

```
 1  third party.  I mean, that did cross my mind, you know,  14:42:38
 2  these gang members that they jam up, you know, would it  14:42:42
 3  be crazy to think that maybe they hire one of them to  14:42:46
 4  come and do a hit on me?  Absolutely, that did cross my  14:42:49
 5  mind.                                             14:42:53
 6     Q   It goes on to say:  "Within two days of the  14:42:53
 7  anonymous call, inked members of The Executioners  14:42:59
 8  already knew it was Claimant who made the call."  You  14:43:02
 9  just testified about that.                        14:43:05
10      "While at a patrol school training, Claimant was  14:43:06
11  mortified when Deputy ▆ informed him that        14:43:09
12  'The Executioners are saying that it was you who called  14:43:12
13  IA, and they can't wait to get their hands on the voice  14:43:16
14  print of the call.'"  You just testified to that;  14:43:19
15  correct?                                          14:43:21
16     A   Yes.                                       14:43:21
17     Q   "Claimant immediately realized that as ▆    14:43:22
18  previously worked at IAB, that a former co-worker at IAB  14:43:25
19  had illegally warned ▆ of the complaint.  This    14:43:30
20  put Claimant at severe risk of violent reprisal by the  14:43:34
21  gang so Claimant took several days off of work."  14:43:38
22      So would you say that the Sheriff's Department  14:43:46
23  is crooked in the upper levels, including IAB, based on  14:43:48
24  this incident?                                    14:43:56
25     A   Obviously, not everyone, not the whole     14:43:59
                                                    Page 119
```

```
 1  department, not the executives, you know, are that  14:44:01
 2  way.  Do I believe that there is one or two bad apples?  14:44:06
 3  Absolutely, yes.                                  14:44:12
 4     Q   And being bad apples -- or there's actually more  14:44:12
 5  than one or two bad apples at Compton; correct?   14:44:18
 6     A   Yes.                                       14:44:21
 7     Q   And as you said, they run the station; correct?  14:44:21
 8     A   Yes, sir.                                  14:44:24
 9     Q   Okay.  Do you feel that there was -- there could  14:44:25
10  have been some type of corrective measure taken to  14:44:37
11  eradicate this gang at some point when the Captain found  14:44:43
12  out about how they were controlling things?       14:44:47
13     A   Yes, absolutely.                           14:44:49
14     Q   What do you think could have been done?    14:44:51
15     A   I mean, not bring ▆ back to the station,   14:44:54
16  number one.                                       14:44:59
17     Q   What?                                      14:45:01
18     A   Not bringing Deputy ▆ back to the          14:45:03
19  station --                                        14:45:05
20     Q   Oh.                                        14:45:05
21     A   -- after he was transferred.  I think that was a  14:45:06
22  bad move.  I think, if anything, rather than showing  14:45:09
23  that they're correcting things, they're -- you know,  14:45:12
24  they're helping it.  And I think not just the station,  14:45:18
25  not just the division, but I think the department has  14:45:24
                                                    Page 120
```

```
 1  had -- it's not the first complaint coming from this  14:45:26
 2  group, you know.  Yeah, what needs to happen?    14:45:30
 3     Q   Okay.  It goes on to say:  "After returning to  14:45:37
 4  work after several days off, Claimant was still   14:45:44
 5  struggling to process all this information."  So you  14:45:48
 6  confided in your Operations Lieutenant, Lieutenant ▆;  14:45:52
 7  is that correct?                                  14:45:58
 8     A   Yes, sir.                                  14:45:58
 9     Q   "That he was the one who had called IAB    14:45:59
10  regarding ▆."  Is that what you told him?        14:46:03
11     A   Yes, I told him that I had been the person who  14:46:06
12  had anonymously called IA.                        14:46:09
13     Q   Okay.  And remind me, ▆, he wasn't tattooed;  14:46:11
14  right?                                            14:46:25
15     A   No, not him, no.                           14:46:25
16     Q   Okay.  "And Claimant wanted to remain anonymous  14:46:28
17  to the extent possible.  Claimant found" -- is that  14:46:34
18  true?                                             14:46:38
19     A   Yes.                                       14:46:38
20     Q   "Claimant found himself in a worst case    14:46:38
21  scenario, as the entire Compton station knew it was him  14:46:42
22  who had reported an inked member of The Executioners to  14:46:47
23  IAB."                                             14:46:49
24      Okay.  Wait.  So in reading this, you confided  14:46:51
25  in Lieutenant ▆ that you were the one who called IAB.  14:46:57
                                                    Page 121
```

