John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | Case No.:  2:18-cv-5838-PJW<br><br>**PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Hearing Date: August 19, 2020**<br>**Time: 11:00 a.m.**<br>**Courtroom: 790**<br>**Judge: Hon. Patrick J. Walsh** |

1

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff SHELDON LOCKETT ("**Plaintiff**") hereby submits his Supplemental Statement of Additional Material Facts in opposition to Defendant SAMUEL ALDAMA'S ("**Aldama**") Motion for Summary Judgment.

[note: for consistency, the Exhibit numbers are the same as the Exhibit numbers used in the supplemental papers filed as to the County of Los Angeles' motion for summary judgment)

**PLAINTIFF'S SUPPLEMENTAL ADDITIONAL MATERIAL FACTS**

| | PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 92. | Austreberto Gonzalez ("Gonzalez") has been employed by the Los Angeles County Sheriff's Department ("LASD") as a Deputy Sheriff for at least 12 years. | • Declaration of Steven C. Glickman ("Glickman Decl."), Ex. 27, Deposition of Austreberto Gonzalez ("Gonzalez Depo.") at 11:13-18.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 93. | Gonzalez began working as a patrol deputy at Compton station in 2015. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 16:5-14.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 94. | The Compton station has been permeated by a violent deputy gang which calls itself the "Executioners." | • Glickman Decl., Ex. 27, Gonzalez Depo. at 20:6-24.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 95. | The Executioners operate at Compton station with impunity. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 65:9-13. |

2

| PLAINTIFF'S ADDITIONAL MATERIAL FACTS | | SUPPORTING EVIDENCE |
|---|---|---|
| | | • Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 96. | Members of the Executioners use violence against other deputies and members of the public in order to increase their standing within the Executioners' criminal organization. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 66:19-67;12.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 97. | Non-members who seek to join the ranks of the Executioners are called "prospects." | • Glickman Decl., Ex. 27, Gonzalez Depo. at 39:8-39:18.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 98. | The Executioners recruit members at Compton station based upon the prospect's use of violence against suspects or other deputies. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 72:19-93:10.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 99. | Prospects are "chasing ink" by purposefully carrying out excessive force, including fatal shootings, in order to become an "inked" member of the Executioners. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 38:13-40:10.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 100. | "Inking" refers to the act of each newly made member of the Executioners receiving a matching tattoo indicating membership in the organization. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 34:19-35:10.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 101. | The matching tattoo of the Executioners consists of a skull with Nazi imagery, holding an AK-47, located on the lower leg or calf. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 28:14-29:8; 30:2-4.<br>• Glickman Decl., Ex. 28, Photograph of Compton Station Workstation.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |

| | PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 102. | Members become "inked" as Executioners after executing members of the public, or otherwise committing acts of violence in furtherance of the gang. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 24:15-24, 196:25-197:20.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 103. | Deputies involved in fatal shootings at Compton station have immediately been "inked," with the organization having "inking parties" to celebrate the induction of new members and the Executioners member-involved shooting. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 34:25-35:10, 37:19-39:7, 39:8-18.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 14-38:8. |
| 104. | The inking parties are also called "998 debriefs" because 998 is the code for a deputy-involved shooting. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 37:19-39:7. |
| 105. | Nearly all the Compton station deputies who have been involved in high-profile shootings and out-of-policy beatings at Compton station in recent years have been "inked" members of the Executioners. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 74:2-13.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 106. | Of approximately 100 patrol deputies at Compton station, approximately 15-20 are inked members of the Executioners. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 187:8-14.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 107. | Gonzalez has seen the tattoos of Executioners at the Compton station approximately 12-15 times. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 24:25-25:20. |
| 108. | Gonzalez has seen the Executioners tattoo on ███████████████ ██████████████████████ ███████████████████████, and Deputy Aldama. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 25:21-26:16, 28:10-16, 29:4-8, 33:6-10.<br>• Glickman Decl., Ex. 30, Shift In-Service Sheet. |

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT

| | PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 109. | Gonzalez knows the following additional deputies to be part of the Executioners gang: ▮▮▮▮▮▮ ▮▮▮▮▮ | • Glickman Decl., Ex. 27, Gonzalez Depo. at 32:19-25, 201:4-23. |
| 110. | Gonzalez first saw the tattoo after he began his employment at Compton station in 2015. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 190:18-191:3. |
| 111. | "Inked" Executioners openly show off their Executioners-affiliated tattoos by wearing shorts, even in cold weather. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 33:11-17. |
| 112. | Approximately 20 other deputies are considered "prospects" or are otherwise close associates of the gang. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 53:23-54:1, 104:7-10, 201:4-6.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 113. | The gang members communicate exclusively through WhatsApp, an encrypted messaging application on their mobile phones. | • Glickman Decl., Ex. 27, Gonzalez Depo. 80:2-22.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 114. | The Executioners do not allow Black or female members. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 71:10-25.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 1. |
| 115. | The Executioners and prospects frequently call in a "ghost gun" or "ghost 417," i.e., falsely reporting over the shared radio that a suspect had a gun when in reality, they never saw a gun, in order to get other deputies to arrive on scene and help "contain," or use excessive force, against the suspect. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 67:15-68:21, 69:5-17, 70:2-71:9. |

