UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SHELDON LOCKETT,

        Plaintiff - Appellee,

v.

COUNTY OF LOS ANGELES,

        Defendant - Appellant.

No. 19-55898

D.C. No. 2:18-cv-05838-PJW
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered October 02, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Nixon Antonio Callejas Morales
        Deputy Clerk
        Ninth Circuit Rule 27-7