```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3                       ---oOo---
 4   SHELDON LOCKETT; MICHELLE
     DAVIS; AND CLYDE DAVIS,
 5
                PLAINTIFFS,
 6
                  VS.              NO. 18-CV-5838-PJW
 7
     COUNTY OF LOS ANGELES, A
 8   PUBLIC ENTITY; LOS ANGELES
     COUNTY SHERIFF'S DEPARTMENT,
 9   A LAW ENFORCEMENT AGENCY;
     SHERIFF JIM MCDONNELL;
10   MIZRAIN ORREGO, A DEPUTY LOS
     ANGELES COUNTY SHERIFF; AND
11   DOES 1 THROUGH 100,
     INCLUSIVE,
12
                DEFENDANTS.
13   _____/
14
15
16         REMOTE VIDEOTAPED DEPOSITION OF
17                 MIZRAIN ORREGO
18   _____
19           FRIDAY, MAY 8, 2020
20
21
22   JOB NO. 4082830
23   REPORTED BY:
24   HOLLY THUMAN, CSR NO. 6834, RMR, CRR
25   PAGES 1-236
```

Page 1

| | | |
|---|---|---|
| 1 | MR. HURRELL: What's the question again? | 11:15:05 |
| 2 | BY MR. SWEENEY: | 11:15:08 |
| 3 | Q. Tell me about all tattoos on your body. | 11:15:10 |
| 4 | That's my question. | 11:15:12 |
| 5 | MR. HURRELL: Well, no. I don't think | 11:15:14 |
| 6 | you're allowed to ask that question. | 11:15:15 |
| 7 | MR. SWEENEY: Why? | 11:15:19 |
| 8 | MR. HURRELL: Well, I think you first have | 11:15:20 |
| 9 | to ask whether he has any other tattoos on his body | 11:15:22 |
| 10 | because the question assumes a fact not | 11:15:25 |
| 11 | established. | 11:15:27 |
| 12 | MR. SWEENEY: Okay. All right. | 11:15:29 |
| 13 | Q. So do you have -- let me rephrase the | 11:15:32 |
| 14 | question. | 11:15:38 |
| 15 | How many tattoos do you have on your body? | 11:15:40 |
| 16 | A. One. | 11:15:44 |
| 17 | MR. SWEENEY: That answers the question. | 11:15:46 |
| 18 | See, Mr. Hurrell? Okay. | 11:15:48 |
| 19 | Q. So we know that tattoo is on your leg. | 11:15:57 |
| 20 | Correct? | 11:16:02 |
| 21 | A. Yes. | 11:16:02 |
| 22 | Q. Is it on your right leg or your left leg? | 11:16:02 |
| 23 | A. My right leg. | 11:16:05 |
| 24 | Q. And that tattoo is the one that your | 11:16:08 |
| 25 | counsel sent over to Mr. Glickman this morning. | 11:16:17 |

Page 37

| | | |
|---|---|---|
| 1 | Correct? | 11:16:19 |
| 2 | A. Yes. | 11:16:20 |
| 3 | Q. It's the same tattoo as your former | 11:16:22 |
| 4 | partner, Samuel Aldama. Correct? | 11:16:27 |
| 5 | A. Yes. | 11:16:30 |
| 6 | Q. And does it have a helmet with the "CPT" | 11:16:32 |
| 7 | inscription on it like Mr. Aldama's? | 11:16:45 |
| 8 | A. Yes. | 11:16:49 |
| 9 | Q. Does it have a skeleton with -- surrounded | 11:16:50 |
| 10 | by flames? | 11:16:53 |
| 11 | A. Yes. | 11:16:55 |
| 12 | Q. Is the skeleton holding a | 11:16:57 |
| 13 | Kalashnikov-style rifle? | 11:17:02 |
| 14 | A. Yes. | 11:17:05 |
| 15 | Q. On the magazine of the rifle, is there a | 11:17:07 |
| 16 | Roman numeral inscription "XXVIII"? | 11:17:15 |
| 17 | A. I believe so, sir. I need to -- I would | 11:17:24 |
| 18 | have to look at it; but yes, I would say yes. | 11:17:26 |
| 19 | Q. Yeah, well, that's 28 in Roman numerals. | 11:17:29 |
| 20 | Correct? | 11:17:32 |
| 21 | A. Correct. | 11:17:33 |
| 22 | Q. And do you know what substation Compton is | 11:17:33 |
| 23 | designated as in the County of Los Angeles, what | 11:17:39 |
| 24 | number? | 11:17:43 |
| 25 | A. 28, sir. | 11:17:44 |

