```
 1               UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   SHELDON LOCKETT; MICHELLE        ) Case No.
     DAVIS; and CLYDE DAVIS,          ) 18-CV-5838-PJW
 5                                    )
          Plaintiffs,                 )
 6                                    )
             vs.                      )
 7                                    )
     COUNTY OF LOS ANGELES, a public  )
 8   entity; LOS ANGELES COUNTY       )
     SHERIFF'S DEPARTMENT, a law      )
 9   enforcement agency; SHERIFF JIM  )
     McDONNELL; MIZRAIN ORREGO, a     )
10   Deputy Los Angeles County        )
     Sheriff; SAMUEL ALDAMA, a        )
11   Deputy Los Angeles County        )
     Sheriff; and DOES 1 through      )
12   100, inclusive,                  )
                                      )
13        Defendants.                 )
     _____)
14
15
16    VIDEOTAPED DEPOSITION OF DEPUTY AUSTREBERTO GONZALEZ
17                         Volume I
18                     Via Videoconference
19                  Tuesday, August 11, 2020
20
21
22
23   Reported by:
     Gideon Choi
24   CSR No. 13258
25
```

*Exhibit 27 -- redacted Because of size limitations, submitted in two parts. This is part 2 of 2*

Page 1

### Page 78

1  A  Yes.  12:28:38
2     MR. IVIE: Objection; leading.  12:28:39
3     Excuse me, Mr. Gonzalez. I'm making an  12:28:40
4  objection. Can you wait until I'm finished?  12:28:43
5     THE WITNESS: Yes, sir.  12:28:45
6     MR. IVIE: Objection; it's leading; suggestive; and  12:28:46
7  no foundation for the witness's testimony; calls for a  12:28:49
8  conclusion.  12:28:51
9     MR. ROMERO: This is counsel for the deponent. I'm  12:28:52
10 going to interpose my own objection. We seem to be  12:28:56
11 getting from Mr. Ivie the same objection for every  12:28:58
12 single question. It's resulting in a disruption to the  12:28:59
13 testimony, I believe.  12:29:02
14    I'm going to ask the deponent, are these  12:29:04
15 objections disrupting your testimony, sir?  12:29:07
16    THE WITNESS: They are.  12:29:10
17    MR. ALTURA: So I'd ask that we get a standing  12:29:11
18 objection since 99 percent of the objections have been  12:29:13
19 the same. I don't mean to be disrespectful. Perhaps  12:29:16
20 after lunch, we can reconvene with the standing  12:29:19
21 objection because it's very hard even for me to follow.  12:29:21
22 Thank you.  12:29:24
23    MR. IVIE: Okay. So I'm not going to agree to that,  12:29:24
24 but you've made your record.  12:29:26
25 ///  12:29:26

### Page 79

1  BY MR. SWEENEY:  12:29:26
2  Q  Okay. So is that true, Deputy, what I just  12:29:29
3  read?  12:29:34
4     MR. IVIE: Again, it calls for a conclusion.  12:29:34
5     MR. SWEENEY: You got your objection in.  12:29:37
6     MR. IVIE: Well, then why are you repeating the  12:29:39
7  question?  12:29:43
8     MR. SWEENEY: Because he doesn't recall it.  12:29:44
9     MR. IVIE: Okay. If you're going to repeat the  12:29:45
10 question, I'm going to restate my objection.  12:29:47
11    MR. SWEENEY: But, Mr. Ivie --  12:29:49
12    MR. IVIE: The process is you ask the question, I  12:29:51
13 object.  12:29:56
14 BY MR. SWEENEY:  12:29:56
15 Q  Do you recall the question?  12:29:59
16 A  Yes, I do.  12:30:01
17 Q  Okay. Is that true?  12:30:01
18 A  Yes.  12:30:03
19    MR. IVIE: Again, objection; it calls for a  12:30:04
20 conclusion on the part of this witness; and there's no  12:30:07
21 foundation.  12:30:09
22    MR. SWEENEY: You've objected, Mr. Ivie. Thank  12:30:10
23 you.  12:30:13
24    Did you get the answer Madame Court Reporter -- I'm  12:30:15
25 sorry -- Mr. Court Reporter? I'm sorry.  12:30:22

### Page 80

1     THE COURT REPORTER: The answer was yes.  12:30:25
2     MR. SWEENEY: Thank you.  12:30:28
3  BY MR. SWEENEY:  12:30:29
4  Q  The last sentence in that paragraph on Page 1 of  12:30:36
5  10: "The gang members communicate exclusively through  12:30:42
6  WhatsApp, an encrypted messaging app on their phones."  12:30:48
7  Is that true?  12:30:50
8     MR. IVIE: Again, objection; leading; suggestive; no  12:30:51
9  foundation; calls for a conclusion on the part of this  12:30:54
10 witness.  12:30:57
11 BY MR. SWEENEY:  12:30:58
12 Q  Is that true, sir?  12:30:59
13 A  Yes.  12:30:59
14 Q  All right. And how do you know that?  12:31:00
15 A  There was an incident where a phone was left  12:31:03
16 behind in dispatch to be charged, to charge the phone,  12:31:09
17 and the watch deputy came and told a few of us that  12:31:14
18 that's how the inked communicated. Because they left  12:31:23
19 the WhatsApp app open or the phone unlocked and then  12:31:27
20 messages started popping up regarding -- well,  12:31:31
21 communication with other inked members of this group  12:31:35
22 through WhatsApp.  12:31:40
23 Q  Okay. Does that indicate to you that it's a  12:31:43
24 secretive society?  12:31:48
25    MR. IVIE: Objection; leading; suggestive; no  12:31:50

### Page 81

1  foundation; calls for speculation on the part of this  12:31:52
2  witness.  12:31:55
3     THE WITNESS: Yes.  12:31:57
4     MR. SWEENEY: Okay. Let's take our break. It's  12:31:57
5  12:30, and we'll be back at what? Mr. Ivie said 1:15?  12:32:02
6     MR. IVIE: Yes.  12:32:08
7     MR. ROMERO: Before we go off the record, I'd just  12:32:09
8  like to state that these continued objections by  12:32:11
9  Mr. Ivie are making this deposition completely  12:32:13
10 impossible by the deponent, and they're disruptive, they  12:32:16
11 are disorienting, and I have a headache just trying to  12:32:20
12 get through them. I'm not trying to be disruptive. I  12:32:24
13 want to make sure the deponent gets the best testimony  12:32:26
14 on the record for all sides.  12:32:29
15    MR. SWEENEY: I concur. And welcome to the world of  12:32:30
16 Mr. Rickey Ivie. That's been his style.  12:32:33
17    MR. IVIE: Welcome to the world of making appropriate  12:32:36
18 objections at a deposition.  12:32:39
19    MR. SWEENEY: Thank you, Mr. Ivie.  12:32:40
20    MR. IVIE: It's leading; suggestive; and lacks  12:32:42
21 foundation.  12:32:44
22    MR. SWEENEY: Thank you, Mr. Ivie.  12:32:44
23    MR. IVIE: You're welcome.  12:32:46
24    MR. SWEENEY: Have a good lunch.  12:32:47
25    MR. IVIE: All right. You too.  12:32:49

```
 1  THE VIDEOGRAPHER: This marks the end of       12:32:50
 2  Media Unit No. 4. The time is 12:32, and we are off the  12:32:53
 3  record.                                        12:32:55
 4      (Recess taken from 12:32 p.m. to 1:32 p.m.)  13:32:50
 5  THE VIDEOGRAPHER: This marks the beginning of  13:32:50
 6  Media No. 5. The time is 1:32 p.m., and we are on the  13:32:54
 7  record.                                        13:32:56
 8  BY MR. SWEENEY:                                13:32:57
 9   Q  Good afternoon, Deputy.                    13:32:59
10   A  Good afternoon, sir.                       13:33:01
11   Q  What I'm going to do now is, to make this go  13:33:02
12  quicker, we're going to put up the Exhibit 105 and we're  13:33:07
13  just going to go line by line, and I'm going to ask you  13:33:12
14  questions about it.                            13:33:20
15      All right. At the top, can you see it, Deputy?  13:33:21
16   A  Yes.                                       13:33:23
17   Q  Okay. At the top, it says: "The Executioners,  13:33:24
18  led by inked shot caller Deputy Jaime Juarez, have  13:33:29
19  paralyzed Compton through their use of violence against  13:33:35
20  deputies and threats of illegal work slowdowns, by which  13:33:39
21  Executioners members and associates at Compton will  13:33:45
22  purposefully cease some or all of their law enforcement  13:33:49
23  duties while continuing to be paid in order to impose  13:33:54
24  their will upon Compton by force."             13:33:59
25      Let me ask you a question about this. You  13:34:04
                                                      Page 82
```

```
 1  already said or you already made a comment about this.  13:34:08
 2  You already said that Deputy Jaime Juarez is the shot  13:34:11
 3  caller of the gang; correct?                   13:34:15
 4   A  Yes.                                       13:34:17
 5   Q  Okay. Is it true, after that, you see      13:34:17
 6  Deputy Juarez, his name and there's a comment. Is that  13:34:22
 7  true, all that I read to the end of that sentence?  13:34:27
 8   A  Yes.                                       13:34:30
 9  MR. SWEENEY: Okay. What happened? Oh, okay. All  13:34:31
10  right. Thank you.                              13:34:35
11  BY MR. SWEENEY:                                13:34:57
12   Q  Okay. Next sentence: "One such work slowdown  13:34:57
13  occurred in 2019, when shot caller Juarez, a Deputy,  13:35:01
14  confronted Acting Captain Larry Waldie."       13:35:06
15      Was there a confrontation between the two?  13:35:11
16   A  Yes. Yes, there was.                       13:35:18
17   Q  A verbal confrontation; is that correct?   13:35:20
18   A  Just an altercation, verbal.               13:35:24
19   Q  Okay. And did the following happen: "Juarez  13:35:26
20  informed Waldie that he, and by extension      13:35:30
21  The Executioners gang that he presided over, was  13:35:33
22  demanding that the Training and Scheduling Deputy,  13:35:38
23  Wanda Valiente, be replaced with an inked member of  13:35:44
24  The Executioners." Is that true?               13:35:47
25   A  Yes.                                       13:35:50
                                                      Page 83
```

```
 1   Q  It goes on to say: "Deputy Anthony Bautista" --  13:35:50
 2  I'm sorry -- "an inked member of the Executioners,  13:36:01
 3  Deputy Anthony Bautista." Is that true?        13:36:07
 4   A  Yes.                                       13:36:10
 5   Q  Okay. Sorry about that.                    13:36:11
 6      What effect did that have on the policy and  13:36:19
 7  runnings of the -- strike that -- on the inner workings  13:36:26
 8  of the Compton station?                        13:36:30
 9   A  Well, I mean, the Scheduling and Training Deputy  13:36:32
10  position is huge. Jaime Juarez had this position for a  13:36:36
11  number of years where it allowed him to -- where it  13:36:43
12  allowed him to give overtime spots, variances of, you  13:36:52
13  know, days off and move around deputies as he pleased  13:36:57
14  because, you know, he was the Scheduling Deputy. I  13:37:04
15  mean, he made the schedules. He controlled the  13:37:09
16  schedules. And, you know, the sergeant who was in  13:37:13
17  charge of him gave him free will, you know. So, you  13:37:17
18  know, he had the experience. He knew what that position  13:37:23
19  was all about and, you know, it's a position of control  13:37:25
20  at the station.                                13:37:30
21   Q  Let me ask you this. Is it common knowledge at  13:37:31
22  the station that the sergeants are frightened of  13:37:33
23  The Executioners?                              13:37:41
24   A  The sergeants allow it. It's common knowledge  13:37:42
25  that sergeants allow, you know, this group to basically  13:37:46
                                                      Page 84
```

```
 1  do whatever they want.                         13:37:49
 2   Q  Would you say that this group is -- do you know  13:37:52
 3  the term "de facto" -- in reality, in control of the  13:38:00
 4  station, this group?                           13:38:04
 5   A  Yes. Yes, absolutely.                      13:38:06
 6   Q  Okay. It goes on to say: "The Training and  13:38:08
 7  Scheduling Deputy position was enormously desirable to  13:38:17
 8  the gang as that position would be able to dole out  13:38:20
 9  preferred shifts and inked" -- I'm sorry -- "to inked  13:38:24
10  gang members, as well as provide them with any days off  13:38:30
11  that they would desire." Is that true?         13:38:34
12   A  Yes.                                       13:38:36
13   Q  And it goes on to say: "All to the extreme  13:38:37
14  prejudice of non-gang members, who would be disparately  13:38:48
15  and negatively impacted by the most desirable scheduling  13:38:54
16  being funneled exclusively to the gang." Is that true?  13:38:58
17   A  Yes.                                       13:39:02
18   Q  It goes on to say: "Lieutenant Waldie        13:39:03
19  immediately put his foot down and advised Juarez that he  13:39:08
20  would not be intimidated into carrying out his duties  13:39:13
21  based upon the desires of The Executioners." Is that  13:39:17
22  true?                                          13:39:21
23   A  Yes.                                       13:39:21
24   Q  How did you find that out?                 13:39:21
25   A  Every -- the whole station knew about it.  13:39:23
                                                      Page 85
```

