John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS, | Case No.:  18-CV-5838-PJW |
| Plaintiffs, | *Assigned to Hon. Patrick J. Walsh, Magistrate Judge* |
| v. | **PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |
| COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive., | |
| Defendants. | |

Plaintiff hereby makes the following third supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following documents that are all of the items identified as exhibits at depositions to date [Exhibits 1-118]. These items have all been produced at the various depositions in this case so copies are not provided

Additional exhibits not yet identified at depositions are marked as 151-204. Copies of these documents are included in the shared DropBox link:

https://www.dropbox.com/sh/a8anav38njpfc3p/AACqO4bPfSSYnGLDNRAnzdcQa?dl=0

A list of all exhibits is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies the following individuals pursuant to F.R.C.P. 26(a)(1)(A). This identification is based on plaintiff's broad interpretation for disclosure and does not imply plaintiff's belief that these individuals have discoverable information relevant to the disputed facts.  Based on such broad interpretation, the following are the names, addresses and telephone numbers of individuals who likely have discoverable information that the disclosing party may use to support his claims or defenses identifying the subjects of the information. Plaintiff will supplement the list

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

of witnesses, and subject of their testimony, to the extent required by F.R.C.P.
26(a)(1)(A).

## A.    PERCIPIENT WITNESSES

In addition to the previously identified witnesses, plaintiff identifies the
following employees of the Los Angeles County Sheriff's Department who may be
contacted c/o Ivie, McNeill & Wyatt, 444 S. Flower St., 18th Floor, Los Angeles,
CA 90071 as identified at the deposition of  Deputy Austreberto Gonzalez:

35.    Deputy Vega

36. Deputy Hernandez

37. Deputy Jaime Juarez

38. Deputy Jesus Sandoval

39. Deputy Cuvas

40. Deputy Aiya

41. Deputy Avalos

42. Deputy Self

43. Deputy Harris

44. Deputy Vasquez

45. Deputy Baray

46. Deputy Davila

47. Deputy O Saldana

48. Deputy D. Aviles

49. Deputy D. Ruiz Aguilar

50. Deputy J. Krase

51. Deputy R. Jimenez

52. Deputy P. Beserra

53. Deputy Eugene Contreras

54. Deputy O Covarrubias

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

55. Deputy C. Del Castillo

56. Deputy S. Estrada

57. Deputy J. Sandoval-Mendoza

58. Deputy Iliana Vargas

59. Lt. John Wargo

60. Deputy Jonathan Alcala

61. Deputy Gabriel Guzman

62. Sgt. Andy Leos

63. Deputy Edwin Barajas

64. Deputy Anthony Bautista

65. Deputy Thomas Banuelos

66. Lt. Steven Ruiz

67. Captain LaTonya Clark

68. Deputy Adrian Garcia

69. Sgt. Frank Barragan

70. Lt. Nicole Palomino

71. Sgt. Barragan

72. Deputy Sergio Jimenez

73. Deputy Wanda Valiente

74. Deputy David Battles

75. Deputy Austreberto Gonzalez

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## B.    EXPERT WITNESSES

Plaintiff intends to call those witnesses as identified on plaintiff's expert witness designation as well as to call witnesses as identified on defendants' expert witness designations.

DATED:  September 14, 2020          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION

By  /s/ Steven C. Glickman
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

LOCKETT TRIAL EXHIBIT LOG

| Ex # | Description | Date ID/Adm |
|------|-------------|-------------|
| 1 | [Lockett depo Vol 1,  Ex. 1] Sheriff Dept. Supplemental Report | |
| 2 | [Lockett depo Vol 1,  Ex. 2] 212 Bus Route | |
| 3 | [Lockett depo Vol 1,  Ex. 3] Google Map with handwritten markings [Lockett depo Vo1 1, Ex. 3A] Google Map | |
| 4 | [Lockett depo Vol 1,  Ex. 4] Google Maps close up | |
| 5 | [Lockett depo Vol 1,  Ex. 5] Photograph | |
| 6 | [Lockett depo Vol 1,  Ex. 6] Photograph – Timothy Campbell's house | |
| 7 | [Lockett depo Vol 1,  Ex. 7] Photograph | |
| 8 | [Lockett depo Vol 1,  Ex. 8] Map marked by Lockett | |
| 9 | [Lockett depo Vol 1,  Ex. 9] Photograph of area where Lockett was hiding | |
| 10 | [Lockett depo Vol 1,  Ex. 10] Photograph of area where Lockett was hiding | |
| 11 | [Lockett depo Vol 1,  Ex. 11] Photograph of area where Lockett was hiding | |
| 12 | [Lockett depo Vol 1,  Ex. 12] Photograph of area where Lockett was hiding | |
| 13 | [Ross depo Ex 1] Notice of Depo for Ross | |
| 14 | [Ross depo Ex 2] Incident Report | |
| 15 | [Ross depo Ex 3] Photograph of house | |
| 16 | [Embleton Ex] Taser User Certification Course Materials | |
| 17 | [Embleton Ex] 2011 Electronic Control Weapon Guidelines | |

