John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>                    Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S  FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following fifth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

206    Gonzalez v County of LA – complaint

207    Waldie v County of LA – First Amended Complaint

208    Guzman claim for damages

209    Banuelos claim for damages

Copies of these documents are served as attachments to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies the following individuals pursuant to F.R.C.P. 26(a)(1)(A). This identification is based on plaintiff's broad interpretation for disclosure and does not imply plaintiff's belief that these individuals have discoverable information relevant to the disputed facts.  Based on such broad interpretation, the following are the names, addresses and telephone numbers of individuals who likely have discoverable information that the disclosing party may use to support his claims or defenses identifying the subjects of the information. Plaintiff will supplement the list of witnesses, and subject of their testimony, to the extent required by F.R.C.P. 26(a)(1)(A).

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## A.    PERCIPIENT WITNESSES

In addition to the previously identified witnesses, plaintiff identifies the following employees of the Los Angeles County Sheriff's Department who may be contacted c/o Ivie, McNeill & Wyatt, 444 S. Flower St., 18th Floor, Los Angeles, CA 90071 and/or thought their attorney of record Alan Romero, ROMERO LAW, APC, 80 S. Lake Avenue, Suite 880, Pasadena, CA 91101-2672. Garrido

77. Javier Guzman, Jr Deputy Guzman is anticipated to testify about those matters as set forth in his claim for damages as well as all items set for the below for Lt. Garrido.

78. Lt. Garrido: Lt. Garrido  is anticipated to testify about all issues relating to the Executioners and the Compton station, including but not limited to the following:

- Deputies who are members of the Executioners
- Deputies who are prospects to become members of the executioners
- Actions taken by the inked members of the Executioners
- Actions taken by prospects to become members of the Executioners
- The knowledge of superiors and ranking members within the Sheriff's Department as to the Executioners
- The "ghost gun" process
- How a member becomes "inked"
- How a prospect "chases ink"
- How the Executioners were running the Compton station

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1
2
3
4

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

5 DATED:  October 1, 2020                    THE SWEENEY FIRM

6
7                                            and

8                                            GLICKMAN & GLICKMAN,
9                                            A LAW CORPORATION

10                                           By  /s/ Steven C. Glickman
11                                               John E. Sweeney
12                                               Steven C. Glickman
13                                               Attorneys for Plaintiff
                                                 SHELDON LOCKETT
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 5 -
PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **October 1, 2020**, I served the foregoing documents described as: **PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address lupe.gallardo@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 1, 2020**, at Sherman Oaks, California.


_/s/ Steven C. Glickman_
        Steven C. Glickman

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1
2
3
4

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| 1 | Rickey Ivie, Esq. | Attorneys for Defendants |
|---|---|---|
| 2 | Jack F. Altura, Esq. | COUNTY OF LOS ANGELES, |
| 3 | IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor | LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT, |
| 4 | Los Angeles, CA 90071 | and SHERIFF JIM McDONNELL |
| 5 | Phone: (213) 489-0028<br>Fax: (213) 489-0552 | |
| 6 | RIvie@imwlaw.com | |
| 7 | jaltura@imwlaw.com | |

**PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**