1  Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
2  Natalie U. Luongo, State Bar No. 285288
E-Mail: nluongo@hurrellcantrall.com
3  Faryar Barzin, State Bar No. 317614
E-Mail: fbarzin@hurrellcantrall.com
4  HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
5  Los Angeles, California 90071
Telephone: (213) 426-2000
6  Facsimile: (213) 426-2020

7  Attorneys for Defendant, MIZRAIN ORREGO

8

9                    UNITED STATES DISTRICT COURT

10        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

11

12  SHELDON LOCKETT; MICHELLE          CASE NO. 2:18-cv-05838-PJW
    DAVIS; and CLYDE DAVIS,
13                                     [Assigned to Magistrate Judge Patrick J.
                Plaintiffs,            Walsh, Courtroom "790"]
14
        v.
15                                     **DEFENDANTS COUNTY OF LOS
    COUNTY OF LOS ANGELES, a           ANGELES, LOS ANGELES
16  public entity; LOS ANGELES         COUNTY SHERIFF'S
    COUNTY SHERIFF'S                    DEPARTMENT, MIZRAIN
17  DEPARTMENT, a law enforcement      ORREGO AND SAMUEL
    agency; SHERIFF JIM MCDONNELL;     ALDAMA'S JOINT EXPERT
18  MIZRAIN ORREGO, a Deputy Los       WITNESS DISCLOSURES
    Angeles County Sheriff; SAMUEL     PURSUANT TO FEDERAL RULES
19  ALDAMA, a Deputy Los Angeles       OF CIVIL PROCEDURE, RULE
    County Sheriff; and DOES 1 through 26(a)(2)**
20  100, inclusive,
                                       **Expert Disclosure Date:
21              Defendants.            June 10, 2020**
22
                                       Trial:  July 27, 2020
23                                     Time: 9:00 a.m.

24  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

25         PLEASE TAKE NOTICE that Defendants COUNTY OF LOS ANGELES,

26  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, MIZRAIN ORREGO and

27  DEPUTY SAMUEL ALDAMA hereby provide this disclosure of expert witnesses

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  in accordance with *Federal Rules of Civil Procedure,* Rule 26(a)(2).

2  ## I.   JOINT RETAINED EXPERT WITNESSES

3  Defendants anticipate that they will present evidence under the *Federal Rules*

4  *of Evidence,* Rules 702, 703, or 705 by way of the following retained experts:

5  1.   **Alfred A. Joshua, M.D.**, P.O. Box 5000 PMB, 525 Rancho Santa Fe,

6  CA 92067.

7  Dr. Joshua has been a licensed Physician and Surgeon in the State of

8  California and has maintained his board certification in Emergency Medicine

9  (ABEM) since July 2012. He received his Certified Correctional Health Professional

10  (CCHP) from the National Commission of Correctional Healthcare (NCCHC).  He

11  has also received the CCHP physician specialty certification (CCHP-P) upholding

12  the highest standards of correctional healthcare. He is a member of the American

13  Correctional Health Services Association, National Commission on Correctional

14  Health Association, American College of Correctional Physicians, and American

15  Academy of Emergency Medicine.  He is currently an emergency room physician at

16  the Veterans Affairs Hospital in La Jolla, California.

17  In 2013 Dr. Joshua was selected to lead the San Diego County Sheriff's

18  Medical Services Division as Chief Medical Officer to design and manage a medical

19  system that provides comprehensive medical care for the 91,000+ inmate/patients

20  who are annually booked with a daily census of 5,800+ inmate/patients who are

21  housed at seven detention facilities throughout the San Diego region covering 4,562

22  square miles. Prior to the Sheriff's Department, Dr. Joshua served as the Senior

23  Medical Officer in Healthcare Reform at Tri-City Medical Center and as Medical

24  Director for Volunteers of America, a non-profit organization that assists the

25  homeless and those rehabilitating from drugs and alcohol. Dr. Joshua has worked

26  clinically in the Emergency department at UC San Diego and at Tri-City Medical

27  Center and currently practices clinically at the Veterans Affairs Emergency

28  Department. He served on the Board of Directors for San Diego Health Connect a

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-2-

1  leading national health information exchange platform located in San Diego and the
2  Council of Mentally Ill Offenders (COMIO) and was appointed by the Speaker of
3  the House of California in 2015.

4      Dr. Joshua received his Doctor of Medicine from the State University of New
5  York, Syracuse (Upstate University), and completed his post-graduate residency
6  training at UC San Diego Emergency Medicine Residency program in San Diego.
7  He completed a two-year fellowship in Hospital Administration at UC San Diego.
8  Dr. Joshua has worked in the healthcare industry as an emergency medicine
9  physician, primary care, detoxification services, and correctional medicine and
10 administration.

11     Dr. Joshua has served as a subject matter expert for the Medical/Mental
12 Health Workgroup for Board of State and Community Corrections (BSCC) in 2016
13 to make the most recent revisions to Title 15 regulations, which govern jail
14 correctional entities in the State of California. He also reviewed medical records and
15 conduct expert witness work both within his county and in other states in the
16 correctional healthcare field. Dr. Joshua left the San Diego Sheriff's Department in
17 June 2018. Since July 2018, he has served as a correctional healthcare consultant to
18 assist organizations and entities with improving the quality and delivery of care for
19 inmate populations. Dr. Joshua currently serves as the Regional Chief Medical
20 Officer for Alvarado and Paradise Valley Hospitals located in San Diego.

