# EXHIBIT 5

```
 1            UNITED STATES DISTRICT COURT
 2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4   SHELDON LOCKETT; MICHELLE      ) Case No.
     DAVIS; and CLYDE DAVIS,        ) 18-CV-5838-PJW
 5                                  )
           Plaintiffs,              )
 6                                  )
              vs.                   )
 7                                  )
     COUNTY OF LOS ANGELES, a public)
 8   entity; LOS ANGELES COUNTY     )
     SHERIFF'S DEPARTMENT, a law    )
 9   enforcement agency; SHERIFF JIM)
     McDONNELL; MIZRAIN ORREGO, a   )
10   Deputy Los Angeles County      )
     Sheriff; SAMUEL ALDAMA, a      )
11   Deputy Los Angeles County      )
     Sheriff; and DOES 1 through    )
12   100, inclusive,                )
                                    )
13         Defendants.               )
     _____)
14
15
16   VIDEOTAPED DEPOSITION OF DEPUTY AUSTREBERTO GONZALEZ
17                       Volume I
18                   Via Videoconference
19                Tuesday, August 11, 2020
20
21
22
23   Reported by:
     Gideon Choi
24   CSR No. 13258
25
                                                    Page 1
```

```
 1   BY MR. SWEENEY:                                          11:16:46
 2      Q   What is your knowledge based on, sir?             11:16:47
 3      A   My knowledge is that after a shooting, there is  11:16:49
 4   998 debriefs.  People get invited, certain people, not  11:16:54
 5   everybody at the station.  They go to a bar, they have  11:17:00
 6   drinks, they celebrate together, and oftentimes the     11:17:04
 7   deputy and the partner will get inked afterwards.       11:17:12
 8      Q   Okay.  And have you found that these inkings are 11:17:14
 9   like a reward for doing the shooting?                   11:17:21
10      MR. IVIE:  Objection; leading; suggestive.           11:17:31
11      MR. NISHIMURA:  Lacks foundation.                    11:17:33
12      THE WITNESS:  Well, I mean, yes.  What else can you  11:17:35
13   call it?  I think it is some type of reward.  A lot of  11:17:38
14   deputies, we call them prospects because, you know,     11:17:44
15   they're hurting and they're want that.  They acknowledge 11:17:47
16   they're chasing ink which is, you know, that they want  11:17:50
17   to get inked.  And so call it coincidence.  I mean, you 11:17:53
18   know, they get inked oftentimes after a shooting.       11:17:59
19   BY MR. SWEENEY:                                          11:18:04
20      Q   You said or you used the term "chasing ink"; is  11:18:05
21   that what you said?                                     11:18:09
22      A   Yes.                                             11:18:09
23      Q   So with this gang, it's your testimony that      11:18:10
24   prospects are encouraged to do shootings or violent acts 11:18:21
25   in order to get inked?                                  11:18:27
```

Page 39

```
 1        MR. IVIE:  Objection; leading; suggestive; no          11:18:29
 2    foundation.                                                 11:18:31
 3        THE WITNESS:  It is my knowledge that by common         11:18:34
 4    practice with the group, that if you quote/unquote          11:18:40
 5    "work", if you're cooking, if you are involved in a         11:18:45
 6    shooting, I mean, like I said, history will show that       11:18:52
 7    they get inked.  So we call it ink chasers because          11:18:56
 8    they're out there trying to show the rest of the            11:19:00
 9    members, the rest of the inked members that, you know,      11:19:04
10    they're worthy of that tattoo.                              11:19:07
11    BY MR. SWEENEY:                                             11:19:09
12        Q   Have you heard anyone say or do you have any        11:19:11
13    knowledge -- strike that.                                   11:19:14
14            Do you have any knowledge that Deputy Aldama was    11:19:14
15    chasing ink when he did his shooting of a citizen?          11:19:21
16        MR. IVIE:  Objection; leading; suggestive; and no       11:19:26
17    foundation.                                                 11:19:28
18        MR. SWEENEY:  You can answer.                           11:19:34
19        THE WITNESS:  Could you repeat the question?  I'm       11:19:35
20    sorry.                                                      11:19:36
21    BY MR. SWEENEY:                                             11:19:37
22        Q   Sure.  Do you have any knowledge that               11:19:37
23    Deputy Aldama was, as you said, chasing ink when he shot    11:19:40
24    a citizen?                                                  11:19:46
25        MR. IVIE:  Leading; no foundation.                      11:19:47
```

Page 40

Personal Court Reporters, A Veritext Company
818-988-1900

```
1                      CERTIFICATION

2                            OF

3              CERTIFIED SHORTHAND REPORTER

4

5        I, the undersigned, a Certified Shorthand

6   Reporter of the State of California do hereby certify:

7        That the foregoing proceedings were taken before

8   me at the time and place herein set forth; that any

9   witnesses in the foregoing proceedings, prior to

10  testifying, were placed under oath; that a verbatim

11  record of the proceedings was made by me using machine

12  shorthand which was thereafter transcribed under my

13  direction; further, that the foregoing is and accurate

14  transcription thereof.

15       I further certify that I am neither financially

16  interested in the action nor a relative or employee of

17  any attorney of any of the parties.

18

19       IN WITNESS HEREOF, I have this date subscribed

20  my name

21            [signature]

22

23            Gideon Choi, CSR

24            Certificate No. 13258

25       Dated:  August 12, 2020
```

Page 228