# EXHIBIT 8

  

**Aldama**  **Orrego**  **Benzor**