# EXHIBIT 1

1  John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com
4
Steven C. Glickman, Esq. (State Bar No. 105436)
5  **GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
6  9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
7  Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com
8
9  Attorneys for Plaintiff SHELDON LOCKETT

10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14  SHELDON LOCKETT; MICHELLE     ) Case No.: 18-CV-5838-PJW
DAVIS; and CLYDE DAVIS,         )
15                                ) *Assigned to Hon. Patrick J. Walsh,*
                Plaintiffs,       ) *Magistrate Judge*
16                                )
17              v.                ) **PLAINTIFF'S THIRD**
                                  ) **SUPPLEMENTAL DISCLOSURES**
18  COUNTY OF LOS ANGELES, a      ) **PURSUANT TO FEDERAL RULE**
public entity; LOS ANGELES       ) **OF CIVIL PROCEDURE 26(a)(1)**
19  COUNTY SHERIFF'S              )
DEPARTMENT, a law enforcement    )
20  agency; SHERIFF JIM           )
McDONNELL; MIZRAIN ORREGO,       )
21  a Deputy Los Angeles County Sheriff; )
SAMUEL ALDAMA, a Deputy Los      )
22  Angeles County Sheriff; and DOES 1   )
through 100, inclusive.,         )
23                                )
24              Defendants.       )
_____  )
25
26
27
28

Plaintiff hereby makes the following third supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following documents that are all of the items identified as exhibits at depositions to date [Exhibits 1-118]. These items have all been produced at the various depositions in this case so copies are not provided

Additional exhibits not yet identified at depositions are marked as 151-204. Copies of these documents are included in the shared DropBox link:

https://www.dropbox.com/sh/a8anav38njpfc3p/AACqO4bPfSSYnGLDNRAn zdcQa?dl=0

A list of all exhibits is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies the following individuals pursuant to F.R.C.P. 26(a)(1)(A). This identification is based on plaintiff's broad interpretation for disclosure and does not imply plaintiff's belief that these individuals have discoverable information relevant to the disputed facts.  Based on such broad interpretation, the following are the names, addresses and telephone numbers of individuals who likely have discoverable information that the disclosing party may use to support his claims or defenses identifying the subjects of the information. Plaintiff will supplement the list

of witnesses, and subject of their testimony, to the extent required by F.R.C.P. 26(a)(1)(A).

### A.   PERCIPIENT WITNESSES

In addition to the previously identified witnesses, plaintiff identifies the following employees of the Los Angeles County Sheriff's Department who may be contacted c/o Ivie, McNeill & Wyatt, 444 S. Flower St., 18th Floor, Los Angeles, CA 90071 as identified at the deposition of  Deputy Austreberto Gonzalez:

35.   Deputy Vega

36. Deputy Hernandez

37. Deputy Jaime Juarez

38. Deputy Jesus Sandoval

39. Deputy Cuvas

40. Deputy Aiya

41. Deputy Avalos

42. Deputy Self

43. Deputy Harris

44. Deputy Vasquez

45. Deputy Baray

46. Deputy Davila

47. Deputy O Saldana

48. Deputy D. Aviles

49. Deputy D. Ruiz Aguilar

50. Deputy J. Krase

51. Deputy R. Jimenez

52. Deputy P. Beserra

53. Deputy Eugene Contreras

54. Deputy O Covarrubias

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

55. Deputy C. Del Castillo

56. Deputy S. Estrada

57. Deputy J. Sandoval-Mendoza

58. Deputy Iliana Vargas

59. Lt. John Wargo

60. Deputy Jonathan Alcala

61. Deputy Gabriel Guzman

62. Sgt. Andy Leos

63. Deputy Edwin Barajas

64. Deputy Anthony Bautista

65. Deputy Thomas Banuelos

66. Lt. Steven Ruiz

67. Captain LaTonya Clark

68. Deputy Adrian Garcia

69. Sgt. Frank Barragan

70. Lt. Nicole Palomino

71. Sgt. Barragan

72. Deputy Sergio Jimenez

73. Deputy Wanda Valiente

74. Deputy David Battles

75. Deputy Austreberto Gonzalez

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

**B.    EXPERT WITNESSES**

Plaintiff intends to call those witnesses as identified on plaintiff's expert witness designation as well as to call witnesses as identified on defendants' expert witness designations.

DATED:  September 14, 2020          THE SWEENEY FIRM

                                    and

                                    GLICKMAN & GLICKMAN,
                                    A LAW CORPORATION

                                    By  /s/ Steven C. Glickman
                                         John E. Sweeney
                                         Steven C. Glickman
                                         Attorneys for Plaintiff
                                         SHELDON LOCKETT

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **September 14, 2020**, I served the foregoing documents described as: **PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address lupe.gallardo@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 14, 2020**, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
         Steven C. Glickman

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## **SERVICE LIST**

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| | |
|---|---|
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S THIRD SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>                    Plaintiffs,<br><br>          v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>                    Defendants. | Case No.:  18-CV-5838-PJW<br>*Assigned to Hon. Patrick J. Walsh, Magistrate Judge*<br><br>**PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following fourth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibit: 205 – Burnett/Villanueva interview

This exhibit has been  included in the shared DropBox link:

https://www.dropbox.com/sh/a8anav38njpfc3p/AACqO4bPfSSYnGLDNRAnzdcQa?dl=0

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies Alex Villanueva as an additional witness pursuant to F.R.C.P. 26(a)(1)(A) that the disclosing party may use to support his claims or defenses. Plaintiff will supplement the list of witnesses to the extent required by F.R.C.P. 26(a)(1)(A).

