John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 200
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595
Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,
A LAW CORPORATION**
15233 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel. No.: (310) 273-4040
Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, et al.<br><br>　　　　　Defendants. | Case No.: 18-CV-5838-DSF (JPR)<br><br>**JOINT STATUS REPORT RE: SETTLEMENT**<br><br>***Final Pre-Trial Conference:***<br>Date:　　　November 15, 2021<br>Time:　　　3:00 p.m.<br>Judge:　　　Hon. Dale S. Fischer<br>Courtroom:　7D<br>Courthouse: First Street Courthouse<br>　　　　　　350 West 1st Street<br>　　　　　　Los Angeles, CA |

- 1 -
**JOINT STATUS REPORT RE: SETTLEMENT**

Pursuant to the Court's Schedule of Pretrial and Trial Dates [DKT 282] and Order Re Jury Trial [DKT 283], the parties hereby submit their joint status report regarding settlement.

The parties have completed a private mediation session and settlement discussions remain ongoing. However, it appears at this time that the parties will be unable to reach a settlement agreement and the case will proceed to trial.

DATED: October 21, 2021         THE SWEENEY FIRM

                                        and

                                        GLICKMAN & GLICKMAN,
                                        A LAW CORPORATION


By /s/ Steven C. Glickman
    John E. Sweeney
    Steven C. Glickman
    Attorneys for Plaintiff
    SHELDON LOCKETT

DATED: October 21, 2021         IVIE, McNEILL & WYATT


By     /s/ Davida M. Frieman
    Rickey Ivie
    Davida M. Frieman
    Attorneys for Defendants
    COUNTY OF LOS ANGELES, LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, and FORMER SHERIFF JIM MCDONNELL

| | | |
|---|---|---|
| 1 | DATED: October 21, 2021 | SEKI NISHIMURA & WATASE, LLP |
| 2 | | |
| 3 | | By   /s/ Andrew Pongracz   |
| 4 | | Gilbert Nishimura |
| | | Andrew Pongracz |
| 5 | | Attorneys for Defendant |
| 6 | | SAMUEL ALDAMA |