1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHELDON LOCKETT,

            Plaintiff,

      v.

COUNTY OF LOS ANGELES, et al.

          Defendants.

Case No.:  18-CV-5838-DSF (JPR)

**JOINT EXHIBIT LIST**

***Final Pre-Trial Conference:***
Date:        November 15, 2021
Time:        3:00 p.m.
Judge:      Hon. Dale S. Fischer
Courtroom:  7D
Courthouse:  First Street Courthouse
               350 West 1st Street
               Los Angeles, CA

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | [Lockett depo Vol 1, Ex. 1] Sheriff Dept. Supplemental Report | | |
| 2 | [Lockett depo Vol 1, Ex. 2] 212 Bus Route | | |
| 3 | [Lockett depo Vol 1, Ex. 3] Google Map with handwritten markings<br>[Lockett depo Vo1 1, Ex. 3A] Google Map | | |
| 4 | [Lockett depo Vol 1, Ex. 4] Google Maps close up | | |
| 5 | [Lockett depo Vol 1, Ex. 5] Photograph | | |
| 6 | [Lockett depo Vol 1, Ex. 6] Photograph – Timothy Campbell's house | | |
| 7 | [Lockett depo Vol 1, Ex. 7] Photograph | | |
| 8 | [Lockett depo Vol 1, Ex. 8] Map marked by Lockett | | |
| 9 | [Lockett depo Vol 1, Ex. 9] Photograph of area where Lockett was hiding | | |
| 10 | [Lockett depo Vol 1, Ex. 10] Photograph of area where Lockett was hiding | | |
| 11 | [Lockett depo Vol 1, Ex. 11] Photograph of area where Lockett was hiding | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 12 | [Lockett depo Vol 1, Ex. 12] Photograph of area where Lockett was hiding | | |
| 13 | [Ross depo Ex 1] Notice of Depo for Ross | | |
| 14 | [Ross depo Ex 2] Incident Report | | |
| 15 | [Ross depo Ex 3] Photograph of house | | |
| 16 | [Embleton Ex] Taser User Certification Course Materials | | |
| 17 | [Embleton Ex] 2011 Electronic Control Weapon Guidelines | | |
| 18 | [Embleton Ex] marked up version of Ex 12 – patio where Lockett found | | |
| 19 | [Embleton Ex] Taser Evidence Sync | | |
| 20 | [Embleton Ex] Embleton Narrative | | |
| 21 | [Embleton Ex] Aldama tattoo | | |
| 22 | [Lockett depo Vol 2 Ex] Lockett tattoo photos | | |
| 23 | [Aldama depo Ex] set of Bates stamped documents | | |
| 24 | [Aldama depo Ex] Transcription of Ivett Silva 911 call | | |
| 25 | [Aldama depo Ex] tattoo photo 1 | | |
| 26 | [Aldama depo Ex] tattoo photo 2 | | |
| 27 | [Aldama depo Ex] tattoo photo 3 | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 28 | [Aldama depo Ex] Mr Skully photo | | |
| 29 | [Aldama depo Ex] LASD manual -- Volume 3 – Chapter 1 – "policy and ethics" | | |
| 30 | [Aldama depo Ex] NY times article | | |
| 31 | [Aldama depo Ex] Google street view photo 1213 W Spruce – marked by Aldama at depo | | |
| 32 | [Feria depo Ex] Ex 18 marked up by Feria | | |
| 33 | [Thatcher depo Ex] Deposition notice for Thatcher | | |
| 34 | [Thatcher depo Ex] LA Times article "LA County sheriff announces inquiry into secret societies of deputies and their tattoos" | | |
| 35 | [Thatcher depo Ex] Motion by Supervisors Kuhl and Solis – 4/2019 "Assessing County Liability in Settlements Involving Sheriff 'Gangs'" | | |
| 36 | [Thatcher depo Ex] Los Angeles County Sheriff Civilian Oversight Commission "Constitutional Implications of Investigating Deputy Cliques" | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 37 | [Campbell, T depo Ex] Notice of Deposition and Subpoena of Timothy Campbell | | |
| 38 | [Campbell, T depo Ex] Defendant County of Los Angeles' Amended Notice of Taking the Deposition of Timothy Campbell | | |
| 39 | [Campbell, T depo Ex] Map | | |
| 40 | [number skipped] | | |
| 41 | [number skipped] | | |
| 42 | [number skipped] | | |
| 43 | [number skipped] | | |
| 44 | [number skipped] | | |
| 45 | [Campbell, G depo Ex] Subpoena for deposition | | |
| 46 | [Campbell, E depo Ex] Subpoena for deposition | | |
| 47 | [Campbell, E depo Ex] Color Printout of Google Maps View of 1213 West Spruce Street | | |
| 48 | [Benzor depo Ex] Deposition notice for Benzor | | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 49 | [Benzor depo Ex] Copy of Penal Code §118 | | |
| 50 | [Benzor depo Ex] POST Learning domain Chapter 6 | | |
