John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 200
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595
Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
15233 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel. No.: (310) 273-4040
Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>    Defendants. | Case No.:  2:18-cv-5838-DSF-JPR<br><br>**DECLARATION OF STEVEN C. GLICKMAN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE TRIAL**<br><br>*Filed concurrently with Plaintiff's Memorandum of Points and Authorities in Opposition*<br><br>Pre-Trial Conference: Nov. 15, 2021<br>Time:                      3:00 p.m.<br><br>Trial:       December 14, 2021<br>Time:      8:30 a.m.<br><br>Judge:         Hon. Dale S. Fischer<br>Courtroom: 7D<br>                      First Street Courthouse<br>                      350 West 1st Street<br>                      Los Angeles, CA |

1
DECLARATION IN SUPPORT OF OPPOSITION TO DEFENSE MOTION TO BIFURCATE

I, Steven C. Glickman, declare as follows:

1. I am an attorney admitted to the United States District Court for the Central District of California, and duly licensed to practice law in California. I am a principal at Glickman & Glickman, ALC, co-counsel of record for Plaintiff Sheldon Lockett

2. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would testify to the contents of this declaration

3. I am informed and believe that each and every fact set forth in the Opposition to Defendants' Motion to Bifurcate Trial is true and correct and based on my review of the evidence as adduced during discovery in this case.

4. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 25th day of October 2021, at Sherman Oaks, California.

By  /Steven C. Glickman
    Steven C. Glickman