John E. Sweeney, Esq. (State Bar No. 116285)
**THE SWEENEY FIRM**
315 S. Beverly Drive, Suite 200
Beverly Hills, CA 90212
Tel. No.: (310) 277-9595
Fax No.: (310) 277-0177
E-Mail: jes@thesweeneyfirm.com

Steven C. Glickman, Esq. (State Bar No. 105436)
**GLICKMAN & GLICKMAN,**
**A LAW CORPORATION**
15233 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Tel. No.: (310) 273-4040
Fax No.: (310) 273-0829
E-Mail: scg@glickman-law.com

Attorneys for Plaintiff SHELDON LOCKETT

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants. | Case No.:  2:18-cv-5838-DSF-JPR<br><br>**DECLARATION OF STEVEN C. GLICKMAN IN SUPPORT OF MOTION *IN LIMINE* NUMBER 1 TO EXCLUDE PREJUDICIAL EVIDENCE THAT IS INADMISSIBLE OR OTHERWISE SUBJECT TO EXCLUSION UNDER FEDERAL RULES OF EVIDENCE, RULES 402, 403, AND 404**<br><br>***Filed concurrently with the Notice of Motion and Memorandum of Points and Authorities; lodged concurrently with Proposed Order***<br><br>Pre-Trial Conference: Nov. 15, 2021<br>Time:           3:00 p.m.<br><br>Trial:           December 14, 2021<br>Time:           8:30 a.m.<br><br>Judge:         Hon. Dale S. Fischer<br>Courtroom:  7D<br>                    First Street Courthouse<br>                    350 West 1st Street<br>                    Los Angeles, CA |

**1**
DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 1

I, Steven C. Glickman, declare as follows:

1.     I am an attorney admitted to the United States District Court for the Central District of California, and duly licensed to practice law in California. I am a principal at Glickman & Glickman, co-counsel of record for Plaintiff Sheldon Lockett.

2.     I have personal knowledge of the facts set forth herein, except as to those stated on information and belief, and as to those, I am informed and believe them to be true. If called as a witness, I could and would testify to the contents of this declaration.

3.     I am informed and believe that each and every fact set forth in Plaintiff's Motion *in Limine* Number 1 To Exclude Prejudicial Evidence That Is Inadmissible Or Otherwise Subject To Exclusion Under Federal Rules Of Evidence, Rules 402, 403, and 404 is true and correct and based on my review of the evidence as adduced during discovery in this case.

4.     Attached hereto as Exhibit 1 is a true and correct copy of pertinent portions of Plaintiff Sheldon Lockett's deposition transcript, Volume II, at pages 376:21-386:2 and 390:21-392:24 [discussing his tattoos].

5.     Attached hereto as Exhibit 2 is a true and correct copy of pertinent portions of Defendant Aldama's deposition transcript, Volume I, page 122:20-23 [testifying that Mr. Lockett was wearing a gray sweater] and pages 150:11-151:1 [testifying he had never seen Plaintiff before they day of the incident, did not know anything about him, and never knew if Plaintiff was on probation or parole].

6.     Attached hereto as Exhibit 3 is a true and correct screen shot from a video (identified as Exhibit 164 for trial) taken after Mr. Lockett was arrested showing him wearing a long sleeve gray top, so that tattoos are not visible.

7.     Plaintiff met and conferred with opposing counsel pursuant to Local Rules 7-3 and 16-2 via a Zoom video conference on October 20, 2021 following Plaintiff's letter of October 15, 2021 setting forth the grounds for Plaintiff's anticipated motions *in limine*. The parties were unable to reach an agreement and,

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 1**

accordingly, Plaintiff now brings this motion.

        I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

      Executed this 26th day of October 2021, at Sherman Oaks, California.

                By    /s/ Steven C. Glickman
                    Steven C. Glickman

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE NO. 1**

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SHELDON LOCKETT,

       Plaintiff,

      vs.

COUNTY OF LOS ANGELES, a
public entity; LOS ANGELES COUNTY
SHERIFF'S DEPARTMENT; a law
enforcement agency; former SHERIFF
JIM MCDONNELL; MIZRAIN
ORREGO, a Deputy Los Angeles
County Sheriff; SAMUEL ALDAMA; a
Deputy Los Angeles County Sheriff;
and DOES 1 through 100, inclusive,

      Defendants.

