1  John E. Sweeney, Esq. (State Bar No. 116285)
   **THE SWEENEY FIRM**
2  315 S. Beverly Drive, Suite 200
   Beverly Hills, CA 90212
3  Tel. No.: (310) 277-9595
   Fax No.: (310) 277-0177
4  E-Mail: jes@thesweeneyfirm.com

5  Steven C. Glickman, Esq. (State Bar No. 105436)
   **GLICKMAN & GLICKMAN,**
6  **A LAW CORPORATION**
7  15233 Ventura Boulevard, Suite 400
   Sherman Oaks, CA 91403
8  Tel. No.: (310) 273-4040
   Fax No.: (310) 273-0829
9  E-Mail: scg@glickman-law.com

10 Attorneys for Plaintiff SHELDON LOCKETT

11              **UNITED STATES DISTRICT COURT**

12         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13

14 SHELDON LOCKETT,                    ) Case No.:  18-CV-5838-DSF (JPR)
                                       )
15              Plaintiff,             ) **JOINT SUBMISSION OF TRIAL**
                                       ) **WITNESS LIST**
16                                     )
17        v.                           )
                                       ) ***Final Pre-Trial Conference:***
18 COUNTY OF LOS ANGELES, et al.,      ) Date:       November 15, 2021
                                       ) Time:       3:00 p.m.
19                                     ) Judge:      Hon. Dale S. Fischer
              Defendants.              ) Courtroom:  7D
20                                     ) Courthouse: First Street Courthouse
                                       )             350 West 1st Street
21                                     )             Los Angeles, CA
22 _____  )

23

24     Pursuant to the Court's Order Re Jury Trial [DKT 283], the parties have met and

25 conferred and submit the below Trial Witness List in Word Format.

26 ///

27 ///

28

---

- 1 -

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

1    DATED:  October 26, 2021        THE SWEENEY FIRM

2                                    and

3
                                     GLICKMAN & GLICKMAN,
4                                    A LAW CORPORATION

5
                                     By____/s/ Steven C. Glickman___
6                                        John E. Sweeney
7                                        Steven C. Glickman
                                         Attorneys for Plaintiff
8                                        SHELDON LOCKETT
9
10   DATED:  October 26, 2021        IVIE, McNEILL & WYATT

11
                                     By_____
12                                      Rickey Ivie
                                        Davida M. Frieman
13                                      Attorneys for Defendants
14                                      COUNTY OF LOS ANGELES and LOS
                                        ANGELES SHERIFF'S DEPARTMENT
15

16   DATED: October 26, 2021         SEKI NISHIMURA & WATASE, LLP

17
                                     By_____
18                                      Gilbert Nishimura
19                                      Andrew Pongracz
                                        Attorneys for Defendant
20                                      SAMUEL ALDAMA

21

22

23

24

25

26

27

28

- 2 -
**JOINT SUBMISSION OF TRIAL WITNESS LIST**

JOINT TRIAL WITNESS LIST

CASE NO. 18-CV-5838-DSF (JPR) *Lockett v. County of Los Angeles, et al.*

TRIAL DATE: 12/14/21

| NO. | WITNESS NAME | DATE TESTIFED |
|-----|-------------|---------------|
| 1. | Abellano, Aaron | |
| 2. | Aceituno, Jose | |
| 3. | Aguilera, Elizabeth | |
| 4. | Aiya, Deputy | |
| 5. | Alcala, Jonathan | |
| 6. | Aldama, Samuel | |
| 7. | Avalos, Deputy | |
| 8. | Aviles, D. | |
| 9. | Banuelos, Thomas | |
| 10. | Barajas, Edwin | |
| 11. | Baray, Deputy | |
| 12. | Barnes-Proby, Dionne | |
| 13. | Barragan, Frank | |
| 14. | Battles, David | |
| 15. | Bautista, Anthony | |
| 16. | Benzor, Rogelio | |
| 17. | Beserra, P. | |
| 18. | Blasnek, Chris | |
| 19. | Bouskill, Kathryn | |
| 20. | Burnett, Bryan | |

