**RICKEY IVIE (S.B.N.: 76864)**
rivie@imwlaw.com
**DAVIDA M. FRIEMAN, ESQ. (SBN 232096)**
dfrieman@imwlaw.com
**ANTONIO K. KIZZIE (S.B.N.: 279719)**
akizzie@imwlaw.com
**IVIE McNEILL WYATT PURCELL & DIGGS, APLC**
444 S. Flower Street, 18th Floor
Los Angeles, CA 90017-2919
Tel.   (213) 489-0028
Fax   (213) 489-0552
Attorneys for Defendant **COUNTY OF LOS ANGELES**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON LOCKETT,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a law enforcement agency; SHERIFF JIM McDONNELL; MIZRAIN ORREGO, a Deputy Los Angeles County Sheriff; SAMUEL ALDAMA, a Deputy Los Angeles County Sheriff; and DOES 1 through 100, inclusive,<br><br>Defendants | CASE NO.: 18-CV-5838-DSF-JPR<br>[*Honorable Dale S. Fischer United States District Judge, Presiding*]<br><br>**DECLARATION OF RICKEY IVIE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE THE TESTIMONY OF TIMOTHY CAMPBELL BASED ON HIS FAILURE TO COMPLETE DEPOSITION**<br>[*Filed Concurrently with Defendants' Proposed Order*]<br>**Final Pre-trial Conference:**<br>Date:       November 15, 2021<br>Time:       3:00 p.m.<br>Courtroom:  7D<br>Courthouse: First Street Courthouse<br>            350 West 1st Street<br>            Los Angeles, CA<br><br>**Trial**<br>Date: December 14, 2021<br>Time:       8:30 a.m.<br>Courtroom:  7D<br>Courthouse: First Street Courthoust |

_____
**DECLARATION OF RICKEY IVIE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE THE TESTIMONY OF TIMOTHY CAMPBELL**
- 1 -

# DECLARATION OF RICKEY IVIE, ESQ.

**I, Rickey Ivie, declare:**

1. I am an attorney at law duly licensed and admitted to practice in the State of California and in the United States District Court for the Central, District of California, I am an attorney with the law firm of Ivie McNeill Wyatt Purcell & Diggs, APLC attorneys of record for Defendants COUNTY OF LOS ANGELES, et.al. in this case. The foregoing facts are within my personal knowledge and, if called as a witness herein, I can and will competently testify thereto.

2. This declaration is made in support of Defendants Motion *in Limine* No. 3 to Exclude any and all Testimony of Timothy Campbell Based on his Failure to Complete his Deposition.

3. **MEET AND CONFER** On September 21, 2021, the parties began to meet and confer in advance of a Rule 16 pretrial conference of counsel and continued at various dates and times thereafter, including multiple video conferences, letters outlining this and other motions in limine, emails, etc. The final correspondence regarding Defendants' proposed motions in limine was dated October 11, 2021. All counsel participated and the undersigned counsel for Defendants County of Los Angeles and the Los Angeles Sheriff's Department certifies that the following motion and related documents reflect compliance with the FRCP, local rules, and this Court's pretrial orders.

4. Attached here to as Exhibit 1A is a true and correct copy of the Deposition Subpoena for Timothy Campbell.

5. Attached hereto as Exhibit 1B is a true and correct copy of the Proof of Service re: the Deposition Subpoena of Timothy Campbell.

6. Attached hereto as Exhibit 1C is a true and correct copy of the Amended Notice of Deposition for Timothy Campbell.

---
**DECLARATION OF RICKEY IVIE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE THE TESTIMONY OF TIMOTHY CAMPBELL**

7. Attached hereto as Exhibit 2 are true and correct copies of pages from the Deposition Transcript of Timothy Campbell dated February 19, 2020.

8. Attached hereto as Exhibit 3A are true and correct copies of emails between both defense and plaintiff's counsel dated May 18, 2020 June 5 and 18, 2020.

9. Attached hereto as Exhibit 3B is a true and correct copy of an email from former defense counsel Jack Altura to Plaintiff's Counsel Steve Glickman dated May 28, 2020.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 26th day of October , 2021 , at Los Angeles, California.

/s/ Rickey Ivie
Rickey Ivie, Declarant

---

**DECLARATION OF RICKEY IVIE IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE NO. 3 TO EXCLUDE THE TESTIMONY OF TIMOTHY CAMPBELL**

- 3 -