31 (Pages 118 - 121)

```
 1  Are you saying that Lieutenant ▓ spilled that to the   14:47:05
 2  gang; is that what you're saying?                      14:47:09
 3     A  No, no.  I notified Lieutenant ▓, and he          14:47:11
 4  notified the captain regarding this.  I believe a couple 14:47:15
 5  of days later, I had a talk with the captain.          14:47:20
 6     Q  Captain who?                                     14:47:27
 7     A  Captain ▓, our current captain.                  14:47:27
 8     Q  Okay.                                            14:47:30
 9     A  At the time she -- you know, she was supportive  14:47:30
10  and asked me if I wanted to talk to two investigators  14:47:37
11  that were investigating this incident.  She said I     14:47:41
12  didn't have to, but I believe she gave me their phone  14:47:46
13  number and asked me if it was okay for her to give them 14:47:52
14  my phone number, and I told her it was.  And I don't   14:47:56
15  think initially she gave the phone number to them.     14:48:03
16         A couple of days later, I was working, and these 14:48:06
17  two investigators came to the station and went to      14:48:11
18  dispatch and told them to have me come back to the     14:48:16
19  station from the field.  The watch deputy that day was 14:48:20
20  an inked member Anthony ▓, who didn't call me to       14:48:28
21  tell me, "Hey, there are two detectives here who want to 14:48:33
22  talk to you."  He called my partner that day,          14:48:36
23  Deputy ▓, and relayed the message through              14:48:40
24  him.                                                   14:48:43
25         I went back to the station and met with these   14:48:45
                                                            Page 122
```

```
 1  two investigators, and my first complaint was why they  14:48:48
 2  came to the station asking for me and making it more    14:48:52
 3  obvious that I was the one who had called IA.           14:48:56
 4     Q  So these two investigators, it appears from what  14:48:58
 5  you're saying, were handling the plan to out you as the 14:49:05
 6  person who made this complaint against The Executioners? 14:49:15
 7     A  I don't know if that was their intent.  To me,   14:49:19
 8  as an investigator, it wasn't the smartest move.  It   14:49:23
 9  wasn't the smartest way to meet with somebody.  I think 14:49:26
10  they could have gone a different route to meet with me, 14:49:30
11  but especially not meet with me at the station.         14:49:37
12     MR. ROMERO:  Mr. Sweeney, may I ask one question of  14:49:41
13  the witness?                                            14:49:46
14     MR. SWEENEY:  Sure.  Who is this?                    14:49:46
15     MR. ROMERO:  This is ▓.  I'm sorry.  I'm             14:49:46
16  off camera.                                             14:49:48
17     MR. SWEENEY:  Oh, sure.                              14:49:50
18     MR. ROMERO:  Deputy ▓ was there also                 14:49:53
19  interaction between the Internal Affairs investigator   14:49:56
20  with an inked member of the gang in dispatch where the  14:49:56
21  inked member of the gang was the one who relayed the    14:49:59
22  message that investigators were there to see you?       14:50:01
23     THE WITNESS:  Yeah.  That's -- yes, yes.             14:50:04
24     MR. ROMERO:  Who was that inked member at dispatch?  14:50:06
25     THE WITNESS:  It was ▓.                              14:50:09
                                                            Page 123
```

```
 1  BY MR. SWEENEY:                                         14:50:11
 2     Q  So now we have an inked member, as you say,       14:50:11
 3  running the station, and we have inked members in       14:50:15
 4  dispatch too?                                           14:50:18
 5     A  Yes.  In fact, ▓ girlfriend, she                  14:50:19
 6  worked in dispatch.                                     14:50:25
 7     Q  Okay.  And then we have inked members in the     14:50:26
 8  Internal Affairs Bureau also; correct?                  14:50:32
 9     A  Well, there was one on loan to them.              14:50:34
10     Q  Right.  Were the ones who got word back to the    14:50:37
11  station that you had made a complaint; correct?         14:50:43
12     A  Well, it had to have been.  I called              14:50:46
13  Internal Affairs to report the incident anonymously, and 14:50:48
14  a couple of days later everybody knew at my station that 14:50:52
15  I was the one who had called.                           14:50:56
16     Q  And then, of course, Captain Thatcher was using   14:50:57
17  the gang to get statistics up, as you testified;        14:51:01
18  correct?                                                14:51:07
19     A  Correct.                                          14:51:07
20     Q  It sounds to me that every aspect of the Compton  14:51:08
21  station is controlled by this gang; am I making a       14:51:12
22  correct statement?                                      14:51:17
23     A  For the most part, yes.                           14:51:18
24     Q  It goes on to say that you took a week off, and   14:51:20
25  during the week off, Deputy ▓ texted a message to       14:51:31
                                                            Page 124
```

```
 1  you and a photo of graffiti in a very visible in the    14:51:36
 2  station which read, "▓ is a rat"; is that true?         14:51:41
 3     A  Yes, sir.                                         14:51:44
 4     Q  And where was that?                               14:51:45
 5     A  It was on the keypad of the gate to get in at     14:51:48
 6  the station.                                            14:51:51
 7     Q  And if you drove there, and everybody drove       14:51:51
 8  there, you had to see that "▓ is a rat" to get into     14:51:55
 9  the station; correct?                                   14:51:59
10     A  Including supervisors, yes.                       14:52:00
11     Q  Okay.                                             14:52:02
12     MR. ALTURA:  Where is that, Mr. Sweeney?  I lost it  14:52:07
13  there.  What page are you on?                           14:52:10
14     MR. SWEENEY:  I'm on the second paragraph, Page 5 of 14:52:11
15  10, where you see in all caps, "▓ is a rat."            14:52:16
16     MR. ALTURA:  Thank you.                              14:52:21
17  BY MR. SWEENEY:                                         14:52:24
18     Q  And you said:  "This had the practical effect of  14:52:24
19  calling the integrity of the entire IAB and anonymous   14:52:28
20  reporting program into question"; is that correct?      14:52:33
21     A  Yes.                                              14:52:35
22     Q  So do you feel that because you were outed, that  14:52:36
23  it is a deterrent to reporting any nefarious or bad     14:52:44
24  activities of this gang?                                14:52:52
25     A  Well, who do I go to?                             14:52:53
                                                            Page 125
```

```
 1   Q   Yup, yup. Okay. Okay. I'm going to skip down.   14:52:57
 2   I'm going to skip over your statements to investigators   14:53:26
 3   and go down to the last paragraph on Page 5.   14:53:30
 4       "In late February 2020, after returning from   14:53:36
 5   this week off from work, Claimant was approached by   14:53:39
 6   Scheduling Sergeant ▓▓▓▓▓▓." Is that true?   14:53:42
 7   A   Yes.   14:53:45
 8   Q   And you were taken upstairs to the conference   14:53:46
 9   room; true?   14:53:50
10   A   Correct.   14:53:50
11   Q   "▓▓▓▓▓▓ reprimanded Claimant for taking   14:53:51
12   intermittent CFRA/FMLA three to five days per month to   14:53:55
13   care for his ill daughter, ▓▓▓▓▓▓." Is that true?   14:53:59
14   A   That is correct.   14:54:02
15   Q   "▓▓▓▓▓▓ informed Claimant that he was being   14:54:03
16   demoted from his FTO position." Did that happen?   14:54:06
17   A   No, not demoted, just not giving me any more   14:54:09
18   trainees which in turn meant no more 5 percent raised   14:54:12
19   pay.   14:54:16
20   Q   So did you feel that your going against the   14:54:16
21   wishes and getting on the bad side of The Executioners   14:54:24
22   cost you that 5 percent raise?   14:54:28
23   A   Absolutely, yes.   14:54:35
24   Q   And did you feel that you had to choose between   14:54:37
25   The Executioners desires and your daughter, ▓▓▓▓▓▓?   14:54:42
                                                        Page 126

 1   A   Say that again?   14:54:46
 2   Q   Did you feel at some point you had to choose   14:54:49
 3   between the desires of The Executioners and doing what   14:54:52
 4   they say and becoming a member versus caring for your   14:54:57
 5   daughter; did you feel that way?   14:55:02
 6   A   Well, yes. I mean, I was taking intermittent   14:55:03
 7   days of FMLA, and they used this excuse to not give me   14:55:07
 8   trainees anymore, but it was very obvious with the   14:55:13
 9   timing that that wasn't the case. The Executioners   14:55:19
10   didn't want me to be a TO anymore, and instead they   14:55:23
11   wanted their prospects to become temporary TO's, as they   14:55:28
12   call them, to be training officers and get rid of me.   14:55:34
13   Q   Getting down to it -- and I'm trying to   14:55:39
14   eliminate some of the things in the claim that may be   14:55:54
15   relevant to your employment claim and not necessarily   14:55:59
16   this, so forgive me and bear with me one second. Can   14:56:03
17   you do that?   14:56:09
18   A   Yes. No problem, sir.   14:56:09
19   Q   It goes on in the second paragraph of Page 6 at   14:56:25
20   the end, it says: "On or about this time,   14:56:29
21   Sergeant ▓▓▓▓▓▓ authorized the hiring of temporary   14:56:40
22   FTOs and the temporary FTO position was offered to   14:56:44
23   ▓▓▓▓▓▓ and other members or prospects of   14:56:50
24   The Executioners." Is that correct?   14:56:53
25   A   Yes, sir.   14:56:54
                                                        Page 127

 1   Q   So it sounds like it paid to be an Executioner;   14:56:54
 2   is that correct?   14:56:59
 3   A   Yes, sir.   14:56:59
 4   Q   It literally paid. You got more money as an   14:57:00
 5   Executioner; correct?   14:57:03
 6   A   Yes.   14:57:04
 7   Q   And if you weren't an Executioner, like you are   14:57:04
 8   not, you lost your 5 percent pay raise; correct?   14:57:10
 9   A   Yes.   14:57:15
10   Q   So am I correct in saying that there's money in   14:57:15
11   the bank to be an Executioner?   14:57:19
12   A   Yes, I believe that if I would have been a   14:57:21
13   member of that group, I would still be a training   14:57:25
14   officer at the station.   14:57:28
15   Q   It goes on to say that "Claimant believed that   14:57:29
16   ▓▓▓▓▓▓ exercised the power of the gang to control who   14:57:36
17   would be eligible for an FTO position and to retaliate   14:57:43
18   against Claimant as a result of his IAB complaint   14:57:44
19   against the gang." You wrote that or you said that?   14:57:47
20   A   Yes.   14:57:51
21   Q   And then in the next paragraph, you say: "As of   14:57:52
22   now, no other deputy at Compton will be a partner with   14:58:02
23   Claimant due to his being targeted for retaliation by   14:58:05
24   The Executioners." Did you say that?   14:58:10
25   A   Yes. There was one deputy that did partner up   14:58:12
                                                        Page 128

 1   with me.   14:58:14
 2   Q   Okay. And why do you believe that other -- if   14:58:15
 3   you know. Don't speculate. If you know, why -- strike   14:58:21
 4   that. Let me ask this question.   14:58:27
 5       Has anybody told you at the Compton station,   14:58:29
 6   "Hey, I don't want to be a partner with you because you   14:58:32
 7   are being targeted by The Executioners"?   14:58:37
 8   A   Yes.   14:58:39
 9   Q   Who told you that?   14:58:40
10   A   It was Deputy ▓▓▓▓▓▓.   14:58:42
11   Q   Deputy who?   14:58:48
12   A   ▓▓▓▓▓▓.   14:58:49
13   Q   ▓▓▓▓▓▓ Okay. ▓▓▓▓▓▓?   14:58:50
14   A   Correct. And it was Deputy ▓▓▓▓▓▓.   14:58:54
15   Q   Did they tell you they were frightened by this   14:58:59
16   gang?   14:59:03
17   A   They told me that they just basically wanted to   14:59:03
18   stay away from jumping in with me because of what was   14:59:06
19   going on.   14:59:09
20   Q   It goes on to say: "Further, the inked deputy   14:59:10
21   in dispatch, ▓▓▓▓▓▓, began a pattern and practice with   14:59:18
22   slamming Claimant with excessive calls compared to other   14:59:22
23   deputies on the same shift." What does "slamming" mean?   14:59:26
24   A   Slamming is they give you -- you know, they're   14:59:27
25   not spreading the calls evenly with the other units.   14:59:30
                                                        Page 129
```