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT

| PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|
| 116. The Executioners are led by inked 'shot caller,' or leader, Deputy █████ ███████████████ | • Glickman Decl., Ex. 27, Gonzalez Depo. at 51:2-13.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 2. |
| 117. Deputy █████ was transferred to Industry Station after causing a work slowdown at Compton station. | • Glickman Decl., Ex. 27, Gonzalez Depo. 87:2-22.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 2. |
| 118. Then-Captain Michael Thatcher ("Captain Thatcher") orchestrated the return of Deputy █████ to Compton station. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 106:11-107:4.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 2. |
| 119. Captain Thatcher knew of the existence of the Executioners gang. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 89:7-19. |
| 120. Captain Thatcher sought the assistance of Deputy █████ and the Executioners gang to implement an illegal arrest quota at Compton station, in violation of California law (Vehicle Code section 41602). | • Glickman Decl., Ex. 27, Gonzalez Depo. at 93:11-18, 96:1-23, 110:21-111:16, 212:24-213:5.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 3. |
| 121. Deputy █████ directed deputy gang members and their associates to begin arresting individuals for misdemeanors or infractions that previously would not have resulted in an arrest. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 93:11-18, 96:1-23, 110:21-111:16, 212:24-213:5.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 3. |
| 122. Thanks to Deputy █████ and the Executioners, the arrest statistics or "stats" increased from an average of 2.5 arrests per deputy, per month to approximately 7 arrests per deputy, per month. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 110:21-111:9.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at pp. 3-4. |

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT

| | PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 123. | Deputy ███ and the other Executioners artificially inflated arrest statistics as a favor from the gang to Captain Thatcher. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 93:11-94:5, 95:18-25, 110:21-111:16.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 3. |
| 124. | As a result of the inflated arrest statistics, Captain Thatcher was commended for the increased arrests under these initiatives by the Executioners, and ultimately received a promotion to the position of Commander because of their efforts. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 96:1-12. |
| 125. | Captain Thatcher returned the favor by granting leniency to an associate of Depuy ███, the Executioners' leader, when the associate would otherwise have been subject to discipline at work. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 206:1-207:2. |
| 126. | The arrest quota and scheme by the Executioners resulted in the violation of the civil rights of hundreds of resides of the Compton patrol area. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 111:10-16.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 4. |
| 127. | The Executioners "run the station" at Compton. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 119:22-120:8. |
| 128. | In February 2020, Gonzalez anonymously reported an incident to Internal Affairs Bureau in which Deputy Eugene Contreras, an inked Executioner, assaulted Deputy Thomas Banuelos. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 115:21-117:13.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 4. |
| 129. | Executioners at Compton station learned that Gonzalez reported the incident and retaliated against him. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 128:15-129:1.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at pp. 4-5. |

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT

| | PLAINTIFF'S ADDITIONAL MATERIAL FACTS | SUPPORTING EVIDENCE |
|---|---|---|
| 130. | Graffiti was written on the entrance to the Compton station which described Gonzalez as a "rat." | • Glickman Decl., Ex. 27, Gonzalez Depo. at 124:24-125:2.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 5. |
| 131. | Gonzalez took a photo of the desk of Deputy Bautista, an inked Executioner, when he saw that it had a pencil holder, mouse, and mousepad displaying the Executioners' tattoo logo. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 90:4-16.<br>• Glickman Decl., Ex. 28, Photograph of Compton Workstation.<br>• Glickman Decl., Ex. 29, Gonzalez's Government Tort Claim at p. 7. |
| 132. | Deputy Samuel Aldama is an "inked" Executioner who received his tattoo after he and Deputy ▮▮▮▮▮ were involved in a fatal shooting. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 34:8-24. |
| 133. | Aldama and ▮▮▮▮ was "chasing ink" before becoming inked members of the Executioners. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 38:13-40:10, 43:4-23. |
| 134. | After Aldama's deposition was taken in 2018, Captain Thatcher sent an email to all the deputies at Compton station advising them to prepare an explanation or cover story for any Compton station-affiliated tattoos they had. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 206:1-207:11. |
| 135. | Gonzalez was the source of all of the facts contained in his government tort claim form and was truthful when stating those facts. | • Glickman Decl., Ex. 27, Gonzalez Depo. at 11:25-12:13. |

DATED:  August 14, 2020        THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,

8

A LAW CORPORATION

By____/s/ Steven C. Glickman_____
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff SHELDON LOCKETT

PLAINTIFF'S SUPPLEMENTAL STATEMENT OF ADDITIONAL MATERIAL FACTS IN
OPPOSITION TO DEFENDANT ALDAMA'S MOTION FOR SUMMARY JUDGMENT