Page 38

```
 1        Q.  Yeah.  That's why the 28 is on there.           11:17:45
 2   Correct?                                                 11:17:48
 3        A.  No, sir.                                        11:17:51
 4        Q.  No?                                             11:17:53
 5            Why is there "28" on there?                     11:17:54
 6            THE WITNESS:  Can I speak to you?               11:17:59
 7            (Witness and counsel confer briefly.)           11:18:00
 8            THE WITNESS:  Well, I'm sorry.                  11:18:06
 9            Can you repeat that last question again?        11:18:07
10   BY MR. SWEENEY:                                          11:18:09
11        Q.  Why is that Roman numeral 28 on the             11:18:09
12   magazine of the skeleton's rifle?                        11:18:12
13        A.  Yes, 'cause that's the number for Compton       11:18:16
14   station.                                                 11:18:18
15        Q.  Okay.  Now, on the stock of the gun, is         11:18:21
16   there a number?                                          11:18:31
17        A.  No.                                             11:18:35
18        Q.  When did you get that tattoo?                   11:18:38
19        A.  Approximately, I'll say, a year and a half      11:18:39
20   ago, two years ago.                                      11:18:45
21        Q.  Give me the month and the year.                 11:18:48
22        A.  It was --                                       11:18:51
23            MR. HURRELL:  You can certainly give him        11:18:57
24   the year.                                                11:18:58
25            THE WITNESS:  It was 2018, sir.                 11:18:59
```

Page 39

| | | |
|---|---|---|
| 1 | BY MR. SWEENEY: | 11:19:01 |
| 2 | Q.  What month? | 11:19:03 |
| 3 | A.  I believe it was a summer month, sir. | 11:19:08 |
| 4 | Q.  I'm going to give you a chance to answer | 11:19:13 |
| 5 | that question again. | 11:19:15 |
| 6 | Here's the question, another question: | 11:19:17 |
| 7 | Are you sure that you got that tattoo in | 11:19:20 |
| 8 | 2018? | 11:19:23 |
| 9 | A.  Yes. | 11:19:27 |
| 10 | Q.  You're under oath, sir. | 11:19:33 |
| 11 | MR. HURRELL:  He realizes that. | 11:19:44 |
| 12 | (Reporter requested clarification.) | 11:19:49 |
| 13 | BY MR. SWEENEY: | 11:19:49 |
| 14 | Q.  Are you telling the truth, sir? | 11:19:54 |
| 15 | A.  Yes. | 11:19:56 |
| 16 | Q.  Before I get into the specifics of the -- | 11:20:02 |
| 17 | well, when you got it, where, and all that, let me | 11:20:07 |
| 18 | ask you:  When you got the tattoo, was there a | 11:20:13 |
| 19 | number on the stock of the rifle? | 11:20:22 |
| 20 | A.  No. | 11:20:29 |
| 21 | Q.  When -- subsequent to you getting that | 11:20:35 |
| 22 | tattoo placed on, did you get a number placed on | 11:20:41 |
| 23 | that stock after you got the tattoo on? | 11:20:47 |
| 24 | A.  No. | 11:20:52 |
| 25 | Q.  At any time before this deposition -- that | 11:21:01 |

```
1    the exact timing, sir.                                    11:46:18
2         Q.   Okay.   Where did you get your tattoo?          11:46:26
3         A.   Vegas, sir.                                     11:46:37
4         Q.   What's that?                                    11:46:38
5         A.   In Vegas.                                       11:46:39
6         Q.   In Las Vegas?                                   11:46:42
7         A.   Yes.                                            11:46:43
8         Q.   Is there a group of deputies -- or strike       11:46:43
9    that.                                                     11:46:58
10             Was there, when you were a deputy there, a      11:47:00
11   group of deputies at the sheriff's station with           11:47:02
12   that tattoo?                                              11:47:05
13        A.   I'm sorry.   Can you repeat that question,      11:47:08
14   please, sir?                                              11:47:10
15        Q.   Yes.   Was there a group of deputies with       11:47:11
16   the same tattoo at the Compton station the same           11:47:15
17   time you were there?                                      11:47:19
18        A.   It's possible, sir.                             11:47:24
19        Q.   And so you knew there was a group.              11:47:29
20   Correct?                                                  11:47:31
21        A.   Can you explain -- a group of what, sir?        11:47:35
22        Q.   A group of deputies with a similar tattoo.      11:47:38
23        A.   Well, sir, there's a lot of -- I mean, are      11:47:46
24   you talking about the same tattoo Aldama has, or --       11:47:51
25   I'm not sure where you're going because in the            11:47:54
```