### Page 86

```
 1  Everybody knew about it.  In fact, I, you know, had a    13:39:26
 2  little -- I ran into Acting Captain, Lieutenant Waldie,  13:39:30
 3  and, you know, I asked him, "Is this true?  The line is  13:39:35
 4  talking about this.  Is this true?"  And he confirmed    13:39:40
 5  it.                                                      13:39:43
 6     Q   Okay.  "In retaliation, Juarez,                   13:39:45
 7  The Executioners, and their associates at Compton        13:39:55
 8  implemented the threatened work slowdown wreaking havoc  13:39:59
 9  in Compton and resulting in enormous losses to County    13:40:06
10  taxpayers, and these individuals who participated in the 13:40:09
11  slowdown received their full public salaries for doing   13:40:13
12  little or no work."  Is that true?                       13:40:17
13     A   Yes.                                              13:40:19
14     Q   You know that because --                          13:40:20
15     A   There was nobody being arrested.  Very minimal    13:40:25
16  arrests were being done at that time.  We have a booking 13:40:29
17  line.  We would hardly ever see a unit in the booking    13:40:32
18  line with, you know -- you know, with suspects in their  13:40:37
19  back seats.  It was so obvious that, you know, we all    13:40:41
20  noticed that.                                            13:40:45
21     Q   Would you say that the public was in danger       13:40:46
22  because of the actions of these Executioners with the    13:40:51
23  work slowdowns?                                          13:40:55
24     A   Well, there's no -- you know, if there's no       13:40:57
25  police presence out in the street and they're parked     13:41:01
```

### Page 87

```
 1  somewhere, then I would say yes.                         13:41:07
 2     Q   You go on to say or it goes on to say in your     13:41:10
 3  claim here, Exhibit 105:  "Lieutenant Waldie, after      13:41:17
 4  notifying his superior, Captain Michael Thatcher,        13:41:23
 5  instigated a punitive transfer of gang leader Juarez to  13:41:27
 6  Industry station, but Lieutenant Waldie was later        13:41:34
 7  overruled and Juarez was allowed to return to his gang   13:41:38
 8  home base in Compton."  Is that true?                    13:41:42
 9     A   Yes.                                              13:41:45
10     Q   So do you know who allowed -- strike that.        13:41:45
11         Do you know who approved the transfer back of     13:41:56
12  Juarez to the Compton station?                           13:41:59
13     A   Well, sir, I know it wasn't the                   13:42:02
14  Acting Captain, Lieutenant Waldie.  The person above him 13:42:05
15  is -- was Commander Thatcher, and then Michael Thatcher  13:42:11
16  -- and then above him, the division chief, who was       13:42:18
17  Eli Vera.  So, you know, I'm not there, I'm not up       13:42:23
18  there, but there's a chain of command in our department, 13:42:25
19  so -- I know our acting captain didn't want Juarez back  13:42:27
20  and nobody at the station wanted Juarez back.  It was -- 13:42:35
21  you know, we felt relieved when he wasn't at the         13:42:39
22  station.                                                 13:42:42
23     Q   By the way, do you know if Captain Thatcher knew  13:42:42
24  of the existence of The Executioners?                    13:42:47
25     A   Yes.                                              13:42:52
```

### Page 88

```
 1     Q   He did know?                                      13:42:52
 2     A   Oh, yes, he was aware of them.  He knew about     13:42:54
 3  them.                                                    13:42:56
 4     Q   How do you know that?                             13:42:56
 5     A   Shortly after Aldama's deposition regarding the   13:42:57
 6  -- I believe it was the Taylor case, Commander -- well,  13:43:02
 7  Captain Thatcher then sent out an e-mail basically       13:43:09
 8  saying that if you could not explain your way out of a   13:43:12
 9  tattoo -- or maybe you should learn how to articulate    13:43:15
10  why you got a tattoo.                                    13:43:20
11     Q   How did you take that when you received that      13:43:24
12  e-mail?  When I say "take that", what was going through  13:43:28
13  your mind?                                               13:43:31
14         MR. IVIE:  Counsel, the witness didn't finish his 13:43:32
15  answer to your question.                                 13:43:35
16         MR. SWEENEY:  I'm sorry.                          13:43:36
17         MR. IVIE:  Can you let the witness finish the answer? 13:43:37
18         MR. SWEENEY:  I'm sorry, Mr. Ivie.                13:43:39
19  BY MR. SWEENEY:                                          13:43:41
20     Q   Were you finished?                                13:43:41
21     A   Yes.  It was, you know, that there was an e-mail  13:43:42
22  that Captain Thatcher at the time sent out to the        13:43:46
23  station.                                                 13:43:51
24     Q   Did Captain Thatcher work -- prior to the e-mail  13:43:51
25  coming out, did Captain Thatcher work closely with those 13:44:02
```

### Page 89

```
 1  who were in charge of The Executioners, like the shot    13:44:06
 2  callers and the higher-ups?                              13:44:10
 3     A   Well, he was our Captain, and                     13:44:12
 4  Deputy Jaime Juarez was our Scheduling Deputy so, you    13:44:19
 5  know, there is somewhat of a close supervisory, you      13:44:21
 6  know, relationship.                                      13:44:28
 7     Q   Okay.  In your mind, is there any way in your     13:44:33
 8  mind -- you know the inner workings of the Compton       13:44:41
 9  station -- that Captain Thatcher could not have been     13:44:44
10  knowledgeable about this gang before 2018 when it was    13:44:46
11  revealed, this tattoo?                                   13:44:49
12     A   Let me see if I understand your question          13:44:53
13  correctly.  So you're saying -- basically, you're asking 13:44:56
14  if Captain Thatcher had any knowledge of this group of   13:44:58
15  deputies prior to Aldama's deposition?                   13:45:03
16     Q   In your mind because you know the inner workings  13:45:07
17  and what was going on with the work slowdowns, what's    13:45:12
18  your answer to that?                                     13:45:15
19     A   Yes, he had knowledge.                            13:45:15
20     Q   Okay.  I noticed that -- strike that.             13:45:18
21         Did you ever you take any pictures of any of the  13:45:31
22  tattoos depictions?                                      13:45:34
23     A   Yes.                                              13:45:38
24     Q   And what was that?                                13:45:38
25     A   It was a picture of, you know, the tattoo, but    13:45:41
```

## Page 90

1  it was on a mouse pad and, like, a pencil holder, along,  13:45:45
2  I think, with a mouse, you know, with the tattoo's  13:45:52
3  logo.  13:45:57
4      MR. SWEENEY: Okay. We're going to up pull up  13:45:58
5  another exhibit. I think we're up to 108; is that  13:46:00
6  correct?  13:46:04
7      MR. GLICKMAN: This would be 109.  13:46:04
8      MR. SWEENEY: I'm sorry. 109. Can you see --  13:46:06
9  Mr. Glickman, can you blow it up a little bit?  13:46:10
10     MR. GLICKMAN: Just give me one second. It should be  13:46:13
11  on the screen now.  13:46:36
12  BY MR. SWEENEY:  13:46:37
13  Q  Okay. Is that a picture you took, sir?  13:46:38
14  A  Yes, sir.  13:46:41
15  Q  And whose desk is that; do you know?  13:46:42
16  A  That was Deputy Bautista.  13:46:47
17  Q  And how long, if you know -- strike that.  13:46:51
18     Approximately what date did you first see that  13:46:57
19  mouse pad and pencil holder?  13:47:01
20  A  I saw it after -- I want to say it was around  13:47:04
21  the month of May of the present year.  13:47:09
22  Q  Okay. Do you know where he got it made?  13:47:12
23  A  Where he got it made? No, I don't know. One  13:47:17
24  day, I just came to pick up files, and I noticed -- you  13:47:20
25  know, I noticed the mouse pad and the mouse, and then  13:47:24

## Page 91

1  like a week later, I noticed it in two other deputies'  13:47:32
2  desk.  13:47:36
3  Q  Okay. And who were the two other deputies?  13:47:37
4  A  Deputy Reza and Deputy Jimenez.  13:47:40
5  Q  Okay. Do you know if now Commander Thatcher is  13:47:45
6  a member of one of these clique gangs in the  13:47:57
7  Sheriff's Department?  13:48:03
8  A  No.  13:48:03
9  Q  You do not know?  13:48:04
10 A  I don't know.  13:48:05
11 Q  Had you heard -- strike that.  13:48:07
12    Have you heard of The Regulators?  13:48:12
13 A  I've heard of them, yes.  13:48:14
14 Q  Have you heard of The Vikings?  13:48:16
15 A  Yes, sir.  13:48:19
16 Q  Did you ever ask Captain Thatcher why he was  13:48:20
17 sympathetic to The Executioners?  13:48:33
18 A  No, sir.  13:48:37
19 Q  Did you ever wonder?  13:48:37
20 A  At first I did, but then after certain events  13:48:39
21 happened, I understood why there was -- he was  13:48:48
22 sympathetic to the group.  13:48:51
23 Q  And why was that?  13:48:53
24 A  Because they boosted his stats at the station.  13:48:55
25 Q  Okay. And at some point was he under any kind  13:48:59

## Page 92

1  of pressure to do so?  13:49:08
2  A  Yes. Where it was, it was a division meeting  13:49:09
3  where captains from each station attend, and the word  13:49:14
4  was, because this was said in briefing by one of the  13:49:21
5  sergeants, that our captain, Captain Thatcher, had been  13:49:24
6  chewed out because Compton station's stats were very  13:49:29
7  low.  13:49:33
8  Q  And so you said he was chewed out. That's what  13:49:39
9  you heard?  13:49:42
10 A  Yeah. And I can't remember the sergeant, but in  13:49:42
11 a briefing, they said that the captain had his ass  13:49:45
12 chewed out. That's what they said.  13:49:48
13 Q  And now that we're on that -- let's go ahead and  13:49:50
14 (inaudible) but now that we're on that, what was done as  13:49:57
15 a result of him being chewed out, if you know?  13:50:00
16 A  Well, captain came back to the station and, you  13:50:04
17 know, lieutenants and the scheduling sergeant, they  13:50:11
18 started asking for stats, asking to arrest people. If  13:50:21
19 you're not arresting people, you know, you're going to  13:50:26
20 be put in traffic cars and front counter positions, you  13:50:29
21 know, less desirable positions.  13:50:35
22 Q  Okay. Let's skip to Page 3, the fourth  13:50:37
23 paragraph down, because that's where you talk about  13:50:45
24 that. Let me ask you if this is true.  13:50:48
25    "In August or September of 2017, there was a  13:50:52

## Page 93

1  meeting with various captains at the division level, and  13:50:54
2  Thatcher was reprimanded for the arrest statistics being  13:50:59
3  low at Compton." You just testified to that; correct?  13:51:04
4  A  Yes, sir.  13:51:07
5  Q  Okay. How many stations are in a division?  13:51:07
6  A  I believe five.  13:51:13
7  Q  And they are?  13:51:14
8  A  Compton Station, Century Station,  13:51:16
9  Marina Del Rey, Eastlake Station, and I believe  13:51:22
10 South Lake Station.  13:51:27
11 Q  Okay. You go on to say or the claim goes on to  13:51:27
12 say: "Thatcher reacted by implementing an illegal  13:51:33
13 arrest quota framework at Compton, in violation of  13:51:38
14 California law, Vehicle Code Section 41602."  13:51:40
15    Now, at some point did you find out prior to you  13:51:47
16 submitting this claim that it was, in fact, illegal to  13:51:54
17 set arrest quotas?  13:51:58
18 A  Yes.  13:52:00
19 Q  And it goes on to say: "Thatcher sought the  13:52:00
20 assistance of Juarez and the gang resulting in Compton  13:52:12
21 arrest statistics increasing by an approximate  13:52:15
22 300 percent within a month." Is that what happened?  13:52:21
23 A  Yes, they more than doubled/ I don't remember  13:52:23
24 the exact numbers. But we know it was a very dramatic  13:52:26
25 increase. There was a graph shown in the briefing room.  13:52:31

## Page 94

1  And it shows all the arrests made for a year to the   13:52:39
2  present date, then for the year before and the present   13:52:46
3  year, and you could see -- I mean, you could see how   13:52:50
4  much larger that graph for the present year was.  It   13:52:55
5  more than doubled.   13:53:01
6    Q   And that was shown at a meeting at the Compton   13:53:02
7  station?   13:53:05
8    A   Well, it was just posted in the briefing room.   13:53:05
9    Q   And you said that Thatcher sought the assistance   13:53:09
10  of Juarez and the gang.  How do you know that?   13:53:15
11    A   I -- well, I was partnered with Deputy Vargas,   13:53:17
12  who is or was -- was and probably still is Juarez's   13:53:27
13  girlfriend.  While partnered, we conducted a traffic   13:53:33
14  stop.  Another unit pulled up behind us, and normally   13:53:41
15  for the infraction that the driver had committed, we   13:53:49
16  wouldn't have arrested the driver.  We would have   13:53:55
17  probably just, you know, more than likely just warned   13:53:59
18  and advised.   13:54:03
19      She started filling out a citation to cite and   13:54:04
20  release the arrest in the field, and I did ask   13:54:12
21  Deputy Vargas what she was doing because, you know, this   13:54:16
22  was very unusual.  And she said, "A stats a stat and,   13:54:19
23  you know, you better start -- you better start padding   13:54:23
24  your stats or getting your stats."   13:54:30
25    Q   Did she say -- did she appear to be doing the   13:54:33