| 18 | [Embleton Ex] marked up version of Ex 12 – patio where Lockett found | |
| 19 | [Embleton Ex] Taser Evidence Sync | |
| 20 | [Embleton Ex] Embleton Narrative | |
| 21 | [Embleton Ex] Aldama tattoo | |
| 22 | [Lockett depo Vol 2 Ex] Lockett tattoo photos | |
| 23 | [Aldama depo Ex] set of Bates stamped documents | |
| 24 | [Aldama depo Ex] Transcription of Ivett Silva 911 call | |
| 25 | [Aldama depo Ex] tattoo photo 1 | |
| 26 | [Aldama depo Ex] tattoo photo 2 | |
| 27 | [Aldama depo Ex] tattoo photo 3 | |
| 28 | [Aldama depo Ex] Mr Skully photo | |
| 29 | [Aldama depo Ex] LASD manual --Volume 3 – Chapter 1 – "policy and ethics" | |
| 30 | [Aldama depo Ex] NY times article | |
| 31 | [Aldama depo Ex] Google street view photo 1213 W Spruce – marked by Aldama at depo | |
| 32 | [Feria depo Ex] Ex 18 marked up by Feria | |
| 33 | [Thatcher depo Ex] Deposition notice for Thatcher | |
| 34 | [Thatcher depo Ex] LA Times article "LA County sheriff announces inquiry into secret societies of deputies and their tattoos" | |
| 35 | [Thatcher depo Ex] Motion by Supervisors Kuhl and Solis – 4/2019 "Assessing County Liability in Settlements Involving Sheriff 'Gangs'" | |

| 36 | [Thatcher depo Ex] Los Angels County Sheriff Civilian Oversight Commission "Constitutional Implications of Investigating Deputy Cliques" | |
| 37 | [Campbell, T depo Ex] Notice of Deposition and Subpoena of Timothy Campbell | |
| 38 | [Campbell, T depo Ex] Defendant County of Los Angeles' Amended Notice of Taking the Deposition of Timothy Campbell | |
| 39 | [Campbell, T depo Ex] Map | |
| 40 | [number skipped] | |
| 41 | [number skipped] | |
| 42 | [number skipped] | |
| 43 | [number skipped] | |
| 44 | [number skipped] | |
| 45 | [Campbell, G depo Ex] Subpoena for deposition | |
| 46 | [Campbell, E depo Ex] Subpoena for deposition | |
| 47 | [Campbell, E depo Ex] Color Printout of Google Maps View of 1213 West Spruce Street | |
| 48 | [Benzor depo Ex] Deposition notice for Benzor | |
| 49 | [Benzor depo Ex] Copy of Penal Code §118 | |
| 50 | [Benzor depo Ex] POST Learning domain Chapter 6 | |
| 51 | [Benzor depo Ex] Color photograph of leg tattoo | |
| 52 | [Benzor depo Ex] Photograph of Benzor's tattoo on USB drive | |
| 53 | [Jaeger depo Ex] COLA's Supplemental Resps to Plaintiff's Special Rogs | |
| 54 | [Benzor depo Ex] Benzor's Supplemental Report | |

| 55 | [Benzor depo Ex] Excerpts of Immunique Ross' Deposition | |
| 56 | [Orrego depo Ex] POST Learning Domain 1 | |
| 57 | [Orrego depo Ex] POST Learning Domain 18 | |
| 58 | [Orrego depo Ex] Aldama tattoo photo (from Taylor case) | |
| 59 | [Orrego depo Ex] Aldama tattoo photo (from LA times) | |
| 60 | [Orrego depo Ex] Orrego graphs -- Bates 1477-1478.pdf | |
| 61 | [Orrego depo Ex] Orange arrest documents -- Bates 302-319.pdf | |
| 62 | [Orrego depo Ex] 1213 W Spruce -- google street view.pdf | |
| 63 | [Orrego depo Ex] Bates 239 245 Broadcast.wav | |
| 64 | [Orrego depo Ex] TRANSCRIPT OF Bates 239 -- 3-17 PM CALL.pdf | |
| 65 | [Orrego depo Ex] Watch Commander Log - Bates 362-364.pdf | |
| 66 | [Orrego depo Ex] Map of area.pdf | |
| 67 | [Orrego depo Ex] Bates 238 10-33 Broadcast Rosecrans-Tajuata.wav | |
| 68 | [Orrego depo Ex] TRANSCRIPT OF Bates 238 -- 3-36 PM CALL.pdf | |
| 69 | [Orrego depo Ex] Patio (exterior) where Lockett found -- Bates 173.pdf | |
| 70 | [Orrego depo Ex] Patio where Lockett found -- Bates 171.pdf | |
| 71 | [Orrego depo Ex] Aldama and Orrego reports -- Bates 410-426.pdf | |
| 72 | [Aldama depo vol 2 Ex] Incident Report -- full set 13 pages | |
| 73 | [Aldama depo vol 2 Ex] Incident Thatcher 6-8-18 email -- Bates 1560-1561.pdf | |