21     Dr. Joshua also has a Master of Business Administration (MBA) degree from
22 the University of California, Irvine.

23     Dr. Joshua's CV and Fee Schedule are attached hereto as <u>Exhibit A</u>. Per the
24 agreement of counsel, Dr. Joshua's report will be served on June 12, 2020.

25     Defendants anticipate that Dr. Joshua will testify to Plaintiff Sheldon
26 Lockett's alleged injuries, causation, and damages arising from the January 15, 2016
27 subject incident, including any injuries he allegedly sustained during his
28 apprehension and arrest, including his claimed injuries to his head, neck, eye socket,

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-3-

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1   any and all medical treatment he received after the incident, and prognosis of any

2   and all injuries claimed in connection with the subject incident, including, but not

3   limited to, any future treatment.

4       Where appropriate, Dr. Joshua will provide rebuttal testimony or respond to

5   or critique the opinions offered by Plaintiff's expert witnesses as those opinions

6   relate to his area of expertise.

7       2.   **Clarence Robert Chapman (Chief, Ret.)**, 1507 Seventh Street, Suite

8   350, Santa Monica, CA, 90401, (310) 429-2940.

9       Chief Chapman is a qualified Police Practices expert who has over 50 years of

10  law enforcement experience, including experience as a POST instructor and police

11  practices consultant at the local state and federal levels.  Chief Chapman was the

12  Chief of Police at the University of California Los Angeles Police Department,

13  overseeing 245 sworn and civilian personnel from June 1994 until his retirement in

14  December 2004.  In May 1966, Chief Chapman became a sworn officer in the Los

15  Angeles County Sheriff's Department, until he retired at the rank of Captain in June

16  1994.

17      Chief Chapman earned a Bachelor of Science in Public Affairs from

18  Pepperdine University, Malibu CA, in 1980.  Post graduation, he studied Public

19  Administration at the University of Southern California. Chief Chapman obtained a

20  Postgraduate Certificate in Criminal Justice Ed. from the University of Virginia,

21  Quantico, VA in 1992.  Chief Chapman earned a Masters of Business

22  Administration from the UCLA Executive Program, Los Angeles, CA in 1997.

23      During his over 40 year career in law enforcement, Chief Chapman

24  supervised, managed and commanded a vast number of police personnel and units

25  covering a wide range of assignments. As a Captain/Station Commander with the

26  Los Angeles County Sheriff's Department, and a California State Chief of Police,

27  retired Chief Chapman served as a supervisor, manager and executive level

28  administrator in the areas of field patrol, criminal investigations, officer involved

shooting investigations and policies, procedures and training in the area of use of force.

Retired Chief Chapman has consulted on over 1000 civil litigation cases involving law enforcement, criminal prosecution and employment practices and have given court and deposition testimony in over 300 cases. Chief Chapman has served over 150 clients from municipal, county, state and federal agencies and private enterprises and has been certified as an expert witness and certified in state and federal court in the areas of: Police Policy, Procedures and Practices, POST Training, Officer Involved Shootings- Deadly Force, Use of Force, Pursuit/Emergency Driving, Search Warrants, Racial Discrimination and Police Employment Practices, Jail & Custody Practices, amongst others.

From 1980 to 1982, Chief Chapman was appointed to the California State Governor's Office as Project Manager for a new and progressive criminal tracking project, known as the California Career Criminal Apprehension Program.

From 1987 to 1990, while assigned to the Sheriffs Department Detective Division, Narcotic Bureau, Chief Chapman was awarded a $3 million federal drug enforcement grant to target Los Angeles area street gangs involved in mid-level cocaine enterprises. Under Chief Chapman's command this highly successful and widely publicized law enforcement anti-drug effort, known as the STAR Grant, (Sheriffs Task force Against Rock), incorporated a multi-agency concept joining agents and investigators from the Federal Bureau of Investigation, State Bureau of Narcotics Enforcement and the Los Angeles County District Attorney's Office. During this project, Chief Chapman was sworn as a Deputy United States Federal Marshall.

In January of 1998, Chief Chapman was selected to participate on a task force with the UCLA Anderson School of Management to formulate an executive management curriculum for the Los Angeles Police Department's senior command staff. That effort culminated in the creation of an accredited police management

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  course for all LAPD senior level police administrators.

2  In June of 1998, Chief Chapman was selected by the Federal Bureau of
3  Investigation to attend the prestigious National Law Enforcement Executive
4  Academy in Quantico, VA.

5  Chief Chapman is a nationally recognized police practices management
6  consultant and instructor. In 1999, Chief Chapman was selected by the State of
7  California Department of Justice, Commission on Peace Officers Standards and
8  Training (POST) to serve as a staff instructor for the Center of Leadership
9  Development. In this capacity, Chief Chapman instructs the California State
10  Executive Development Management Course.

11  In January 2000, Chief Chapman was contracted by the City of Los Angeles
12  to assist the mayor's office in developing a systematic approach to facilitate
13  compliance with a federal court consent decree involving LAPD training and
14  citywide employment practices.