In addition to the previously identified witnesses, plaintiff identifies the following employee of the Los Angeles County Sheriff's Department who may be contacted c/o Ivie, McNeill & Wyatt, 444 S. Flower St., 18th Floor, Los Angeles, CA 9007:

76. Alex Villanueva

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

DATED:  September 21, 2020          THE SWEENEY FIRM

                                    and

                                    GLICKMAN & GLICKMAN,
                                    A LAW CORPORATION

                                    By  /s/ Steven C. Glickman
                                        John E. Sweeney
                                        Steven C. Glickman
                                        Attorneys for Plaintiff
                                        SHELDON LOCKETT

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **September 21, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

    **[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address lupe.gallardo@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on **September 21, 2020**, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
       Steven C. Glickman

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| | |
|---|---|
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S FOURTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,
A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>        Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S  FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following fifth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

## PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

---

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

206    Gonzalez v County of LA – complaint

207    Waldie v County of LA – First Amended Complaint

208    Guzman claim for damages

209    Banuelos claim for damages

Copies of these documents are served as attachments to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies the following individuals pursuant to F.R.C.P. 26(a)(1)(A). This identification is based on plaintiff's broad interpretation for disclosure and does not imply plaintiff's belief that these individuals have discoverable information relevant to the disputed facts.  Based on such broad interpretation, the following are the names, addresses and telephone numbers of individuals who likely have discoverable information that the disclosing party may use to support his claims or defenses identifying the subjects of the information. Plaintiff will supplement the list of witnesses, and subject of their testimony, to the extent required by F.R.C.P. 26(a)(1)(A).

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## A.   PERCIPIENT WITNESSES

In addition to the previously identified witnesses, plaintiff identifies the following employees of the Los Angeles County Sheriff's Department who may be contacted c/o Ivie, McNeill & Wyatt, 444 S. Flower St., 18th Floor, Los Angeles, CA 90071 and/or thought their attorney of record Alan Romero, ROMERO LAW, APC, 80 S. Lake Avenue, Suite 880, Pasadena, CA 91101-2672. Garrido

77. Javier Guzman, Jr Deputy Guzman is anticipated to testify about those matters as set forth in his claim for damages as well as all items set for the below for Lt. Garrido.

78. Lt. Garrido: Lt. Garrido  is anticipated to testify about all issues relating to the Executioners and the Compton station, including but not limited to the following:

- Deputies who are members of the Executioners
- Deputies who are prospects to become members of the executioners
- Actions taken by the inked members of the Executioners
- Actions taken by prospects to become members of the Executioners
- The knowledge of superiors and ranking members within the Sheriff's Department as to the Executioners
- The "ghost gun" process
- How a member becomes "inked"
- How a prospect "chases ink"
- How the Executioners were running the Compton station

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

DATED:  October 1, 2020          THE SWEENEY FIRM

                                 and

                                 GLICKMAN & GLICKMAN,
                                 A LAW CORPORATION

                                 By /s/ Steven C. Glickman
                                     John E. Sweeney
                                     Steven C. Glickman
                                     Attorneys for Plaintiff
                                     SHELDON LOCKETT

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **October 1, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address lupe.gallardo@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 1, 2020**, at Sherman Oaks, California.


 _/s/ Steven C. Glickman
        Steven C. Glickman

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| | |
|---|---|
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFF'S FIFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS, <br><br>          Plaintiffs, <br><br>          v. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive., <br><br>          Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)** <br> **Assigned to the Hon. Dale S. Fischer** <br><br> **PLAINTIFF'S  SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following fifth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

210    Office of the Inspector General County of Los Angeles "Analysis of the Criminal Investigation of Alleged Assault by Banditos"

A copy of this document is served as an attachment to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF WITNESSES

Plaintiff identifies the following individuals pursuant to F.R.C.P. 26(a)(1)(A). This identification is based on plaintiff's broad interpretation for disclosure and does not imply plaintiff's belief that these individuals have discoverable information relevant to the disputed facts.  Based on such broad interpretation, the following are the names, addresses and telephone numbers of individuals who likely have discoverable information that the disclosing party may use to support his claims or defenses identifying the subjects of the information. Plaintiff will supplement the list of witnesses, and subject of their testimony, to the extent required by F.R.C.P. 26(a)(1)(A).

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## A.    PERCIPIENT WITNESSES

In addition to the previously identified witnesses, plaintiff identifies the following  additional witness:

79.  Max Huntsman, L.A. County Office of Inspector General, 312 S Hill St Fl 3, Los Angeles, CA 90013-1109. Inspector General Huntsman  is anticipated to testify about all issues relating to sheriff clique gangs in the Los Angeles County Sheriff's Department and the Inspector General's investigation and the Sheriff's actions relating to sheriff clique gangs.

Plaintiff is currently investigating the names of additional individuals who may possess discoverable information concerning this case. Plaintiff reserves the right to supplement and/or modify the above list of individuals as the discovery in this case is ongoing and investigation continues.