| 51 | [Benzor depo Ex] Color photograph of leg tattoo | | |
| 52 | [Benzor depo Ex] Photograph of Benzor's tattoo USB drive | | |
| 53 | [Jaeger depo Ex] COLA's Supplemental Responses to Plaintiff's Special Interrogatories | | |
| 54 | [Benzor depo Ex] Benzor's Supplemental Report | | |
| 55 | [Benzor depo Ex] Excerpts of Imunique Ross' Deposition | | |
| 56 | [Orrego depo Ex] POST Learning Domain 1 | | |
| 57 | [Orrego depo Ex] POST Learning Domain 18 | | |
| 58 | [Orrego depo Ex] Aldama tattoo photo (from Taylor case) | | |
| 59 | [Orrego depo Ex] Aldama tattoo photo (from LA times) | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 60 | [Orrego depo Ex] Orrego graphs -- Bates 1477-1478.pdf | | |
| 61 | [Orrego depo Ex] Orange arrest documents -- Bates 302-319.pdf | | |
| 62 | [Orrego depo Ex] 1213 W Spruce -- google street view.pdf | | |
| 63 | [Orrego depo Ex] Bates 239 245 Broadcast.wav | | |
| 64 | [Orrego depo Ex] TRANSCRIPT OF Bates 239 -- 3-17 PM CALL.pdf | | |
| 65 | [Orrego depo Ex] Watch Commander Log - Bates 362-364.pdf | | |
| 66 | [Orrego depo Ex] Map of area.pdf | | |
| 67 | [Orrego depo Ex] Bates 238 10-33 Broadcast Rosecrans-Tajuata.wav | | |
| 68 | [Orrego depo Ex] TRANSCRIPT OF Bates 238 -- 3-36 PM CALL.pdf | | |
| 69 | [Orrego depo Ex] Patio (exterior) where Lockett found -- Bates 173.pdf | | |
| 70 | [Orrego depo Ex] Patio where Lockett found -- Bates 171.pdf | | |
| 71 | [Orrego depo Ex] Aldama and Orrego reports -- Bates 410-426.pdf | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 72 | [Aldama depo vol 2 Ex] Incident Report -- full set 13 pages | | |
| 73 | [Aldama depo vol 2 Ex] Incident Thatcher 6-8-18 email -- Bates 1560-1561.pdf | | |
| 74 | [Orrego depo Ex] TRANSCRIPT OF Bates 238 -- 3-36 PM CAL – corrected by OrregoL.pdf | | |
| 75 | [30(b)(6) – Jaeger depo Ex] Notice of Continuance of Taking Deposition of Defendants County of Los Angeles and Los Angeles County Sheriff's Department | | |
| 76 | [30(b)(6) – Jaeger depo Ex] County of LA's Objection to and Motion to Strike Plaintiff's Motion in Limine to Exclude Reference to the Regulators | | |
| 77 | [30(b)(6) – Tyler depo Ex] Notice of Continuance of Taking Deposition of Defendants County of Los Angeles and Los Angeles County Sheriff's Department | | |
| 78 | [30(b)(6) – Tyler depo Ex] 32nd Semiannual Report by Special Counsel - Los Angeles County Sheriff's Department May 2013 | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 79 | [30(b)(6) – Tyler depo Ex] Exemplar Lancaster Sheriff tattoo | | |
| 80 | [30(b)(6) – Tyler depo Ex] Rand "Understanding the Role of Subgroups Within the Los Angeles County Sheriff's Department" | | |
| 81 | [Patel depo] Patel reports | | |
| 82 | [Patel depo] Photos of batons | | |
| 83 | [Kuehn depo] Kuehn reports – Brain CT | | |
| 84 | [Kuehn depo] Kuehn reports – chest x-ray | | |
| 85 | [Kuehn depo] Baton photos | | |
| 86 | [Reynold's depo] Cell phone record pages (7 pages) | | |
| 87 | [Shinn depo] Shinn CV | | |
| 88 | [Shinn depo] Shinn report | | |
| 89 | [Shinn] Orrego tattoo 1 [back] | | |
| 90 | [Shinn] Orrego tattoo 2 [front] | | |
| 91 | [Shinn] Orrego tattoo 3 [center] | | |
| 92 | [Garcia depo] Garcia report | | |
| 93 | [Garcia depo] Excerpts from Thatcher depo | | |
| 94 | [Garcia depo] Orrego arrest/booking stats | | |
| 95 | [Garcia depo] Aldama arrest/booking stats | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 96 | [Garcia depo] [group of census documents from Garcia file] | | |
| 97 | [Garcia depo] [list of attachments with ACSDP files] | | |
| 98 | [Clark depo] Clark CV | | |
| 99 | [Clark depo] "Materials Provided to Roger Clark" document | | |
| 100 | [Clark depo] OSS tattoo | | |
| 101 | [Clark depo] Banditos tattoo | | |
| 102 | [Gabler depo] Gabler Preliminary Report | | |
| 103 -1 | [Eisen depo] Eisen report | | |
| 103 -2 | [Eisen depo] Eisen – table of witnesses | | |
| 103 -3 | [Eisen depo] Eisen – list of case materials | | |
| 104 | [Eisen depo] Eisen – California Peace Officers Sourcebook (excerpt) | | |