CASE NO. 2:18-cv-05838-PJW

**ORIGINAL**

## DEPOSITION OF
## SHELDON LOCKETT
## VOLUME 2

**DATE:**  December 16, 2019

**REPORTER:**  Willie Anderson

**LOCATION:**  255 East Temple Street
Courtroom 790
Los Angeles, California 90012



## HINES REPORTERS
INTERNATIONAL TOWER
888 S. FIGUEROA STREET, SUITE 940, LOS ANGELES, CALIFORNIA 90017
866.432.4300

WWW.HINESREPORTERS.COM

| | | |
|---|---|---|
| 1 | Q.      Okay.  So you don't recall her last name? | |
| 2 | A.      No.  I just say Dr. Michelle, you know, any time | |
| 3 | I, you know, greet her. | |
| 4 | Q.      Okay.  And have you ever been to her office? | |
| 5 | A.      No. | 02:32:08PM |
| 6 | Q.      Okay.  Has she charged you any fees for her | |
| 7 | services? | |
| 8 | A.      No. | |
| 9 | Q.      Do you know how much she's charging for her | |
| 10 | services? | 02:32:23PM |
| 11 | A.      No. | |
| 12 | Q.      Do you remember what the arrangements are to pay | |
| 13 | her for her services? | |
| 14 | A.      No. | |
| 15 | Q.      Have you incurred any medical expenses in | 02:32:28PM |
| 16 | connection with this case, to date? | |
| 17 | A.      No. | |
| 18 | MR. SWEENEY:  Well, withdrawn. | |
| 19 | I am going to interpose an objection.  It calls | |
| 20 | for speculation. | 02:33:03PM |
| 21 | MR. IVIE:  Mr. Lockett, can you look at the | |
| 22 | Exhibits -- Exhibit 22, which I just handed to your | |
| 23 | counsel.  I'm gonna start with Exhibit 22-1. | |
| 24 | (Defendant's Exhibit 22-1 & 22-2 were | |
| 25 | marked for identification by the Court | |

Lockett vs. COLA                                          Deposition of Sheldon Lockett, Vol. 2

```
 1              Reporter, and a copy is attached hereto.)
 2   BY MR. IVIE:
 3   Q.       Can you describe 22-1 for the record, please.
 4   Just describe it for me.   I know it's a photograph of
 5   you --                                              02:33:47PM
 6   A.       Oh, oh.
 7   Q.       -- but the record doesn't -- won't reflect that,
 8   so you'll need to describe it for the record.
 9   A.       It's a picture of me, Sheldon Lockett, standing
10   with my shirt off.                                  02:33:55PM
11   Q.       Okay.  Yeah.  That -- that's it.
12   A.       Oh, Okay.
13   Q.       All right.
14            And on your torso, you have tattoos on your
15   torso?                                              02:34:09PM
16   A.       Yes.
17   Q.       Okay.  And I think we have, just for purposes of
18   this Exhibit, 22-1, can you tell me how many tattoos are
19   shown on your torso and -- your arms and your torso?
20            You can just count.  You can count them to     02:34:30PM
21   yourself and then tell me.
22   A.       Twelve.
23   Q.       "Twelve"?  Okay.  So -- and I think you have, in
24   the next several series of photographs, they're
25   close-ups of each one of those; is that right?  Why   02:34:45PM
```

Lockett vs. COLA                                    Deposition of Sheldon Lockett, Vol. 2

1    don't you just flip through them real quick.

2    A.      Oh, okay.

3            MR. SWEENEY:  Just go --

4            THE WITNESS:  All right.  Yes.

5    BY MR. IVIE:                                    02:35:05PM

6    Q.      Okay.  All right.  So let's go to the next in

7    order 22-2, and this -- this photograph features your

8    right arm; is that right?

9    A.      Yes.

10   Q.      Okay.  So why don't we start with your right   02:35:27PM

11   hand, and we'll just mark that one as No. 1.  I'm just

12   putting it in the order that the photos are in.  They --

13   the numbers have no importance.