- 3 -
**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|-----|--------------|---------------|
| 21. | Campbell, Eboni | |
| 22. | Campbell, Gary | |
| 23. | Campbell, Keana | |
| 24. | Campbell, Timothy | |
| 25. | Carbajal, Luis | |
| 26. | Casas, David | |
| 27. | Casasola, Jeronimo | |
| 28. | Castro, Mario | |
| 29. | Chang, Dr. Chun Joey | |
| 30. | Chapman, Clarence | |
| 31. | Chapman, Scott | |
| 32. | Chavez, Ernie | |
| 33. | Choi, Vincent | |
| 34. | Chow, Jeff | |
| 35. | Clark, LaTonya | |
| 36. | Clark, Roger | |
| 37. | Cole, Tremayne | |
| 38. | Contrera, Eugene | |
| 39. | Cooley-Strickland, Dr. Michele | |
| 40. | Cortez, Rebecca | |
| 41. | Covarrubias, O. | |
| 42. | Cuvas, Deputy | |
| 43. | Davila, Deputy | |
| 44. | Davis, Clyde | |

- 4 -

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|-----|--------------|---------------|
| 45. | Davis, Lois | |
| 46. | Davis, Michelle | |
| 47. | Del Castillo, C. | |
| 48. | Denham, Bobby | |
| 49. | Dr. Reading | |
| 50. | Easter, Anthony | |
| 51. | Eisen, Dr. Mitchell | |
| 52. | Elizondo, Mark | |
| 53. | Embleton, Austin | |
| 54. | Escobedo, Oscar | |
| 55. | Estrada, Angelica | |
| 56. | Estrada, S. | |
| 57. | Estrella, Marlon A. | |
| 58. | Feria, Carlos | |
| 59. | Flores, Det. Eduardo | |
| 60. | Frias, Michael | |
| 61. | Fritz, Krristina | |
| 62. | Gabler, Motti | |
| 63. | Garcia, Adrian | |
| 64. | Garcia, Ed | |
| 65. | Garcia, Silvano | |
| 66. | Garrido, Lt. | |
| 67. | Gomez, Eric | |
| 68. | Gonzalez, Alfred | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|---|---|---|
| 69. | Gonzalez, Austreberto | |
| 70. | Goodwin, Brian | |
| 71. | Granados, Louis | |
| 72. | Guzman, Gabriel | |
| 73. | Guzman, Javier | |
| 74. | Hamil, Jeff | |
| 75. | Hanamaki, Nikki | |
| 76. | Harris, Deputy | |
| 77. | Harrison, Dawyn | |
| 78. | Hernandez, Art | |
| 79. | Hernandez, Deputy | |
| 80. | Hernandez, Michael | |
| 81. | Huntsman, Max | |
| 82. | Hutak, Jodie | |
| 83. | Jaeger, Capt. William | |
| 84. | Jaeger, William | |
| 85. | Jimenez, R. | |
| 86. | Jimenez, Sergio | |
| 87. | Johnson, Myron | |
| 88. | Joshua, Dr. Alfred | |
| 89. | Juarez, Jaime | |
| 90. | Kennedy, Sean | |
| 91. | Keuhn., Dr. Nicholaus | |
| 92. | Kim, Woodrow | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|-----|--------------|---------------|
| 93. | Kirkwood, Jr. Craig | |
| 94. | Krase, J. | |
| 95. | Kraut, Michael | |
| 96. | Kuhl, Sheila | |
| 97. | Leamon, Isabel | |
| 98. | Lemus, Ariela | |
| 99. | Leos, Andy | |
| 100. | Lockett, Sheldon | |
| 101. | Lopez, Noel | |
| 102. | Maldonado, Albert | |
| 103. | Martinez, I. | |
| 104. | Mejia, Richard | |
| 105. | Mendoza, Joe | |
| 106. | Mendoza, Raymond | |
| 107. | Mendoza-Graf, Alexandra | |