33 (Pages 126 - 129)

**Page 186**

1  A   That was an allegation, yes. It was a   17:00:29
2  station-level complaint.   17:00:33
3  Q   And were you suspended --   17:00:34
4  A   No.   17:00:36
5  Q   -- as a result of that complaint?   17:00:37
6  A   No, sir.   17:00:40
7  Q   You had no discipline whatsoever?   17:00:41
8  A   No, sir.   17:00:43
9  Q   Now --   17:00:43
10  THE VIDEOGRAPHER: I'm sorry. This is the   17:01:01
11  videographer. So we have the witness and his attorney   17:01:03
12  in the screen. I want to make sure that you're okay   17:01:05
13  with that because normally it's just the witness.   17:01:08
14  MR. IVIE: I think that's what it's supposed to be is   17:01:12
15  the witness.   17:01:15
16  THE VIDEOGRAPHER: Right. And if we can just make   17:01:21
17  sure that the witness stays in the center of the screen,   17:01:23
18  that would be perfect. Thank you.   17:01:25
19  BY MR. IVIE:   17:01:27
20  Q   Is there another popular tattoo at Compton that   17:01:40
21  features a character holding an axe?   17:01:46
22  A   There was word that there was one, and they used   17:01:50
23  to call it, I guess, the old ink or something like   17:01:55
24  that.   17:01:58
25  Q   Have you seen any deputies with that tattoo?   17:01:58

**Page 187**

1  A   No, sir.   17:02:04
2  Q   And you say you know all the deputies that work   17:02:04
3  at Compton?   17:02:12
4  A   I know them, yes.   17:02:13
5  Q   And how many deputies work at Compton?   17:02:15
6  A   It's hard to tell. That's a good question. I   17:02:18
7  wouldn't --   17:02:23
8  Q   Is there maybe about a hundred deputies that   17:02:24
9  work at Compton?   17:02:27
10  A   Around there, yes.   17:02:29
11  Q   And you say there are about 20 of them with a   17:02:30
12  tattoo?   17:02:33
13  A   With The Executioners tattoo, about 20. I would   17:02:33
14  calculate maybe 15, 20.   17:02:37
15  MR. SWEENEY: You're referring to The Executioners   17:02:43
16  tattoo and not the one with the axe; correct?   17:02:45
17  MR. IVIE: Right. I'll call that the subject tattoo.   17:02:48
18  BY MR. IVIE:   17:02:48
19  Q   Speaking of the word "Executioner", you say you   17:02:52
20  heard -- you first heard of that name about six months   17:02:55
21  ago?   17:02:57
22  A   No. I heard The Executioners name, it was   17:02:58
23  really after the incident with the deposition of   17:03:04
24  Deputy Aldama where they showed his tattoo in the media.   17:03:11
25  After that, at the station I learned that the name of   17:03:15