Page 48

| | | |
|---|---|---|
| 1 | we weren't specifically looking for the gun -- for | 14:13:34 |
| 2 | the shooter of -- the GSV.  We weren't there -- | 14:13:38 |
| 3 | that's what took us to the area, but that's not | 14:13:44 |
| 4 | exactly what we were doing. | 14:13:46 |
| 5 |      Q.  Oh, God. | 14:13:49 |
| 6 |          What were you exactly doing, then? | 14:13:49 |
| 7 |      A.  Patrolling the neighborhood. | 14:13:53 |
| 8 |      Q.  For the suspect.  Correct? | 14:13:55 |
| 9 |          You can't separate the two, sir.  You've | 14:14:00 |
| 10 | already said you heard the radio call, and you | 14:14:02 |
| 11 | decided to go to the rival gang area. | 14:14:04 |
| 12 |          MR. ALTURA:  This is Jack Altura. | 14:14:09 |
| 13 |          I'll object to that testimony by counsel. | 14:14:10 |
| 14 |          MR. HURRELL:  Yeah.  Is there a question, | 14:14:13 |
| 15 | John? | 14:14:14 |
| 16 |          MR. SWEENEY:  Yeah. | 14:14:14 |
| 17 | BY MR. SWEENEY: | 14:14:14 |
| 18 |      Q.  The question is:  You went to that area to | 14:14:15 |
| 19 | search for a suspect to the shooting.  Correct? | 14:14:19 |
| 20 |      A.  Yes, sir. | 14:14:25 |
| 21 |      Q.  Okay.  All right.  And so you had heard | 14:14:26 |
| 22 | that gunshots were involved.  Correct? | 14:14:30 |
| 23 |      A.  Yes, sir. | 14:14:36 |
| 24 |      Q.  And your -- that heightened your anxiety, | 14:14:38 |
| 25 | didn't it? | 14:14:43 |

Personal Court Reporters, A Veritext Company
818-988-1900

| | | |
|---|---|---|
| 1 | suspect in the shooting.  Correct? | 14:41:38 |
| 2 |      MR. HURRELL:  This is Tom Hurrell. | 14:41:49 |
| 3 |      I'm sorry, John, I don't understand your | 14:41:51 |
| 4 | question. | 14:41:53 |
| 5 |      MR. SWEENEY:  I'm sorry, I didn't hear | 14:41:54 |
| 6 | you, Tom. | 14:41:55 |
| 7 |      MR. HURRELL:  I don't understand your | 14:41:57 |
| 8 | question. | 14:41:58 |
| 9 | BY MR. SWEENEY: | 14:42:00 |
| 10 |   Q.  The question is -- I mean, that may have, | 14:42:00 |
| 11 | as you say, been legal -- your legal reason for | 14:42:03 |
| 12 | getting out of the car, but your real reason -- | 14:42:07 |
| 13 | your legal reason to establish PC, probable | 14:42:13 |
| 14 | cause -- but the real reason you were there is | 14:42:16 |
| 15 | because you were looking for the suspects in this | 14:42:18 |
| 16 | shooting.  Correct? | 14:42:21 |
| 17 |   A.  Yes -- yes, sir, but I wasn't going to | 14:42:26 |
| 18 | make a suspect happen if it's not there. | 14:42:28 |
| 19 |      You know, I'm there, patrolling the | 14:42:31 |
| 20 | neighborhood of Compton that -- which is what I | 14:42:32 |
| 21 | did, and I just happened to stumble upon them. | 14:42:35 |
| 22 |   Q.  Yeah, but, I mean -- yes, really, if | 14:42:38 |
| 23 | you're -- if you're in an anxious state, there had | 14:42:41 |
| 24 | been a shooting, you're trying to solve it, which a | 14:42:47 |
| 25 | good police officer does, you're not going to | 14:42:50 |