## Page 95

1  bidding of her boyfriend, the shot caller?   13:54:36
2    A   Well, she had been given -- word was that she   13:54:39
3  had been given the heads-up a couple of weeks before so   13:54:45
4  she could pad her stats, and when the punishment came   13:54:48
5  because you're not arresting people to put you in   13:54:54
6  traffic, she would be able to show that, you know, she   13:54:57
7  had been arresting people for the last two to three   13:54:59
8  weeks.   13:54:59
9    Q   How did you feel about that as far as ethics are   13:55:03
10  concerned, about arresting people who had not done   13:55:07
11  anything just to get stats up?  How did you feel about   13:55:11
12  that?   13:55:14
13    A   Well, it's not so much for people not doing   13:55:14
14  anything, but, you know, my opinion was, you know,   13:55:20
15  there's letter of the law and spirit of the law, and   13:55:22
16  during that period there was no spirit of the law   13:55:26
17  whatsoever.   13:55:28
18    Q   Now, you say down further in that paragraph:   13:55:29
19  "During that time period, Vargas would begin to make   13:55:43
20  very unusual misdemeanor arrests, usually arresting   13:55:46
21  individuals and then immediately releasing them in the   13:55:52
22  field for no other purpose but to juke the arrest   13:55:54
23  statistics as a favor from the gang to Thatcher."  Is   13:55:58
24  that correct?   13:56:02
25    A   Yes, sir.   13:56:02

## Page 96

1    Q   It sounds like that you are saying in your claim   13:56:04
2  that Thatcher was being controlled by this gang; is that   13:56:08
3  true?   13:56:13
4    A   Well, that and, you know, word is that, you   13:56:13
5  know, we all believed that Captain Thatcher got his star   13:56:20
6  because of the gang.  He was able to get promoted   13:56:24
7  because -- you know, because the gang was enforcing   13:56:27
8  these, you know, arrest quotas and stats which   13:56:32
9  ultimately, when Thatcher went back to another meeting,   13:56:34
10  you know, it shows that he had -- you know, that he was   13:56:39
11  able to bring up his stats and, you know, then after get   13:56:43
12  his star as commander.   13:56:49
13    Q   So you think he became -- strike that.   13:56:50
14      Do you believe that this gang had that much   13:56:56
15  influence over the Sheriff's Department, that they can   13:56:59
16  control a captain's actions and policy within the   13:57:04
17  station and then get rewarded by being promoted to the   13:57:09
18  commander level; is that what you're saying?   13:57:14
19    A   I think they have a pretty far reach within the   13:57:15
20  department.   13:57:18
21    Q   I'm sorry.  What's that?   13:57:18
22    A   I think they have a pretty far reach within the   13:57:20
23  department, yes.   13:57:22
24    Q   That is, the gang.   13:57:23
25      Okay.  And I want to read this paragraph really   13:57:28

## Page 97

1  quickly.  "Back in 2016, Claimant attempted to get   13:57:44
2  scheduled to have certain days off so he can provide   13:57:49
3  medical care to his daughter, Caitlynne, on those days.   13:57:52
4  At this time Juarez was a Training and Scheduling Deputy   13:57:55
5  who operated the station scheduling in a manner to   13:58:01
6  benefit his gang.  Claimant, a non-member of the gang,   13:58:04
7  was refused these days off by Juarez.  Claimant had no   13:58:07
8  other option at this point but to go out on CFRA/FMLA   13:58:12
9  leave, as his superiors, with whom he discussed his   13:58:19
10  situation with, refused to or otherwise lacked the   13:58:24
11  ability to confront Juarez as he was a leader of the   13:58:27
12  station gang and rarely subjected to meaningful   13:58:32
13  supervision or control by his supervisors due to his   13:58:35
14  gang ties."  Is that true?   13:58:40
15    A   Yes, sir.   13:58:41
16    Q   And that happened to you; correct?   13:58:42
17    A   Yes, sir.   13:58:46
18    Q   All right.  Final paragraph on this page:  "At   13:58:47
19  this time gang shot caller, Juarez, as the Training and   13:58:55
20  Scheduling Deputy, changed Claimant's schedule to the   13:58:59
21  early morning shift to accommodate an Executioner   13:59:02
22  member, all of whom received preferential scheduling   13:59:07
23  consideration over non-gang members or associate s."  Is   13:59:12
24  that true?   13:59:16
25    A   Yes, sir.  The deputies that he accommodated for   13:59:16

## Page 102

1  continue seeing my daughter, otherwise, I was falling on 14:05:20
2  the opposite end of the week and would be working on the 14:05:23
3  days that I would have my daughter. 14:05:26
4  Q  Okay. All right. So the last sentence in that 14:05:28
5  paragraph, the last paragraph on Page 2, it says: 14:05:35
6  "Claimant protested to his supervisor, Sergeant Lopez, 14:05:38
7  then the Scheduling and Training Sergeant at Compton, 14:05:43
8  but Lopez refused to consider the basis for Claimant's 14:05:46
9  objection and informed him that he would support 14:05:50
10  Juarez's erroneous decision." Is that true, first of 14:05:53
11  all? 14:05:58
12  A  Yes. 14:05:58
13  Q  And why do you figure that Lopez was supporting 14:05:59
14  Juarez's decision? Don't speculate. If you know. 14:06:07
15  A  I don't know why he would -- I don't know why he 14:06:11
16  was worried. And what he told me is, "Did you talk to 14:06:16
17  Juarez already?" I said, "Yes, sir, I did." And then 14:06:19
18  he said, "Well, whatever he says, I'm going to support 14:06:23
19  it." 14:06:26
20  Q  Did it appear that Juarez was running the 14:06:26
21  station? 14:06:31
22  A  Yes. 14:06:33
23  Q  Okay. Going down to the second paragraph on 14:06:34
24  Page 3, it says: "The Executioners also had a pattern 14:06:49
25  and practice of showing preference to prospective 14:06:53

## Page 103

1  members as soon as they were assigned to Compton." Is 14:06:56
2  that true? 14:06:59
3  A  Yes. 14:06:59
4  Q  "Once identified as prospects to become inked 14:07:00
5  members, newly assigned Compton deputies were allowed to 14:07:06
6  partner up with inked members right away while all other 14:07:10
7  newly minted patrol deputies were required to work by 14:07:16
8  themselves for long periods of time." Is that true? 14:07:21
9  A  Yes. 14:07:23
10  Q  Why do you believe -- strike that. 14:07:24
11      Why do you say that? Why are prospects allowed 14:07:25
12  to work with inked members; why do you feel that? 14:07:30
13  A  Well, it was a combination of allowing, like, 14:07:35
14  for example, two prospects to jump in one car and work, 14:07:40
15  as well as they got off training and they were, you 14:07:46
16  know, able to go and work with inked members. You know, 14:07:50
17  I was -- I wasn't assigned a partner when I got off 14:07:56
18  training, and a lot of non-inked members were not 14:08:00
19  allowed -- or not not allowed but weren't given that 14:08:04
20  same opportunity. 14:08:09
21  Q  Let me ask you this. How are prospects 14:08:10
22  identified? How are they identified? 14:08:14
23  A  Well, I mean, when they are in training, you can 14:08:19
24  see their demeanor on how they are with the 14:08:27
25  station, with, you know, inked members, very easy going, 14:08:33

## Page 104

1  very comfortable with them, no discipline, no bearing, 14:08:39
2  you know, things of that nature. So you start seeing 14:08:47
3  and, you know, common start, you know, to go around 14:08:50
4  saying, "Oh, he's definitely going to be a prospect when 14:08:53
5  he gets off training. Oh, I guarantee he will 14:08:57
6  definitely get off training." 14:09:00
7  Q  Do you believe that they are -- that the 14:09:02
8  Executioner gang is grooming these prospects to become 14:09:06
9  Executioners? 14:09:12
10  A  Yes. 14:09:12
11  Q  And do you believe they're training them in 14:09:14
12  their illegal ways that you just spoke of? 14:09:20
13  A  Yes. I mean, we lead by example, they say. 14:09:22
14  Q  Yeah. It goes on to say: "Further prospects 14:09:29
15  are allowed to skip assignments or have their 14:09:33
16  assignments shortened to the non-preferred traffic or 14:09:37
17  Compton Town Center Mall substation detail. Claimant, 14:09:41
18  as an example, was assigned to traffic duty for a period 14:09:45
19  of 12 to 14 months as he was not interested in becoming 14:09:48
20  a gang prospect." Is that true? 14:09:52
21  A  Yes. 14:09:56
22  Q  Do you feel that you got a lousy assignment or a 14:09:56
23  non-preferential assignment because you showed no 14:10:04
24  interest in being a gang member? 14:10:07
25  A  Yes. 14:10:09

## Page 105

1  Q  Did they ever try to recruit you and say come on 14:10:10
2  to the program? 14:10:14
3  A  No. 14:10:15
4  Q  They just knew that you were strait-laced and -- 14:10:15
5  strike that. That calls for speculation. 14:10:19
6      Did you let everyone know at the station that 14:10:22
7  you played by the book? 14:10:25
8  A  Well, I did my job. I did it -- I mean, I 14:10:27
9  believe maybe they didn't ask me because I didn't come 14:10:31
10  from Custody. I came from Court Services. But, again, 14:10:35
11  that's my reason. I don't know why they never asked me. 14:10:39
12  Maybe it's because the incident that happened between 14:10:42
13  Juarez and I where I kept asking for the days off that I 14:10:45
14  needed and, you know, maybe he just didn't like me for 14:10:51
15  that. Honestly, I don't know why they never asked me, 14:10:56
16  but I was never approached. 14:10:59
17  Q  Okay. So have you heard of the 3,000 Unit on 14:11:00
18  Bauchet Street? 14:11:09
19  A  Say that one more time? 14:11:09
20  Q  Have you heard of the 3000-level Unit in 14:11:11
21  Men's Central at Bauchet Street? 14:11:15
22  A  Yes, sir. 14:11:17
23  Q  Have you heard of the 2000 Unit at 14:11:18
24  Men's Central Jail at Bauchet Street? 14:11:24
25  A  Yes, sir. 14:11:28

### Page 106

```
 1  Q  Do you know whether or not, if you know, the    14:11:28
 2  2000 or 3000 Unit deputies are sent to the Compton  14:11:31
 3  station, if you know?                              14:11:41
 4  A  Well, I know that they're not sent there.  They 14:11:43
 5  -- you know, the department allows you to pick a number 14:11:46
 6  of stations, and based on your departmental seniority is 14:11:51
 7  when you get to go to whatever pick you have depending 14:11:55
 8  on the needs of the department.  I know that a lot of 14:11:59
 9  2000 and 3000 floor deputies desired to come to the 14:12:04
10  Compton station.                                   14:12:10
11  Q  Okay.  All right.  Then it goes on to say in    14:12:11
12  Paragraph 3:  "Juarez eventually returned to Compton 14:12:20
13  from his IDT transfer."  What is "IDT"?            14:12:23
14  A  Industry.  That's the three-letter abbreviation 14:12:27
15  for City of Industry.                              14:12:31
16  Q  Okay.  "This is believed to be an act of        14:12:32
17  gratitude shown by Captain Thatcher to Juarez for  14:12:38
18  assistance Juarez had previously directed his gang and 14:12:43
19  gang associates to provide to Thatcher."           14:12:46
20      Now, how do you know this?  I want to know why 14:12:49
21  this isn't just speculation.  How do you know this? 14:12:53
22  A  Well, I did ask Lieutenant Waldie, you know.  I 14:12:55
23  heard -- and, you know, the word goes out quick.  This 14:12:59
24  is worse in high school.  Word goes out quick.  "Hey, 14:13:03
25  there's word that Juarez is coming back to Industry."  I 14:13:06
```

### Page 107

```
 1  hear from one or two deputies, and then I ran into   14:13:09
 2  Lieutenant Waldie in the parking lot, and I asked him, 14:13:14
 3  "Hey, sir, we're hearing that Juarez is coming back."  14:13:17
 4  And all he said was, "Not my call."                  14:13:20
 5  Q  All right.  Then we talked about the reference   14:13:22
 6  in the office in August of 2017.  We'll skip over it and 14:13:32
 7  go quickly.                                          14:13:35
 8      "Several weeks later, Lieutenant John Wargo held 14:13:35
 9  a briefing and informed all deputies that their stats 14:13:38
10  were low compared to other stations in the           14:13:42
11  division.  Claimant was present when Wargo told all the 14:13:45
12  deputies present in the briefing that it was their job 14:13:47
13  to arrest people, 'so go do your job.'  After this   14:13:52
14  meeting deputies with low arrest numbers were retaliated 14:13:55
15  against and punished by having to work undesirable   14:13:58
16  details such as working the front desk, traffic detail, 14:14:02
17  or Compton Town Center Mall substation."  Is that true? 14:14:05
18  A  Yes, sir.                                        14:14:11
19  Q  That happened?                                   14:14:11
20  A  Yes, sir.                                        14:14:12
21  Q  Moving on -- what I'm trying to do, Deputy, is   14:14:13
22  go over things that are not relevant to what I want to 14:14:36
23  talk about.                                         14:14:41
24  A  Yes, sir.                                        14:14:42
25  MR. GLICKMAN:  Do you want to do this last paragraph 14:14:49
```