| 74 | [Orrego depo Ex] TRANSCRIPT OF Bates 238 -- 3-36 PM CAL – corrected by OrregoL.pdf | |
| 75 | [30(b)(6) – Jaeger depo Ex] Notice of Continuance of Taking Deposition of Defendants County of Los Angeles and Los Angeles County Sheriff's Department | |
| 76 | [30(b)(6) – Jaeger depo Ex] County of LA's Objection to and Motion to Strike Plaintiff's Motion in Limine to Exclude Reference to the Regulators | |
| 77 | [30(b)(6) – Tyler depo Ex] Notice of Continuance of Taking Deposition of Defendants County of Los Angeles and Los Angeles County Sheriff's Department | |
| 78 | [30(b)(6) – Tyler depo Ex] 32nd Semiannual Report by Special Counsel - Los Angeles County Sheriff's Department May 2013 | |
| 79 | [30(b)(6) – Tyler depo Ex] Exemplar Lancaster Sheriff tattoo | |
| 80 | [30(b)(6) – Tyler depo Ex] Rand "Understanding the Role of Subgroups Within the Los Angeles County Sheriff's Department" | |
| 81 | [Patel depo] Patel reports | |
| 82 | [Patel depo] Photos of batons | |
| 83 | [Kuehn depo] Kuehn reports – Brain CT | |
| 84 | [Kuehn depo] Kuehn reports – chest x-ray | |
| 85 | [Kuehn depo]  Baton photos | |
| 86 | [Reynolds depo] Cell phone record pages (7 pages) | |
| 87 | [Shinn depo] Shinn CV | |
| 88 | [Shinn depo] Shinn report | |
| 89 | [Shinn] Orrego tattoo 1 [back] | |
| 90 | [Shinn] Orrego tattoo 2 [front] | |

| 91 | [Shinn] Orrego tattoo 3 [center] | |
| 92 | [Garcia depo] Garcia report | |
| 93 | [Garcia depo] Excerpts from Thatcher depo | |
| 94 | [Garcia depo] Orrego arrest/booking stats | |
| 95 | [Garcia depo] Alsama arrest/booking stats | |
| 96 | [Garcia depo] [group of census documents from Garcia file] | |
| 97 | [Garcia depo] [list of attachments with ACSDP files] | |
| 98 | [Clark depo] Clark CV | |
| 99 | [Clark depo] "Materials Provided to Roger Clark" document | |
| 100 | [Clark depo] OSS tattoo | |
| 101 | [Clark depo] Banditos tattoo | |
| 102 | [Gabler depo] Gabler Preliminary Report | |
| 103-1 | [Eisen depo] Eisen report | |
| 103-2 | [Eisen depo] Eisen – table of witnesses | |
| 103-3 | [Eisen depo] Eisen – list of case materials | |
| 104 | [Eisen depo] Eisen – California Peace Officers Sourcebook (excerpt) | |
| 105 | [Gonzalez depo] Gonzalez – Claim for damages | |
| 106 | [Gonzalez depo] Gonzalez – shift list with Executioners and Prospects | |
| 107 | [Gonzalez depo] Gonzalez – signed Attachment to Protective Order - Gonzalez | |
| 108 | [Gonzalez depo] Gonzalez – signed Attachment to Protective Order - Romero | |

| | | |
|---|---|---|
| 109 | [Gonzalez depo] Gonzalez – photo of Executioner mouse pad and mouse | |
| 110 | [Gonzalez depo] Gonzalez – Solomon video [retained by counsel] | |
| 111 | [Joshua depo] Joshua – email re production | |
| 112 | [Joshua depo] Joshua – Notice of Continuance of Deposition | |
| 113 | [Joshua depo] Joshua – copy of Dropbox page | |
| 114 | [Joshua depo] Joshua – screen shot of Hurrel letter | |
| 115 | [Orquilola depo] Orquilola – Preliminary Hearing Transcript | |
| 116 | [Orquilola depo] Orquilola – Criminal docket | |
| 117 | [Orquilola depo] Orquilola – Deposition Notice | |
| 118 | [Gonzalez depo] Gonzalez – Dominguez/Vargas Instagram video [retained by counsel] | |
| 119 - 150 | [reserved for additional deposition exhibits] | |
| 151 | Unofficial transcript from Los Angeles Southwest College | |
| 152 | Lyft ride receipt – 1/15/16 [separated out from Ex. 1] | |
| 153 | Supervisor's Report on Use of Force -- Bates 382-389.pdf | |
| 154 | Watch Commander's Service Comment Review -- bates 370-377 | |
| 155 | Aldama graphs -- Bates 1417-1418.pdf | |
| 156 | Aldama history – Bates 1413-16; 1472 | |
| 157 | Aldama training – Bates 275-285 | |