15  In June of 2001, Chief Chapman was appointed as an independent federal
16  monitor by the Federal Court in the district of New Mexico to oversee a class action
17  suit involving civil rights violations by local law enforcement. The areas Chief
18  Chapman was commissioned to monitor include specified police policies,
19  procedures and practices in the areas of racial profiling, search and seizure and use
20  of force.

21  During his career, Chief Chapman has published an editorial in the LA Times,
22  appeared on national television, given numerous lectures and speaking appearances,
23  attended trainings and received achievement awards. He also holds numerous
24  certifications, including a Force Science Institute Training Certificate in 2016 and
25  Force Science Instructors Course, Containment and De-Escalation in 2019.

26  Chief Chapman holds Post Certificates in the following areas: Basic through
27  Advanced, Supervisory, Management and Executive.

28  Per the agreement of counsel, Chief Chapman's report with his CV and Fee

1 Schedule will be served on June 12, 2020.

2   Chief Chapman is the Defendants' police practices expert. Defendants

3 anticipate that Chief Chapman will testify concerning the reasonableness and

4 justification of the actions of the LASD Deputies in connection with the subject

5 incident involving Plaintiff on January 15, 2016, including the alleged use of force

6 at the time of the subject incident. Chief Chapman will testify as to his opinions

7 regarding the deputies' compliance with local and national standards and best

8 practices, including compliance with California POST guidelines and LASD

9 training and whether the deputies acted in accordance with training, policies and the

10 standards expected of deputy sheriffs.

11   Where appropriate, Chief Chapman will provide rebuttal testimony or

12 respond to or critique the opinions offered by Plaintiff's expert witnesses as those

13 opinions relate to his area of expertise.

14 **II.**   **NON-RETAINED EXPERTS**

15   Defendants reserve the right to supplement this disclosure pursuant to *Federal*

16 *Rules of Civil Procedure*, Rule 26(e)(1).

17   Defendants reserve the right to elicit testimony regarding Plaintiff's injuries,

18 medical condition, prognosis, and/or treatment from non-retained health care

19 providers and Plaintiff's treating healthcare providers. Defendants anticipate they

20 will present evidence under *Federal Rules of Evidence*, Rules 702, 703, or 705 by

21 way of the following non-retained witnesses, who are Plaintiff's health care

22 providers, regarding Plaintiff's injuries, treatment, medical conditions, and/or

23 prognosis:

24   1. Chun Joey Chang, M.D., Coast Plaza Hospital, 13100 Studebaker Road,

25 Norwalk, CA, 90650 (562) 868-3751.

26   As this witness is not specially retained or generally employed for the purpose

27 of providing expert testimony by Defendants, this witness falls outside of the report

28 writing requirement of FRCP, Rule 26(a)(2)(B).

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

(i)      *The subject matter on which the witness is expected to present evidence*:  Dr. Chang was Plaintiff Lockett's attending physician at Coast Plaza Hospital after the January 15, 2016 subject incident, and is expected to testify regarding Plaintiff's presentation at Coast Plaza Hospital, any communications with Plaintiff and the examination, testing and assessment of Plaintiff and his medical condition at Coast Plaza Hospital after the incident and records related thereto.

(ii)     *A summary of the facts and opinions to which the witness is expected to testify*: The facts are those known to the parties through discovery, including materials produced through discovery, including the records from Coast Plaza Hospital, as well as the memory and testimony of persons who may testify at trial. In summary, Dr. Chang is expected to provide testimony about Plaintiff's care and treatment at Coast Plaza Hospital after the subject incident and jail clearance, including any of Plaintiff's medical history provided, examination and assessment, diagnoses, medical conditions and future prognosis, and his review of any and all other records and reports pertaining to Plaintiff's medical treatment and conditions.

2. Nicolaus Kuehn, M.D., Coast Plaza Hospital, Imaging Department, 13100 Studebaker Road, Norwalk, CA 90650.

As this witness is not specially retained or generally employed for the purpose of providing expert testimony by Defendants, this witness falls outside of the report writing requirement of FRCP, Rule 26(a)(2)(B).

(i)      *The subject matter on which the witness is expected to present evidence*:  Dr. Kuehn was a physician at Coast Plaza Hospital at the time of the subject incident and is expected to testify regarding his review, interpretation and approval of the CT Scans and X-Rays that Plaintiff underwent at Coast Plaza Hospital following the January 15, 2016 subject incident and the records related thereto.

(ii)     *A summary of the facts and opinions to which the witness is expected to testify*:  The facts are those known to the parties through discovery, including

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1  materials produced through discovery, including the records and films from Coast

2  Plaza Hospital, as well as the memory and testimony of persons who may testify at

3  trial.  In summary, Dr. Kuehn is expected to provide testimony about Plaintiff's care

4  and treatment at Coast Plaza Hospital after the subject incident, in particular, Dr.