DATED:  October 6, 2020          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION

By  /s/ Steven C. Glickman
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **October 6, 2020**, I served the foregoing documents described as: **PLAINTIFF'S SISTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 6, 2020**, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
        Steven C. Glickman

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| | |
|---|---|
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

**PLAINTIFF'S SIXTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
   E-Mail: jes@thesweeneyfirm.com
4
   Steven C. Glickman, Esq. (State Bar No. 105436)
5  **GLICKMAN & GLICKMAN,**
   **A LAW CORPORATION**
6  9460 Wilshire Boulevard, Suite 330
   Beverly Hills, CA 90212
7  Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
   E-Mail: scg@glickman-law.com
8
9  Attorneys for Plaintiff SHELDON LOCKETT

10

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
   SHELDON LOCKETT; MICHELLE          Case No.: 2:18-cv-05838–DSF (JPRx)
14 DAVIS; and CLYDE DAVIS,            Assigned to the Hon. Dale S. Fischer

15              Plaintiffs,           **PLAINTIFF'S  SEVENTH**
                                      **SUPPLEMENTAL DISCLOSURES**
16         v.                         **PURSUANT TO FEDERAL RULE**
                                      **OF CIVIL PROCEDURE 26(a)(1)**
17
18 COUNTY OF LOS ANGELES, a
   public entity; LOS ANGELES
19 COUNTY SHERIFF'S
   DEPARTMENT, a law enforcement
20 agency; SHERIFF JIM
   McDONNELL; MIZRAIN ORREGO,
21 a Deputy Los Angeles County Sheriff;
   SAMUEL ALDAMA, a Deputy Los
22 Angeles County Sheriff; and DOES 1
   through 100, inclusive.,
23
24              Defendants.
25
26
27
28

                               - 1 -
   PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
          FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following seventh supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

### PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

211 "Fifty Years of "Deputy Gangs" in the Los Angeles  County Sheriff's Department: Identifying Root Causes and Effects to Advocate for Meaningful Reform" [draft]

212    "Resolution Expressing No Confidence in Sheriff Alex Villanueva's Leadership of the Los Angeles County Sheriff's Department and Condemning His Failure to Cooperate with Civilian Oversight"

Copies of these documents are served as attachments to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

DATED:  October 16, 2020          THE SWEENEY FIRM

                                  and

                                  GLICKMAN & GLICKMAN,
                                  A LAW CORPORATION
                                  By  /s/ Steven C. Glickman
                                     John E. Sweeney
                                     Steven C. Glickman
                                     Attorneys for Plaintiff
                                     SHELDON LOCKETT

PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **October 16, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **October 16, 2020**, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
        Steven C. Glickman

---

- 4 -
PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## __SERVICE LIST__

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Thomas Hurrell, Esq.<br>Faryar Barzin, Esq.<br>Hurrell Cantrall LLP<br>One California Plaza<br>300 S. Grand Avenue, Suite 1300<br>Los Angeles, CA 90071<br>Tel: (213) 426-2000<br>Fax: (213) 426-2020<br>fbarzin@hurrellcantrall.com<br>THurrell@hurrellcantrall.com | Attorneys for Defendant<br>MIZRAIN ORREGO |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |

PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

| | |
|---|---|
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S SEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1   John E. Sweeney, Esq. (State Bar No. 116285)
    **THE SWEENEY FIRM**
2   315 S. Beverly Drive, Suite 305
    Beverly Hills, CA 90212
3   Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
    E-Mail: jes@thesweeneyfirm.com
4
    Steven C. Glickman, Esq. (State Bar No. 105436)
5   **GLICKMAN & GLICKMAN,**
    **A LAW CORPORATION**
6   9460 Wilshire Boulevard, Suite 330
    Beverly Hills, CA 90212
7   Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
    E-Mail: scg@glickman-law.com
8
9   Attorneys for Plaintiff SHELDON LOCKETT

10

11              **UNITED STATES DISTRICT COURT**

12        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14   SHELDON LOCKETT; MICHELLE          ) **Case No.: 2:18-cv-05838–DSF (JPRx)**
     DAVIS; and CLYDE DAVIS,            ) **Assigned to the Hon. Dale S. Fischer**
                                        )
15                                      ) **PLAINTIFF'S  EIGHTH**
                  Plaintiffs,           ) **SUPPLEMENTAL DISCLOSURES**
16                                      ) **PURSUANT TO FEDERAL RULE**
                                        ) **OF CIVIL PROCEDURE 26(a)(1)**
17        v.                            )
                                        )
18   COUNTY OF LOS ANGELES, a           )
     public entity; LOS ANGELES         )
19   COUNTY SHERIFF'S                   )
     DEPARTMENT, a law enforcement      )
20   agency; SHERIFF JIM                )
     McDONNELL; MIZRAIN ORREGO,         )
21   a Deputy Los Angeles County Sheriff; )
22   SAMUEL ALDAMA, a Deputy Los        )
     Angeles County Sheriff; and DOES 1 )
23   through 100, inclusive.,           )
                                        )
24                Defendants.           )
25   _____  )
26
27
28

- 1 -
PLAINTIFF'S EIGHTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following eighth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

## PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

- 2 -

PLAINTIFF'S EIGHTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1   been provided should not be taken as an admission or acceptance of the existence of

2   any fact or facts, or that such disclosure constitutes admissible evidence.

3        The foregoing is, by this reference, incorporated into each and every one of

4   the following disclosures.

5                    **<u>SUPPLEMENTAL LIST OF PERCEPIENT WITNESSES</u>**

6        80 Mark Moffett, last known address: c/o Los Angeles County Sheriff Dept.