| 105 | [Gonzalez depo] Gonzalez – Claim for damages | | |
| 106 | [Gonzalez depo] Gonzalez – shift list with Executioners and Prospects | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 107 | [Gonzalez depo] Gonzalez – signed Attachment to Protective Order - Gonzalez | | |
| 108 | [Gonzalez depo] Gonzalez – signed Attachment to Protective Order - Romero | | |
| 109 | [Gonzalez depo] Gonzalez – photo of Executioner mouse pad and mouse | | |
| 110 | [Gonzalez depo] Gonzalez – Solomon video [retained by counsel] | | |
| 111 | [Joshua depo] Joshua – email re production | | |
| 112 | [Joshua depo] Joshua – Notice of Continuance of Deposition | | |
| 113 | [Joshua depo] Joshua – copy of Dropbox page | | |
| 114 | [Joshua depo] Joshua – screen shot of Hurrel letter | | |
| 115 | [Orquilola depo] Orquilola – Preliminary Hearing Transcript | | |
| 116 | [Orquilola depo] Orquilola – Criminal docket | | |
| 117 | [Orquilola depo] Orquilola – Deposition Notice | | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 118 | [Gonzalez depo] Gonzalez – Dominguez/Vargas Instagram video [retained by counsel] | | |
| 119 | [Flores depo] Flores resume | | |
| 120 | [Flores depo] Penal Code Section 186.22 | | |
| 121 | [Saba depo] Saba Resume | | |
| 122 | [Saba depo] Saba production | | |
| 123 | "The Fight Flight Freeze Response" video [from https://www.youtube.com/watch?v=jEHwB1PG_-Q] | | |
| 124 | "The Fight or Flight Response" chart | | |
| 125 | Timeline Report from Cellebrite Extraction for afternoon of 1/15/16 | | |
| 126 | Timeline of events | | |
| 127 | Documents establishing Aldama's net worth [to be subpoenaed for trial] | | |
| 128 | Laboratory Examination Report – Fritz – 3/17/16 | | |
| 129 | Laboratory Examination Report – Fritz – 6/7/16 | | |
| 130 | "Laboratory Report" – Wong – 6/15/16 | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 131 | Cook, M. 2016 Gunshot residue contamination of the hands of police officers following start of shift handling their firearms. Forensic Science International 269:56-62. | | |
| 132 | Wright, D. and Trimpe, M. 2006. Summary of the FBI Laboratory's gunshot residue symposium. Forensic Science Communications. 8(3):1-17. | | |
| 133 | Burnett B.R. and Lebiedzik J. Discharge of a pistol out a car window with the breech within the interior of the car: Analysis of gunshot residue on a car's interior surface. Journal of Forensic Sciences 62(3):768-772 | | |
| 134 | Expert Michele Cooley-Strickland, M.Ed., Ph.D.'s Rule 26 Report *(for reference only) | | |
| 135 | Expert Roger Clark's Rule 26 Report *(for reference only) | | |
| 136 | Expert Bryan R. Burnett's Rule 26 Report *(for reference only) | | |
| 137 | Expert Ed Garcia's Rule 26 Report *(for reference only) | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 138 | Expert Motti Gabler's Rule 26 Report *(for reference only) | | |
| 139 | Expert Mitchell L. Eisen, Ph.D.'s Rule 26 Report *(for reference only) | | |
| 140 | Expert Charles P. Shinn's Rule 26 Report *(for reference only) | | |
| 141 | Expert Michael E. Kraut's Rule 26 Report *(for reference only) | | |
| 142 - 150 | [intentionally omitted] | | |
| 151 | Unofficial transcript from Los Angeles Southwest College | | |
| 152 | Lyft ride receipt – 1/15/16 [separated out from Ex. 1] | | |
| 153 | Supervisor's Report on Use of Force -- Bates 382-389.pdf | | |
| 154 | Watch Commander's Service Comment Review -- bates 370-377 | | |
| 155 | Aldama graphs -- Bates 1417-1418.pdf | | |
| 156 | Aldama history – Bates 1413-16; 1472 | | |
| 157 | Aldama training – Bates 275-285 | | |
| 158 | Orrego history – Bates 1473-76 | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 159 | Orrego training – Bates 286-293 | | |
| 160 | Field identification card – Bates 1411-1412 | | |
| 161 | Felony Complaint – Bates 93-98 | | |
| 162 | Feria Narrative report – Bates 437 | | |
| 163 | Orrego tattoo photos (4) | | |
| 164 | "Bates 232 Interview of Suspect Lockett" | | |