14   A.      Okay.

15   Q.      Okay?  Only that we'll be able to follow it   02:35:39PM

16   and -- and know what we're talking about; okay?

17   A.      I understand.

18   Q.      All right.  So this is your right hand that's

19   featured prominently in this photograph; correct?

20   A.      Yes.                                           02:35:52PM

21   Q.      So let's just start with your right hand, and

22   tell me what's on your right hand.  We'll call that

23   photo No. 1; okay?  That's the right hand.

24   A.      On my right hand there's "Yours," the word

25   "Yours," and there's a mask and bricks and shading --  02:36:06PM

Lockett vs. COLA                                    Deposition of Sheldon Lockett, Vol. 2

```
 1    brick walls, a mask and the word "Yours."
 2    Q.      What does that mean?
 3    A.      Which part?  Which?  Which?
 4    Q.      Just -- just describe what --
 5    A.      Um --
 6    Q.      -- tell me.
 7            Are they all connected, or are they all
 8    separate?
 9    A.      -- well, the hand tattoo is connected to my
10    other hand, so it's, kind of, like you got to put my    02:36:29PM
11    hands together --
12    Q.      Oh.
13    A.      -- to make it make sense.
14    Q.      I see.  Okay.  All right.
15            So this is a tattoo that's -- what does it mean?    02:36:35PM
16    We'll get to your other hand, but what does that mean?
17    What does it symbolize?
18    A.      The word "Yours" and on the other side is
19    "Truly."  So Yours Truly, it symbolizes just me saying,
20    this is Sheldon.
21            This is -- Yours Truly is just me saying this is
22    Sheldon Lockett, and, uh, the -- the -- the masks are
23    just something I thought was cool, like a mask --
24    Q.      Okay.
25    A.      -- like a clown mask.    02:36:58PM
```

Lockett vs. COLA                                    Deposition of Sheldon Lockett, Vol. 2

```
 1            And, um --

 2    Q.      All right.

 3    A.      -- the bricks are just shading behind it.  It

 4    was just filling in the -- because it feels -- it was

 5    pretty empty at first.                          02:37:05PM

 6            And I always though just having a hand tattoo

 7    was cool, and that's -- that's pretty much it.

 8    Q.      Okay.  All right.  And let's -- let's just go up

 9    your arm.  We'll get to 12 in a moment, by the time

10    we're done.                                      02:37:20PM

11    A.      Okay.

12    Q.      All right.  So is the next one the picture of

13    the -- the -- I don't know who that is, necessarily.

14    A.      Um, my -- it was supposed to be, uh, Jesus --

15    Q.      Okay.                                    02:37:30PM

16    A.      -- a Jesus portrait.

17    Q.      It kind of looked like that, but I didn't want

18    to be presumptuous.

19    A.      Oh, okay.

20    Q.      All right.                               02:37:39PM

21            So this is just a picture of Jesus?

22    A.      Yes.

23    Q.      All right.

24            And that symbolizes what to you?

25    A.      Just godliness.  You know, just -- just my   02:37:44PM
```

Lockett vs. COLA                                    Deposition of Sheldon Lockett, Vol. 2

```
 1    belief, my spiritual interest, my spiritual beliefs, not

 2    necessarily on -- maybe it could have looked different,

 3    but it was just, uh, from my spiritual knowing that I'm

 4    protected.

 5    Q.      Okay.  All right.                          02:37:56PM

 6            And then the words above it, is that connected

 7    with the picture, or is that separate?

 8    A.      No.  That's separate.  That's my mom's name at

 9    the top.  It says "Michelle."

10    Q.      All right.

11    A.      My dad's name "Darryl," in the middle, and then

12    that's my name at the bottom of the third name, and that

13    was just my first tattoo I ever got.

14    Q.      Oh, okay.

15            So that would be tattoo No. 3?             02:38:19PM

16    A.      Yes.

17    Q.      Okay.  And then the next -- it looks like a bird

18    or something.

19    A.      Yeah.  It's like a -- they were supposed to be

20    doves --                                           02:38:30PM

21    Q.      Uh-huh.

22    A.      -- just -- you know, just filling in the space

23    going in with the -- kind of was going with the theme --

24    with a theme, kind of, art there, like, spiritual and

25    doves then my family name.                         02:38:40PM
```

Case 2:18-cv-05838-DSF-JPR   Document 297-1   Filed 10/26/21   Page 12 of 26   Page ID
#:6275

Lockett vs. COLA                                Deposition of Sheldon Lockett, Vol. 2

1          And then, you know, behind this arm, I have a

2    prayer hands for my grandfather that passed.  Those kind

3    of was all like a little theme just for my family and

4    kind of the things I care about.