| 108. | Mizel, Matthew | |
| 109. | Moffett, Mark | |
| 110. | Moore, Christopher | |
| 111. | Moran, Joanna | |
| 112. | Moran, Vincent | |
| 113. | Muniz, Eduardo | |
| 114. | Munoz, Rafael | |
| 115. | Murakami, Tim | |
| 116. | Navarro, Manny | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|---|---|---|
| 117. | O'Linn, Mildred | |
| 118. | Orrego, Mizrain | |
| 119. | Ortega, Marcelo | |
| 120. | Ortiz, Miguel | |
| 121. | Pacheco, Anthony | |
| 122. | Palacios, Manual | |
| 123. | Palombi, Joanana | |
| 124. | Palomino, Nicole | |
| 125. | Parga, Carlos | |
| 126. | Parra, Eldemira | |
| 127. | Partida, Pablo | |
| 128. | Patel Dr. Atul | |
| 129. | Paxton, Darnell | |
| 130. | Perez, Chris | |
| 131. | Perez, Claudia | |
| 132. | Perez, Nikolis | |
| 133. | Peterson, Samuel | |
| 134. | PMK from Superior Grocers | |
| 135. | Porowsky, Kelly | |
| 136. | Ramos, Hugo | |
| 137. | Reynaga, Hugo | |
| 138. | Rivera, Anthony | |
| 139. | Robledo, Braulio | |
| 140. | Rodriguez, Gregory | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|-----|--------------|---------------|
| 141. | Rojas, Jonathan | |
| 142. | Rosario, Erin | |
| 143. | Ross, Imunique | |
| 144. | Ross, LaQuisha | |
| 145. | Ross, Yumise | |
| 146. | Ruiz Aguilar, D. | |
| 147. | Ruiz, Steven | |
| 148. | Saavedra, Hector | |
| 149. | Saba, Det. Jerry | |
| 150. | Saldana, O | |
| 151. | Sanchez, Juan | |
| 152. | Sanchez, Leo | |
| 153. | Sanchez, Soraya | |
| 154. | Sandoval, Jesus | |
| 155. | Sandoval-Mendoza, J. | |
| 156. | Santos, Jessica | |
| 157. | Schumaker, K. | |
| 158. | Self, Deputy | |
| 159. | Sepulveda, Karla | |
| 160. | Shinn, Charles | |
| 161. | Silverio, David | |
| 162. | Smitson, Eric | |
| 163. | Snoke, Joshua | |
| 164. | Solis, Hilda | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|---|---|---|
| 165. | Soria, John | |
| 166. | Stewart, Tracy | |
| 167. | Strawn, Matt | |
| 168. | Sum, David | |
| 169. | Tardy, April | |
| 170. | Thatcher, Michael | |
| 171. | Toone, Andy | |
| 172. | Torres, Edmundo | |
| 173. | Tyler, Neal | |
| 174. | Valiente, Wanda | |
| 175. | Valle, Luis | |
| 176. | Vargas, Iliana | |
| 177. | Vasquez, Deputy | |
| 178. | Vega, Deputy | |
| 179. | Villa, Andrea | |
| 180. | Villalobos, Deputy | |
| 181. | Villanueva, Alex | |
| 182. | Wargo, John | |
| 183. | Weidmer, Beverly | |
| 184. | Williams, Brian | |
| 185. | Williams, Lissa | |
| 186. | Wolack, James | |
| 187. | Wong, Sr. Kenton | |
| 188. | Woodward, Diana | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**

| NO. | WITNESS NAME | DATE TESTIFED |
|---|---|---|
| 189. | Zaredini, Benjamin | |
| 190. | Zengler, Darell | |
| 191. | Zuiderweg, Alexandra | |

**JOINT SUBMISSION OF TRIAL WITNESS LIST**