**Page 188**

1  the tattoo of the group was The Executioners.   17:03:18
2  Q   Well, you learned that from the plaintiff   17:03:24
3  lawyer, John Sweeney; isn't that right?   17:03:28
4  A   I beg your pardon?   17:03:31
5  Q   I said you learned about that name from the   17:03:33
6  plaintiff lawyer in the case, John Sweeney?   17:03:36
7  A   No. I learned about The Executioners name at   17:03:38
8  the station among deputies.   17:03:41
9  Q   What deputy did you know that told you about   17:03:42
10  The Executioners tattoo?   17:03:47
11  A   It was in a group, you know, like a circle of   17:03:50
12  deputies near a patrol car, and I don't remember which   17:03:53
13  one is the one who said, "Hey, you know, they're name is   17:03:58
14  Executioner. Can you believe that?"   17:04:01
15  Q   How many deputies -- how many deputies were   17:04:03
16  around that circle?   17:04:05
17  A   I think maybe three or four.   17:04:06
18  Q   And who were they?   17:04:09
19  A   I don't remember, sir.   17:04:11
20  Q   And how did they know that the name was   17:04:12
21  The Executioners?   17:04:18
22  A   Well, I asked, "Confirmed?" And they said, "Oh,   17:04:19
23  yes, confirmed."   17:04:23
24  Q   You asked what? What did you ask?   17:04:25
25  A   I don't remember how -- I don't know how they   17:04:27

**Page 189**

1  got that information.   17:04:30
2  Q   But they gave you the information?   17:04:31
3  A   Yes, sir.   17:04:33
4  Q   You don't know whether or not they read it in a   17:04:34
5  newspaper?   17:04:37
6  A   I do not know that, sir, no.   17:04:38
7  Q   You understand, you realize that Mr. Sweeney   17:04:40
8  gave a press conference after that deposition, and then   17:04:43
9  Mr. Sweeney used the name Executioners?   17:04:49
10  A   I didn't.   17:04:53
11  MR. SWEENEY: No, I didn't, Mr. Ivie.   17:04:55
12  BY MR. IVIE:   17:04:58
13  Q   All right. So --   17:04:58
14  MR. SWEENEY: You're incorrect with that, Mr. Ivie.   17:05:01
15  You're making that up.   17:05:03
16  MR. IVIE: No, I'm not. You've said that several   17:05:05
17  times.   17:05:08
18  MR. SWEENEY: Well, no. That press conference where   17:05:09
19  I announced to the world, there was a clip, and I did   17:05:15
20  not use the word "Executioners" because I didn't know.   17:05:18
21  But, anyway, continue on.   17:05:22
22  BY MR. IVIE:   17:05:23
23  Q   So let me ask you this. You were with three   17:05:24
24  deputies, and somebody said the name was Executioners,   17:05:26
25  and you don't know where that came from, you don't know   17:05:29

```
 1  how they learned?                        17:05:33
 2  A  I don't know how they learned about it or if   17:05:34
 3  they had known the whole time and they were just now   17:05:37
 4  sharing it.                              17:05:40
 5  Q  But you have no idea; correct?        17:05:41
 6  MR. ROMERO: Asked and answered.          17:05:43
 7     Go ahead.                             17:05:44
 8  THE WITNESS: I had no idea where they received the  17:05:45
 9  information from.                        17:05:49
10  BY MR. IVIE:                             17:05:49
11  Q  Okay. But you've been at that station for five  17:05:50
12  and a half years. Let me see.            17:05:55
13     Approximately what year was it that you had this  17:05:57
14  conversation with these three deputies?  17:06:00
15  A  It was after the Aldama deposition, whenever the  17:06:02
16  year that was. It was 2018. I can't remember   17:06:07
17  correctly.                               17:06:12
18  Q  And what year -- you're about right. And what  17:06:12
19  year did you come to the station?        17:06:16
20  A  2015.                                17:06:17
21  Q  So you had been there three years?   17:06:18
22  A  Yes, sir.                            17:06:22
23  Q  And you never heard of that name; correct?  17:06:23
24  A  Ever.                                17:06:25
25  Q  All right. And during the three years that you  17:06:25
                                            Page 190
```

```
 1  were at that station, had you seen anyone with the  17:06:28
 2  tattoo?                                  17:06:31
 3  A  Oh, yes.                             17:06:32
 4  Q  Okay. Who was the first person that you saw  17:06:32
 5  with that tattoo?                        17:06:40
 6  A  Oh, I can't remember who the first person was,  17:06:41
 7  sir.                                     17:06:44
 8  Q  Did you ever speak to any person who had the  17:06:44
 9  tattoo and ask them to explain it to you?  17:06:48
10  A  No, sir, I did not do that.          17:06:50
11  Q  And did you ever speak to anyone that had the  17:06:53
12  tattoo and ask them, "Hey, are you a member of a group?"  17:06:58
13  A  No, I never did that.                17:07:02
14  Q  And you've never done that to this day; correct?  17:07:03
15  A  No.                                  17:07:09
16  Q  And you've never spoken to anyone with a tattoo  17:07:10
17  that told you that they were in a group named  17:07:15
18  The Executioners?                        17:07:18
19  A  No, sir.                             17:07:19
20  Q  Now, you said that it was something like common  17:07:20
21  knowledge -- that's what I believe your testimony was --  17:07:27
22  that they were The Executioners?         17:07:33
23  A  Yes.                                 17:07:35
24  Q  The people with the tattoo were Executioners,  17:07:35
25  you said it was common knowledge?        17:07:38
                                            Page 191
```

```
 1  A  Yes, sir.                            17:07:40
 2  Q  Okay. Now, I want to explore what you mean by  17:07:41
 3  "common knowledge". It was -- first off, can you  17:07:45
 4  identify a deputy that told you anything about the group  17:07:50
 5  that you call The Executioners?          17:07:58
 6  A  I don't remember who the deputy was that was  17:08:00
 7  there that day that told me.             17:08:03
 8  Q  I said did you talk to any deputy at any time  17:08:05
 9  where you discussed this group?          17:08:12
10  A  There's been a dozen deputies that we've  17:08:15
11  discussed this group with.               17:08:19
12  Q  Okay. Tell me the deputies that you've  17:08:20
13  discussed this group with.               17:08:22
14  A  Oh, my God. Let's see. Deputy ▮▮▮ ▮▮▮  17:08:23
15  Deputy ▮▮▮ Deputy ▮▮▮ Deputy ▮▮▮         17:08:31
16  Deputy ▮▮▮ That's off the top of my head.  17:08:38
17  Q  ▮▮▮ ▮▮▮ ▮▮▮ ▮▮▮ and who else?          17:08:49
18  A  Deputy ▮▮▮ Deputy ▮▮▮ I think I said,  17:08:52
19  Deputy ▮▮▮                               17:09:02
20  Q  Okay. Anybody else?                  17:09:03
21  A  Off the top of my head, that's all I can  17:09:10
22  remember right now. I'm sure there's more though.  17:09:24
23  Q  So none of these deputies had the tattoo;  17:09:27
24  correct?                                 17:09:29
25  A  No, not that I know of, no.          17:09:30
                                            Page 192
```

```
 1  Q  And none of these deputies are in the group;  17:09:33
 2  correct?                                 17:09:35
 3  A  Correct.                             17:09:35
 4  Q  And when did you have this conversations with  17:09:36
 5  these deputies?                          17:09:47
 6  A  Various times throughout, you know, the last  17:09:48
 7  year and a half, two years.              17:09:50
 8  Q  Only for the last two years you've had this  17:09:52
 9  conversation with these deputies about this alleged  17:09:56
10  group?                                   17:09:59
11  A  Correct, sir.                        17:09:59
12  Q  And that's since there's been coverage about the  17:10:01
13  group in the media; correct?             17:10:07
14  A  Yes, yes.                            17:10:10
15  Q  You've read some of those stories, haven't you?  17:10:12
16  A  No. I just saw the one -- the one on the news  17:10:15
17  clip in the news regarding the Aldama incident.  17:10:19
18  Q  Okay. So you read that news article?  17:10:23
19  A  I watched it on TV, and I think I also read it  17:10:27
20  somewhere, yes.                          17:10:31
21  Q  You read it in the Times; correct?   17:10:31
22  A  I don't remember what source it was, but I read  17:10:33
23  it somewhere.                            17:10:36
24  Q  All right. And the paper talked about  17:10:37
25  The Executioners and this tattoo; correct?  17:10:40
                                            Page 193
```