| | | |
|---|---|---|
| 1 | A.  I don't remember if I did it or not, but a | 15:35:12 |
| 2 | containment was set. | 15:35:15 |
| 3 | I remember walking the path.  I remember | 15:35:18 |
| 4 | us calling the gun dog so he could come and sniff | 15:35:23 |
| 5 | the path of Mr. Lockett. | 15:35:27 |
| 6 | That's -- that's all I recall at this | 15:35:35 |
| 7 | time. | 15:35:37 |
| 8 | (Reporter requested clarification.) | 15:35:49 |
| 9 | BY MR. SWEENEY: | 15:35:49 |
| 10 | Q.  The gun dog never alerted along the path, | 15:35:50 |
| 11 | did he? | 15:35:54 |
| 12 | A.  I don't recall his findings. | 15:35:55 |
| 13 | ==Q.  You never found a gun, did you?== | 15:35:59 |
| 14 | ==A.  No, sir.== | 15:36:01 |
| 15 | ==Q.  No one in the sheriff department found a== | 15:36:02 |
| 16 | ==gun, did they?== | 15:36:07 |
| 17 | ==A.  No, sir.== | 15:36:08 |
| 18 | MR. SWEENEY:  Let's -- at this point, | 15:36:14 |
| 19 | Mr. Glickman, can we play the broadcast? | 15:36:16 |
| 20 | Q.  And before -- while he's cueing that up, | 15:36:21 |
| 21 | who was it who made the 417 call? | 15:36:24 |
| 22 | Was that you? | 15:36:27 |
| 23 | A.  I don't recall, sir. | 15:36:30 |
| 24 | Q.  Well, we're going to play a tape for you. | 15:36:31 |
| 25 | MR. GLICKMAN:  So just for the record, | 15:36:37 |

Page 166

| | | |
|---|---|---|
| 1 | MR. HURRELL: You misspoke, John. | 16:55:13 |
| 2 | THE WITNESS: You said "throughout the | 16:55:15 |
| 3 | arrest." | 16:55:16 |
| 4 | BY MR. SWEENEY: | 16:55:17 |
| 5 | Q. I'm sorry. Throughout the investigation. | 16:55:18 |
| 6 | A. I believe that that's a question that you | 16:55:20 |
| 7 | need to ask Aldama because I'm not sure -- to me, | 16:55:21 |
| 8 | "throughout the investigation" can be from point -- | 16:55:24 |
| 9 | from the time the suspect gets -- you know, you | 16:55:27 |
| 10 | have contact with the suspect to the time that the | 16:55:31 |
| 11 | detective -- you know, the case gets turned over to | 16:55:35 |
| 12 | detectives, you know. | 16:55:38 |
| 13 | So I -- it could be anywhere from five | 16:55:40 |
| 14 | minutes to a full month of -- | 16:55:42 |
| 15 | Q. Okay. So at the time -- you said the | 16:55:44 |
| 16 | starting point theoretically he could be talking | 16:55:47 |
| 17 | about is from the time of the contact. | 16:55:51 |
| 18 | At the time of the contact, did you feel | 16:55:54 |
| 19 | that he fit the suspect of the shooting's | 16:55:58 |
| 20 | description? | 16:56:01 |
| 21 | A. Yes, sir. | 16:56:03 |
| 22 | Q. Thank you. All right. | 16:56:05 |
| 23 | You had limited information that we just | 16:56:14 |
| 24 | heard an hour or so ago that was broadcast over the | 16:56:17 |
| 25 | dispatch; that is, black, male, blue beanie, silver | 16:56:21 |