### Page 108

```
 1  here about the quota system, John?                  14:14:51
 2  MR. SWEENEY:  Yeah.                                 14:14:56
 3  BY MR. SWEENEY:                                     14:14:56
 4  Q  Yeah, let's talk about that real quickly.  It    14:14:57
 5  says:  "Days after the Wargo briefing where the deputies 14:15:00
 6  were illegally ordered to meet arrest quotas or face 14:15:03
 7  punish, Claimant, along with Deputies Jonathan Alcala 14:15:09
 8  and Gabriel Guzman, complained about the illegality of 14:15:13
 9  the quota order to the Acting Watch Commander,      14:15:18
10  Sergeant Andy Leos, as an unlawful idea to punish   14:15:24
11  deputies with low arrest stats originated from Juarez 14:15:29
12  and Leos."  Is that true?                           14:15:36
13  A  Yes, sir.                                        14:15:38
14  Q  You saw that happen?                             14:15:38
15  A  Yes, sir.  I was there, yes.                     14:15:41
16  Q  "When confronted by the deputies and asked if    14:15:43
17  undesirable assignments were being improperly used as 14:15:48
18  punishment for not meeting illegal quotas, Leos     14:15:51
19  admitted, 'Yes, you should have known that by       14:15:55
20  now.'"  Did you hear him say that?                  14:15:59
21  A  Yes.                                             14:16:00
22  Q  "Leos further stated that if someone had a       14:16:01
23  problem with the new quota program, that they were  14:16:05
24  welcome to come to his office so that Leos could show 14:16:09
25  them their low stats."  Did he say that?            14:16:12
```

### Page 109

```
 1  A  Yes.                                             14:16:16
 2  Q  You heard him?                                   14:16:16
 3  A  Yes, sir.                                        14:16:18
 4  Q  It goes on to say:  "Leos raised his voice to    14:16:18
 5  Claimant and Deputies Alcala and Guzman and told them to 14:16:23
 6  'do your job, I'm trying to save your career.'"  How did 14:16:27
 7  you take that, sir?                                 14:16:31
 8  A  Well, I mean, go get arrests, you know, go get   14:16:31
 9  your stats or else.  I mean, it's a little vague, you 14:16:40
10  know, when he says to save your career but, to me, that 14:16:47
11  sounds like if I don't get arrest quotas, then -- I  14:16:52
12  don't know -- I may not get promoted, I may not go to a 14:16:59
13  good assignment, I may not ever get out of traffic.  14:17:02
14  Q  Okay.  Let me finish this paragraph and we'll    14:17:06
15  take a five-minute break.                           14:17:12
16      "As a result of this interaction" -- I'm        14:17:14
17  sorry.  It goes on to say:  "Alcala protested and said 14:17:16
18  he was doing his job, to service calls for assistance 14:17:22
19  from the public.  As a result of this interaction,  14:17:27
20  Claimant, Alcala, and Guzman were all reprimanded as 14:17:29
21  punishment for protesting the illegal quota program and 14:17:34
22  were demoted and immediately put on a rotation to   14:17:38
23  traffic duty."  Is that true?                       14:17:41
24  A  Yes.  It's not demoted.  They were punished --   14:17:42
25  we were punished in a way where we weren't able to work 14:17:48
```

Page 110

```
 1  a crime car and we were put in traffic in a traffic car.   14:17:52
 2    Q   Okay.  It goes on to say:  "Alcala had been        14:17:56
 3  slated to promote to Special Assignments Office at       14:18:01
 4  Compton, but after he protested to Leos, Leos informed   14:18:04
 5  the sergeant, commanding SAO, to refuse the transfer to  14:18:08
 6  Alcala."  Is that true?                                  14:18:13
 7    A   Yes, sir.                                          14:18:14
 8       MR. SWEENEY:  All right.  Why don't we take a       14:18:15
 9  five-minute break and pick up here?  Is that okay with   14:18:17
10  everybody?                                               14:18:20
11       MR. IVIE:  Yeah.                                    14:18:22
12       MR. SWEENEY:  Okay.                                 14:18:23
13       THE VIDEOGRAPHER:  This marks the end of            14:18:24
14  Media No. 5.  The time is 2:18 p.m., and we are off the  14:18:27
15  record.                                                  14:18:29
16       (Recess taken from 2:18 p.m. to 2:29 p.m.)          14:29:24
17       THE VIDEOGRAPHER:  This starts the beginning of     14:29:24
18  Media No. 6.  The time is 2:29 p.m., and we are on the   14:29:27
19  record.                                                  14:29:30
20  BY MR. SWEENEY:                                          14:29:30
21    Q   Okay.  The next paragraph says in your             14:29:32
22  Exhibit 105:  "Due to this illegal arrest quota          14:29:39
23  regime, average arrests per deputy immediately went from 14:29:48
24  approximately 2.5 arrests per month to approximately     14:29:52
25  7 arrests per month."  Is that true?                     14:29:57
```

Page 111

```
 1    A   Approximately, yes.                                14:30:01
 2    Q   How do you know that?                              14:30:03
 3    A   They posted those graph bars at the station        14:30:04
 4  showing, you know, the arrests from, you know, the       14:30:12
 5  beginning of the year to the present time then, and it   14:30:16
 6  showed what it was the prior month which was about,      14:30:21
 7  like, three, and then it more than doubled the following 14:30:26
 8  month.  We all laughed because we thought, wow, you      14:30:30
 9  know, they're getting their stats.                       14:30:34
10    Q   Okay.  And it goes on to say:  "This resulted in   14:30:37
11  the violation of the civil rights of hundreds of         14:30:42
12  residents of the Compton patrol area for no other reason 14:30:45
13  but to insulate Thatcher from criticism from his         14:30:50
14  division."  Is that what you -- is that true?            14:30:54
15    A   Yes.  It was to bring our stats up to show the     14:30:59
16  division.                                                14:31:03
17    Q   And did you complain to anyone that, look,         14:31:05
18  you've got citizens, these are citizens and they're      14:31:08
19  being arrested, they may be disenfranchised, they may    14:31:11
20  not be able to get jobs, they're young men or young      14:31:16
21  women; did you complain to them that this is wrong?      14:31:20
22    A   I mean, I complained to my peers.  I knew that     14:31:22
23  after speaking with Sergeant Leos and after              14:31:26
24  Lieutenant Garrido and Lieutenant Wargo told us to do    14:31:31
25  our jobs and go out there and do our jobs, I knew that   14:31:35
```

Page 112

```
 1  complaining was not going to get us anywhere.  In fact,  14:31:40
 2  Lieutenant Garrido came to one of our briefings and said 14:31:51
 3  to stop complaining to the union and to do our F'ing     14:31:55
 4  jobs, so there was nowhere to go and complain.           14:32:08
 5    Q   Okay.  It goes on to say on October 25th --        14:32:11
 6       MR. GLICKMAN:  You skipped a line.                  14:32:25
 7  BY MR. SWEENEY:                                          14:32:27
 8    Q   I'm sorry.  "Finally, Thatcher called a meeting    14:32:27
 9  with patrol deputies and told them he was pleased with   14:32:31
10  the results and new artificially inflated arrest         14:32:34
11  figures."  Did you hear him say that?                    14:32:38
12    A   He went to a briefing and -- he went to a          14:32:40
13  briefing, and then a sergeant told us that he was        14:32:49
14  pleased, that he was, you know, happy, that he went back 14:32:52
15  to a division meeting and that it was good news.         14:32:54
16    Q   Okay.  And so this good news was brought about     14:33:00
17  by Thatcher to elicit the help of these gangsters; is    14:33:07
18  that true?                                               14:33:12
19    A   Yes.                                               14:33:13
20    Q   It goes on to say:  "On October 25th, 2019,        14:33:13
21  Claimant was recognized for his long and diligent        14:33:19
22  service by being promoted to Field Training              14:33:22
23  Officer.  Claimant received a 5 percent FTO pay          14:33:26
24  increase."  Is that true?                                14:33:29
25    A   Yes, sir.                                          14:33:30
```

Page 113

```
 1    Q   "Claimant's first trainee was                      14:33:31
 2  Deputy David Battles."  Is that true?                    14:33:34
 3    A   Yes, sir.                                          14:33:35
 4    Q   "Master Field Training Officer Saul Romero         14:33:36
 5  commended Claimant for doing a good job of timely        14:33:41
 6  turning in his training daily observation reports."  Is  14:33:44
 7  that true?                                               14:33:48
 8    A   Yes.                                               14:33:48
 9    Q   "On February 13, 2020, a month after Claimant      14:33:49
10  completed his training of Battles, MFTO Romero told      14:33:53
11  Claimant to report to Battles" -- I'm sorry -- "to       14:33:59
12  report to the LASD patrol school so that Claimant could  14:34:03
13  have the first opportunity to pick his next trainee."    14:34:09
14  Is that true?                                            14:34:11
15    A   Yes, sir.                                          14:34:12
16    Q   "Battles was an ideal patrol candidate and had     14:34:12
17  excelled in and completed all but his final training     14:34:17
18  phase."  Is that true?                                   14:34:22
19    A   Yes, sir.                                          14:34:23
20    Q   It goes on to say:  "At this time he was failed    14:34:23
21  out of training by inked Executioner member              14:34:26
22  Deputy Edwin Barajas."  Is that true?                    14:34:31
23    A   Yes, sir.                                          14:34:34
24    Q   Why do you believe that Battles was retaliated     14:34:35
25  against?                                                 14:34:44
```

```
 1   A   Because he came from day shift, he came from --   14:34:44
 2   you know, he came from me as his training officer.  And   14:34:47
 3   it was a known belief that day shift was lazy, that we   14:34:51
 4   didn't do anything, that we were lazy and -- well, to be   14:34:58
 5   quite honest, because I'm not an inked member.   14:35:05
 6        And I saw this coming.  I even told Battles to   14:35:06
 7   make sure that he was working hard and doing everything   14:35:12
 8   he was told so he could complete his training and not   14:35:14
 9   give anybody the excuse to roll him up and fail him in   14:35:21
10   patrol training.   14:35:24
11   Q   It goes on to say:  "Thereafter, gang member   14:35:25
12   Deputy Eugene Contreras had returned to Compton after a   14:35:36
13   temporary assignment to the Internal Affairs Bureau.   14:35:40
14   Upon his return, he began extremely aggressive bullying   14:35:43
15   behavior towards other deputies with the intent of   14:35:46
16   raising his standing within the gang.  Contreras is   14:35:49
17   presently on the list to promote to sergeant at   14:35:53
18   Compton."   14:35:56
19        Now, are you telling me -- you already said that   14:35:58
20   Contreras was an inked Executioner; is that correct?   14:36:02
21   A   Well, he does not have a tattoo, but he is a   14:36:06
22   member of the group.   14:36:09
23   Q   Well, how do you know he doesn't have a tattoo?   14:36:10
24   A   Because -- well, I mean, I had never seen one on   14:36:14
25   him.   14:36:18
                                                   Page 114
```

```
 1   Q   Oh.   14:36:19
 2   A   But, again, it's common knowledge within the   14:36:20
 3   station, and to my surprise, it was that he is a member   14:36:24
 4   of the group.   14:36:28
 5   Q   Okay.  So if he is a member of the group, what   14:36:29
 6   you're saying is in this claim is that he went all the   14:36:34
 7   way up to the IAB, the Internal Affairs Bureau; correct?   14:36:38
 8   A   He went on loan to the Internal Affairs Bureau.   14:36:43
 9   And I'm not sure if it was Internal Affairs Bureau or   14:36:46
10   Internal Criminal Affairs Bureau.  And he went there on   14:36:52
11   loan for I believe it was 12 months as a -- like part of   14:36:53
12   the surveillance team.   14:37:01
13   Q   So this possibly inked gang member is active or   14:37:02
14   was active in IAB, correct, even though temporarily?   14:37:09
15   A   That is correct.   14:37:13
16   Q   It goes on to say:  "Contreras is presently on   14:37:14
17   the list to promote to sergeant."  Is that true?   14:37:20
18   A   He tested for sergeant.  I know he placed -- I   14:37:23
19   don't know exactly where he placed, but he was on the   14:37:29
20   list or is on a list to promote to sergeant.   14:37:31
21   Q   Wow.  It goes on to say:  "In February 200,   14:37:35
22   Contreras, now an FTO, Field Training Officer,   14:37:40
23   threatened fellow Field Training Officer   14:37:46
24   Deputy Thomas Banuelos with violence.  This led to an   14:37:49
25   altercation in which Contreras assaulted Banuelos on   14:37:54
                                                   Page 115
```

```
 1   duty.  This assault was intended to further the   14:37:59
 2   reputation of the gang in Compton."  Is that true?   14:38:03
 3   A   Yes.   14:38:05
 4   Q   You already told us about this assault early on   14:38:05
 5   a couple of hours ago; correct?   14:38:08
 6   A   Yes, sir.   14:38:09
 7   Q   It goes on to say:  "On February 8, 2020,   14:38:09
 8   Banuelos texted Claimant" -- that's you -- "who was   14:38:12
 9   another fellow Field Training Officer and informed him   14:38:18
10   of Contreras's violent conduct.  Claimant was familiar   14:38:22
11   with the aggressive behavior of Contreras, who Claimant   14:38:25
12   knew to be inked."   14:38:30
13        So you knew he was inked.  Did you know or --   14:38:32
14   but you just didn't see it?   14:38:37
15   A   I couldn't hear it.  Repeat that question one   14:38:41
16   more time?   14:38:44
17   Q   I'm just reading.  It says:  "Claimant was   14:38:45
18   familiar with the aggressive behavior of Contreras, who   14:38:48
19   Claimant knew to be inked."   14:38:51
20   A   I knew he was inked.  He was inked prior to the   14:38:54
21   incident with Banuelos.   14:39:00
22   Q   Okay.  "A few days later, Claimant fulfilled his   14:39:01
23   obligation to report this violent incident anonymously   14:39:08
24   to IAB."   14:39:11
25        Is that your duty as an officer or as a deputy,   14:39:13
                                                   Page 116
```

```
 1   when you see wrong, say so?   14:39:19
 2   A   Well, I think that it's every Deputy Sheriff's   14:39:21
 3   duty, to report incidents like this.  Me being a field   14:39:27
 4   training officer, you know, I'm a supervisor and I have   14:39:32
 5   to report this behavior.   14:39:37
 6   Q   As a matter of fact, if certain behavior had   14:39:40
 7   been reported in Minneapolis, maybe George Floyd would   14:39:47
 8   be alive; correct?  I'll withdraw that question.   14:39:50
 9   Anyway.   14:39:50
10        "A few days later, Claimant fulfilled his   14:39:54
11   obligation to report this violent incident anonymously   14:40:02
12   to IAB."  Is that what you did?   14:40:07
13   A   Yes, sir.   14:40:10
14   Q   Then it says:  "As Claimant would later learn,   14:40:10
15   there was nothing confidential about this report as the   14:40:15
16   Executioner gang had infiltrated IAB and would later   14:40:19
17   obtain a recording of his voice making the anonymous   14:40:24
18   phone call to IAB."  How do you know that?   14:40:28
19   A   I believe it was on the day that I went to   14:40:31
20   monitor my new trainee that I was going to get in   14:40:39
21   February.  I was at the Star Center in Whittier   14:40:43
22   monitoring the trainees that were coming.  That same   14:40:52
23   day, Deputy Alcala and among other deputies from the   14:40:55
24   station were at a class, some training class at the same   14:41:01
25   facility.   14:41:05
                                                   Page 117
```