| | | |
|---|---|---|
| 158 | Orrego history – Bates 1473-76 | |
| 159 | Orrego training – Bates 286-293 | |
| 160 | Field identification card – Bates 1411-1412 | |
| 161 | Felony Complaint – Bates 93-98 | |
| 162 | Feria Narrative report – Bates 437 | |
| 163 | Orrego tattoo photos (4) | |
| 164 | "Bates 232 Interview of Suspect Lockett" | |
| 165 | Transcript of "Bates 232 Interview of Suspect Lockett" | |
| 166 | "Bates 233 WC Interview" | |
| 167 | "Bates 234 WC interview cont" | |
| 168 | transcript of Bates 233 and 234 "WC Interview" | |
| 169 | "Bates 235 911B Oleander" | |
| 170 | Transcript of "Bates 235 911B Oleander" | |
| 171 | "Bates 236 1600608-1wd" | |
| 172 | Transcript of "Bates 236 1600608-1wd" | |
| 173 | "Bates 237 1600608-2cmp-01" | |

| 174 | Transcript of "Bates 237 1600608-2cmp-01" | |
| 175 | "Bates 240 280S and Aero Ack" | |
| 176 | Transcript of "Bates 240 280S and Aero Ack" | |
| 177 | "Bates 241 L-tac-5 011516 1510 to 1610 hrs" | |
| 178 | Transcript of "Bates 241 L-tac-5 011516 1510 to 1610 hrs" | |
| 179 | "Bates 242 Handling Unit Call Coordination" | |
| 180 | Transcript of "Bates 242 Handling Unit Call Coordination" | |
| 181 | "Bates 243 Suspect in Custody and Article Search" | |
| 182 | Transcript of "Bates 243 Suspect in Custody and Article Search" | |
| 183 | "Bates 244 Units responding to Oleander and Maple 245" | |
| 184 | Transcript of "Bates 244 Units responding to Oleander and Maple 245" | |
| 185 | "Bates 245 WC Bridge" | |
| 186 | Transcript of "Bates 245 WC Bridge" | |
| 187 | Crime Analysis Supp Form | |
| 188 | Patio where Lockett found -- Bates 172.pdf | |
| 189 | Personnel Investigation Report -- Bates 1333-1410.pdf | |

| 190 | Penal Code §69 Obstructing or resisting executive officer in performance of duties | |
| 191 | Penal Code §187 Murder defined | |
| 192 | Penal Code §246 Shooting at inhabited dwelling house occupied building vehicle or aircraft | |
| 193 | Penal Code §417 Drawing exhibiting or using firearm or deadly weapon self defense peace officer | |
| 194 | Penal Code §664 Attempts punishment | |
| 195 | Penal Code §12022.53 Sentence enhancements for persons convicted of enumerated felonies | |
| 196 | Penal Code §25400 Carrying concealed firearm punishment minimum sentence | |
| 197 | Penal Code §26100 Permitting loaded firearm in motor vehicle discharge of firearm from motor | |
| 198 | Compton Municipal Code 7-8.3 | |
| 199 | Penal Code §186.22. Participation in criminal street gang | |
| 200 | Demographic Information for Compton chart [from Garcia report] | |
| 201 | Characteristic as a Percent of Total Population, Compton chart [from Garcia report] | |

| 202 | Orrego's Analysis Chart [from Garcia report] | |
| 203 | Aldama's Analysis Chart [from Garcia report] | |
| 204 | Drone video | |

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **September 14, 2020**, I served the foregoing documents described as: **PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

   **[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address lupe.gallardo@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Executed on **September 14, 2020**, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
       Steven C. Glickman

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

1
2
3
4
5
6
7

| Rickey Ivie, Esq. Jack F. Altura, Esq. IVIE, McNEILL & WYATT 444 S. Flower Street, 18th Floor Los Angeles, CA 90071 Phone: (213) 489-0028 Fax: (213) 489-0552 RIvie@imwlaw.com jaltura@imwlaw.com | Attorneys for Defendants COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and SHERIFF JIM McDONNELL |
|---|---|

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 9 -
PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)