5  Kuehn reviewed and interpreted the CT Scan of the head that Plaintiff underwent on

6  January 15, 2016 and also reviewed and interpreted Plaintiff's chest/rib x-ray.

7       3.     Atul Patel, M.D., Coast Plaza Hospital, Imaging Department, 13100

8  Studebaker Road, Norwalk, CA 90650.

9       As this witness is not specially retained or generally employed for the purpose

10  of providing expert testimony by Defendants, this witness falls outside of the report

11  writing requirement of FRCP, Rule 26(a)(2)(B).

12       (i)     *The subject matter on which the witness is expected to present*

13  *evidence*:  Dr. Patel was a physician at Coast Plaza Hospital at the time of the

14  subject incident and is expected to testify regarding his review, interpretation and

15  approval of the CT Scans that Plaintiff underwent that he reviewed and approved at

16  Coast Plaza Hospital following the January 15, 2016 subject incident and the

17  records related thereto.

18       (ii)    *A summary of the facts and opinions to which the witness is expected to*

19  *testify*:  The facts are those known to the parties through discovery, including

20  materials produced through discovery, including the records and films from Coast

21  Plaza Hospital, as well as the memory and testimony of persons who may testify at

22  trial.  In summary, Dr. Patel is expected to provide testimony about Plaintiff's care

23  and treatment at Coast Plaza Hospital after the subject incident, in particular, Dr.

24  Patel reviewed and interpreted the CT Scan of the cervical spine that Plaintiff

25  Sheldon Lockett underwent on January 15, 2016.

26       4.     Estrella Marlon, R.N., Coast Plaza Hospital, 13100 Studebaker Road,

27  Norwalk, CA, 90650 (562) 868-3751.

28       As this witness is not specially retained or generally employed for the purpose

of providing expert testimony by Defendants, this witness falls outside of the report writing requirement of FRCP, Rule 26(a)(2)(B).

(i) *The subject matter on which the witness is expected to present evidence*:  The facts are those known to the parties through discovery, including materials produced through discovery, including the records and films from Coast Plaza Hospital, as well as the memory and testimony of persons who may testify at trial.  Nurse Marlon was a registered nurse at Coast Plaza Hospital at the time of the subject incident and is expected to testify regarding her assessment, treatment and monitoring of Plaintiff that she provided at Coast Plaza Hospital following the January 15, 2016 subject incident and the records related thereto.

(ii) *A summary of the facts and opinions to which the witness is expected to testify*:  The facts are those known to the parties through discovery, including materials produced through discovery, including the records and films from Coast Plaza Hospital, as well as the memory and testimony of persons who may testify at trial.  In summary, Nurse Marlon is expected to provide testimony about Plaintiff's assessment and treatment that she provided at Coast Plaza Hospital after the subject incident, in particular, any monitoring and Plaintiff's refusal of medication.

5. Detective Eduardo Flores, may be contacted through counsel for the County.

(i) *The subject matter on which the witness is expected to present evidence*:

Detective Flores will provide expert testimony about the meaning of the term "nocos."

(ii) *A summary of the facts and opinions to which the witness is expected to testify*:

Detective Flores will testify that the term "nocos" is slang for "narcotics."

6. Detective Jerry Saba, may be contacted through counsel for the County.

(i) *The subject matter on which the witness is expected to present*

*evidence*:

Detective Saba will testify regarding the cellular phone data that the extracted.

(ii)    *A summary of the facts and opinions to which the witness is expected to testify*:

Detective Saba will testify as to the process and methodology of the extraction as well as the data that he extracted from the cellular phone and the report related thereto.

7.    Kristina Fritz, Senior Criminalist, may be contacted through counsel for the County.

(i)    *The subject matter on which the witness is expected to present evidence*:

Criminalist Ms. Fritz will testify regarding her analysis of the gunshot residue kit collected from Plaintiff.

(ii)    *A summary of the facts and opinions to which the witness is expected to testify*:

Ms. Fritz will testify regarding her examination, methodology and analysis of the gunshot residue kit and her conclusions and documentation of her findings.

## III.    <u>RESERVATION OF RIGHTS</u>

Defendants reserve the right to elicit expert witness testimony from any expert designated by any other party in this case.

Defendants further reserve the right to designate additional experts as may be required as a result of discovery which takes place subsequent to the designation date.

Defendants reserve the right to supplement this disclosure pursuant to *Federal Rules of Civil Procedure*, Rule 26(e)(1).

Defendants reserve the right to elicit testimony regarding Plaintiff's injuries and medical condition from non-retained experts.

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

1    Further, should new allegations or contentions be made, Defendants reserve

2  the right to nominate and call at the time of trial, such further experts as Defendants

3  may deem advisable or appropriate.