7   Deputy Moffett  was a deputy sheriff at the Compton station and is anticipated to

8   testify as to the clique/gang activity and racist activity at the station.

9   DATED:  December 8, 2020          THE SWEENEY FIRM

10

11                                    and

12                                    GLICKMAN & GLICKMAN,

13                                    A LAW CORPORATION
                                      By  /s/ Steven C. Glickman
14                                         John E. Sweeney
15                                         Steven C. Glickman
                                           Attorneys for Plaintiff
16                                         SHELDON LOCKETT

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S EIGHTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **December 8, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  EIGHTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 8, 2020**, at Sherman Oaks, California.


_/s/ Steven C. Glickman
         Steven C. Glickman

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S EIGHTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>          Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following seventh supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

213  Office of Inspector General "Report Back on Unlawful Conduct of the Los Angeles County Sheriff's Department" [12/14/20]

A copy of this document is served as an attachment to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

DATED:  December 15, 2020          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION
By  /s/ Steven C. Glickman
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## <u>PROOF OF SERVICE</u>

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **December 15, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 15, 2020**, at Sherman Oaks, California.


_/s/ Steven C. Glickman
        Steven C. Glickman

PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S NINTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>       Plaintiffs,<br><br>       v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>       Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S  TENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following tenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S TENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## **SUPPLEMENTAL LIST OF  PERCEPIENT WITNESSES**

81 Tim Murakami, last known address: c/o Los Angeles County Sheriff Dept. Undersheriff Murakami is employed with the Sheriff's Dept. and is alleged to have been part of the ongoing racist culture in the Sheriff's Department.  He is anticipated to testify as to racial issues within the department and correspondingly the public.

82. Carlos Parga, last known address: c/o Los Angeles County Sheriff Dept. Lt. Parga is employed with the Sheriff's Dept. and is alleged to have been the victim of the ongoing racist culture in the Sheriff's Department.  He is anticipated to testify as to racial issues within the department and correspondingly the public.

83. Tracy Stewart, last known address: c/o Los Angeles County Sheriff Dept. Lt. Stewart is employed with the Sheriff's Dept. and is alleged to have been the victim of the ongoing racist culture in the Sheriff's Department.  She is anticipated to testify as to racial issues within the department and correspondingly the public.

DATED:  December 28, 2020          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION
By  /s/ Steven C. Glickman
     John E. Sweeney
     Steven C. Glickman
     Attorneys for Plaintiff
     SHELDON LOCKETT

PLAINTIFF'S TENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On **December 28, 2020**, I served the foregoing documents described as: **PLAINTIFF'S  TENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### **SEE ATTACHED SERVICE LIST**

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 28, 2020**, at Sherman Oaks, California.


 _/s/ Steven C. Glickman
         Steven C. Glickman

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

- 5 -
PLAINTIFF'S TENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>          Plaintiffs,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>          Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

- 1 -
PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following eleventh supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

214  Fifty Years of Deputy Gangs in the Los Angeles County Sheriff's Department" [final]

A copy of this document is served as an attachment to the email service of this document.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

DATED:  January 17, 2021            THE SWEENEY FIRM

                                    and

                                    GLICKMAN & GLICKMAN,
                                    A LAW CORPORATION
                                    By  /s/ Steven C. Glickman
                                        John E. Sweeney
                                        Steven C. Glickman
                                        Attorneys for Plaintiff
                                        SHELDON LOCKETT

PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On January 18, 2021, I served the foregoing documents described as: **PLAINTIFF'S  ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 18, 2021, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
         Steven C. Glickman

PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# **SERVICE LIST**

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Jack F. Altura, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>jaltura@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S ELEVENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>        Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S TWELFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following eleventh supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S TWELFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

### **SUPPLEMENTAL LIST OF  PERCEPIENT WITNESSES**

84 Andy Toone, last known address: c/o Los Angeles County Sheriff Dept. Deputy Toone  was a deputy sheriff at the Compton station and is anticipated to testify as to the clique/gang activity and racist activity at the station.  According to a news report published on April 6 2021, the Executioners were founded by former 2000 Boy Dept. Toone.

DATED:  April 6, 2021          THE SWEENEY FIRM

                                                        and

                                                        GLICKMAN & GLICKMAN,
                                                        A LAW CORPORATION
                                                        By  /s/ Steven C. Glickman
                                                             John E. Sweeney
                                                             Steven C. Glickman
                                                             Attorneys for Plaintiff
                                                             SHELDON LOCKETT

PLAINTIFF'S TWELFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On April 6, 2021, I served the foregoing documents described as: **PLAINTIFF'S TWELFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### **SEE ATTACHED SERVICE LIST**

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 202, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
            Steven C. Glickman

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S TWELFTH SUPPLEMENTAL DISCLOSURES PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,

     Plaintiffs,

   v.

COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,

     Defendants.