| 165 | Transcript of "Bates 232 Interview of Suspect Lockett" | | |
| 166 | "Bates 233 WC Interview" | | |
| 167 | "Bates 234 WC interview cont" | | |
| 168 | transcript of Bates 233 and 234 "WC Interview" | | |
| 169 | "Bates 235 911B Oleander" | | |
| 170 | Transcript of "Bates 235 911B Oleander" | | |
| 171 | "Bates 236 1600608-1wd" | | |
| 172 | Transcript of "Bates 236 1600608-1wd" | | |
| 173 | "Bates 237 1600608-2cmp-01" | | |
| 174 | Transcript of "Bates 237 1600608-2cmp-01" | | |
| 175 | "Bates 240 280S and Aero Ack" | | |
| 176 | Transcript of "Bates 240 280S and Aero Ack" | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 177 | "Bates 241 L-tac-5 011516 1510 to 1610 hrs" | | |
| 178 | Transcript of "Bates 241 L-tac-5 011516 1510 to 1610 hrs" | | |
| 179 | "Bates 242 Handling Unit Call Coordination" | | |
| 180 | Transcript of "Bates 242 Handling Unit Call Coordination" | | |
| 181 | "Bates 243 Suspect in Custody and Article Search" | | |
| 182 | Transcript of "Bates 243 Suspect in Custody and Article Search" | | |
| 183 | "Bates 244 Units responding to Oleander and Maple 245" | | |
| 184 | Transcript of "Bates 244 Units responding to Oleander and Maple 245" | | |
| 185 | "Bates 245 WC Bridge" | | |
| 186 | Transcript of "Bates 245 WC Bridge" | | |
| 187 | Crime Analysis Supp Form | | |
| 188 | Patio where Lockett found -- Bates 172.pdf | | |
| 189 | Personnel Investigation Report -- Bates 1333-1410.pdf | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 190 | Penal Code §69 Obstructing or resisting executive officer in performance of duties | | |
| 191 | Penal Code §187 Murder defined | | |
| 192 | Penal Code §246 Shooting at inhabited dwelling house occupied building vehicle or aircraft | | |
| 193 | Penal Code §417 Drawing exhibiting or using firearm or deadly weapon self defense peace officer | | |
| 194 | Penal Code §664 Attempts punishment | | |
| 195 | Penal Code §12022.53 Sentence enhancements for persons convicted of enumerated felonies | | |
| 196 | Penal Code §25400 Carrying concealed firearm punishment minimum sentence | | |
| 197 | Penal Code §26100 Permitting loaded firearm in motor vehicle discharge of firearm from motor | | |
| 198 | Compton Municipal Code 7-8.3 | | |
| 199 | Penal Code §186.22. Participation in criminal street gang | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 200 | Demographic Information for Compton chart [from Garcia report] | | |
| 201 | Characteristic as a Percent of Total Population, Compton chart [from Garcia report] | | |
| 202 | Orrego's Analysis Chart [from Garcia report] | | |
| 203 | Aldama's Analysis Chart [from Garcia report] | | |
| 204 | Drone video | | |
| 205 | Burnett/Villanueva interview video 9/15/20 | | |
| 206 | Gonzalez v County of LA – complaint | | |
| 207 | Waldie v County of LA – First Amended Complaint | | |
| 208 | Guzman claim for damages | | |
| 209 | Banuelos claim for damages | | |
| 210 | [intentionally omitted] | | |
| 211 | "Fifty Years of "Deputy Gangs" in the Los Angeles County Sheriff's Department: Identifying Root Causes and Effects to Advocate for Meaningful Reform" | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 212 | Resolution Expressing No Confidence in Sheriff Alex Villanueva's Leadership of the Los Angeles County Sheriff's Department and Condemning His Failure to Cooperate with Civilian Oversight | | |
| 213 | Office of Inspector General "Report Back on Unlawful Conduct of the Los Angeles County Sheriff's Department" [12/14/20] | | |
| 214 | Fifty Years of Deputy Gangs in the Los Angeles County Sheriff's Department" [final] | | |
| 215 | Video of Sheriff Villanueva's press conference on 5/26/21, accessible at https://youtu.be/pILyOhZBHRQ | | |
| 216 | LASD summary of Sheriff Villanueva's press conference on 5/26/21 | | |
| 217 | Spectrum News 1 video "Outgoing Compton mayor alleges fraud by sheriff's department" 5/31/21, accessible at https://spectrumnews1.com/ca/la-west/public-safety/2021/05/31/outgoing-compton-mayor-alleges-fraud-by-sheriff-s-department | | |