5    Q.       Okay.  And then we'll go up the arm, No. 5 is          02:38:52PM

6    what?

7    A.       That says "Aunie."  It's just the way that I

8    call my aunt.  I don't say "aunt" or "auntie" so I came

9    up with Aunie.

10          So I just -- you know, and then I just put the          02:39:03PM

11   stars around it to make it -- I don't know.  I thought

12   it was cool.

13   Q.       Okay.  All right.  And then there's one more

14   featured here on your abdomen.

15          What is that?                                           02:39:15PM

16   A.       Oh, that's a -- just Japanese or Chinese

17   letters.  I don't really know, but they were supposed to

18   mean courage.  I mean, I don't -- I don't really know if

19   I was correct when I picked them out.

20   Q.       Okay.  All right.                                     02:39:29PM

21          MR. SWEENEY:  They were supposed to be what?

22          THE WITNESS:  Courage, but I don't if I was --

23   BY MR. IVIE:

24   Q.       Let's go to -- let's go to the other photograph.

25          Did I miss any?  Well, I see your -- your --           02:39:35PM

Lockett vs. COLA                                          Deposition of Sheldon Lockett, Vol. 2

```
 1    your left arm, but we're going to get to a photograph of
 2    your left arm, so I won't ask you about that now.
 3    A.       Okay.
 4    Q.       Okay?  But have he we missed any others that
 5    were featured here in Photograph 22-2?  Did we talk        02:39:50PM
 6    about all of them?  I've counted six.
 7    A.       It's -- it's one right in the inside of my -- my
 8    right arm here.  You can kind of see it a little bit on
 9    them pictures.  It's kind of --
10    Q.       Oh yeah.                                            02:40:03PM
11    A.       -- wrapping around a little bit --
12    Q.       Oh, yeah.
13    A.       -- but that just says the word "Love."
14    Q.       Okay.  We'll make that seven, but I think we'll
15    have another view of that on another picture.              02:40:10PM
16             MR. IVIE:  Okay.  So let's go to the next photo,
17    which is 22-3.
18             (Defendant's Exhibit 22-3 was marked for
19             identification by the Court Reporter,
20             and a copy is attached hereto.)
21    BY MR. IVIE:
22    Q.       And that's your left arm?
23    A.       Yes.
24    Q.       Okay.  And what is this?
25    A.       Ah, flames and a skull head, and the Los Angeles   02:40:24PM
```

1    logo.  You know, I was born in Los Angeles, so I just

2    thought why not get the logo.

3              And that flames was just trying to add some

4    flavor to the tattoo, and -- and -- and the skull was

5    just something I always, kind of, thought, was, you          02:40:41PM

6    know, cool.

7              And in my generation people just, you know, wear

8    skulls and wear skull clothes and skull belts, and it's

9    nothing -- not nothing serious, just thought it was a

10   cool thing to do.                                            02:40:55PM

11   Q.       Okay.  And, uh, where's the logo L.A.?  Where is

12   that at?

13   A.       Um, it's right next to the skull.  It's like

14   next to --

15   Q.       Oh, I see it.  I see it.  Yeah.  Just to the --      02:41:04PM

16   I guess to the right of the skull.

17   A.       Yes.

18   Q.       Okay.  And what's on your hand?

19   A.       Um, that's "Truly" on that side which goes along

20   with the "Yours" on the other side, and the same but         02:41:19PM

21   another mask, another, you know, face, and the same

22   shading and the same bricks as the -- as the other

23   opposite hand.