### Page 194

1  A  I don't remember seeing Executioners on the    17:10:44
2  paper.                                            17:10:49
3  Q  I see. Okay. So --                             17:10:49
4     MR. SWEENEY: I'm going to object. Vague as to what  17:10:52
5  article. There have been many articles.           17:10:55
6     MR. IVIE: Yes, there has been, very many, a bunch of  17:10:57
7  them.                                             17:11:00
8  BY MR. IVIE:                                      17:11:00
9  Q  And you've seen several of them, haven't you,  17:11:01
10 Deputy?                                           17:11:03
11 A  When, sir? Because now I've seen articles, yes.  17:11:03
12 Q  And you've seen them the last year and a half to  17:11:07
13 two years?                                        17:11:11
14 A  I'm sorry. Prior to -- well, shoot, prior to my  17:11:12
15 claim being submitted, I had seen them, but I haven't  17:11:16
16 seen anything with "Executioners" in the media until  17:11:20
17 after my claim was submitted.                     17:11:23
18 Q  I see. Well, I will have to show you some of  17:11:25
19 these articles and maybe that will refresh your   17:11:33
20 recollection if I ever get that opportunity.      17:11:37
21    Now, did any of these deputies that you just   17:11:41
22 mentioned, have they ever been a member of       17:11:57
23 The Executioners, as you call them --             17:12:02
24    MR. ROMERO: Asked and answered.                17:12:06
25 ///                                               17:12:07

### Page 195

1  BY MR. IVIE:                                      17:12:07
2  Q  -- at any time?                                17:12:08
3     MR. SWEENEY: Calls for speculation.            17:12:10
4     THE WITNESS: I don't -- no, not to my knowledge,  17:12:11
5  they're not.                                      17:12:16
6  BY MR. IVIE:                                      17:12:16
7  Q  All right. Now, you said that there are ink    17:12:17
8  parties?                                          17:12:27
9  A  That's what they call them.                    17:12:27
10 Q  Now, again, you said that this was common     17:12:28
11 knowledge?                                        17:12:30
12 A  Yes, sir.                                      17:12:32
13 Q  Okay. It is common knowledge, you say, because  17:12:32
14 you talked to some deputies about the ink parties; is  17:12:39
15 that right?                                       17:12:43
16 A  Yes, sir.                                      17:12:43
17 Q  When did you talk to a deputy about an ink    17:12:43
18 party?                                            17:12:47
19 A  After they happened. I can't remember off the  17:12:48
20 top of my head, but it's very easy to find those dates  17:12:52
21 if you look at in-services where you have a large number  17:12:57
22 of these deputies taking off on a Saturday on p.m.'s.  17:13:02
23 Q  Okay. So, what, this is something, a          17:13:06
24 conversation that you've had within the last two years?  17:13:13
25 A  Well, yes, and complaining about it with my   17:13:15

### Page 196

1  partners because a lot of us get drafted from day shift  17:13:17
2  to work p.m.'s because, you know, there's an ink party  17:13:21
3  going on.                                         17:13:24
4  Q  Okay. Now, who's told you that there was an ink  17:13:25
5  party going on?                                   17:13:28
6  A  I can't remember.                              17:13:29
7  Q  So you can't remember who told you, and you   17:13:32
8  can't remember when you were told; is that what your  17:13:37
9  testimony is?                                     17:13:40
10    MR. ROMERO: Argumentative; badgering; harassing.  17:13:41
11    THE WITNESS: That's what I'm saying.           17:13:44
12 BY MR. IVIE:                                      17:13:47
13 Q  Okay. Now, you also say that in order to get a  17:13:47
14 tattoo, that a deputy has to have been involved in some  17:14:06
15 use of force?                                     17:14:13
16 A  When did I say that, Counsel?                  17:14:14
17 Q  I'm asking, is that your testimony?            17:14:16
18 A  Say that one more time?                        17:14:19
19 Q  Let me be clear. Is that your testimony?       17:14:21
20 A  Can you repeat the question?                   17:14:24
21 Q  Is it your testimony that in order to get a   17:14:26
22 tattoo, a deputy has to have been involved in a use of  17:14:29
23 force?                                            17:14:33
24 A  No, that is not my testimony.                  17:14:34
25 Q  So how does a deputy get the tattoo?           17:14:36