Personal Court Reporters, A Veritext Company
818-988-1900

| | | |
|---|---|---|
| 1 | Pontiac. | 16:56:33 |
| 2 | What in those -- in that description fit | 16:56:38 |
| 3 | the suspect, or fit Mr. Lockett? | 16:56:43 |
| 4 | A.  Well, sir, I think that you're forgetting | 16:56:49 |
| 5 | our initial contact was not over anything related | 16:56:53 |
| 6 | to the 245, you know, other than that's the reason | 16:56:56 |
| 7 | why we were in that area, you know. | 16:57:01 |
| 8 | And "throughout the investigation," | 16:57:07 |
| 9 | meaning okay, now we arrested the guy that we saw | 16:57:08 |
| 10 | holding a gun, we have him detained, and then | 16:57:12 |
| 11 | the -- the victim gets brought, and then she | 16:57:18 |
| 12 | positively identifies Mr. Lockett as the suspect of | 16:57:21 |
| 13 | the shooting, that's -- you know, that's the | 16:57:26 |
| 14 | totality of that, of his arrest.  That is the | 16:57:30 |
| 15 | reason why we arrested him. | 16:57:34 |
| 16 | Q.  Thank you. | 16:57:37 |
| 17 | MR. SWEENEY:  If we go on to your actual | 16:57:40 |
| 18 | report -- can we go to page 1 of 2 of Mr. Orrego's | 16:57:43 |
| 19 | report; put it up there? | 16:57:48 |
| 20 | MR. GLICKMAN:  I'm looking at it, but you | 16:58:00 |
| 21 | guys don't see it. | 16:58:01 |
| 22 | MR. SWEENEY:  What's that? | 16:58:03 |
| 23 | MR. GLICKMAN:  I was looking at it, but I | 16:58:05 |
| 24 | didn't have it on screen share. | 16:58:07 |
| 25 | // | |