30 (Pages 114 - 117)

Page 118

```
1    Deputy Alcala had told me that he was approached    14:41:10
2  by Deputy Vega, and Deputy Vega told        Deputy   14:41:13
3  Alcala, "What's up with your boy Gonzalez? We know he's  14:41:17
4  the one who called IA, and we can't to get our hands  14:41:20
5  on the voice print."                                 14:41:26
6    Q  We can't get our hands on the what?            14:41:28
7    A  "We can't wait to get our hands on the voice   14:41:28
8  print."                                              14:41:32
9    Q  Okay.                                          14:41:33
10   A  Deputy Alcala called me and he told me to be   14:41:34
11 careful as Deputy Alcala was the only person who knew  14:41:39
12 that I had called Internal Affairs to report this   14:41:44
13 assault. Deputy Alcala told me, "Be very careful. They  14:41:47
14 know it was you." I asked him, "How do they know," and  14:41:51
15 he said he didn't know and again repeated that they  14:41:55
16 couldn't wait to get their hands on the voice print.  14:41:57
17 That really scared me. When I heard that, it was -- you  14:42:00
18 know, it got very real for me.                       14:42:03
19   Q  Did you fear for your life at that point?      14:42:06
20   A  Absolutely, I feared for my safety. I mean,    14:42:10
21 just right away, I just couldn't stop thinking about the  14:42:14
22 whole thing, and I just didn't know what to do.      14:42:18
23   Q  Did you feel -- at that point did you feel that  14:42:22
24 this Executioners gang was capable of murder?        14:42:28
25   A  Maybe not them directly, but maybe through a   14:42:33
```

Page 119

```
1  third party. I mean, that did cross my mind, you know,  14:42:38
2  these gang members that they jam up, you know, would it  14:42:42
3  be crazy to think that maybe they hire one of them to  14:42:46
4  come and do a hit on me? Absolutely, that did cross my  14:42:49
5  mind.                                                14:42:53
6    Q  It goes on to say: "Within two days of the     14:42:53
7  anonymous call, inked members of The Executioners    14:42:59
8  already knew it was Claimant who made the call." You  14:43:02
9  just testified about that.                           14:43:05
10      "While at a patrol school training, Claimant was  14:43:06
11 mortified when Deputy Alcala informed him that      14:43:09
12 'The Executioners are saying that it was you who called  14:43:12
13 IA, and they can't wait to get their hands on the voice  14:43:16
14 print of the call.'" You just testified to that;    14:43:19
15 correct?                                             14:43:21
16   A  Yes.                                           14:43:21
17   Q  "Claimant immediately realized that as Contreras  14:43:22
18 previously worked at IAB, that a former co-worker at IAB  14:43:25
19 had illegally warned Contreras of the complaint. This  14:43:30
20 put Claimant at severe risk of violent reprisal by the  14:43:34
21 gang so Claimant took several days off of work."     14:43:38
22      So would you say that the Sheriff's Department  14:43:46
23 is crooked in the upper levels, including IAB, based on  14:43:48
24 this incident?                                       14:43:56
25   A  Obviously, not everyone, not the whole         14:43:59
```

Page 120

```
1  department, not the executives, you know, are that   14:44:01
2  way. Do I believe that there is one or two bad apples?  14:44:06
3  Absolutely, yes.                                     14:44:12
4    Q  And being bad apples -- or there's actually more  14:44:12
5  than one or two bad apples at Compton; correct?     14:44:18
6    A  Yes.                                           14:44:21
7    Q  And as you said, they run the station; correct?  14:44:21
8    A  Yes, sir.                                      14:44:24
9    Q  Okay. Do you feel that there was -- there could  14:44:25
10 have been some type of corrective measure taken to  14:44:37
11 eradicate this gang at some point when the Captain found  14:44:43
12 out about how they were controlling things?         14:44:47
13   A  Yes, absolutely.                              14:44:49
14   Q  What do you think could have been done?       14:44:51
15   A  I mean, not bring Juarez back to the station,  14:44:54
16 number one.                                          14:44:59
17   Q  What?                                          14:45:01
18   A  Not bringing Deputy Juarez back to the         14:45:03
19 station --                                           14:45:05
20   Q  Oh.                                            14:45:05
21   A  -- after he was transferred. I think that was a  14:45:06
22 bad move. I think, if anything, rather than showing  14:45:09
23 that they're correcting things, they're -- you know,  14:45:12
24 they're helping it. And I think not just the station,  14:45:18
25 not just the division, but I think the department has  14:45:24
```

Page 121

```
1  had -- it's not the first complaint coming from this  14:45:26
2  group, you know. Yeah, what needs to happen?        14:45:30
3    Q  Okay. It goes on to say: "After returning to   14:45:37
4  work after several days off, Claimant was still     14:45:44
5  struggling to process all this information." So you  14:45:48
6  confided in your Operations Lieutenant, Lieutenant Ruiz;  14:45:52
7  is that correct?                                     14:45:58
8    A  Yes, sir.                                      14:45:58
9    Q  "That he was the one who had called IAB        14:45:59
10 regarding Contreras." Is that what you told him?    14:46:03
11   A  Yes, I told him that I had been the person who  14:46:06
12 had anonymously called IA.                           14:46:09
13   Q  Okay. And remind me, Ruiz, he wasn't tattooed;  14:46:11
14 right?                                               14:46:25
15   A  No, not him, no.                              14:46:25
16   Q  Okay. "And Claimant wanted to remain anonymous  14:46:28
17 to the extent possible. Claimant found" -- is that  14:46:34
18 true?                                                14:46:38
19   A  Yes.                                           14:46:38
20   Q  "Claimant found himself in a worst case       14:46:38
21 scenario, as the entire Compton station knew it was him  14:46:42
22 who had reported an inked member of The Executioners to  14:46:47
23 IAB."                                                14:46:49
24     Okay. Wait. So in reading this, you confided   14:46:51
25 in Lieutenant Ruiz that you were the one who called IAB.  14:46:57
```

**Page 122**

1  Are you saying that Lieutenant Ruiz spilled that to the  14:47:05
2  gang; is that what you're saying?  14:47:09
3  A  No, no.  I notified Lieutenant Ruiz, and he  14:47:11
4  notified the captain regarding this.  I believe a couple  14:47:15
5  of days later, I had a talk with the captain.  14:47:20
6  Q  Captain who?  14:47:27
7  A  Captain Clark, our current captain.  14:47:27
8  Q  Okay.  14:47:30
9  A  At the time she -- you know, she was supportive  14:47:30
10 and asked me if I wanted to talk to two investigators  14:47:37
11 that were investigating this incident.  She said I  14:47:41
12 didn't have to, but I believe she gave me their phone  14:47:46
13 number and asked me if it was okay for her to give them  14:47:52
14 my phone number, and I told her it was.  And I don't  14:47:56
15 think initially she gave the phone number to them.  14:48:03
16     A couple of days later, I was working, and these  14:48:06
17 two investigators came to the station and went to  14:48:11
18 dispatch and told them to have me come back to the  14:48:16
19 station from the field.  The watch deputy that day was  14:48:20
20 an inked member Anthony Bautista, who didn't call me to  14:48:28
21 tell me, "Hey, there are two detectives here who want to  14:48:33
22 talk to you."  He called my partner that day,  14:48:36
23 Deputy Adrian Garcia, and relayed the message through  14:48:40
24 him.  14:48:43
25     I went back to the station and met with these  14:48:45

**Page 123**

1  two investigators, and my first complaint was why they  14:48:48
2  came to the station asking for me and making it more  14:48:52
3  obvious that I was the one who had called IA.  14:48:56
4  Q  So these two investigators, it appears from what  14:48:58
5  you're saying, were handling the plan to out you as the  14:49:05
6  person who made this complaint against The Executioners?  14:49:15
7  A  I don't know if that was their intent.  To me,  14:49:19
8  as an investigator, it wasn't the smartest move.  It  14:49:23
9  wasn't the smartest way to meet with somebody.  I think  14:49:26
10 they could have gone a different route to meet with me,  14:49:30
11 but especially not meet with me at the station.  14:49:37
12     MR. ROMERO:  Mr. Sweeney, may I ask one question of  14:49:41
13 the witness?  14:49:46
14     MR. SWEENEY:  Sure.  Who is this?  14:49:46
15     MR. ROMERO:  This is Alan Romero.  I'm sorry.  I'm  14:49:46
16 off camera.  14:49:48
17     MR. SWEENEY:  Oh, sure.  14:49:50
18     MR. ROMERO:  Deputy Gonzalez, was there also  14:49:53
19 interaction between the Internal Affairs investigator  14:49:56
20 with an inked member of the gang in dispatch where the  14:49:56
21 inked member of the gang was the one who relayed the  14:49:59
22 message that investigators were there to see you?  14:50:01
23     THE WITNESS:  Yeah.  That's -- yes, yes.  14:50:04
24     MR. ROMERO:  Who was that inked member at dispatch?  14:50:06
25     THE WITNESS:  It was Anthony Bautista.  14:50:09

**Page 124**

1  BY MR. SWEENEY:  14:50:11
2  Q  So now we have an inked member, as you say,  14:50:11
3  running the station, and we have inked members in  14:50:15
4  dispatch too?  14:50:18
5  A  Yes.  In fact, Jaime Juarez's girlfriend, she  14:50:19
6  worked in dispatch.  14:50:25
7  Q  Okay.  And then we have inked members in the  14:50:26
8  Internal Affairs Bureau also; correct?  14:50:32
9  A  Well, there was one on loan to them.  14:50:34
10 Q  Right.  Were the ones who got word back to the  14:50:37
11 station that you had made a complaint; correct?  14:50:43
12 A  Well, it had to have been.  I called  14:50:46
13 Internal Affairs to report the incident anonymously, and  14:50:48
14 a couple of days later everybody knew at my station that  14:50:52
15 I was the one who had called.  14:50:56
16 Q  And then, of course, Captain Thatcher was using  14:50:57
17 the gang to get statistics up, as you testified;  14:51:01
18 correct?  14:51:07
19 A  Correct.  14:51:07
20 Q  It sounds to me that every aspect of the Compton  14:51:08
21 station is controlled by this gang; am I making a  14:51:12
22 correct statement?  14:51:17
23 A  For the most part, yes.  14:51:18
24 Q  It goes on to say that you took a week off, and  14:51:20
25 during the week off, Deputy Alcala texted a message to  14:51:31