4

5  DATED: June 10, 2020                    HURRELL CANTRALL LLP

6

7                                         By:  /s/ *Natalie U. Luongo*

8                                              THOMAS C. HURRELL
                                              NATALIE U. LUONGO
9                                              FARYAR BARZIN
                                              Attorneys for Defendant,
10                                             MIZRAIN ORREGO

11

12  Dated:  June 10, 2020                  IVIE, McNEILL, WYATT, PURCELL & DIGGS

13

14

15                                        By:   /s/ *Jack F. Altura*
                                              RICKEY IVIE
16                                             JACK F. ALTURA
                                              Attorneys for Defendants,
17                                             COUNTY OF LOS ANGELES; and
                                              LOS ANGELES COUNTY
18                                             SHERIFF'S DEPARTMENT

19

20  Dated:  June 10, 2020                  SEKI, NISHIMURA & WATASE

21

22                                        By:   /s/ *Gilbert Nishimura*
                                              GILBERT NISHIMURA
23                                             JANET KEUPER
                                              ANDREW PONGRACZ
24                                             Attorneys for Defendant,
                                              SAMUEL ALDAMA
25

26

27

28

HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

-12-

# EXHIBIT "A"

# ALFRED A. JOSHUA MD, MBA, CCHP-P, FAAEM

AlfredJoshuaMD@gmail.com ♦ PO Box 5000 PMB 525 Rancho Santa Fe, CA 92067 ♦

## OBJECTIVES

Creating a correctional healthcare system that redesigns medical and mental health services to continuously bring quality, innovation, access, and efficiency.

## EDUCATION

UC Irvine Healthcare Executive Masters of Business Administration (MBA)
Paul Merage School of Business
6/2013

1. Excellence Award Top Grade Point Average for HCEMBA Class of 2013
2. Dean's Scholar for Academic Excellence (June 2013)-Awarded to top 12% of UC Irvine MBA graduates
3. Beta Gamma Sigma International Honor Society (June 2013)- Awarded to top 20% of MBA graduates

SUNY Syracuse
5/2007 Doctor of Medicine (MD)

Alpha Omega Alpha(AOA)- (September 2006) elected into Medical School Honor society of top 16% of medical school graduates elected based on leadership, character, community service, and professionalism

CUNY: Sophie Davis School of Biomedical Education
6/2005 Bachelor of Science (BS)
Awarded Cum Laude

## ADMINISTRATIVE EXPERIENCE

Paradise Valley and Alvarado Medical Center, San Diego County
*Regional Chief Medical Officer* 2/5/19-Present

Serving as the Regional Chief Medical Officer over both Paradise Valley Hospital and Alvarado Medical Center to provide oversight of clinical programs and strategic integrations.

Sheriff's Department, San Diego County ♦ 5530 Overland Ave San Diego, CA
*Chief Medical Officer* 11/15/2013 – 6/29/18

Serving as the Chief Medical Officer for the San Diego Sheriff's Department to manage a comprehensive health care program that is designed to serve 91,000+ inmates who are annually booked with an average daily population of 5,900 inmates housed at seven detention facilities throughout the San Diego region covering 4,562 square miles.  Dr. Joshua oversees a staff of 307 employees, 19 contracts, and a budget of $75 million annually.  Comprehensive medical services

managed include on site medical, telehealth services, dental, mental health, dialysis, public health as well as inpatient hospitalizations, outpatient specialty referrals, optometry, radiology and lab services with over 100 contracted medical providers. In addition, I am involved with medical and mental health contract oversight, financial forecasting, media relations, and legal consultation for County Counsel.

I have served as a subject matter expert for the Board of State and Community Corrections (BSCC) on medical and mental health best practices and revision of Title 15 regulations.  I serve as consultant and expert witness on medical malpractice, negligence and deliberate indifference claims cases in California and other states related to primarily to corrections.

### Highlights (2013-2018)

1.   Creation of Managed Care Department for central utilization review and establish new value based hospital contracting which saved the Sheriff's department $57 Million over 4 fiscal years in inpatient and outpatient medical care.

2.   Standardizing medical and mental healthcare across seven facilities through policies & procedures, staffing recruitment and system redesign for how services are accessed and quality control measures to ensure compliance.

3.  Revised Sheriff's department medical and psychiatric formulary to be efficacious, cost effective, and least side effect profile for patients and streamlined operations with outsourcing of medication dispensing.

4.   Redesigned Mental Health care with a new suicide prevention protocol (Inmate Safety Program) that is designed to reduce suicide deaths, attempts, and safety cell placements.

5.   Creating a TeleHealth infrastructure and operationalizing outpatient specialty referrals in all jails to utilize this medium to improve access to care.

6.   Reduction of opiate medication usage in San Diego Jails by 98% in 4 years and implemented a program for counseling and accountability for patients.

### AWARDS

1.   **Certificate of Commendation** (April 28, 2015): in recognition of leadership in changing medical care in the jails since the implementation of AB 109.  The significant and positive shift in managing inmate/patient healthcare as a result of dedication, professionalism and innovative ideas.

Alfred A. Joshua MD, MBA, FAAEM

2. **CAO Excellence Award for Public Safety Group (2015):** in recognition of an executive in Public Safety Group who demonstrated excellence in leadership for the county.

**Volunteers of America, San Diego** ♦ 3530 Camino Del Rio N #300, San Diego, CA
*Medical Consultant* 01/2013 – 12/2017

Served as the Medical Director to develop clinical infrastructure with certain VOA health programs located in San Diego. Responsibilities include: 1. System Assessment and preparation to position agency for opportunities associated with Health Care Reform 2. Quality Assurance- Full review of operating protocols to align with Health Care Reform 3. Medical Professional Liaison  4. Research and develop opportunities to enhance the wellness of clients in treatment facilities. 5. Developed and conducts a weekly onsite clinic to provide medical services to patients at the facility.