Case No.: 2:18-cv-05838–DSF (JPRx)
Assigned to the Hon. Dale S. Fischer

**PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

Plaintiff hereby makes the following thirteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

215  Video of Sheriff Villanueva's press conference on 5/26/21, accessible at https://youtu.be/pILyOhZBHRQ

216. LASD summary of Sheriff Villanueva's press conference on 5/26/21 [attached]

217. Spectrum News 1 video "Outgoing Compton mayor alleges fraud by sheriff's department" 5/31/21, accessible at https://spectrumnews1.com/ca/la-west/public-safety/2021/05/31/outgoing-compton-mayor-alleges-fraud-by-sheriff-s-department

218. Spectrum  News 1 text "Outgoing Compton mayor alleges fraud by sheriff's department" 5/31/21 [attached]

///

///

///

///

///

///

///

///

PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1
2
3

     Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

4    DATED:  June 1, 2021       THE SWEENEY FIRM

5                           and

6
7                          GLICKMAN & GLICKMAN,
                          A LAW CORPORATION

8                          By  /s/ Steven C. Glickman
9                             John E. Sweeney
                             Steven C. Glickman

10                           Attorneys for Plaintiff
11                           SHELDON LOCKETT

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On April 6, 2021, I served the foregoing documents described as: **PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 202, at Sherman Oaks, California.


  _/s/ Steven C. Glickman
         Steven C. Glickman

1

2

3

4

# SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S THIRTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive., <br><br> Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)** <br> **Assigned to the Hon. Dale S. Fischer** <br><br> **PLAINTIFF'S FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

- 1 -
PLAINTIFF'S  FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following thirteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

219   Los Angeles Times column 7/25/21 "Sheriff Villanueva is angry — at elected officials, at The Times, at lawlessness".  A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

DATED:  July 27, 2021          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION
By  /s/ Steven C. Glickman
     John E. Sweeney
     Steven C. Glickman
     Attorneys for Plaintiff
     SHELDON LOCKETT

PLAINTIFF'S  FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On April 6, 2021, I served the foregoing documents described as: **PLAINTIFF'S FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 6, 202, at Sherman Oaks, California.


 _/s/ Steven C. Glickman
        Steven C. Glickman

PLAINTIFF'S  FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S  FOURTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
9460 Wilshire Boulevard, Suite 330
Beverly Hills, CA 90212
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive.,<br><br>Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)**<br>**Assigned to the Hon. Dale S. Fischer**<br><br>**PLAINTIFF'S FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

Plaintiff hereby makes the following fifteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S  FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

220   "Jump Out Boys Creed".  A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

DATED:  July 28, 2021          THE SWEENEY FIRM

                    and

                    GLICKMAN & GLICKMAN,
                    A LAW CORPORATION
                    By  /s/ Steven C. Glickman
                        John E. Sweeney
                        Steven C. Glickman
                        Attorneys for Plaintiff
                        SHELDON LOCKETT

PLAINTIFF'S  FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On April 6, 2021, I served the foregoing documents described as: **PLAINTIFF'S FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  July 28, 2021, at Sherman Oaks, California.


_/s/ Steven C. Glickman
        Steven C. Glickman

PLAINTIFF'S  FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>Seki Nishimura & Watase, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S  FIFTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
   E-Mail: jes@thesweeneyfirm.com
4
   Steven C. Glickman, Esq. (State Bar No. 105436)
5  **GLICKMAN & GLICKMAN,**
   **A LAW CORPORATION**
6  9460 Wilshire Boulevard, Suite 330
   Beverly Hills, CA 90212
7  Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
   E-Mail: scg@glickman-law.com
8
9  Attorneys for Plaintiff SHELDON LOCKETT

10

11              **UNITED STATES DISTRICT COURT**

12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
   SHELDON LOCKETT; MICHELLE        ) **Case No.: 2:18-cv-05838–DSF (JPRx)**
14 DAVIS; and CLYDE DAVIS,          ) **Assigned to the Hon. Dale S. Fischer**
                                    )
15              Plaintiffs,         ) **PLAINTIFF'S SIXTEENTH**
                                    ) **SUPPLEMENTAL DISCLOSURES**
16                                  ) **PURSUANT TO FEDERAL RULE**
                                    ) **OF CIVIL PROCEDURE 26(a)(1)**
17         v.                       )
                                    )
18 COUNTY OF LOS ANGELES, a         )
   public entity; LOS ANGELES       )
19 COUNTY SHERIFF'S                 )
   DEPARTMENT, a law enforcement    )
20 agency; SHERIFF JIM              )
   McDONNELL; MIZRAIN ORREGO,       )
21 a Deputy Los Angeles County Sheriff; )
22 SAMUEL ALDAMA, a Deputy Los      )
   Angeles County Sheriff; and DOES 1 )
23 through 100, inclusive.,         )
                                    )
24                                  )
25              Defendants.         )
26 _____ )
27
28

- 1 -
PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following sixteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

221.   Fifth Amended Complaint in <u>Hernandez, et al. v. County of Los Angeles, et al.</u>, Los Angeles Superior Court Case No. 19STCV33158.  A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF PERCIPIENT WITNESSES

85.   Art Hernandez

86.   Alfred Gonzalez

87.   Benjamin Zaredini

88.   David Casas

89.   Louis Granados

90.   Mario Contreras

91.   Oscar Escobedo

92.   Ariela Lemus

Witnesses 85-92 have the last known address c/o Los Angeles County Sheriff's Department and/or their attorneys of record in the <u>Hernandez, et al. v. County of Los Angeles, et al.</u> case. Each of the above are plaintiffs in said action and are believed to be current or past sheriff deputies who are anticipated to testify

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

as to ongoing clique/gang activity and racist activity within the Sheriff's Department.