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---------|-------------|------------|----------|
| 218 | Spectrum News 1 text "Outgoing Compton mayor alleges fraud by sheriff's department" 5/31/21 | | |
| 219 | Los Angeles Times column 7/25/21 "Sheriff Villanueva is angry - at elected officials, at The Times, at lawlessness" | | |
| 220 | "Jump Out Boys Creed" | | |
| 221 | Fifth Amended Complaint in Hernandez, et al. v. County of Los Angeles, et al., Los Angeles Superior Court Case No. 19STCV33158 | | |
| 222 | Los Angeles Times article 9/10/21 "Deputy cliques in L.A. County Sheriff's Department likely growing, study finds" | | |
| 223 | Rand "Understanding Subgroups Within the Los Angeles County Sheriff's Department: Community and Department Perceptions with Recommendations for Change" | | |
| 224 | Rand Appendixes to "Understanding Subgroups Within the Los Angeles County Sheriff's Department: Community and Department Perceptions with Recommendations for Change" | | |

- 20 -

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 225 | Los Angeles Times article 9/16/21 "L.A. County Sheriff Has Legal Power to Ban Gang-like Groups of Deputies, County Lawyers Say" | | |
| 226 | Letter from County of Los Angeles, Office of the County Counsel 8/19/21 re "Request for Legal Opinion Regarding Policy to Prohibit Sheriff's Department Employees from Participating in Subgroups". | | |
| 227 | "Defendants' Objection to and Motion to Strike Plaintiff's Motion in Limine to Exclude Reference to the Regulators; Memorandum of Points and Authorities in Opposition" filed in *James v. County of Los Angeles, et al.* | | |
| 228 | Transcript of Burnett/Villanueva interview video 9/15/20 | | |
| 229 - 300 | [Reserved for additional plaintiff exhibits] | | |
| 301 | Video of Plaintiff's Subsequent Interaction with Police | | |

**JOINT EXHIBIT LIST**

| EX. No. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 302 | Expert Chapman's R. 26 Report *(for reference only) | | |
| 303 | Expert Anthony Readings R. 26 Report *(for reference only) | | |
| 304 | Expert Darryl R. Zengler's Rule 26 Report *(for reference only) | | |
| 305 | Expert Jeronimo Casasola's Rule 26 Report *(for reference only) | | |
| 306 | Expert Dr. Alfred A. Joshua's Rule 26 Report *(for reference only) | | |
| 307 | Use of Force Chart | | |
| 308 | 3-10/009.00 – Force prevention and De-Escalation Principles (Los Angeles Sheriff's Department Force Policy) | | |
| 309 | 3-10/020.00 – Use of Force Policy | | |
| 310 | 3-10/030.00 – Unreasonable Force and Duty to Intervene | | |
| 310 - 360 | Reserved for Defendants Additional Exhibits. | | |

/ / /

/ / /

**JOINT EXHIBIT LIST**

DATED:  October 21, 2021  THE SWEENEY FIRM

           and

           GLICKMAN & GLICKMAN,
           A LAW CORPORATION

           By  /s/ Steven C. Glickman
            John E. Sweeney
            Steven C. Glickman
            Attorneys for Plaintiff
            SHELDON LOCKETT

DATED:  October 21, 2021  IVIE, McNEILL & WYATT


           By     /s/  Davida M. Frieman
            Rickey Ivie
            Davida M. Frieman
            Attorneys for Defendant
            COUNTY OF LOS ANGELES

DATED:  October 21, 2021  SEKI NISHIMURA & WATASE, LLP


           By     /s/ Andrew Pongracz
            Gilbert Nishimura
            Andrew Pongracz
            Attorneys for Defendant
            SAMUEL ALDAMA

**JOINT EXHIBIT LIST**