24   Q.       I see.  Okay.  So I think we'll have a better

25   view of that in a later photograph.                          02:41:38PM

```
 1              I'm gonna just stop with the skull, and I'll

 2    mark that skull as No. 8.

 3    A.        Okay.

 4              MR. IVIE:  Okay?  All right.  So then let's go

 5    over to the next, and that is Photograph 2-4 [sic].        02:41:48PM

 6    We'll make this No. 9.

 7              (Defendant's Exhibit 22-4 was marked for

 8              identification by the Court Reporter,

 9              and a copy is attached hereto.)

10    BY MR. IVIE:

11    Q.        What does that say?

12    A.        It says "Cairo" with a footprint.  My aunt -- my

13    Aunie, you know, that I just explained to you, she had

14    a -- you know, a son.

15              It's basically, like, my -- my little cousin,     02:42:11PM

16    but, you know, my aunt never had kids, and she had him

17    around the time I, probably, was around 20, 21, maybe,

18    or 19, maybe 20.

19              But, um, I just was showing my -- showing my

20    support and my love for, you know, my aunt having a kid.    02:42:24PM

21    I kind of look at him more like my little brother than

22    my little cousin.

23              And my aunt -- my Aunie she raised me, took me

24    to get haircuts, and we got a real good, you know,

25    relationship.  She did a lot for me.                        02:42:41PM
```

Lockett vs. COLA                                         Deposition of Sheldon Lockett, Vol. 2

```
 1          So, you know, I just felt connected to her
 2    having her first kid, and she was, you know, over 40.
 3    Q.      Um, okay.  And let me ask you this:  These two
 4    marks on your right shoulder, are these from the Taser?
 5    A.      Honestly, I -- I don't think the two at the top      02:43:00PM
 6    are, but a little bit further down, as far as -- a
 7    little bit further down, there's a few, like, lighter
 8    marks that -- those -- those -- that's what those are,
 9    but those two at the top aren't.
10          These two aren't (indicating).  I know what he's      02:43:13PM
11    talking about these two aren't.
12          MR. SWEENEY:  Are not?
13    BY MR. IVIE:
14    Q.      Okay.  Do me --
15          THE WITNESS:  Not --
16    BY MR. IVIE:
17    Q.      -- do me a favor --
18          THE WITNESS:  -- these two (indicating).
19          MR. SWEENEY:  Which?
20    BY MR. IVIE:
21    Q.      -- can you take a
22          THE WITNESS:  Like, down here (indicating).
23    BY MR. IVIE:
24    Q.      -- pen --
25          THE WITNESS:  Like, these little --
```

| | |
|---|---|
| 1 | MR. SWEENEY:  -- probes. |
| 2 | MR. IVIE:  I'm just saying that's his testimony. |
| 3 | MR. SWEENEY:  Yeah, I know, "Taser probes." |
| 4 | MR. IVIE:  "Probes." |
| 5 | MR. SWEENEY:  I'll stipulate to "probes."        02:47:17PM |
| 6 | MR. IVIE:  All right.  So stipulated. |
| 7 | BY MR. IVIE: |
| 8 | Q.     So you've -- you felt a total of four Taser |
| 9 | probes strike your back; is that right? |
| 10 | A.     Um, I'm not going to say I felt a total of four.   02:47:41PM |
| 11 | Q.     Okay.  But you believe four Taser probes struck |
| 12 | your back? |
| 13 | A.     Four -- four or more.  Like I said in the |
| 14 | beginning, four or five. |
| 15 | MR. IVIE:  I see.  Okay.  All right.  So let's    02:47:58PM |
| 16 | go to Exhibit 22-5. |
| 17 | (Defendant's Exhibit 22-5 was marked for |
| 18 | identification by the Court Reporter, |
| 19 | and a copy is attached hereto.) |
| 20 | BY MR. IVIE: |
| 21 | Q.     And can you describe the three photographs that |
| 22 | we have -- three tattoos, rather, that we haven't talked |
| 23 | about that are shown in this photograph? |
| 24 | A.     Excuse me.  Excuse me, but the -- the chest -- |
| 25 | it's right here -- right here on the chest, right above   02:48:36PM |

1    the nipple is a Shoepa.