### Page 197

1  A  Well, based on what I've seen, it's after, you  17:14:42
2  know, being involved in a deputy-involved shooting.  17:14:50
3  I've seen ▇▇▇▇ and Aldama or learned common knowledge  17:14:55
4  that they got inked soon after that shooting, that  17:15:00
5  ▇▇▇▇ and ▇▇▇▇ also got inked soon after their  17:15:06
6  shooting. And that's, you know, in the five years that  17:15:10
7  I've been at Compton -- well, four years when the  17:15:13
8  ▇▇▇▇ incident happened then.                      17:15:22
9     A lot of the deputies who get ink have been   17:15:24
10 involved in a lot of, you know, force incidents, more  17:15:27
11 than the average, you know, at the station. So, you  17:15:31
12 know, that's what I see and that's -- you know, I don't  17:15:36
13 know what requirements they have because I've never been  17:15:40
14 asked to be a member of that group so I don't know what  17:15:43
15 the requirements are. I just -- you know, based on what  17:15:46
16 I've observed and see, it's that -- you know, I'd say  17:15:52
17 that, yeah --                                     17:15:55
18 Q  So you just kind of surmised that based on your  17:15:57
19 perceived observations; is that right?            17:16:03
20 A  Based on my perceived observations, correct.   17:16:04
21 Q  Okay. So Deputy ▇▇▇▇ has he had a shooting?   17:16:07
22 A  I don't remember. I don't know.                17:16:13
23 Q  Has Deputy ▇▇▇▇ had any force, use-of-force   17:16:15
24 complaints?                                       17:16:20
25    MR. ROMERO: Calls for speculation.             17:16:23

```
1    THE WITNESS:  I wouldn't know.              17:16:25
2  BY MR. IVIE:                                  17:16:26
3    Q   All right.  And you've never talked to him about   17:16:27
4  that; right?                                  17:16:30
5    A   No.  Him and I don't speak.             17:16:30
6    Q   And you're not aware of him being involved in   17:16:33
7  any shootings; is that right?                 17:16:36
8    A   No, not that I remember, no.            17:16:37
9    Q   And he has a tattoo, doesn't he?        17:16:41
10   A   Yes.                                    17:16:44
11   Q   Okay.  And you don't know if he got that tattoo   17:16:45
12 because he was invited to get a tattoo, do you?   17:16:52
13   A   As far as I know, he was invited to get the   17:16:55
14 tattoo.                                       17:16:57
15   Q   How do you know that?                   17:16:57
16   A   Common knowledge.                       17:16:58
17   Q   Okay.  Common knowledge.  Let's talk about   17:16:59
18 that.  When you say "common knowledge", do you mean   17:17:02
19 that's something that somebody told you?      17:17:05
20   A   It's something that the line of deputies know,   17:17:07
21 that the deputies working the line know.  That's common   17:17:12
22 knowledge.                                    17:17:15
23   Q   How do you know they know?  Did anyone ever tell   17:17:15
24 you that ▮▮▮▮▮ got a tattoo because he was invited to   17:17:19
25 get a tattoo?                                 17:17:25
                                                Page 198
```

```
1    A   It's been more like, "Oh, ▮▮▮▮▮ got inked this   17:17:26
2  weekend" or ▮▮▮▮▮ just got inked" type of thing.   17:17:30
3    Q   Okay.  Who said that?                   17:17:34
4    A   Again, it's -- I don't remember.  It's word at   17:17:36
5  the station.                                  17:17:46
6    Q   So you don't remember who said it.  And when was   17:17:47
7  that said?                                    17:17:53
8    A   Soon after he got inked.                17:17:53
9    Q   And when did he get inked?              17:18:00
10   A   Oh, I don't remember.                   17:18:02
11   Q   Well, if you don't remember when he got inked,   17:18:03
12 how can you know it was soon after he got inked that   17:18:08
13 somebody said that?                           17:18:11
14   A   Because the station learned about it right after   17:18:12
15 everybody -- the people who get inked get inked.   17:18:15
16   Q   So you don't remember when you heard that, and   17:18:22
17 you don't remember when he got it?            17:18:24
18     MR. ROMERO:  Asked and answered.          17:18:30
19     THE WITNESS:  Correct.                    17:18:33
20 BY MR. IVIE:                                  17:18:34
21   Q   Is that right?                          17:18:35
22     Okay.  All right.  But you do know he didn't   17:18:36
23 tell you --                                   17:18:38
24   A   Correct.                                17:18:39
25   Q   -- or something along those lines?      17:18:39
                                                Page 199
```

```
1    A   Correct.                                17:18:43
2    Q   And as far as you know, anybody that told you   17:18:43
3  that didn't speak to him about any of that?   17:18:47
4    A   Maybe they did.  I wouldn't know.       17:18:51
5    Q   All right.  But you don't know the source of any   17:18:53
6  of this common knowledge that you are speaking about, do   17:18:56
7  you?                                          17:19:00
8    A   Correct.                                17:19:00
9    Q   Okay.  By the way, you said -- have you ever   17:19:01
10 been a gang member?                           17:19:11
11   A   No, sir.                                17:19:13
12   Q   And have you ever gotten any training in gangs?   17:19:13
13   A   You know, the training that they give us in, you   17:19:19
14 know, the academy, we learned a little bit from, you   17:19:23
15 know, when I came to the station, and then whatever we   17:19:29
16 experienced at the station regarding gangs.  17:19:32
17   Q   Okay.  But you're not a gang expert, are you?   17:19:34
18   A   No, sir.                                17:19:37
19   Q   You've heard of the term "gang expert"; right?   17:19:38
20   A   Yes, sir.                               17:19:41
21   Q   And those are people that have intimate   17:19:42
22 knowledge about the gangs.  They study the gangs.   17:19:49
23   A   Yes.                                    17:19:52
24   Q   Or they've infiltrated the gangs and things of   17:19:52
25 that nature.                                  17:19:56
                                                Page 200
```

```
1    A   No.                                     17:19:57
2    Q   You've not done any of that; correct?   17:19:57
3    A   No, sir.                                17:19:58
4    Q   Now, in your claim, you said there were 20   17:19:59
5  prospects; do you recall that?                17:20:06
6    A   Yes.                                    17:20:14
7    Q   And what are their names?               17:20:15
8    A   Deputy ▮▮▮▮ Deputy ▮▮▮▮▮▮▮ Deputy ▮▮▮▮  17:20:17
9  (spelled phonetically) Deputy ▮▮▮▮▮ Deputy ▮▮▮▮  17:20:41
10 Deputy ▮▮▮▮▮                                  17:20:52
11   Q   Who?                                    17:20:52
12   A   Deputy ▮▮▮ Deputy ▮▮▮▮▮                 17:20:53
13   Q   I'm sorry.  Deputy --                   17:20:57
14   A   ▮▮▮▮▮                                   17:20:58
15   Q   ▮▮▮▮▮  Okay.                            17:21:00
16   A   Deputy ▮▮▮▮▮▮▮ Deputy ▮▮▮▮ Well, these are   17:21:01
17 the prospects I -- again, it's common knowledge.  I   17:21:11
18 heard he just got inked.                      17:21:15
19   Q   And Deputy ▮▮▮▮ was he involved in a shooting?   17:21:27
20   A   No.                                     17:21:31
21   Q   When did he get inked?                  17:21:31
22   A   Supposedly not too long ago.  Recent.  Like   17:21:37
23 weeks.                                        17:21:41
24   Q   Did you ever see it?                    17:21:41
25   A   No.                                     17:21:47
                                                Page 201
```