Page 220

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4    SHELDON LOCKETT; MICHELLE      )
      DAVIS; AND CLYDE DAVIS,        )
 5                                   )
              PLAINTIFFS,            )
 6                                   ) CASE NO. 18-CV-5838-PJW
         VS.                         )
 7                                   )
      COUNTY OF LOS ANGELES, A       )
 8    PUBLIC ENTITY; LOS ANGELES     )
      COUNTY SHERIFF'S DEPARTMENT, A )
 9    LAW ENFORCEMENT AGENCY;        )
      SHERIFF JIM MCDONNELL; MIZRAIN )
10    ORREGO, A DEPUTY LOS ANGELES   )
      COUNTY SHERIFF; AND DOES 1     )
11    THROUGH 100, INCLUSIVE,        )
                                     )
12              DEFENDANTS.          )
13    _____)
14         PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
15
16     REMOTE VIDEOTAPED VIDEOCONFERENCED DEPOSITION OF
17                       MIZRAIN ORREGO
18                   FRIDAY, MAY 22, 2020
19                        VOLUME II
20    JOB NO. 4116350-1
21    REPORTED BY:  TAMARA L. CARLSON
22    CSR NO. 12555
23
24    PAGES 237 - 293
25    PAGES 277 - 289 ARE CONFIDENTIAL AND ARE BOUND SEPARATELY
```

Page 237

| | | |
|---|---|---|
| 1 | MR. SWEENEY:  I'm not going to tell you. | 11:24 |
| 2 | MR. ALTURA:  Okay. | |
| 3 | BY MR. SWEENEY: | |
| 4 | Q.  One final question, I just want to clear up | |
| 5 | the record.  Did you at any time on January 15, | 11:24 |
| 6 | 2016, see a blue beanie that was associated with | |
| 7 | Sheldon Lockett? | |
| 8 | A.  I don't recall, sir. | |
| 9 | Q.  Well, you didn't put in your report that | |
| 10 | there was a beanie associated with Mr. Lockett, did | 11:25 |
| 11 | you? | |
| 12 | A.  If I could refer to my report, I would be | |
| 13 | able to answer that question. | |
| 14 | Q.  You can refer to your report. | |
| 15 | A.  No, sir. | 11:26 |
| 16 | MR. SWEENEY:  Thank you. | |
| 17 | I have no further questions. | |
| 18 | MR. ALTURA:  This is Jack Altura for the | |
| 19 | County.  I have a few very, very brief questions for | |
| 20 | you, Mr. Orrego. | 11:26 |
| 21 | I just want to confirm that we're still -- | |
| 22 | that this portion is still being designated | |
| 23 | confidential, Madam Court Reporter? | |
| 24 | THE REPORTER:  Yes. | |
| 25 | /// | |

Page 284

Case 2:18-cv-05838-DSF-JPR   Document 249-2   Filed 11/13/20   Page 14 of 16   Page ID #:4830

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | EXAMINATION | 11:26 |
| 2 | BY MR. ALTURA: | |
| 3 | Q. Mr. Orrego, were you aware that | |
| 4 | Deputy Aldama was diagnosed with an illness in 2018? | |
| 5 | A. Yes, sir. | 11:27 |
| 6 | Q. And do you know what that illness was? | |
| 7 | A. Yes, sir. | |
| 8 | MR. PONGRACZ: Objection. Third party | |
| 9 | privacy. | |
| 10 | Go ahead. | 11:27 |
| 11 | (The reporter requested clarification.) | |
| 12 | MR. PONGRACZ: Andrew Pongracz for | |
| 13 | Deputy Aldama, whose privacy and private medical | |
| 14 | conditions we're discussing. | |
| 15 | BY MR. ALTURA: | 11:27 |
| 16 | Q. And I don't want you to get into the | |
| 17 | specifics, but very broadly can you tell us what | |
| 18 | that illness is? | |
| 19 | MR. PONGRACZ: Objection. Third party | |
| 20 | privacy and medical privacy. HIPAA. | 11:27 |
| 21 | Go ahead. | |
| 22 | THE WITNESS: Cancer. | |
| 23 | BY MR. ALTURA: | |
| 24 | Q. In your mind was that diagnosis of -- | |
| 25 | diagnosis of cancer a serious illness? | 11:27 |

Page 285

Personal Court Reporters, A Veritext Company
818-988-1900

| | | |
|---|---|---|
| 1 | A. Very serious. | 11:27 |
| 2 | Q. And when did you find out that Mr. -- | |
| 3 | excuse me, that Deputy Aldama had this diagnosis? | |
| 4 | A. I believe it was -- I'm sorry, summertime | |
| 5 | of 2018, sir. | 11:28 |
| 6 | Q. So summertime, does that mean June, July, | |
| 7 | or August of 2017? | |
| 8 | A. Yes, sir. | |
| 9 | Q. All right. You -- | |
| 10 | MR. HURRELL: 2018. | 11:28 |
| 11 | MR. ALTURA: Thank you, Mr. Hurrell. | |
| 12 | BY MR. ALTURA: | |
| 13 | Q. So that would be -- just to correct the | |
| 14 | record, Mr. Orrego, it would be June, July, or | |
| 15 | August of 2018? | 11:28 |
| 16 | A. Yes, sir, I believe so. | |
| 17 | Q. And can you narrow that down any further to | |
| 18 | one or two months? | |
| 19 | A. I don't remember the exact months. | |
| 20 | Q. I understand, sir. | 11:28 |
| 21 | How did you found -- how did you find out | |
| 22 | about Mr. -- excuse me, Deputy Aldama's illness? | |
| 23 | A. I don't recall. He may have called me or | |
| 24 | we may have found out through his family. | |
| 25 | Q. And did your getting the tattoo on your | 11:29 |

Page 286

```
 1    calf have anything to do with the fact that Deputy      11:29
 2    Aldama was diagnosed with this serious illness?
 3         A.   100 percent.
 4         Q.   And can you explain in what way that
 5    diagnosis affected you -- your getting the tattoo?      11:29
 6         A.   Well, sir, we both gave our life, you know,
 7    for -- to serve the community in Compton; and,
 8    you know, I was no longer part of doing what I love
 9    to do.  You know, I was like jobless at home and my
10    partner was going through a very hard time, and I       11:29
11    believed that there was a possibility that he was
12    not going to make it anymore, so I wanted to have
13    something that I shared with him, and that was it,
14    sir.
15         Q.   How long were you Deputy Aldama's partner     11:29
16    for?
17         A.   I have known Deputy Aldama for a long time,
18    but partners in the same patrol vehicle, I'll say
19    approximately two years.
20         Q.   And how long did you know Deputy Aldama       11:30
21    before that, as a deputy?
22         A.   About ten years, sir.
23              (The nonconfidential portion of this
24              deposition continues on page 290.)
25
```