**Page 125**

1  you and a photo of graffiti in a very visible in the  14:51:36
2  station which read, "Art is a rat"; is that true?  14:51:41
3  A  Yes, sir.  14:51:44
4  Q  And where was that?  14:51:45
5  A  It was on the keypad of the gate to get in at  14:51:48
6  the station.  14:51:51
7  Q  And if you drove there, and everybody drove  14:51:51
8  there, you had to see that "Art is a rat" to get into  14:51:55
9  the station; correct?  14:51:59
10 A  Including supervisors, yes.  14:52:00
11 Q  Okay.  14:52:02
12     MR. ALTURA:  Where is that, Mr. Sweeney?  I lost it  14:52:07
13 there.  What page are you on?  14:52:10
14     MR. SWEENEY:  I'm on the second paragraph, Page 5 of  14:52:11
15 10, where you see in all caps, "Art is a rat."  14:52:16
16     MR. ALTURA:  Thank you.  14:52:21
17 BY MR. SWEENEY:  14:52:24
18 Q  And you said:  "This had the practical effect of  14:52:24
19 calling the integrity of the entire IAB and anonymous  14:52:28
20 reporting program into question"; is that correct?  14:52:33
21 A  Yes.  14:52:35
22 Q  So do you feel that because you were outed, that  14:52:36
23 it is a deterrent to reporting any nefarious or bad  14:52:44
24 activities of this gang?  14:52:52
25 A  Well, who do I go to?  14:52:53

```
 1  Q  Yup, yup. Okay. Okay. I'm going to skip down.    14:52:57
 2  I'm going to skip over your statements to investigators  14:53:26
 3  and go down to the last paragraph on Page 5.      14:53:30
 4      "In late February 2020, after returning from   14:53:36
 5  this week off from work, Claimant was approached by  14:53:39
 6  Scheduling Sergeant Frank Barragan." Is that true?   14:53:42
 7  A  Yes.                                            14:53:45
 8  Q  And you were taken upstairs to the conference  14:53:46
 9  room; true?                                        14:53:50
10  A  Correct.                                       14:53:50
11  Q  "Barragan reprimanded Claimant for taking      14:53:51
12  intermittent CFRA/FMLA three to five days per month to  14:53:55
13  care for his ill daughter, Caitlynne." Is that true?  14:53:59
14  A  That is correct.                               14:54:02
15  Q  "Barragan informed Claimant that he was being  14:54:03
16  demoted from his FTO position." Did that happen?   14:54:06
17  A  No, not demoted, just not giving me any more   14:54:09
18  trainees which in turn meant no more 5 percent raised  14:54:12
19  pay.                                              14:54:16
20  Q  So did you feel that your going against the    14:54:16
21  wishes and getting on the bad side of The Executioners  14:54:24
22  cost you that 5 percent raise?                    14:54:28
23  A  Absolutely, yes.                               14:54:35
24  Q  And did you feel that you had to choose between  14:54:37
25  The Executioners desires and your daughter, Caitlynne?  14:54:42
                                                       Page 126
```

```
 1  A  Say that again?                                14:54:46
 2  Q  Did you feel at some point you had to choose   14:54:49
 3  between the desires of The Executioners and doing what  14:54:52
 4  they say and becoming a member versus caring for your  14:54:57
 5  daughter; did you feel that way?                  14:55:02
 6  A  Well, yes. I mean, I was taking intermittent   14:55:03
 7  days of FMLA, and they used this excuse to not give me  14:55:07
 8  trainees anymore, but it was very obvious with the  14:55:13
 9  timing that that wasn't the case. The Executioners  14:55:19
10  didn't want me to be a TO anymore, and instead they  14:55:23
11  wanted their prospects to become temporary TO's, as they  14:55:28
12  call them, to be training officers and get rid of me.  14:55:34
13  Q  Getting down to it -- and I'm trying to        14:55:39
14  eliminate some of the things in the claim that may be  14:55:54
15  relevant to your employment claim and not necessarily  14:55:59
16  this, so forgive me and bear with me one second. Can  14:56:03
17  you do that?                                      14:56:09
18  A  Yes. No problem, sir.                          14:56:09
19  Q  It goes on in the second paragraph of Page 6 at  14:56:25
20  the end, it says: "On or about this time,         14:56:29
21  Sergeant Barragan authorized the hiring of temporary  14:56:40
22  FTOs and the temporary FTO position was offered to  14:56:44
23  Juarez and other members or prospects of          14:56:50
24  The Executioners." Is that correct?               14:56:53
25  A  Yes, sir.                                      14:56:54
                                                       Page 127
```

```
 1  Q  So it sounds like it paid to be an Executioner;  14:56:54
 2  is that correct?                                   14:56:59
 3  A  Yes, sir.                                      14:56:59
 4  Q  It literally paid. You got more money as an    14:57:00
 5  Executioner; correct?                             14:57:03
 6  A  Yes.                                           14:57:04
 7  Q  And if you weren't an Executioner, like you are  14:57:04
 8  not, you lost your 5 percent pay raise; correct?  14:57:10
 9  A  Yes.                                           14:57:15
10  Q  So am I correct in saying that there's money in  14:57:15
11  the bank to be an Executioner?                    14:57:19
12  A  Yes, I believe that if I would have been a     14:57:21
13  member of that group, I would still be a training  14:57:25
14  officer at the station.                           14:57:28
15  Q  It goes on to say that "Claimant believed that  14:57:29
16  Juarez exercised the power of the gang to control who  14:57:36
17  would be eligible for an FTO position and to retaliate  14:57:43
18  against Claimant as a result of his IAB complaint  14:57:44
19  against the gang." You wrote that or you said that?  14:57:47
20  A  Yes.                                           14:57:51
21  Q  And then in the next paragraph, you say: "As of  14:57:52
22  now, no other deputy at Compton will be a partner with  14:58:02
23  Claimant due to his being targeted for retaliation by  14:58:05
24  The Executioners." Did you say that?              14:58:10
25  A  Yes. There was one deputy that did partner up  14:58:12
                                                       Page 128
```

```
 1  with me.                                          14:58:14
 2  Q  Okay. And why do you believe that other -- if  14:58:15
 3  you know. Don't speculate. If you know, why -- strike  14:58:21
 4  that. Let me ask this question.                   14:58:27
 5      Has anybody told you at the Compton station,  14:58:29
 6  "Hey, I don't want to be a partner with you because you  14:58:32
 7  are being targeted by The Executioners"?          14:58:37
 8  A  Yes.                                           14:58:39
 9  Q  Who told you that?                             14:58:40
10  A  It was Deputy Alcala.                          14:58:42
11  Q  Deputy who?                                    14:58:48
12  A  Alcala.                                        14:58:49
13  Q  Alcala. Okay. A-l-c-a-l-a?                     14:58:50
14  A  Correct. And it was Deputy Garcia.             14:58:54
15  Q  Did they tell you they were frightened by this  14:58:59
16  gang?                                             14:59:03
17  A  They told me that they just basically wanted to  14:59:03
18  stay away from jumping in with me because of what was  14:59:06
19  going on.                                         14:59:09
20  Q  It goes on to say: "Further, the inked deputy  14:59:10
21  in dispatch, Bautista, began a pattern and practice with  14:59:18
22  slamming Claimant with excessive calls compared to other  14:59:22
23  deputies on the same shift." What does "slamming" mean?  14:59:26
24  A  Slamming is they give you -- you know, they're  14:59:27
25  not spreading the calls evenly with the other units.  14:59:30
                                                       Page 129
```

**Page 186**

1  A  That was an allegation, yes. It was a  17:00:29
2  station-level complaint.  17:00:33
3  Q  And were you suspended --  17:00:34
4  A  No.  17:00:36
5  Q  -- as a result of that complaint?  17:00:37
6  A  No, sir.  17:00:40
7  Q  You had no discipline whatsoever?  17:00:41
8  A  No, sir.  17:00:43
9  Q  Now --  17:00:43
10  THE VIDEOGRAPHER: I'm sorry. This is the  17:01:01
11  videographer. So we have the witness and his attorney  17:01:03
12  in the screen. I want to make sure that you're okay  17:01:05
13  with that because normally it's just the witness.  17:01:08
14  MR. IVIE: I think that's what it's supposed to be is  17:01:12
15  the witness.  17:01:15
16  THE VIDEOGRAPHER: Right. And if we can just make  17:01:21
17  sure that the witness stays in the center of the screen,  17:01:23
18  that would be perfect. Thank you.  17:01:25
19  BY MR. IVIE:  17:01:27
20  Q  Is there another popular tattoo at Compton that  17:01:40
21  features a character holding an axe?  17:01:46
22  A  There was word that there was one, and they used  17:01:50
23  to call it, I guess, the old ink or something like  17:01:55
24  that.  17:01:58
25  Q  Have you seen any deputies with that tattoo?  17:01:58

**Page 187**

1  A  No, sir.  17:02:04
2  Q  And you say you know all the deputies that work  17:02:04
3  at Compton?  17:02:12
4  A  I know them, yes.  17:02:13
5  Q  And how many deputies work at Compton?  17:02:15
6  A  It's hard to tell. That's a good question. I  17:02:18
7  wouldn't --  17:02:23
8  Q  Is there maybe about a hundred deputies that  17:02:24
9  work at Compton?  17:02:27
10  A  Around there, yes.  17:02:29
11  Q  And you say there are about 20 of them with a  17:02:30
12  tattoo?  17:02:33
13  A  With The Executioners tattoo, about 20. I would  17:02:33
14  calculate maybe 15, 20.  17:02:37
15  MR. SWEENEY: You're referring to The Executioners  17:02:43
16  tattoo and not the one with the axe; correct?  17:02:45
17  MR. IVIE: Right. I'll call that the subject tattoo.  17:02:48
18  BY MR. IVIE:  17:02:48
19  Q  Speaking of the word "Executioner", you say you  17:02:52
20  heard -- you first heard of that name about six months  17:02:55
21  ago?  17:02:57
22  A  No. I heard The Executioners name, it was  17:02:58
23  really after the incident with the deposition of  17:03:04
24  Deputy Aldama where they showed his tattoo in the media.  17:03:11
25  After that, at the station I learned that the name of  17:03:15

**Page 188**

1  the tattoo of the group was The Executioners.  17:03:18
2  Q  Well, you learned that from the plaintiff  17:03:24
3  lawyer, John Sweeney; isn't that right?  17:03:28
4  A  I beg your pardon?  17:03:31
5  Q  I said you learned about that name from the  17:03:33
6  plaintiff lawyer in the case, John Sweeney?  17:03:36
7  A  No. I learned about The Executioners name at  17:03:38
8  the station among deputies.  17:03:41
9  Q  What deputy did you know that told you about  17:03:42
10  The Executioners tattoo?  17:03:47
11  A  It was in a group, you know, like a circle of  17:03:50
12  deputies near a patrol car, and I don't remember which  17:03:53
13  one is the one who said, "Hey, you know, they're name is  17:03:58
14  Executioner. Can you believe that?"  17:04:01
15  Q  How many deputies -- how many deputies were  17:04:03
16  around that circle?  17:04:05
17  A  I think maybe three or four.  17:04:06
18  Q  And who were they?  17:04:09
19  A  I don't remember, sir.  17:04:11
20  Q  And how did they know that the name was  17:04:12
21  The Executioners?  17:04:18
22  A  Well, I asked, "Confirmed?" And they said, "Oh,  17:04:19
23  yes, confirmed."  17:04:23
24  Q  You asked what? What did you ask?  17:04:25
25  A  I don't remember how -- I don't know how they  17:04:27