**Tri-City Medical Center** ♦ 4002 Vista Way Oceanside, CA
*Senior Medical Officer, Healthcare Reform* 05/2013 – 11/14/2013

Serving as Senior Medical Officer to carry out strategic initiatives of the medical center including building a primary care infrastructure, specialist referral base, and executing on the joint powers agreement with Fallbrook Hospital. To counsel the medical center on issues related to Affordable Care Act and Healthcare Reform.

**UC San Diego** ♦ 200 West Arbor Drive San Diego, CA
*Health System Administrative Fellow* 06/2011 – 05/2013

The first physician administrative fellow to work with the health system's executive management team along with direct supervision from CEO, President of the Medical Group, and Chief Medical Officer to learn to learn the daily operations and strategic initiatives of an academic medical center. Projects/Initiatives to further the mission and vision of the health system include:  1)Project Manager: Lean Six Sigma(ED/Lab)   2)Advisor: ED UHC Collaborative 3)Pharmacy Patient Counseling initiative 4)Jacobs Medical Center Planning 5) Qualcomm RFP 6)ED/Psych Resource Utilization Program 7)Urgent Care Business Plan

## CLINICAL EXPERIENCE

**Veteran Affairs** ♦ La Jolla, CA
*Emergency Department Physician* 02/2015 – Present

Working as a Board Certified physician at a community district hospital to provide emergency room care to veterans.

Alfred A. Joshua MD, MBA, FAAEM

### Tri-City Hospital ♦ Vista, CA
***Emergency Department Physician*** 09/2011 – 07/2014

Working as a Board Certified physician at a community district hospital to provide emergency room care to patients.

### UC San Diego ♦ 200 West Arbor Drive San Diego, CA
***Assistant Clinical Professor, Non Salaried*** 07/2011 – 11/2013

Working as a Board Certified emergency department physician at a tertiary care academic medical center at the Hillcrest and Thornton hospital to provide care for patients. Worked at county jails (George Bailey, Central Jail, Las Colinas, South Bay Jail) from 2010-2012 to provide physician sick call service at each location.

### UCSD Emergency Medicine Residency ♦ 200 West Arbor Drive San Diego, CA
***Resident Physician, Flight Physician*** 07/2008 – 06/2011

Working as a resident physician at the Hillcrest and Thornton Emergency departments to provide care for patients. Flying in medical transport helicopters to respond to scene calls to transport patients and provide critical on scene medical care.

- Residency Award: 2010 ACEP/EMRA NATIONAL RESUSCITATION SIMULATION CHAMPIONS (SIM WARS)

### Scripps Mercy Hospital ♦ San Diego, CA
***Transitional Year Intern*** 07/2007 – 06/2008

Working as an intern physician at Scripps Mercy.

## BOARD PARTICIPATION

1. **San Diego Health Connect**- July 2015-June 2018. Serve as a Board of Directors as the representative for the Sheriff's Department and Public Safety Group for the San Diego Health Connect, a nonprofit Health Information Exchange to share medical information across most of the San Diego Hospitals/Health Systems and County of San Diego's Health and Human Services.

2. **Council of Mentally Ill Offenders(COMIO)**- Appointed July 2015-December 2018. Appointed by the Speaker of the House, Toni Atkins to serve as a Board of Directors to a Board that oversees treatment of mentally ill inmates in custody.

Alfred A. Joshua MD, MBA, FAAEM

## PUBLICATIONS

### Book Chapters:

1. Joshua A:  Blunt neck trauma.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Barkin A, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010.
2. Joshua A:  Subarachnoid hemorrhage.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Barkin A, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2010
3. Joshua A:  Abdominal Imaging, Trauma.  In: <u>Rosen and Barkin's 5-Minute Emergency Medicine Consult</u> (fourth edition).  Schaider J, Hayden SR, Wolfe R, Barkin RM, Barkin A, Shayne P, Rosen P (Eds.); Philadelphia: Lippincott Williams & Wilkins, 2013


**Grants/Consulting:**
1. Easy IO Educational Grant: $8500
2. Cepheid: ED Advisory Panel: New Products $2500 (Honorarium)


**Abstracts Presented:**
1. Joshua A, Chan T., Castillo E.; A Conceptual Model for Emergency Department Throughput: ED Bed Time (BT) and its effects on Waiting Room Times and Left Without Being Seen Patients Regional SAEM Conference
3/2010 Sonoma, CA
2. Joshua A, Chan T., Castillo E.; A Tool for Emergency Department Throughput: Using Maximum ED Bed Time to Reduce Wait Times and the Number of Left Without Being Seen Patients ACEP National Conference 9/2010 Las Vegas, CA
3. Joshua A, Sloane C., Chan T., Vilke G. Interosseous line vs. central line in adult hypotensive patients Regional SAEM Conference 2/2011 Keystone, CO
4. Joshua A. et. al An Innovative Solution to Reduce ED Recidivism among Substance Abuse and Psychiatric Patients. ACEP 10/2013, Seattle, WA