93.   Rafael "Rene" Munoz aka Big Listo

94.   Gregory Rodriguez aka G-Rod

95.   David Silverio aka Silver

96.   Michael Hernandez aka Bam

97.   Ernie Chavez

98.   Richard Mejia

99.   April Tardy

100.  Angelica Estrada

101.  Eric Smitson

102.  Chris Perez

103.  Vincent Moran

104.  Hector Soto Saavedra

105.  Jeff Hamil

106.  Jeff Chow

107.  William Jaeger

108.  Scott Chapman

109.  Raymond Mendoza

110.  Luis Carbajal

111.  Braulio Robledo

112.  Jonathan Rojas

113.  Eldemira Parra

114.  Andrea Villa

115.  Mark Elizondo

116.  Nikolis Perez

117.  Kelly Porowsky

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

118. Woodrow Kim

119. Juan Sanchez

120. Aaron Abellano

121. Silvano Garcia

122. Joanna Macs Moran

123. Joanana Palombi

124. Jose Aceituno

125. Anthony Pacheco

126. Soraya Sanchez

127. Karla Sepulveda

128. Marcelo Ortega

129. Diana Woodward

130. Eduardo Muniz

131. Rebecca Cortez

132. Joe Mendoza

133. Erin Rosario

134. Jessica Santos

135. John Soria

136. Miguel Ortiz

137. Claudia Perez

138. Brian Goodwin

139. Manual Palacios

140. Jodie Hutak

141. Pablo Partida

142. Noel Lopez

143. Christopher Moore

144. Edmundo Torres

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

145. Hugo Ramos

146. Mario Castro

147. Manny Navarro

148. Nikki Hanamaki

149. Vincent Choi

150. Hugo Reynaga

151. Anthony Easter

152. James Wolack

153. Chris Blasnek

154. Albert Maldonado

155. Timothy Murakami

156. Leo Sanchez

157. Elizabeth Aguilera

158. Luis Valle

159. Bobby Denham

160. Anthony Rivera

///

///

///

///

///

///

///

///

///

///

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Witnesses 93-160 have been identified as members of the Banditos Gang within the Sheriff's Department. Each of the above are believed to be current or past sheriff deputies with the last known address c/o Los Angeles County Sheriff Department. Each of the above are anticipated to testify as to ongoing clique/gang activity and racist activity within the Sheriff's Department, including ongoing activity by defendant Samuel Aldama after his transfer to the East los Angeles Sheriff's Substation.

DATED:  August 6, 2021                THE SWEENEY FIRM

                                      and

                                      GLICKMAN & GLICKMAN,
                                      A LAW CORPORATION

                                      By  /s/ Steven C. Glickman
                                          John E. Sweeney
                                          Steven C. Glickman
                                          Attorneys for Plaintiff
                                          SHELDON LOCKETT

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On August 6, 2021, I served the foregoing documents described as: **PLAINTIFF'S SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

## SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  August 6, 2021, at Beverly Hills, California.


/s/ Steven C. Glickman
Steven C. Glickman

PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## **SERVICE LIST**

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>SEKI NISHIMURA & WATASE, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M. Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

- 10 -
PLAINTIFF'S  SIXTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
   E-Mail: jes@thesweeneyfirm.com
4
   Steven C. Glickman, Esq. (State Bar No. 105436)
5  **GLICKMAN & GLICKMAN,**
   **A LAW CORPORATION**
6  9460 Wilshire Boulevard, Suite 330
   Beverly Hills, CA 90212
7  Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
   E-Mail: scg@glickman-law.com
8
9  Attorneys for Plaintiff SHELDON LOCKETT

10
11                **UNITED STATES DISTRICT COURT**
12          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
14  SHELDON LOCKETT; MICHELLE            **Case No.: 2:18-cv-05838–DSF (JPRx)**
    DAVIS; and CLYDE DAVIS,              **Assigned to the Hon. Dale S. Fischer**
15
                Plaintiffs,             **PLAINTIFF'S SEVEBTEENTH**
16                                       **SUPPLEMENTAL DISCLOSURES**
                                         **PURSUANT TO FEDERAL RULE**
17          v.                           **OF CIVIL PROCEDURE 26(a)(1)**

18  COUNTY OF LOS ANGELES, a
    public entity; LOS ANGELES
19  COUNTY SHERIFF'S
    DEPARTMENT, a law enforcement
20  agency; SHERIFF JIM
    McDONNELL; MIZRAIN ORREGO,
21  a Deputy Los Angeles County Sheriff;
    SAMUEL ALDAMA, a Deputy Los
22  Angeles County Sheriff; and DOES 1
    through 100, inclusive.,
23
                Defendants.
24
25
26
27
28

---
- 1 -
PLAINTIFF'S  SEVENTEENTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following seventeenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S  SEVENTEENTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

222   Los Angeles Times article 9/10/21 "Deputy cliques in L.A. County Sheriff's Department likely growing, study finds" A copy is attached.

223   Rand "Understanding Subgroups Within the Los Angeles County Sheriff's Department: Community and Department Perceptions with Recommendations for Change". A copy is attached.