2           That's says Shoepa, but that's what I call my

3    grandma since I was a kid.  I wouldn't say grannie or

4    grandma.  I wouldn't say nana, and I've been -- that's

5    the name that I give her.                                    02:48:52PM

6           My whole family calls my Shoepa, Shoepa now.

7           MR. IVIE:  Okay.

8           (Defendant's Exhibit 22-6 was marked for

9           identification by the Court Reporter,

10          and a copy is attached hereto.)

11          THE WITNESS:  And the top is "Chosen One."  I'm

12   a fan of Lebron James, so when I got that tat, I just,

13   you know, copied Lebron James, like, when he first

14   entered the NBA, the Chosen One.

15          And the Chanelle is for my girlfriend.  I got     02:49:09PM

16   that logo for my girlfriend Chanel Reynolds.  This was

17   in 2009, maybe, when I got that tattoo, and it was just

18   to symbolize for her and her name.

19   BY MR. IVIE:

20   Q.      All right.  Okay.  And 22-6 we've talked about,    02:49:25PM

21   and then 22-7 is the two arms together; right?

22   A.      Yes.

23          (Defendant's Exhibit 22-7 was marked for

24          identification by the Court Reporter,

25          and a copy is attached hereto.)

Lockett vs. COLA                                         Deposition of Sheldon Lockett, Vol. 2

1    BY MR. IVIE:

2    Q.        And then let's go back to 22-1, and I think we

3    missed -- we -- we did not discuss the tattoo in your --

4    shown on your left shoulder; correct?

5    A.        Oh, yeah.  That's a world industry logo.  It's a        02:50:27PM

6    skateboard logo.  They have a -- they have a -- that's,

7    basically, like a rain drop.

8              They have a -- a -- that's actually the flame.

9    That's the flame one.  They have a rain drop.  They have

10   a ice cube.  It's about four different World Industry       02:50:43PM

11   logos.

12             That's just a skateboard logo.  I thought it was

13   cool.  I'm from Los Angeles.  You know, people ride

14   skateboards here and stuff like that.

15   Q.        Okay.  Do you ride skateboards?                    02:50:56PM

16   A.        Yeah.  I used to when I was younger.

17   Q.        Okay.  And then what's that name right above

18   that, right by your clavicle, collarbone, rather?

19   A.        Oh, that's the Chanel logo or the Chosen One?

20   Q.        Oh, okay.  It says "Chosen" on -- on the right,    02:51:12PM

21   and --

22   A.        And One --

23   Q.        -- "One" on the left?

24   A.        Yeah.

25   Q.        I see.  Okay.  Oh, can we go back to -- to the     02:51:16PM

# EXHIBIT 2

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE CENTRAL DISTRICT OF CALIFORNIA
 3
 4
    SHELDON LOCKETT,                    )
 5                                      )CASE NO.
                                        )2:18-CV-5838-PJW
 6                      PLAINTIFF,  )
                                        )
 7            VS.                       )
                                        )
 8  COUNTY OF LOS ANGELES, A PUBLIC  )
    ENTITY; LOS ANGELES COUNTY         )
 9  SHERIFF'S DEPARTMENT, A LAW         )
    ENFORCEMENT AGENCY; SHERIFF         )
10  JIM MCDONNELL; MIZRAIN ORREGO, A  )
    DEPUTY LOS ANGELES COUNTY SHERIFF;)
11  SAMUEL ALDAMA, A DEPUTY            )
    LOS ANGELES COUNTY SHERIFF; AND    )
12  DOES 1 THROUGH 100, INCLUSIVE,     )
    _____)
13
14        PORTIONS OF THIS TRANSCRIPT ARE CONFIDENTIAL
15
16     VIDEOTAPED DEPOSITION OF DEPUTY SAMUEL ALDAMA
17              LOS ANGELES, CALIFORNIA
18            THURSDAY, DECEMBER 19, 2019
19                    VOLUME I
20
21  JOB NO. 3815413
22  REPORTED BY:   VICTORIA I. WERTZ, RPR, CSR NO. 7999
23
24  PAGES 1-162
25  PAGES 39 - 103 ARE CONFIDENTIAL AND ARE BOUND SEPARATELY
```

                                                    Page 1

| | | | |
|---|---|---|---|
| 1 | Q | Okay. | 04:17:03 |
| 2 | | Male black, gray sweater. | 04:17:08 |
| 3 | | Did you see a silver or gray Pontiac | 04:17:11 |
| 4 | parked by him? | | 04:17:14 |
| 5 | A | No. | 04:17:15 |
| 6 | Q | Did you see a blue beanie? | 04:17:16 |
| 7 | A | No. | 04:17:21 |
| 8 | Q | So the two factors that led you to believe | 04:17:31 |
| 9 | this might be a suspect is the fact that he was | | 04:17:36 |
| 10 | black, number one, and number two, he had on a gray | | 04:17:39 |
| 11 | top; is that correct? | | 04:17:45 |
| 12 | A | I believe it was a gray sweater. | 04:17:47 |
| 13 | Q | Okay. | 04:17:51 |
| 14 | | Describe the gray sweater? | 04:17:57 |
| 15 | A | Sir, this case is from 2016.  It's a gray | 04:17:59 |
| 16 | sweater.  That's all I can recall. | | 04:18:04 |
| 17 | Q | I have a sweater that is made of cashmere. | 04:18:07 |
| 18 | A cardigan style is just buttons towards the | | 04:18:13 |
| 19 | bottom. | | 04:18:16 |
| 20 | | Can you describe the sweater that you saw | 04:18:19 |
| 21 | out there that day on the suspect? | | 04:18:23 |
| 22 | A | Like I said, sir, that case from 2016, all | 04:18:28 |
| 23 | I can remember is a gray sweater. | | 04:18:32 |
| 24 | Q | Okay. | 04:18:34 |
| 25 | | So that's why you decide to approach | 04:18:35 |

Page 122