Personal Court Reporters, A Veritext Company
818-988-1900

```
 1  Q  Now, you claim that Captain Thatcher knew about    17:28:15
 2  the existence of this group.  Is it true that your only    17:28:38
 3  basis for making this statement is that he sent out an    17:28:44
 4  e-mail concerning this tattoo?                              17:28:49
 5  A  No, it wasn't just the e-mail.  It was, you        17:28:54
 6  know, a number of things.  It was, you know, the whole    17:28:57
 7  thing with the stats and how --                            17:29:03
 8  Q  It was the what?                                  17:29:05
 9  A  The stats.  The arrest stats.                     17:29:07
10  Q  Okay.                                             17:29:10
11  A  Combined with, you know, the ▮▮▮▮▮▮▮             17:29:12
12  incident with Acting Captain ▮▮▮ and then bringing   17:29:21
13  him back, and then Thatcher knowing about the last        17:29:25
14  incident with ▮▮▮▮ girlfriend where she did not      17:29:34
15  assist her partner when her partner was fighting for his  17:29:38
16  life.                                                     17:29:42
17      And history shows that deputies who have been        17:29:43
18  involved in fatalities get fired from the department.     17:29:47
19  It wasn't the case with her because, you know, it's our   17:29:52
20  belief that that was Thatcher's last favor to ▮▮▮▮    17:29:59
21  before he retired.                                        17:30:03
22  Q  Okay.  And ▮▮▮▮ girlfriend's name is -- I'm      17:30:05
23  sorry.  The deputy's name is -- you said she was his      17:30:11
24  girlfriend?                                               17:30:14
25  A  Is still.  I think they're still together.       17:30:15
                                                            Page 206
```

```
 1  Q  And what's her name?                              17:30:18
 2  A  ▮▮▮▮ ▮▮▮▮▮▮                                  17:30:20
 3  Q  Okay.  So it was the stats, you say, it was the   17:30:22
 4  e-mail, it was bringing ▮▮▮ back, and then it was the 17:30:29
 5  treatment of Deputy ▮▮▮ ▮▮▮▮  Anything else?     17:30:43
 6  A  Not that I can remember right now.                17:30:48
 7  Q  All right.  So based on these things, you've     17:30:51
 8  made this accusation that Thatcher knew,                  17:30:54
 9  Captain Thatcher knew about the existence of this group?  17:30:59
10  MR. SWEENEY:  Objection.  It's argumentative.   17:31:04
11  THE WITNESS:  That's my belief.                 17:31:08
12  BY MR. IVIE:                                              17:31:09
13  Q  Okay.  So if we can take these in reverse order, 17:31:12
14  let me first ask you about ▮▮▮▮  You said she       17:31:18
15  demonstrated cowardice and didn't assist her partner.    17:31:22
16  When was that?                                            17:31:27
17  A  It was late last year.                           17:31:27
18  Q  Okay.  Late last year in what, December 2019?    17:31:33
19  A  I don't remember.  I don't remember the exact    17:31:39
20  date.  I mean, I could, you know, look it up.  I mean, I  17:31:40
21  could find it.                                            17:31:45
22  Q  Just give me your best estimate.                 17:31:46
23  A  I don't remember.  Late last year.  That's my    17:31:48
24  estimate.                                                 17:31:54
25  Q  What do you mean by "late"?  Just tell me that.  17:31:54
                                                            Page 207
```

```
 1  A  The last four of 2019.                            17:31:57
 2  Q  Okay.  And what was this incident?                17:32:00
 3  A  Her and her partner are trying to cuff this      17:32:02
 4  individual, and they get into a fight.  The individual   17:32:14
 5  is resisting, and Deputy ▮▮▮▮▮ is the one trying to  17:32:20
 6  control the suspect while Deputy ▮▮▮ is just standing 17:32:26
 7  around looking at her radio, going back into the car and 17:32:30
 8  then comes out and doesn't do anything to help out her   17:32:37
 9  partner, and her partner is now on the floor fighting    17:32:40
10  this suspect.                                             17:32:44
11  Q  Okay.  And you were present?                      17:32:46
12  A  Oh, there's a video.  I saw a video of it.       17:32:49
13  Q  Okay.  You saw a video of it?                     17:32:52
14  A  Yes, sir.                                         17:32:55
15  Q  Okay.  And where did you see the video?           17:32:55
16  A  I can't remember where I saw it.  It was on some 17:33:00
17  type of social media.  Somebody texted it to me.  It was 17:33:05
18  going around the station.  The whole department knew     17:33:08
19  about this.  The whole department was commenting on as   17:33:11
20  to why -- and not just our department, other agencies,   17:33:14
21  why this deputy was still working for our department and 17:33:17
22  saying that she had no business being a Deputy Sheriff.  17:33:23
23  Q  I see.  And you still have the video?            17:33:27
24  A  No, I don't think so.                            17:33:29
25  Q  You don't have the video?                        17:33:31
                                                            Page 208
```

```
 1  A  No.                                               17:33:36
 2  Q  Are you sure you don't have it?                   17:33:36
 3  A  As far as I know, I don't have it.  It was one   17:33:38
 4  of those, you know, click -- you know, like those videos 17:33:42
 5  on -- it was like a link to a social media so I don't    17:33:47
 6  know if it's still there or not.                         17:33:54
 7  Q  But you didn't keep a copy of it?                 17:33:56
 8  A  No.                                               17:34:00
 9  Q  Okay.  And so who was her partner?                17:34:00
10  A  Deputy ▮▮▮▮▮▮▮▮▮                             17:34:07
11  Q  Did you ever speak to ▮▮▮▮▮ about it?          17:34:08
12  A  No.  No.                                          17:34:12
13  Q  And were administrative charges brought against  17:34:17
14  Deputy ▮▮▮▮▮                                       17:34:30
15  A  The word was that she had -- she was just going  17:34:31
16  to be sent to training.                                  17:34:36
17  Q  Now, you've known Deputy ▮▮▮▮ for quite some   17:34:37
18  time; correct?                                            17:34:49
19  A  Yes, sir.                                         17:34:49
20  Q  You went through training school with her,       17:34:50
21  didn't you?                                               17:34:52
22  A  We were at the same academy.                     17:34:53
23  Q  Yeah, that's right.                               17:34:55
24  A  Yes, sir.                                         17:34:56
25  Q  All right.  And you also filed a -- and for a    17:34:57
                                                            Page 209
```