**Page 189**

1  got that information.  17:04:30
2  Q  But they gave you the information?  17:04:31
3  A  Yes, sir.  17:04:33
4  Q  You don't know whether or not they read it in a  17:04:34
5  newspaper?  17:04:37
6  A  I do not know that, sir, no.  17:04:38
7  Q  You understand, you realize that Mr. Sweeney  17:04:40
8  gave a press conference after that deposition, and then  17:04:43
9  Mr. Sweeney used the name Executioners?  17:04:49
10  A  I didn't.  17:04:53
11  MR. SWEENEY: No, I didn't, Mr. Ivie.  17:04:55
12  BY MR. IVIE:  17:04:58
13  Q  All right. So --  17:04:58
14  MR. SWEENEY: You're incorrect with that, Mr. Ivie.  17:05:01
15  You're making that up.  17:05:03
16  MR. IVIE: No, I'm not. You've said that several  17:05:05
17  times.  17:05:08
18  MR. SWEENEY: Well, no. That press conference where  17:05:09
19  I announced to the world, there was a clip, and I did  17:05:15
20  not use the word "Executioners" because I didn't know.  17:05:18
21  But, anyway, continue on.  17:05:22
22  BY MR. IVIE:  17:05:23
23  Q  So let me ask you this. You were with three  17:05:24
24  deputies, and somebody said the name was Executioners,  17:05:26
25  and you don't know where that came from, you don't know  17:05:29

```
 1  how they learned?                          17:05:33
 2  A  I don't know how they learned about it or if  17:05:34
 3  they had known the whole time and they were just now  17:05:37
 4  sharing it.                                 17:05:40
 5  Q  But you have no idea; correct?          17:05:41
 6     MR. ROMERO: Asked and answered.         17:05:43
 7        Go ahead.                            17:05:44
 8     THE WITNESS: I had no idea where they received the  17:05:45
 9  information from.                           17:05:49
10  BY MR. IVIE:                               17:05:49
11  Q  Okay. But you've been at that station for five  17:05:50
12  and a half years. Let me see.              17:05:55
13     Approximately what year was it that you had this  17:05:57
14  conversation with these three deputies?    17:06:00
15  A  It was after the Aldama deposition, whenever the  17:06:02
16  year that was. It was 2018. I can't remember  17:06:07
17  correctly.                                 17:06:12
18  Q  And what year -- you're about right. And what  17:06:12
19  year did you come to the station?         17:06:16
20  A  2015.                                   17:06:17
21  Q  So you had been there three years?     17:06:18
22  A  Yes, sir.                               17:06:22
23  Q  And you never heard of that name; correct?  17:06:23
24  A  Ever.                                   17:06:25
25  Q  All right. And during the three years that you  17:06:25
```
Page 190

```
 1  were at that station, had you seen anyone with the  17:06:28
 2  tattoo?                                    17:06:31
 3  A  Oh, yes.                                17:06:32
 4  Q  Okay. Who was the first person that you saw  17:06:32
 5  with that tattoo?                          17:06:40
 6  A  Oh, I can't remember who the first person was,  17:06:41
 7  sir.                                       17:06:44
 8  Q  Did you ever speak to any person who had the  17:06:44
 9  tattoo and ask them to explain it to you?  17:06:48
10  A  No, sir, I did not do that.             17:06:50
11  Q  And did you ever speak to anyone that had the  17:06:53
12  tattoo and ask them, "Hey, are you a member of a group?"  17:06:58
13  A  No, I never did that.                   17:07:02
14  Q  And you've never done that to this day; correct?  17:07:03
15  A  No.                                     17:07:09
16  Q  And you've never spoken to anyone with a tattoo  17:07:10
17  that told you that they were in a group named  17:07:15
18  The Executioners?                          17:07:18
19  A  No, sir.                                17:07:19
20  Q  Now, you said that it was something like common  17:07:20
21  knowledge -- that's what I believe your testimony was --  17:07:27
22  that they were The Executioners?           17:07:33
23  A  Yes.                                    17:07:35
24  Q  The people with the tattoo were Executioners,  17:07:35
25  you said it was common knowledge?          17:07:38
```
Page 191

```
 1  A  Yes, sir.                               17:07:40
 2  Q  Okay. Now, I want to explore what you mean by  17:07:41
 3  "common knowledge". It was -- first off, can you  17:07:45
 4  identify a deputy that told you anything about the group  17:07:50
 5  that you call The Executioners?            17:07:58
 6  A  I don't remember who the deputy was that was  17:08:00
 7  there that day that told me.               17:08:03
 8  Q  I said did you talk to any deputy at any time  17:08:05
 9  where you discussed this group?            17:08:12
10  A  There's been a dozen deputies that we've  17:08:15
11  discussed this group with.                 17:08:19
12  Q  Okay. Tell me the deputies that you've  17:08:20
13  discussed this group with.                 17:08:22
14  A  Oh, my God. Let's see. Deputy Mike Miller,  17:08:23
15  Deputy Carrara, Deputy Garcia, Deputy Guzman,  17:08:31
16  Deputy Perez. That's off the top of my head.  17:08:38
17  Q  Miller, Garcia, Guzman, Perez, and who else?  17:08:49
18  A  Deputy Carrara, Deputy Miller, I think I said,  17:08:52
19  Deputy Alcala.                             17:09:02
20  Q  Okay. Anybody else?                     17:09:03
21  A  Off the top of my head, that's all I can  17:09:10
22  remember right now. I'm sure there's more though.  17:09:24
23  Q  So none of these deputies had the tattoo;  17:09:27
24  correct?                                   17:09:29
25  A  No, not that I know of, no.             17:09:30
```
Page 192

```
 1  Q  And none of these deputies are in the group;  17:09:33
 2  correct?                                   17:09:35
 3  A  Correct.                                17:09:35
 4  Q  And when did you have this conversations with  17:09:36
 5  these deputies?                            17:09:47
 6  A  Various times throughout, you know, the last  17:09:48
 7  year and a half, two years.                17:09:50
 8  Q  Only for the last two years you've had this  17:09:52
 9  conversation with these deputies about this alleged  17:09:56
10  group?                                     17:09:59
11  A  Correct, sir.                           17:09:59
12  Q  And that's since there's been coverage about the  17:10:01
13  group in the media; correct?               17:10:07
14  A  Yes, yes.                               17:10:10
15  Q  You've read some of those stories, haven't you?  17:10:12
16  A  No. I just saw the one -- the one on the news  17:10:15
17  clip in the news regarding the Aldama incident.  17:10:19
18  Q  Okay. So you read that news article?    17:10:23
19  A  I watched it on TV, and I think I also read it  17:10:27
20  somewhere, yes.                            17:10:31
21  Q  You read it in the Times; correct?      17:10:31
22  A  I don't remember what source it was, but I read  17:10:33
23  it somewhere.                              17:10:36
24  Q  All right. And the paper talked about  17:10:37
25  The Executioners and this tattoo; correct?  17:10:40
```
Page 193

49 (Pages 190 - 193)

Personal Court Reporters, A Veritext Company
818-988-1900

### Page 194

1  A  I don't remember seeing Executioners on the    17:10:44
2  paper.    17:10:49
3  Q  I see. Okay. So --    17:10:49
4  MR. SWEENEY: I'm going to object. Vague as to what    17:10:52
5  article. There have been many articles.    17:10:55
6  MR. IVIE: Yes, there has been, very many, a bunch of    17:10:57
7  them.    17:11:00
8  BY MR. IVIE:    17:11:00
9  Q  And you've seen several of them, haven't you,    17:11:01
10 Deputy?    17:11:03
11 A  When, sir? Because now I've seen articles, yes.    17:11:03
12 Q  And you've seen them the last year and a half to    17:11:07
13 two years?    17:11:11
14 A  I'm sorry. Prior to -- well, shoot, prior to my    17:11:12
15 claim being submitted, I had seen them, but I haven't    17:11:16
16 seen anything with "Executioners" in the media until    17:11:20
17 after my claim was submitted.    17:11:23
18 Q  I see. Well, I will have to show you some of    17:11:25
19 these articles and maybe that will refresh your    17:11:33
20 recollection if I ever get that opportunity.    17:11:37
21    Now, did any of these deputies that you just    17:11:41
22 mentioned, have they ever been a member of    17:11:57
23 The Executioners, as you call them --    17:12:02
24 MR. ROMERO: Asked and answered.    17:12:06
25 ///    17:12:07

### Page 195

1  BY MR. IVIE:    17:12:07
2  Q  -- at any time?    17:12:08
3  MR. SWEENEY: Calls for speculation.    17:12:10
4  THE WITNESS: I don't -- no, not to my knowledge,    17:12:11
5  they're not.    17:12:16
6  BY MR. IVIE:    17:12:16
7  Q  All right. Now, you said that there are ink    17:12:17
8  parties?    17:12:27
9  A  That's what they call them.    17:12:27
10 Q  Now, again, you said that this was common    17:12:28
11 knowledge?    17:12:30
12 A  Yes, sir.    17:12:32
13 Q  Okay. It is common knowledge, you say, because    17:12:32
14 you talked to some deputies about the ink parties; is    17:12:39
15 that right?    17:12:43
16 A  Yes, sir.    17:12:43
17 Q  When did you talk to a deputy about an ink    17:12:43
18 party?    17:12:47
19 A  After they happened. I can't remember off the    17:12:48
20 top of my head, but it's very easy to find those dates    17:12:52
21 if you look at in-services where you have a large number    17:12:57
22 of these deputies taking off on a Saturday on p.m.'s.    17:13:02
23 Q  Okay. So, what, this is something, a    17:13:06
24 conversation that you've had within the last two years?    17:13:13
25 A  Well, yes, and complaining about it with my    17:13:15

### Page 196

1  partners because a lot of us get drafted from day shift    17:13:17
2  to work p.m.'s because, you know, there's an ink party    17:13:21
3  going on.    17:13:24
4  Q  Okay. Now, who's told you that there was an ink    17:13:25
5  party going on?    17:13:28
6  A  I can't remember.    17:13:29
7  Q  So you can't remember who told you, and you    17:13:32
8  can't remember when you were told; is that what your    17:13:37
9  testimony is?    17:13:40
10 MR. ROMERO: Argumentative; badgering; harassing.    17:13:41
11 THE WITNESS: That's what I'm saying.    17:13:44
12 BY MR. IVIE:    17:13:47
13 Q  Okay. Now, you also say that in order to get a    17:13:47
14 tattoo, that a deputy has to have been involved in some    17:14:06
15 use of force?    17:14:13
16 A  When did I say that, Counsel?    17:14:14
17 Q  I'm asking, is that your testimony?    17:14:16
18 A  Say that one more time?    17:14:19
19 Q  Let me be clear. Is that your testimony?    17:14:21
20 A  Can you repeat the question?    17:14:24
21 Q  Is it your testimony that in order to get a    17:14:26
22 tattoo, a deputy has to have been involved in a use of    17:14:29
23 force?    17:14:33
24 A  No, that is not my testimony.    17:14:34
25 Q  So how does a deputy get the tattoo?    17:14:36

### Page 197

1  A  Well, based on what I've seen, it's after, you    17:14:42
2  know, being involved in a deputy-involved shooting.    17:14:50
3  I've seen Orrego and Aldama or learned common knowledge    17:14:55
4  that they got inked soon after that shooting, that    17:15:00
5  Barajas and Ingersoll also got inked soon after their    17:15:06
6  shooting. And that's, you know, in the five years that    17:15:10
7  I've been at Compton -- well, four years when the    17:15:13
8  Barajas incident happened then.    17:15:22
9     A lot of the deputies who get ink have been    17:15:24
10 involved in a lot of, you know, force incidents, more    17:15:27
11 than the average, you know, at the station. So, you    17:15:31
12 know, that's what I see and that's -- you know, I don't    17:15:36
13 know what requirements they have because I've never been    17:15:40
14 asked to be a member of that group so I don't know what    17:15:43
15 the requirements are. I just -- you know, based on what    17:15:46
16 I've observed and see, it's that -- you know, I'd say    17:15:52
17 that, yeah --    17:15:55
18 Q  So you just kind of surmised that based on your    17:15:57
19 perceived observations; is that right?    17:16:03
20 A  Based on my perceived observations, correct.    17:16:04
21 Q  Okay. So Deputy Benzor, has he had a shooting?    17:16:07
22 A  I don't remember. I don't know.    17:16:13
23 Q  Has Deputy Benzor had any force, use-of-force    17:16:15
24 complaints?    17:16:20
25 MR. ROMERO: Calls for speculation.    17:16:23

```
 1    THE WITNESS: I wouldn't know.            17:16:25
 2  BY MR. IVIE:                               17:16:26
 3    Q  All right. And you've never talked to him about   17:16:27
 4  that; right?                               17:16:30
 5    A  No. Him and I don't speak.            17:16:30
 6    Q  And you're not aware of him being involved in   17:16:33
 7  any shootings; is that right?              17:16:36
 8    A  No, not that I remember, no.          17:16:37
 9    Q  And he has a tattoo, doesn't he?      17:16:41
10    A  Yes.                                  17:16:44
11    Q  Okay. And you don't know if he got that tattoo   17:16:45
12  because he was invited to get a tattoo, do you?   17:16:52
13    A  As far as I know, he was invited to get the   17:16:55
14  tattoo.                                    17:16:57
15    Q  How do you know that?                 17:16:57
16    A  Common knowledge.                     17:16:58
17    Q  Okay. Common knowledge. Let's talk about   17:16:59
18  that. When you say "common knowledge", do you mean   17:17:02
19  that's something that somebody told you?   17:17:05
20    A  It's something that the line of deputies know,   17:17:07
21  that the deputies working the line know. That's common   17:17:12
22  knowledge.                                 17:17:15
23    Q  How do you know they know? Did anyone ever tell   17:17:15
24  you that Benzor got a tattoo because he was invited to   17:17:19
25  get a tattoo?                              17:17:25
                                                Page 198

 1    A  It's been more like, "Oh, Benzor got inked this   17:17:26
 2  weekend" or "Benzor just got inked" type of thing.   17:17:30
 3    Q  Okay. Who said that?                  17:17:34
 4    A  Again, it's -- I don't remember. It's word at   17:17:36
 5  the station.                               17:17:46
 6    Q  So you don't remember who said it. And when was   17:17:47
 7  that said?                                 17:17:53
 8    A  Soon after he got inked.              17:17:53
 9    Q  And when did he get inked?            17:18:00
10    A  Oh, I don't remember.                 17:18:02
11    Q  Well, if you don't remember when he got inked,   17:18:03
12  how can you know it was soon after he got inked that   17:18:08
13  somebody said that?                        17:18:11
14    A  Because the station learned about it right after   17:18:12
15  everybody -- the people who get inked get inked.   17:18:15
16    Q  So you don't remember when you heard that, and   17:18:22
17  you don't remember when he got it?         17:18:24
18    MR. ROMERO: Asked and answered.          17:18:30
19    THE WITNESS: Correct.                    17:18:33
20  BY MR. IVIE:                               17:18:34
21    Q  Is that right?                       17:18:35
22       Okay. All right. But you do know he didn't   17:18:36
23  tell you --                                17:18:38
24    A  Correct.                             17:18:39
25    Q  -- or something along those lines?    17:18:39
                                                Page 199

 1    A  Correct.                             17:18:43
 2    Q  And as far as you know, anybody that told you   17:18:43
 3  that didn't speak to him about any of that?   17:18:47
 4    A  Maybe they did. I wouldn't know.      17:18:51
 5    Q  All right. But you don't know the source of any   17:18:53
 6  of this common knowledge that you are speaking about, do   17:18:56
 7  you?                                       17:19:00
 8    A  Correct.                             17:19:00
 9    Q  Okay. By the way, you said -- have you ever   17:19:01
10  been a gang member?                        17:19:11
11    A  No, sir.                             17:19:13
12    Q  And have you ever gotten any training in gangs?   17:19:13
13    A  You know, the training that they give us in, you   17:19:19
14  know, the academy, we learned a little bit from, you   17:19:23
15  know, when I came to the station, and then whatever we   17:19:29
16  experienced at the station regarding gangs.   17:19:32
17    Q  Okay. But you're not a gang expert, are you?   17:19:34
18    A  No, sir.                             17:19:37
19    Q  You've heard of the term "gang expert"; right?   17:19:38
20    A  Yes, sir.                            17:19:41
21    Q  And those are people that have intimate   17:19:42
22  knowledge about the gangs. They study the gangs.   17:19:49
23    A  Yes.                                 17:19:52
24    Q  Or they've infiltrated the gangs and things of   17:19:52
25  that nature.                               17:19:56
                                                Page 200

 1    A  No.                                  17:19:57
 2    Q  You've not done any of that; correct?   17:19:57
 3    A  No, sir.                             17:19:58
 4    Q  Now, in your claim, you said there were 20   17:19:59
 5  prospects; do you recall that?             17:20:06
 6    A  Yes.                                 17:20:14
 7    Q  And what are their names?             17:20:15
 8    A  Deputy Vega, Deputy Hernandez, Deputy Aiya,   17:20:17
 9  (spelled phonetically) Deputy Avalos, Deputy Self,   17:20:41
10  Deputy Harris.                             17:20:52
11    Q  Who?                                 17:20:52
12    A  Deputy Self, Deputy Harris.           17:20:53
13    Q  I'm sorry. Deputy --                 17:20:57
14    A  Harris.                              17:20:58
15    Q  Harris. Okay.                        17:21:00
16    A  Deputy Vasquez, Deputy Baray. Well, these are   17:21:01
17  the prospects I -- again, it's common knowledge. I   17:21:11
18  heard he just got inked.                   17:21:15
19    Q  And Deputy Baray, was he involved in a shooting?   17:21:27
20    A  No.                                  17:21:31
21    Q  When did he get inked?                17:21:31
22    A  Supposedly not too long ago. Recent. Like   17:21:37
23  weeks.                                     17:21:41
24    Q  Did you ever see it?                  17:21:41
25    A  No.                                  17:21:47
                                                Page 201
```