**Publications:**
1. Joshua A, Chan T., Castillo E.; A Tool for Emergency Department Throughput: Using Maximum ED Bed Time to Reduce Wait Times and the Number of Left Without Being Seen Patients Annals of Emergency Medicine 9/2010 (Abstract)
2. Nordt SP, Minns A, Carstairs S, Kreshak A, Campbell C, Tomaszewski C, Hayden SH, Clark RF, Joshua A, Ly BT:  Mass sociogenic illness initially reported as carbon monoxide poisoning.  J Emerg Med 2012;42(2):159-161.
3. Campbell, Joshua, Medak, et al. Is ultrasound-guided subclavian vein cannulation more successful than traditional methods? Academic Emergency Medicine. 2011; Blackwell Publishing Ltd. Vol 18(5) S211. (abstract)

Alfred A. Joshua MD, MBA, FAAEM

4. Karla DW, Bovet J, Haynes B, Joshua A, et al. Training law enforcement to respond to opioid overdose with naloxone: Impact on knowledge, attitudes, and interactions with community members. *Drug and Alcohol Dependence* 2016
5. Degner N, Joshua A, et al. Comparison of Digital Chest Radiographyto Purified Protein Derivative for Screening of Tuberculosis in Newly Admitted Inmates. Journal of Correctional Healthcare 2016 Vol. 22(4) 322-330

**Press Releases/Media(Television/Radio/Newspaper):**

1. "How Drug Abuse Affects ERs, and What Emergency Physicians Are Doing About It"- Reuters
   http://www.prnewswire.com/news-releases/how-drug-abuse-affects-ers-and-what-emergency-physicians-are-doing-about-it-227222331.html

2. Flu Shots- Tri-City Medical Center- KUSI (Television)- June 2013
3. Smoking Alcohol- Tri-City Medical Center- KUSI (Television)-July 2013
   https://www.youtube.com/watch?v=HeUeKIkhQsE

4. "Working on Jail Remedies"- Sheriff's Department
   http://www.countynewscenter.com/news/working-jail-remedies

5. Changing Medical Model for San Diego County Jails- Sheriff's Department(Television)
   http://www.kpbs.org/news/2014/feb/18/sd-county-changing-medical-model-jails-meet-needs-/

6. Changing Medical Model for San Diego County Jails (Radio)

   http://www.kpbs.org/audioclips/21367/#transcript

7. Overdose Antidote Interviews & Simulation Demonstration (YouTube Video)
8. An Interview with Sheriff's Chief Medical Officer- Citybeat July 2014
   http://www.sdcitybeat.com/sandiego/article-13223-an-interview-with-the-sheriffs-chief-medical-officer.html
9. Citizens' Panel Investigates Policy in Jail Death – KUSI (Television) – September 2014
10. Lending a Hand in San Diego(Volunteers of America), Bank of America 2014
11. http://about.bankofamerica.com/en-us/partnering-locally/lending-a-hand-in-san-diego.html#fbid=REGjpMKLhvF
12. Silver Star Article- February 2015- Redesigning Medical and Mental Health Care in Jails
13. Ethics Awareness Newsletter (Sheriff's Department) March 16, 2015
14. Cutting Crime Among the Mentally Ill (CNN Money) April 2015
    http://money.cnn.com/2015/04/24/news/economy/mentally-ill-crime/index.html

Alfred A. Joshua MD, MBA, FAAEM

15. San Diego County jail protocols aim to cut suicide rate (LA Times) December 2015
http://www.latimes.com/local/california/la-me-sd-suicide-watch-20151221-story.html

16. New Jail Menu Focuses on Nutrition (CW 6) January 2015
http://www.cw6sandiego.com/new-jail-menu-focuses-on-nutrition/

17. Sheriff's Department Makes Strides to improve diets of inmates (East County Magazine)
http://www.eastcountymagazine.org/sheriff%E2%80%99s-department-making-strides-improve-diets-inmates

18. As need skyrockets, Sacramento jail to expand aid to mentally ill March 2017
http://www.sacbee.com/news/local/crime/article140363113.html

19. San Diego County jails make changes to treat mentally ill inmates, curb suicides April 2017
http://www.sandiegouniontribune.com/news/public-safety/

20. Possible Hepatitis Exposure at Detention Facilities March 2018
https://www.eastcountymagazine.org/possible-hepatitis-exposure-detention-facilities-santee-and-vista

21. Weaning the County Jail Population off Opioids April 2018
http://www.sandiegouniontribune.com/news/public-safety/sd-me-opioids-jails-20180423-story.html

22. San Diego County jails reduce prescriptions for opioids  May 2018
http://www.kusi.com/san-diego-county-jails-reduce-prescriptions-opioids/


**Presentations/Public Speaking Engagements:**

1. Public Safety Group CAO Quarterly Presentation Panel – Mental Health in Regards to Public Safety Realignment – February 2014
2. Neighborhood House Association – Mental Health Presentation – March 2014
3. Citizens Law Enforcement Review Board Presentation – Suicide Prevention Strategies – June 2014
4. Open Minds Presentation – Mental Health in San Diego County Jails – August 2014
5. California State Sheriffs' Association – Affordable Care Act – August 2014
6. National Commission on Correctional Health Association – Viewing Correctional Healthcare as a Payor – October 2014
7. Honorary Sheriff Deputy Association- Redesigning Medical and Mental Healthcare in San Diego County Jails: A life and death challenge 2015
8. Police Chief's Presentation: Redesigning Medical and Mental Healthcare: 5 Year Plan
9. San Diego Mental Health Coalition: Mental Health care in San Diego Jails – April 2015