224   Rand Appendixes to "Understanding Subgroups Within the Los Angeles County Sheriff's Department: Community and Department Perceptions with Recommendations for Change". A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF PERCIPIENT WITNESSES

161.   Samuel Peterson

162.   Dionne Barnes-Proby

163.   Kathryn E. Bouskill

164.   Lois M. Davis

165/   Matthew L. Mizel,

166.   Beverly A. Weidmer,

167.   Isabel Leamon,

PLAINTIFF'S SEVENTEENTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

168. Alexandra Mendoza-Graf,

169. Matt Strawn,

170. Joshua Snoke

Witnesses 161 – 170 are the listed authors of the Rand study identified as Exhibits 223 and 224.  Each of the above are anticipated to testify regarding the Rand study, its contents, and recommendations.  Each are believed to be available to be contacted care of the Rand Corporation, 1776 Main Street, Santa Monica, CA 90401; Tel: (310) 393-0411

DATED:  September 11, 2021          THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION

By  /s/ Steven C. Glickman          
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On September 11, 2021, I served the foregoing documents described as: **PLAINTIFF'S  SEVENTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  September 11, 2021, at Avalon, California.


/s/ Steven C. Glickman
Steven C. Glickman

PLAINTIFF'S  SEVENTEENTH SUPPLEMENTAL DISCLOSURES
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>SEKI NISHIMURA & WATASE, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M. Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

**PLAINTIFF'S SEVENTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)**

1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 305
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
   E-Mail: jes@thesweeneyfirm.com
4
   Steven C. Glickman, Esq. (State Bar No. 105436)
5  **GLICKMAN & GLICKMAN,**
   **A LAW CORPORATION**
6  9460 Wilshire Boulevard, Suite 330
   Beverly Hills, CA 90212
7  Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
   E-Mail: scg@glickman-law.com
8
9  Attorneys for Plaintiff SHELDON LOCKETT

10

11              **UNITED STATES DISTRICT COURT**

12         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13
   SHELDON LOCKETT; MICHELLE      )   **Case No.: 2:18-cv-05838–DSF (JPRx)**
14 DAVIS; and CLYDE DAVIS,        )   **Assigned to the Hon. Dale S. Fischer**
                                  )
15              Plaintiffs,       )   **PLAINTIFF'S EIGHTEENTH**
                                  )   **SUPPLEMENTAL DISCLOSURES**
16                               )   **PURSUANT TO FEDERAL RULE**
                                  )   **OF CIVIL PROCEDURE 26(a)(1)**
17         v.                     )
                                  )
18 COUNTY OF LOS ANGELES, a       )
   public entity; LOS ANGELES     )
19 COUNTY SHERIFF'S               )
   DEPARTMENT, a law enforcement  )
20 agency; SHERIFF JIM            )
   McDONNELL; MIZRAIN ORREGO,     )
21 a Deputy Los Angeles County Sheriff; )
22 SAMUEL ALDAMA, a Deputy Los    )
   Angeles County Sheriff; and DOES 1 )
23 through 100, inclusive.,       )
                                  )
24                               )
                Defendants.       )
25                               )
26 _____ )
27
28

                              - 1 -
PLAINTIFF'S  EIGHTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
    TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following eighteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

225   Los Angeles Times article 9/16/21 "L.A. County Sheriff Has Legal Power to Ban Gang-like Groups of Deputies, County Lawyers Say" A copy is attached.

226   Letter from County of Los Angeles, Office of the County Counsel 8/19/21 re :Request for Legal Opinion Regarding Policy to Prohibit Sheriff's Department Employees from Participating in Subgroups". A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF PERCIPIENT WITNESSES

171.   Alexandra B. Zuiderweg, Senior Deputy County Counsel, board Liaison Division, Los Angeles County Counsel, 658 Kenneth Hahn Hall of Administration, 500 West Temple St., Los Angeles, CA 90012; 213-974-0995

172.   Dawyn R. Harrison, Chief Deputy, Los Angeles County Counsel, 658 Kenneth Hahn Hall of Administration, 500 West Temple St., Los Angeles, CA 90012; 213-974-0995

Ms. Zuiderweg is the author of the document identified above as Exhibit 226; Mr. Harrison is the one who approved and released said document.  They are both anticipated to testify regarding the legal analysis as set forth in the exhibit as well as

PLAINTIFF'S  EIGHTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

to the approval and ratification of the contents of the exhibit by the County of Los Angeles.

DATED:  September 17, 2021       THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION

By  /s/ Steven C. Glickman
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

PLAINTIFF'S  EIGHTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 9460 Wilshire Boulevard, Suite 330, Beverly Hills, California 90212.

On September 17, 2021, I served the foregoing documents described as: **PLAINTIFF'S  EIGHTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  September 17, 2021, at Sherman Oaks, California.


/s/ Steven C. Glickman
Steven C. Glickman

## SERVICE LIST

Lockett, et al. v. County of Los Angeles, et al.
2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>SEKI NISHIMURA & WATASE, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M. Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com<br>Martha Carrillo: Carrillo@imwlaw.com<br>Christina Munoz:<br>CMunoz@imwlaw.com<br>Francine Stinnett: Stinnett@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S  EIGHTEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 305
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595 / Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
15233 Ventura Blvd., Suite 400
Sherman Oaks, CA 91403
Tel. No.: (310) 273-4040 / Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT; MICHELLE DAVIS; and CLYDE DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive., <br><br> Defendants. | **Case No.: 2:18-cv-05838–DSF (JPRx)** <br>**Assigned to the Hon. Dale S. Fischer** <br><br> **PLAINTIFF'S NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |

- 1 -
PLAINTIFF'S  NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

Plaintiff hereby makes the following nineteenth supplemental disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1):

PRELIMINARY STATEMENT

These disclosures are made solely for the purpose of this action and each disclosure is subject to all appropriate objections. All objections as to competency, relevance, materiality, admissibility, and any and all other objections that would require the exclusion of any witnesses or documents identified herein. Such objections are reserved and may be interposed at the time of trial.