```
 1   BY MR. SWEENEY:                                    04:51:07

 2        Q   How long did it take to come up with this  04:51:07

 3   plan?                                              04:51:09

 4        A   Seconds.                                   04:51:10

 5        Q   Okay.                                      04:51:11

 6            Who held the gun on Mr. Lockett while you  04:51:12

 7   formulated this plan?                              04:51:16

 8        A   Me.                                        04:51:18

 9        Q   I'm sorry?                                 04:51:21

10        A   Myself.                                    04:51:23

11        Q   From the time you first approached Lockett 04:51:49

12   in that courtyard -- sorry.  Sorry -- on Spruce,   04:51:51

13   until the time he was on the ground, you did not   04:51:57

14   know whether or not he was on probation or parole; 04:52:01

15   isn't that correct?                                04:52:10

16        A   Correct.                                   04:52:10

17        Q   Had you ever seen Mr. Lockett before in    04:52:15

18   your life -- before this day?                      04:52:17

19        A   You are talking about the incident date?  04:52:21

20        Q   Yes.                                       04:52:23

21        A   No.                                        04:52:24

22        Q   You didn't know anything about him,        04:52:25

23   correct?                                           04:52:27

24        A   No.                                        04:52:28

25        Q   Am I correct?                              04:52:28
```

Page 150

```
 1      A    Correct.                                04:52:31

 2      Q    All right.                              04:52:32

 3           Who was the first deputy who put their  04:52:43

 4      hands on Mr. Lockett?                         04:52:47

 5      A    I don't recall who was the first deputy, 04:52:52

 6      but I was in the courtyard.                   04:52:56

 7      Q    Okay.                                    04:53:00

 8           That day, you put your hands on          04:53:02

 9      Mr. Lockett; isn't that true?                 04:53:04

10      A    I made contact with Mr. Lockett in the   04:53:05

11      courtyard.                                    04:53:08

12      Q    Okay.                                    04:53:08

13           Did you strike him with your fists?      04:53:12

14      A    Once he was on the ground, yes.          04:53:16

15      Q    After Mr. Lockett was standing in a      04:53:24

16      surrendered position, on his knees, hands up, did  04:53:30

17      you give any more commands?                   04:53:34

18      A    No.                                      04:53:37

19      Q    Did anyone else give any more commands   04:53:38

20      that you heard?                               04:53:40

21      A    Not that I heard.                        04:53:41

22      Q    At some point, did Mr. Lockett prone     04:53:45

23      himself on the ground?                        04:53:48

24           Do you know what I mean by "prone"?  Face  04:53:51

25      down.                                         04:53:53
```

Page 151

# EXHIBIT 3