53 (Pages 206 - 209)

| | |
|---|---|
| 1  while, she was your partner; right?           17:35:01<br>2  A  We would jump in from time to time.       17:35:02<br>3  Q  And this is -- and you both started at Compton  17:35:07<br>4  around the same time; is that right?          17:35:11<br>5  A  No.  I started first.  I got off training, and  17:35:12<br>6  then she came -- I want to say she came, like, maybe  17:35:16<br>7  eight months after I did.  Maybe late 2015, early 2016  17:35:19<br>8  maybe.                                        17:35:24<br>9  Q  Okay.  And then in, I guess, January of 2018,  17:35:24<br>10 you and ▓▓▓▓▓ had a little verbal altercation; is that  17:35:34<br>11 right?                                        17:35:38<br>12 A  Yes, we did.                               17:35:38<br>13 Q  And she accused you of hitting her with your  17:35:41<br>14 patrol car; is that right?                    17:35:48<br>15 A  Well, I didn't know she had accused me of that.  17:35:50<br>16 I notified my watch commander that day that while having  17:35:53<br>17 a suspect in my back seat, she didn't want to move away  17:35:59<br>18 from my vehicle so I could park, and she went off on me  17:36:03<br>19 saying -- you know, using profanity and all sorts of  17:36:06<br>20 other things.                                 17:36:10<br>21 Q  All right.  And you reported her for that?  17:36:11<br>22 A  Yes.  You know, work violence or violence in the  17:36:15<br>23 workplace.                                    17:36:19<br>24 Q  Okay.  And you believe Captain Thatcher knew  17:36:20<br>25 about this incident?                          17:36:38<br>Page 210 | 1  Q  You never talked to him about the incident?  17:38:02<br>2  A  No.                                        17:38:04<br>3  Q  You had never written him any memos about the  17:38:05<br>4  incident?                                     17:38:08<br>5  A  About ▓▓▓▓▓ and the force incident?        17:38:08<br>6  Q  Yes.                                       17:38:11<br>7  A  No, but common practice is any force incident  17:38:12<br>8  goes up to division.                          17:38:18<br>9  Q  And he's never told you that he knew about the  17:38:20<br>10 incident?                                     17:38:23<br>11 A  No, sir.                                   17:38:23<br>12 Q  Okay.  And has anyone ever told you that they  17:38:24<br>13 discussed the incident with Commander Thatcher?  17:38:32<br>14 A  No, sir.                                   17:38:36<br>15 Q  Now, you've talked a lot about the stats, about  17:38:36<br>16 arrest stats.  What are arrest stats?         17:38:50<br>17 A  Arrest stats is the arrests that a station gets.  17:38:53<br>18 Q  And does it keep a record of the number of  17:39:01<br>19 arrests that particular deputies make?        17:39:06<br>20 A  Yes, sir.                                  17:39:08<br>21 Q  And you said that the stats for Compton were  17:39:09<br>22 lower than some other stations?               17:39:15<br>23 A  That was the complaint.                    17:39:17<br>24 Q  Okay.  And you said there was a quota of arrests  17:39:19<br>25 that was set?                                 17:39:24<br>Page 212 |
| 1  A  He found out.  They reported it to him.   17:36:39<br>2  Q  Who reported it to him?                    17:36:42<br>3  A  In the station, we assumed Lieutenant ▓▓▓▓▓  17:36:45<br>4  who was the lieutenant who took the complaint.  17:36:49<br>5  Q  He took a complaint from whom?             17:36:51<br>6  A  From me.                                   17:36:53<br>7  Q  About -- no, no, no.  I'm not talking about this  17:36:54<br>8  incident.  Not the incident between you and ▓▓▓▓▓ I'm  17:36:58<br>9  sorry.  I jumped around, and I shouldn't have.  Excuse  17:37:02<br>10 me.                                          17:37:05<br>11     I was asking you about the incident involving  17:37:06<br>12 ▓▓▓▓▓ and ▓▓▓▓▓  Do you believe that         17:37:10<br>13 Captain Thatcher knew about this incident?    17:37:14<br>14 A  Commander Thatcher knew about it, yes.  He's  17:37:18<br>15 our, you know, commander.                     17:37:22<br>16 Q  So how do you know that he knew about this  17:37:23<br>17 incident?                                     17:37:26<br>18 A  How could he not know?                     17:37:26<br>19 Q  I'm asking you how do you know he knew?  Is that  17:37:34<br>20 an assumption you're making?                  17:37:38<br>21 A  He came to the station right after that    17:37:43<br>22 incident, and he came to talk to the captain.  I just  17:37:46<br>23 don't see how he wouldn't know about one of his troops  17:37:52<br>24 getting into an incident like that so, yes, I'm assuming  17:37:56<br>25 he did know.                                  17:38:01<br>Page 211 | 1  A  I call it a quota, yes.                    17:39:26<br>2  Q  What was the quota?                        17:39:28<br>3  A  Well, to raise the number we had.  We were at a  17:39:30<br>4  number, and they didn't like that number.  They wanted  17:39:33<br>5  more.  That, to me, is a quota.               17:39:36<br>6  Q  So telling deputies to increase their       17:39:38<br>7  productivity is a quota in your mind?         17:39:48<br>8  A  It isn't productivity.                     17:39:51<br>9  Q  Well, these arrests is what deputies do; right?  17:39:53<br>10 A  They said stats.                           17:39:56<br>11 Q  Pardon me?                                 17:39:59<br>12 A  They said stats.                           17:40:00<br>13 Q  All right.  To increase stats is to increase  17:40:02<br>14 arrests; correct?                             17:40:05<br>15    MR. ROMERO:  I would object to the extent that we're  17:40:06<br>16 talking about seven arrests a month, so it lacks  17:40:10<br>17 foundation that all deputies do is make arrests.  17:40:12<br>18    THE WITNESS:  Can you repeat your question?  17:40:15<br>19    MR. IVIE:  I don't think that was my question,  17:40:17<br>20 Counselor, but that's okay.  I said that -- well, let me  17:40:19<br>21 have the question read back, Mr. Reporter?    17:40:23<br>22    THE COURT REPORTER:  "Question:  To increase stats is  17:40:31<br>23 to increase arrests; correct?"                17:40:43<br>24    THE WITNESS:  Yes.                         17:40:43<br>25 ///                                          17:40:44<br>Page 213 |