51 (Pages 198 - 201)

```
 1  Q  Now, you claim that Captain Thatcher knew about    17:28:15
 2  the existence of this group. Is it true that your only    17:28:38
 3  basis for making this statement is that he sent out an    17:28:44
 4  e-mail concerning this tattoo?                             17:28:49
 5  A  No, it wasn't just the e-mail. It was, you          17:28:54
 6  know, a number of things. It was, you know, the whole    17:28:57
 7  thing with the stats and how --                            17:29:03
 8  Q  It was the what?                                     17:29:05
 9  A  The stats. The arrest stats.                         17:29:07
10  Q  Okay.                                                 17:29:10
11  A  Combined with, you know, the Jaime Juarez           17:29:12
12  incident with Acting Captain Waldie and then bringing    17:29:21
13  him back, and then Thatcher knowing about the last       17:29:25
14  incident with Juarez's girlfriend where she did not      17:29:34
15  assist her partner when her partner was fighting for his 17:29:38
16  life.                                                     17:29:42
17      And history shows that deputies who have been     17:29:43
18  involved in fatalities get fired from the department.    17:29:47
19  It wasn't the case with her because, you know, it's our  17:29:52
20  belief that that was Thatcher's last favor to Juarez     17:29:59
21  before he retired.                                        17:30:03
22  Q  Okay. And Juarez's girlfriend's name is -- I'm     17:30:05
23  sorry. The deputy's name is -- you said she was his      17:30:11
24  girlfriend?                                               17:30:14
25  A  Is still. I think they're still together.          17:30:15
                                                        Page 206
```

```
 1  Q  And what's her name?                                17:30:18
 2  A  Iliana Vargas.                                       17:30:20
 3  Q  Okay. So it was the stats, you say, it was the    17:30:22
 4  e-mail, it was bringing Juarez back, and then it was the 17:30:29
 5  treatment of Deputy Iliana Vargas. Anything else?       17:30:43
 6  A  Not that I can remember right now.                  17:30:48
 7  Q  All right. So based on these things, you've      17:30:51
 8  made this accusation that Thatcher knew,                 17:30:54
 9  Captain Thatcher knew about the existence of this group? 17:30:59
10      MR. SWEENEY: Objection. It's argumentative.    17:31:04
11      THE WITNESS: That's my belief.                    17:31:08
12  BY MR. IVIE:                                              17:31:09
13  Q  Okay. So if we can take these in reverse order,  17:31:12
14  let me first ask you about Vargas. You said she         17:31:18
15  demonstrated cowardice and didn't assist her partner.    17:31:22
16  When was that?                                            17:31:27
17  A  It was late last year.                              17:31:27
18  Q  Okay. Late last year in what, December 2019?      17:31:33
19  A  I don't remember. I don't remember the exact     17:31:39
20  date. I mean, I could, you know, look it up. I mean, I 17:31:40
21  could find it.                                            17:31:45
22  Q  Just give me your best estimate.                    17:31:46
23  A  I don't remember. Late last year. That's my     17:31:48
24  estimate.                                                 17:31:54
25  Q  What do you mean by "late"? Just tell me that.   17:31:54
                                                        Page 207
```

```
 1  A  The last four of 2019.                               17:31:57
 2  Q  Okay. And what was this incident?                   17:32:00
 3  A  Her and her partner are trying to cuff this        17:32:02
 4  individual, and they get into a fight. The individual   17:32:14
 5  is resisting, and Deputy Dominguez is the one trying to 17:32:20
 6  control the suspect while Deputy Vargas is just standing 17:32:26
 7  around looking at her radio, going back into the car and 17:32:30
 8  then comes out and doesn't do anything to help out her   17:32:37
 9  partner, and her partner is now on the floor fighting   17:32:40
10  this suspect.                                             17:32:44
11  Q  Okay. And you were present?                         17:32:46
12  A  Oh, there's a video. I saw a video of it.         17:32:49
13  Q  Okay. You saw a video of it?                       17:32:52
14  A  Yes, sir.                                             17:32:55
15  Q  Okay. And where did you see the video?            17:32:55
16  A  I can't remember where I saw it. It was on some  17:33:00
17  type of social media. Somebody texted it to me. It was 17:33:05
18  going around the station. The whole department knew     17:33:08
19  about this. The whole department was commenting on as   17:33:11
20  to why -- and not just our department, other agencies,   17:33:14
21  why this deputy was still working for our department and 17:33:17
22  saying that she had no business being a Deputy Sheriff.  17:33:23
23  Q  I see. And you still have the video?              17:33:27
24  A  No, I don't think so.                                17:33:29
25  Q  You don't have the video?                          17:33:31
                                                        Page 208
```

```
 1  A  No.                                                   17:33:36
 2  Q  Are you sure you don't have it?                     17:33:36
 3  A  As far as I know, I don't have it. It was one    17:33:38
 4  of those, you know, click -- you know, like those videos 17:33:42
 5  on -- it was like a link to a social media so I don't   17:33:47
 6  know if it's still there or not.                          17:33:54
 7  Q  But you didn't keep a copy of it?                   17:33:56
 8  A  No.                                                   17:34:00
 9  Q  Okay. And so who was her partner?                  17:34:00
10  A  Deputy Dominguez.                                    17:34:07
11  Q  Did you ever speak to Dominguez about it?          17:34:08
12  A  No. No.                                              17:34:12
13  Q  And were administrative charges brought against   17:34:17
14  Deputy Vargas?                                            17:34:30
15  A  The word was that she had -- she was just going   17:34:31
16  to be sent to training.                                   17:34:36
17  Q  Now, you've known Deputy Vargas for quite some    17:34:37
18  time; correct?                                            17:34:49
19  A  Yes, sir.                                             17:34:49
20  Q  You went through training school with her,         17:34:50
21  didn't you?                                               17:34:52
22  A  We were at the same academy.                         17:34:53
23  Q  Yeah, that's right.                                  17:34:55
24  A  Yes, sir.                                             17:34:56
25  Q  All right. And you also filed a -- and for a     17:34:57
                                                        Page 209
```

Page 210

```
 1  while, she was your partner; right?                17:35:01
 2  A   We would jump in from time to time.            17:35:02
 3  Q   And this is -- and you both started at Compton 17:35:07
 4  around the same time; is that right?               17:35:11
 5  A   No. I started first. I got off training, and   17:35:12
 6  then she came -- I want to say she came, like, maybe 17:35:16
 7  eight months after I did. Maybe late 2015, early 2016 17:35:19
 8  maybe.                                             17:35:24
 9  Q   Okay. And then in, I guess, January of 2018,   17:35:24
10  you and Vargas had a little verbal altercation; is that 17:35:34
11  right?                                             17:35:38
12  A   Yes, we did.                                   17:35:38
13  Q   And she accused you of hitting her with your   17:35:41
14  patrol car; is that right?                         17:35:48
15  A   Well, I didn't know she had accused me of that. 17:35:50
16  I notified my watch commander that day that while having 17:35:53
17  a suspect in my back seat, she didn't want to move away 17:35:59
18  from my vehicle so I could park, and she went off on me 17:36:03
19  saying -- you know, using profanity and all sorts of 17:36:06
20  other things.                                      17:36:10
21  Q   All right. And you reported her for that?      17:36:11
22  A   Yes. You know, work violence or violence in the 17:36:15
23  workplace.                                         17:36:19
24  Q   Okay. And you believe Captain Thatcher knew    17:36:20
25  about this incident?                               17:36:38
```

Page 211

```
 1  A   He found out. They reported it to him.         17:36:39
 2  Q   Who reported it to him?                        17:36:42
 3  A   In the station, we assumed Lieutenant Walker,  17:36:45
 4  who was the lieutenant who took the complaint.     17:36:49
 5  Q   He took a complaint from whom?                 17:36:51
 6  A   From me.                                       17:36:53
 7  Q   About -- no, no, no. I'm not talking about this 17:36:54
 8  incident. Not the incident between you and Vargas. I'm 17:36:58
 9  sorry. I jumped around, and I shouldn't have. Excuse 17:37:02
10  me.                                                17:37:05
11      I was asking you about the incident involving  17:37:06
12  Dominguez and Vargas. Do you believe that          17:37:10
13  Captain Thatcher knew about this incident?         17:37:14
14  A   Commander Thatcher knew about it, yes. He's    17:37:18
15  our, you know, commander.                          17:37:22
16  Q   So how do you know that he knew about this     17:37:23
17  incident?                                          17:37:26
18  A   How could he not know?                         17:37:26
19  Q   I'm asking you how do you know he knew? Is that 17:37:34
20  an assumption you're making?                       17:37:38
21  A   He came to the station right after that        17:37:43
22  incident, and he came to talk to the captain. I just 17:37:46
23  don't see how he wouldn't know about one of his troops 17:37:52
24  getting into an incident like that so, yes, I'm assuming 17:37:56
25  he did know.                                       17:38:01
```

Page 212

```
 1  Q   You never talked to him about the incident?    17:38:02
 2  A   No.                                            17:38:04
 3  Q   You had never written him any memos about the  17:38:05
 4  incident?                                          17:38:08
 5  A   About Vargas and the force incident?           17:38:08
 6  Q   Yes.                                           17:38:11
 7  A   No, but common practice is any force incident  17:38:12
 8  goes up to division.                               17:38:18
 9  Q   And he's never told you that he knew about the 17:38:20
10  incident?                                          17:38:23
11  A   No, sir.                                       17:38:23
12  Q   Okay. And has anyone ever told you that they   17:38:24
13  discussed the incident with Commander Thatcher?    17:38:32
14  A   No, sir.                                       17:38:36
15  Q   Now, you've talked a lot about the stats, about 17:38:36
16  arrest stats. What are arrest stats?               17:38:50
17  A   Arrest stats is the arrests that a station gets. 17:38:53
18  Q   And does it keep a record of the number of     17:39:01
19  arrests that particular deputies make?             17:39:06
20  A   Yes, sir.                                      17:39:08
21  Q   And you said that the stats for Compton were   17:39:09
22  lower than some other stations?                    17:39:15
23  A   That was the complaint.                        17:39:17
24  Q   Okay. And you said there was a quota of arrests 17:39:19
25  that was set?                                      17:39:24
```

Page 213

```
 1  A   I call it a quota, yes.                        17:39:26
 2  Q   What was the quota?                            17:39:28
 3  A   Well, to raise the number we had. We were at a 17:39:30
 4  number, and they didn't like that number. They wanted 17:39:33
 5  more. That, to me, is a quota.                     17:39:36
 6  Q   So telling deputies to increase their          17:39:38
 7  productivity is a quota in your mind?              17:39:48
 8  A   It isn't productivity.                         17:39:51
 9  Q   Well, these arrests is what deputies do; right? 17:39:53
10  A   They said stats.                               17:39:56
11  Q   Pardon me?                                     17:39:59
12  A   They said stats.                               17:40:00
13  Q   All right. To increase stats is to increase    17:40:02
14  arrests; correct?                                  17:40:05
15      MR. ROMERO: I would object to the extent that we're 17:40:06
16  talking about seven arrests a month, so it lacks   17:40:10
17  foundation that all deputies do is make arrests.   17:40:12
18      THE WITNESS: Can you repeat your question?    17:40:15
19      MR. IVIE: I don't think that was my question,  17:40:17
20  Counselor, but that's okay. I said that -- well, let me 17:40:19
21  have the question read back, Mr. Reporter?         17:40:23
22      THE COURT REPORTER: "Question: To increase stats is 17:40:31
23  to increase arrests; correct?"                     17:40:43
24      THE WITNESS: Yes.                              17:40:43
25  ///                                                17:40:44
```