10. Citizens Law Enforcement Review Board Presentation – Suicide Prevention Strategies – July 2015
11. Behavioral Health Advisory Board- Nov 2015
12. San Diego Law Society- Redesigning Mental Health Care in Jails Nov 2015
13. National Commission on Correctional Health Association – Inmate Safety Program – April 2016
14. Grand Jury Presentation- Mental Health San Diego Jails July 2016
15. California Coalition for Mental Health - Correctional Mental Health Care September 2016
16. San Diego Organization of Healthcare Leaders(SOHL) Correctional Healthcare and Information Technology: San Diego County Jails and San Diego Health Connect October 2016
17. American Correctional Health Services Association - Inmate Safety Program- San Diego Jails October 2016
18. Mental Health Services OAC: Jail Mental Health Services (Panel Discussion)- March 2017
19. Past Grand Jury Association- June 2017
20. Health Trained Deputy Sheriff Training- August 2017
21. California Crisis Intervention Training Association: Redesigning Medical and Mental Health Services in Jails- August 2017
22. Emergency Medical Oversight Committee(EMOC) Presentation: Medical and Mental Health Care in Jails- February 2018
23. Citizens Law Enforcement Review Board (CLERB): Future of Jail Medical and Mental Health Services February 2018
24. UC San Diego Department of Psychiatry Presentation: Correctional Medicine- March 2018
25. National Commission on Correctional Health Association – Evolution of a Suicide Prevention Protocol – April 2018
26. National Commission on Correctional Health Association – Hepatitis A Outbreak and a County Jail Response – April 2018
27. Mental Health Symposium- Jail Mental Health Expert Speaker – April 2018
28. Western American Correctional Health Services Association - Telemedicine In Correctional Healthcare- October 2018
29. National Commission on Correctional Health Association – Creating a TeleHealth Infrastructure for your Facility– October 2018

Alfred A. Joshua MD, MBA, FAAEM

## CERTIFICATIONS

American Board of Emergency Medicine: Board Certified Emergency Medicine Physician Exp: 10/2022

California Medical License  Issued 10/10/08  exp. 1/31/20

DEA #: Ask if needed  exp. 12/2020

NPI #: Ask if needed

Lean Six Sigma Practitioner Awarded: 2/2012

Certified Correctional Health Professional(CCHP)  9/2017

Certified Correctional Health Professional- Physician(CCHP-P) 11/2017

## PROFESSIONAL SOCIETY MEMBERSHIPS

- American Medical Association (AMA)

- American Correctional Health Services Association (ACHSA)

- National Commission on Correctional Healthcare Association (NCCHCA)

- American College of Correctional Physicians (ACCP)

- American Academy of Emergency Medicine (AAEM)

# Alfred Joshua MD, MBA, CCHP-P, FAAEM

PO Box 5000 PMB 525
Rancho Santa Fe, CA 92067
619-208-7053
AlfredJoshuaMD@gmail.com

## Medical Expert Fee Schedule

FEE SCHEDULE
For case material review, research, report writing, deposition, trial preparation, and telephonic or in person meetings: $450.00/ hour
A retainer for 8 hours ($3,600.00) may be requested in advance.

For deposition and trial testimony: $2,400.00 for depositions lasting up to 4 hours. Minimum of 4 hours. Additional deposition and trial testimony time will be billed at the hourly rate of $600.00/hour.

TRAVEL
*If travel out of county (more than 100 miles) for deposition or trial is required:*

- Travel by Air or Train: The actual cost of the round-trip ticket, plus a ten percent (10%) handling fee.
- Lodging: For any travel of more than eighty (100) miles from my office, I shall be reimbursed for the cost of meals and lodging, plus a ten percent (10%) handling fee.
- Car Rental: In the event of travel beyond the local area, I shall be reimbursed for the cost of a mid-sized rental car and any associated expenses, plus a ten percent (10%) handling fee.
- Unless you otherwise instruct, or unless refundable tickets are not available, I will purchase refundable tickets for any necessary travel. Should you request that I purchase non-refundable tickets in order to travel at a lower cost, or if refundable tickets are not available, you shall reimburse me for the cost of any non-refundable ticket at the rate outlined herein whether or not the ticket is used.

You may avoid the ten percent handling fee associated with certain travel expenses by arranging to directly purchase round-trip travel tickets on my behalf, and by arranging for the direct payment of any car rental expense, lodging, and meal expenses by your office.

Time for travel will be billed at the standard review rate up to 4 hours each direction. The time starts at departure from home until arrival in host city, and from departure from host city until arrival home.

*If travel is within the county (less than 100 miles) for deposition or trial is required:*

Time for travel will be billed at the standard review rate up to 2 hours each direction. The time starts at departure from home until arrival at the depo/trial site, and from departure until arrival home.

<u>CANCELLATION:</u>
A cancellation fee of $1000.00 will be charged if a trial or deposition is cancelled with less than 48 hours notice from the agreed upon scheduled time within San Diego County, or within 96 hours outside of San Diego County.