It should be noted that this disclosing party has not yet completed investigation of the facts relating to this action, has not fully completed discovery in this action, and has not completed preparation for trial of this action. All of the disclosures contained herein are based only upon such information and documents as are presently available and disclose only those contentions which presently occur to this disclosing party.

Consequently, in that investigation and discovery continue, these disclosures are given without prejudice to the rights of the disclosing party, and plaintiffs reserve the right to change any and/or all disclosures herein as additional facts are ascertained, analyses are made, legal research is completed, and contentions are made. In addition, plaintiffs reserve the right to produce at the time of trial any and all subsequently discovered evidence relating to the proof of presently known material facts, and to produce all evidence, whether discovered, relating to the proof of subsequently discovered facts. The disclosures contained herein are made in a good faith effort to supply factual information and as much specification of legal contention as is presently known.

Except for explicit facts admitted herein, no admissions of any nature whatsoever are implied or should be inferred. The fact that the disclosure herein has

PLAINTIFF'S NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

been provided should not be taken as an admission or acceptance of the existence of any fact or facts, or that such disclosure constitutes admissible evidence.

The foregoing is, by this reference, incorporated into each and every one of the following disclosures.

## SUPPLEMENTAL LIST OF DOCUMENTS

In addition to the previously designated documents, Plaintiff, subject to and without waiving the foregoing objections, identifies the following additional exhibits not yet identified at depositions are marked as follows:

227   "Defendants' Objection to and Motion to Strike Plaintiff's Motion in Limine to Exclude Reference to the Regulators; Memorandum of Points and Authorities in Opposition" filed in *James v. County of Los Angeles, et al*. A copy is attached.

Plaintiff is informed and believes and thereon states that there are substantial additional exhibits anticipated to be identified at depositions; this list of exhibits will be supplemented as additional exhibits are identified.

## SUPPLEMENTAL LIST OF PERCIPIENT WITNESSES

173.   Mildred K. O'Linn, Manning & Kass, Ellrod, Ramirez, Trester, 801 S Figueroa St 15th Fl, Los Angeles, CA 90017;  213-624-6900

Ms. O'Linn was attorney of record in *James v. County of Los Angeles, et al* and was one of the attorneys  involved in the motion referenced in the above identified motion.  She is anticipated to testify regarding the factual admissions and the basis for judicial estoppel on the admissions set forth in said motion, as well as the approval and ratification of the contents of said motion by the County of Los Angeles.

///

///

///

PLAINTIFF'S  NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

DATED:  October 1, 2021

THE SWEENEY FIRM

and

GLICKMAN & GLICKMAN,
A LAW CORPORATION

By _/s/ Steven C. Glickman_____
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

PLAINTIFF'S  NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 15233 Ventura Blvd., Suite 400, Sherman Oaks, CA 91403.

On October 1, 2021, I served the foregoing documents described as: **PLAINTIFF'S NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** on the interested parties in this action:

### SEE ATTACHED SERVICE LIST

**[xx]   BY E-MAIL OR ELECTRONIC SERVICE**: I caused a copy of the document(s) to be sent from e-mail address scg@glickman-law.com to the persons at the e-mail address(es) listed on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on  October 1, 2021, at Sherman Oaks, California.


/s/ Steven C. Glickman
Steven C. Glickman

**SERVICE LIST**

Lockett, et al. v. County of Los Angeles, et al.

2:18-cv-5838-PJW

| | |
|---|---|
| John E. Sweeney, Esq.<br>The Sweeney Firm<br>315 South Beverly Drive, Suite 305<br>Beverly Hills, California 90212<br>Telephone (310) 277-9595<br>Facsimile (310) 277-0177<br>jes@thesweeneyfirm.com<br>lshirley@thesweeneyfirm.com | Attorneys for Plaintiff<br>SHELDON LOCKETT |
| Gilbert Nishimura, Esq.<br>Andrew Pongracz, Esq.<br>SEKI NISHIMURA & WATASE, LLP<br>600 Wilshire Boulevard, Suite 1250<br>Los Angeles, CA 90017<br>Tel. 213.481.2869<br>Fax 213.481.2871<br>gnishimura@snw-law.com<br>apongracz@snw-law.com | Attorneys for Defendant<br>SAMUEL ALDAMA |
| Rickey Ivie, Esq.<br>Antonio Kizzie, Esq.<br>Davida M. Frieman, Esq.<br>IVIE, McNEILL & WYATT<br>444 S. Flower Street, 18th Floor<br>Los Angeles, CA 90071<br>Phone: (213) 489-0028<br>Fax: (213) 489-0552<br>RIvie@imwlaw.com<br>AKizzie@imwlaw.com<br>dfrieman@imwlaw.com<br>Martha Carrillo: Carrillo@imwlaw.com<br>Christina Munoz:<br>CMunoz@imwlaw.com<br>Francine Stinnett: Stinnett@imwlaw.com | Attorneys for Defendants<br>COUNTY OF LOS ANGELES,<br>LOS ANGELES COUNTY<br>SHERIFF'S DEPARTMENT,<br>and SHERIFF JIM McDONNELL |

PLAINTIFF'S  NINETEENTH SUPPLEMENTAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)